## File a New Civil Case

The clerk will assign a judge and process the new case. You will receive a NEF with the permanent case number and judge assignment.

Cases will be processed within one business day of receipt. The "File Date" will be the date documents were submitted AND the filing fee is paid through Pay.gov.

**PLEASE PRINT & RETAIN THE FINAL SCREEN AS YOUR RECEIPT FOR SUBMITTING A NEW CASE**

[ Next ]  [ Clear ]