| | |
|---|---|
| Name | J. Gary Linder |
| Bar # | |
| Firm | JONES, SKELTON & HOCHULI. P.L.C. |
| Address | 2901 N Central Ave. Suite 800 |
| | Phoenix, Arizona 85012 |
| Telephone | (602) 235-7106 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

LINDA ANN BAILLIE, etc.,

    Plaintiff,

vs.

MEDAIRE, INC., et al.,

    Defendants.

Case No.

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of British Airways Plc in compliance with the provisions of: *(check one)*

☐ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☑ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

International Consolidated Airlines Group, S.A. Relationship subsidiary

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship _____

☐ Other (please explain)

_____

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated this ~~10th~~ 3rd day of ~~February~~ March, 2014.

_____
Counsel of Record

Certificate of Service: