J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 235-7106
Fax: (602) 200-7883
glinder@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant British Airways

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, Individually, and as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, deceased, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>MEDAIR, INC., STEVEN JOE REINHART, D.O., JESSICA MONAS, M.D., RATAN K. VERMA, M.D. and BRITISH AIRWAYS PLC, INC.,<br><br>Defendants. | NO.<br><br>**DEMAND FOR JURY TRIAL** |

Defendant, British Airways, PLC, by and through counsel undersigned, hereby request a trial by jury as to all triable issues in the above-captioned matter.

DATED this 3rd day of March, 2014.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/J. Gary Linder
J. Gary Linder
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorneys for Defendant British Airways

3558556.1

1  ORIGINAL of the foregoing filed
2  this 3rd day of March, 2014.

3  COPY of the foregoing mailed
   this 3rd day of March, 2014, to:

4  Stephen M. Dichter
5  Jeffrey O. Hutchins
   Christian Dichter & Sluga, P.C.
6  2700 North Central Avenue
   Suite 1200
7  Phoenix, AZ 85004
   Attorneys for Plaintiffs

8  Francis G. Fleming
9  Robert J. Spragg
   Kreindler & Kreindler, LLP
10 750 Third Avenue
   New York, New York 10017
11 Attorneys for Plaintiffs

12 /s/Amy Ebanks

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3558556.1                                  2