J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 235-7106
Fax:  (602) 200-7883
glinder@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant British Airways

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, Individually, and as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, deceased, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased, <br><br>Plaintiffs, <br><br>v. <br><br>MEDAIR, INC., STEVEN JOE REINHART, D.O., JESSICA MONAS, M.D., RATAN K. VERMA, M.D. and BRITISH AIRWAYS PLC, INC., <br><br>Defendants. | NO. 2:14-CV-00420-DGC <br><br><br>MOTION TO CONSTRUE REMOVAL TO FEDERAL COURT AS TIMELY FILED |

Defendant, British Airways, by and through counsel undersigned, hereby requests that this Court deem the Removal to Federal Court as timely filed.

Defendant timely filed the documents on March 3, 2014 and was given a receipt by the Federal Court at that time, See Exhibit "A".

On March 4, 2014, Defendant received a call from Federal Court stating they did not receive the documents but, confirmed they did receive the filing fee on March 3, 2014.  Defendant immediately resent all documents to Federal Court and called to confirm that all documents had been received.

3560131.1

At that time, the Court informed Defendant that it is necessary for them to file a Motion to Construe the Removal to Federal Court as Timely Filed.

Defendant respectfully requests that this Court deem the Removal to Federal Court filed by British Airways on March 3, 2014 as timely filed.

DATED this 4th day of March, 2014.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/J. Gary Linder
   J. Gary Linder
   2901 North Central Avenue, Suite 800
   Phoenix, Arizona  85012
   Attorneys for Defendant British Airways

ORIGINAL of the foregoing filed
this 4th day of March, 2014.

COPY of the foregoing mailed
this 4th day of March, 2014, to:

Stephen M. Dichter
Jeffrey O. Hutchins
Christian Dichter & Sluga, P.C.
2700 North Central Avenue
Suite 1200
Phoenix, AZ 85004
Attorneys for Plaintiffs

Francis G. Fleming
Robert J. Spragg
Kreindler & Kreindler, LLP
750 Third Avenue
New York, New York 10017
Attorneys for Plaintiffs

/s/Amy Ebanks

3560131.1

2