# Amy Ebanks

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, March 03, 2014 4:37 PM |
| **To:** | Amy Ebanks |
| **Subject:** | Pay.gov Payment Confirmation: AZD CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Dana Genger at 602-322-7141.

Application Name: AZD CM ECF
Pay.gov Tracking ID: 25EL58QS
Agency Tracking ID: 0970-10188500
Transaction Type: Sale
Transaction Date: Mar 3, 2014 6:37:02 PM

Account Holder Name: Russ Skelton
Transaction Amount: $400.00
Billing Address: 2901 N. Central Avenue
Billing Address 2: Suite 800
City: Phoenix
State/Province: AZ
Zip/Postal Code: 85012
Country: USA
Card Type: MasterCard
Card Number: ************4498


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

## File a New Civil Case

The clerk will assign a judge and process the new case. You will receive a NEF with the permanent case number and judge assignment.

Cases will be processed within one business day of receipt. The "File Date" will be the date documents were submitted AND the filing fee is paid through Pay.gov.

**PLEASE PRINT & RETAIN THE FINAL SCREEN AS YOUR RECEIPT FOR SUBMITTING A NEW CASE**

[ Next ]   [ Clear ]