# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, Individually, and as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, deceased, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>MEDAIR, INC., STEVEN JOE REINHART, D.O., JESSICA MONAS, M.D., RATAN K. VERMA, M.D. and BRITISH AIRWAYS PLC, INC.,<br><br>Defendants. | NO. 2:14-CV-00420-DGC<br><br><br>ORDER TO CONSTRUE REMOVAL TO FEDERAL COURT AS TIMELY FILED |

UPON CONSIDERATION of Defendant, British Airways', Motion to Construe Removal to Federal Court as Timely Filed, and good cause appearing,

IT IS HEREBY ORDERED granting Defendant's Motion to Construe Removal to Federal Court as Timely Filed;

IT IS FURTHER ORDERED that Defendant's Notice of Removal to Federal Court will be deemed filed March 3, 2014.

3560245.1