Francis G. Fleming, 004375
Robert J. Spragg (*pro hac vice* pending)
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
Email: ffleming@kreindler.com
Email: rspragg@kreindler.com

Stephen M. Dichter, 004043
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710
Email: sdichter@cdslawfirm.com

Attorneys for Plaintiff, Linda Ann Baillie, Individually, and as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, deceased, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, Individually, and as Personal Representative of the Estate of James Donald Baillie, II, deceased, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>    Plaintiff,<br> v.<br><br>MedAire, Inc., Steven Joe Reinhart, D.O., Jessica Monas, M.D., Ratan K. Verma, M.D. and British Airways, PPLC,<br><br>    Defendants | Case No.: 2:14-CV-00420-DGC<br><br>**NOTICE OF NO OBJECTION TO TREATING NOTICE OF REMOVAL DOCKETED MARCH 4 AS HAVING OCCURRED ON MARCH 3** |

The date for removal by MedAire and British Airways was March 3, 2014. We understood that British Airways filed removal papers on March 3, 2014 and had received a receipt showing that it had done so but that, for some reason, the papers were not

docketed until March 4. First, of course, we accept Mr. Linder's explanation for what occurred.

When the case was removed by British Airways on March 3rd, two of the individual defendants, Dr. Steven Reinhart and Dr. Jessica Monas, still had (and still have) until March 17, 2014 to file their own notices of removal.[1]

The law abhors the doing of a useless act. Even if it turned out that British Airways did not remove until March 4, 2014, the individual defendants still can file their own notices of removal and everyone else who filed earlier, even if later, could join their removal pursuant to 28 U.S.C. §1446(b)(2)(B)-(C).

We further understand that, unless we file this notice of non-objection, the Court would be obliged to wait until the time for our response to the Motion had passed to rule and, since that date is later than the date by which Dr. Monas and Reinhart would have to file their own notices of removal in order for their removal to be timely, their counsel would really have no choice but file their own removal papers.

Under all of these circumstances, Plaintiff hereby provides notice that she does not object to the removal papers docketed on March 4, 2014 being treated as if they had been docketed on March 3, 2014 and the removal being regarded as timely noticed and joined.

RESPECTFULLY SUBMITTED this 11th day of March, 2014.

KREINDLER & KREINDLER L.L.P.

By /s/ Francis G. Fleming
Francis G. Fleming

---

[1] Dr. Verma is in England and efforts to serve him are underway there.

CHRISTIAN DICHTER & SLUGA, P.C.


By/s/ Stephen M. Dichter
Stephen M. Dichter
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2014 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

J. Gary Linder
Jones, Skelton & Hochuli, P.L.C.
2901 N. Central Avenue, Suite 800
Phoenix, Arizona 85012
Attorney for Defendant British Airways

Scott D. Cunningham
Anthony U. Battista
Ivy L. Nowinski
Condon & Forsyth, LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Attorney for Defendant British Airways

Mark C. Dangerfield
Gallagher & Kennedy
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona  85016-9225
Attorneys for Defendants MedAire, Inc.,
Steven Joe Reinhart, D.O. and Jessica Monas, M.D.


/s/ Yvonne Cañez

3