# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Medaire Incorporated, et al.,<br><br>　　　　　　Defendants. | No. CV-14-00420-PHX-DGC<br><br>**ORDER** |

Pending before the Court is Defendant, British Airways' motion to construe removal to Federal Court as timely filed. Doc. 5. Plaintiff has filed a notice of no objection to the motion. Doc. 8.

**IT IS ORDERED** that Defendants' motion to construe removal as timely filed (Doc. 5) is **granted**. The Court shall deem the removal to have been filed on March 3, 2014.

Dated this 11th day of March, 2014.

_____
David G. Campbell
United States District Judge