Scott D. Cunningham (State Bar No.: 200413)
Email: scunningham@condonlaw.com
Anthony U. Battista
Email: abattista@condonlaw.com
Ivy L. Nowinski (State Bar No.: 268564)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

   - and -

J. Gary Linder
Email: glinder@jshfirm.com
JONES, SKELTON & HOCHULI. P.L.C.
2901 N Central Ave. Suite 800
Phoenix, Arizona 85012
Telephone: (602) 235-7106
Facsimile:  (602) 200-7883

Attorneys for Defendant
British Airways, PLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Anne Baillie, individually, as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Medaire, Inc., Steven Joe Reinhard, D.O., Jessica Monas, M.D., Ratan K. Verma, M.D. and British Airways, PLC,<br><br>Defendants. | Case No. CV14-00420-PHX-DGC<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED ACTION** |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

NOTICE OF MOTION TO DISMISS PLAINTIFF'S
COMPLAINT OR, IN THE ALTERNATIVE, STAY
PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED
ACTION
CASE NO.: CV-14-00420-PHX-DGC
3570456.1

LAOFFICE 59774V.1

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  PLEASE TAKE NOTICE that on _____, or as soon
2  thereafter as the matter may be heard in the above-entitled court, located at 401 W.
3  Washington Street, Phoenix, Arizona, 85003, defendant BRITISH AIRWAYS
4  PLC will move the Court to dismiss the Complaint of LINDA ANN BAILLIE,
5  individually, as Personal Representative of the Estate of JAMES DONALD
6  BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD
7  BAILLIE, II, deceased.  This motion will be made on the grounds that Plaintiff's
8  Arizona action is duplicative of another action filed by Plaintiff in the United
9  States District Court for the Central District of California, and, pursuant to the
10 first-filed rule, Plaintiff's Arizona action must be dismissed or stayed.

11  This motion will be based upon this Notice of Motion and Motion, the
12 Memorandum of Points and Authorities filed herewith, the Declaration of Scott D.
13 Cunningham, the pleadings and papers filed herein, and any oral argument
14 presented at the hearing of this motion.

16 Dated: March 11, 2014            JONES, SKELTON & HOCHULI. P.L.C.

18                                   By:/s/J. Gary Linder
19                                      J. GARY LINDER

28 NOTICE OF MOTION TO DISMISS PLAINTIFF'S
COMPLAINT OR, IN THE ALTERNATIVE, STAY
PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED
ACTION
CASE NO.: CV-14-00420-PHX-DGC
3570456.1

- 2 -

LAOFFICE 59774V.1

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

CONDON & FORSYTH LLP

By:/s/ Scott D. Cunningham
    SCOTT D. CUNNINGHAM
    IVY L. NOWINSKI

-and-

ANTHONY U. BATTISTA
CONDON & FORSYTH LLP
7 Times Square
New York, NY 10036
Telephone: (212) 490-9100
Facsimile: (212) 370-4453
Attorneys for Defendant
BRITISH AIRWAYS. PLC.

ORIGINAL of the foregoing filed
This 11th day of March, 2014.

COPY of the foregoing mailed this
11th day of March, 2014, to:

Francis G. Fleming
Robert J. Spragg
Kreindler & Kreindler, LLP
750 Third Avenue
New York, New York 10017

-and-

Stephen M. Dichter
Christian Dichter & Sluga, P.C.
2700 North Central Avenue
Suite 1200
Phoenix, Arizona 85004
Attorneys for Plaintiffs

Mark C. Dangerfield
Gallagher & Kennedy
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
Attorneys for Defendants MedAire, Inc.,
Steven Joe Reinhart, D.O. and Jessica Monas, M.D.

/s/Amy Ebanks

---

NOTICE OF MOTION TO DISMISS PLAINTIFF'S
COMPLAINT OR, IN THE ALTERNATIVE, STAY
PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED
ACTION
CASE NO.: CV-14-00420-PHX-DGC
3570456.1

- 3 -

LAOFFICE 59774V.1