1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 FOR THE DISTRICT OF ARIZONA

10

| | |
|---|---|
| Linda Anne Baillie, individually, as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Medaire, Inc., Steven Joe Reinhard, D.O., JESSICA MONAS, M.D., Ratan K. Verma, M.D. and British Airways PLC,<br><br>Defendants. | Case No.  CV-14-00420-PHX-DGC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED ACTION** |

The motion of British Airways, PLC (hereinafter "British Airways") to dismiss Plaintiff's Complaint, or, in the alternative, to stay these proceedings in light of the first-filed action currently pending in the United States District Court for the Central District of California came on regularly for hearing before this Court on _____, with counsel for British Airways and Plaintiff appearing on behalf of the parties.

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED ACTION
CASE NO.: CV-14-0042-PHX-DGC

LAOFFICE 59782V.1

After consideration of the papers in support of and in opposition to the motion, arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED that British Airways' motion to dismiss is GRANTED in its entirety, and Plaintiff's Complaint is dismissed in its entirety.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED ACTION
CASE NO.: CV-14-0042-PHX-DGC

- 2 -

LAOFFICE 59782V.1