1  Scott D. Cunningham (State Bar No.: 200413)
   Email: scunningham@condonlaw.com
2  Anthony U. Battista
   Email: abattista@condonlaw.com
3  Ivy L. Nowinski (State Bar No.: 268564)
   Email: inowinski@condonlaw.com
4  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
5  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
6  Facsimile:  (310) 557-1299

7     - and -

8  J. Gary Linder
   Email: glinder@jshfirm.com
9  JONES, SKELTON & HOCHULI. P.L.C.
   2901 N Central Ave. Suite 800
10 Phoenix, Arizona 85012
   Telephone: (602) 235-7106
11 Facsimile:  (602) 200-7883

12 Attorneys for Defendant
   British Airways, PLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, individually, as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>Medaire, Inc., Steven Joe Reinhard, D.O., Jessica Monas, M.D., Ratan K. Verma, M.D. and British Airways, PLC,<br><br>Defendants. | Case No. CV-14-00420-PHX-DGC<br><br>**DECLARATION OF SCOTT D. CUNNINGHAM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED ACTION** |

I, Scott D. Cunningham, declare as follows:

DECLARATION OF SCOTT D. CUNNINGHAM IN SUPPORT
OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN
THE ALTERNATIVE, STAY PROCEEDINGS PENDING
RESOLUTION OF FIRST-FILED ACTION
CASE NO.: CV-14-0042-PHX-DGC
3570433.1

LAOFFICE 59756V.1

1.     I am a partner at the law firm Condon & Forsyth LLP, counsel of record for defendant British Airways, PLC ("British Airways") in the above-entitled action.  I have personal knowledge of the matters set forth below.

2.     Plaintiff filed a Complaint against British Airways in the United States District Court for the Central District of California on June 27, 2013 arising from the death of Plaintiff's decedent, Mr. James Donald Baillie, II, several months after British Airways flight BA 289 on March 23, 2012 ("California Action"). Attached hereto as Exhibit A is a true and correct copy of Plaintiff's California Complaint.  In her Complaint, Plaintiff alleged a sole cause of action against British Airways for the wrongful death of James D. Baillie, II, under the Montreal Convention, formally known as the Convention for the Unification of Certain Rules for International Carriage by Air, done at Montreal on May 28, 1999, (entered into force on November 4, 2003), S. Treaty Doc. 106-45, 1999 WL 33292734, 2242 U.N.T.S. 350 (2000).

3.     On October 4, 2013 in the California Action, British Airways filed its Answer to Plaintiff's Complaint.  A true and correct copy of British Airways' Answer to Plaintiff's Complaint is attached hereto as Exhibit B.

4.     On October 29, 2013 in the California Action, British Airways served its Rule 26(a)(1) Initial Disclosures on Plaintiff's counsel.  A true and correct copy of British Airways' Initial Disclosures is attached hereto as Exhibit C.  In its initial disclosures, British Airways notified Plaintiff's counsel of the involvement of MedAire, Inc., Dr. Ratan Verma, and Dr. Steven Reinhard (incorrectly identified as Dr. Reynald) in the incident which is the subject of Plaintiff's Complaint.  To date, Plaintiff has taken no action to amend her Complaint filed in the California Action to name MedAire, Inc. or the other individual defendants.

5.     On November 4, 2013, Judge Stephen V. Wilson of the United States District Court for the Central District of California held a scheduling conference in

DECLARATION OF SCOTT D. CUNNINGHAM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED ACTION
CASE NO.: CV-14-0042-PHX-DGC

- 2 -

LAOFFICE 59756V.1
3570433.1

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

the California Action. At the scheduling conference, I notified Judge Wilson that British Airways intended to file a motion for summary judgment on Plaintiff's claim. Judge Wilson ordered that the parties would have until February 4, 2014 to conduct discovery on British Airways' motion, that the motion itself should be filed on February 4, 2014, and heard on March 10, 2014.

6. On the day before British Airways filed its motion for summary judgment in the California Action, Plaintiff filed a second Complaint against British Airways in the Arizona Superior Court for the County of Maricopa. A true and correct copy of Plaintiff's second Complaint is attached hereto as Exhibit D.

7. On January 31, 2014, British Airways filed its motion for summary judgment in the California Action. (*See* Docket for Case No.: CV-13-04681-SVW-RZ (Docket No. 24)).

8. On February 11, 2014, Plaintiff filed her Opposition to British Airways' motion along with a Rule 56(d) motion, requesting additional time to conduct discovery relating to "other potentially responsible parties including MedAire, Inc. . . . and two Arizona physicians who were involved in the actions of British Airways." A true and correct copy of Plaintiff's Rule 56(d) motion is attached hereto as Exhibit E.

9. British Airways filed its Reply Memorandum of Law in support of its motion for summary judgment on February 18, 2014 and simultaneously opposed Plaintiff's request for additional discovery because Plaintiff had knowledge of the other responsible parties as early as October 2013, but failed to amend her California Complaint to add these additional defendants .

10. On February 19, 2014, British Airways answered the Arizona Complaint, and on February 19, 2014, British Airways removed the Arizona action to this Court with the consent of MedAire, Inc. and Drs. Reinhart and Monas.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

11. On March 7, 2014 Judge Wilson entered a minute entry into the Court docket advising the parties that British Airways' Motion for Summary Judgment would be decided based on the papers submitted and that no further argument was needed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of March 2014, at Los Angeles, California.

/s/ Scott D. Cunningham
SCOTT D. CUNNINGHAM

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

DECLARATION OF SCOTT D. CUNNINGHAM IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED ACTION
CASE NO.: CV-14-0042-PHX-DGC

- 4 -

LAOFFICE 59756V.1
3570433.1