Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
E-mail:  mark.dangerfield@gknet.com
Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; JESSICA MONAS, M.D.; RATAN K. VERMA, M.D., and BRITISH AIRWAYS PLC,<br><br>Defendants. | No. 2:2014cv00420-DGC<br><br>**CORPORATE DISCLOSURE STATEMENT OF MEDAIRE, INC.** |

This Corporate Disclosure Statement is filed on behalf of defendant MedAire, Inc., in compliance with the provisions of:  (*check one*)

☒ Rule 7.1, Federal Rules of Civil Procedure, a non-governmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly-held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any non-governmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly-held corporation that owns 10% or more of its stock or states that there is no such corporation.

4065643v1/24709-0001

☐ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly-owned corporation as listed below. (*Attach additional pages if needed*.)

☐ Publicly-held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

☒ Other (please explain)

Defendant MedAire, Inc. is a wholly-owned subsidiary of International SOS (The Americas), L.P., a Delaware limited partnership. No publicly-held corporation owns 10% or more of its stock.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY submitted this 14th day of March, 2014.

GALLAGHER & KENNEDY, P.A.

By: /s/ *Mark C. Dangerfield*
    Mark C. Dangerfield
    Wm. Charles Thomson
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225
    Attorneys for Defendants MedAire, Inc.;
    Steven Joe Reinhart, D.O.; and Jessica
    Monas, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March, 2014, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

Stephen M. Dichter, Esq.
Jeffrey O. Hutchins, Esq.
Christian Dichter & Sluga, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
    sdichter@cdslawfirm.com
    jhutchins@cdslawfirm.com
*Attorneys for Plaintiff*

Francis G. Fleming, Esq.
Robert J. Spragg, Esq.
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY  10017
    ffleming@kreindler.com
    rspragg@kreindler.com
*Attorneys for Plaintiff*

J. Gary Linder, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
    glinder@jshfirm.com
*Attorneys for Defendant British Airways, PLC*

Scott D. Cunningham, Esq.
Ivy L. Nowinski, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA  90067-6010
    scunningham@condonlaw.com
    inowinski@condonlaw.com
*Attorneys for Defendant British Airways, PLC*

By: /s/ *Mark C. Dangerfield*