AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    New York

**CERTIFICATE OF GOOD STANDING**

I, _Douglas C. Palmer_, Clerk of this Court,

certify that _ANTHONY U. BATTISTA_, Bar # _AB0783_,

was duly admitted to practice in this Court on

_SEPTEMBER 9, 2009_, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _Brooklyn, N.Y._ on _MARCH 7, 2014_.
        LOCATION         DATE

Douglas C. Palmer        David Afrani
CLERK        DEPUTY CLERK