1  Francis G. Fleming, 004375
2  Robert J. Spragg (*pro hac vice* pending)
   KREINDLER & KREINDLER LLP
3  750 Third Avenue
   New York, New York 10017
4  Telephone:  (212) 687-8181
   Facsimile:  (212) 972-9432
5  Email: ffleming@kreindler.com
6  Email: rspragg@kreindler.com

7
   Stephen M. Dichter, 004043
8  CHRISTIAN DICHTER & SLUGA, P.C.
   2700 North Central Avenue, Suite 1200
9  Phoenix, Arizona 85004
   Telephone:  (602) 792-1700
10 Facsimile:  (602) 792-1710
11 Email:  sdichter@cdslawfirm.com

12 Attorneys for Plaintiff, Linda Ann Baillie, Individually, and as Personal Representative of
   the Estate of JAMES DONALD BAILLIE, II, deceased, and on behalf of all heirs and
13 next of kin of JAMES DONALD BAILLIE, II, deceased

14              **UNITED STATES DISTRICT COURT**

15             **FOR THE DISTRICT OF ARIZONA**

16
   Linda Ann Baillie, Individually, and as      )  Case No.:  2:14-CV-00420-DGC
17 Personal Representative of the Estate of      )
   James Donald Baillie, II, deceased, and on    )
18 behalf of all heirs and next of kin of        )
19 James Donald Baillie, II, deceased,           )  **NOTICE OF SERVICE RE: ORDER**
                                                 )  **DATED MARCH 11, 2014**
20            Plaintiff,                          )  **(DOCUMENT 7)**
21       v.                                       )
                                                 )
22 MedAire, Inc., Steven Joe Reinhart, D.O.,     )
   Jessica Monas, M.D., Ratan K. Verma, M.D.     )
23 and British Airways, PPLC,                     )
                                                 )
24            Defendants                          )

25        Pursuant to the Court's Order dated March 11, 2014 (document 7), Plaintiff Linda
26
   Baillie  has  served  the  Court's  Order  dated  March  11,  2014  (document  7)  upon
27
28 Defendants' counsel by U.S. Mail on March 18, 2014.

1    RESPECTFULLY SUBMITTED this 18th day of March, 2014.

2                                          KREINDLER & KREINDLER L.L.P.

3
                                           By/s/ Francis G. Fleming
4                                              Francis G. Fleming

5                                          CHRISTIAN DICHTER & SLUGA, P.C.

6
                                           By/s/ Stephen M. Dicther
7                                              Stephen M. Dichter

8                                          Attorneys for Plaintiffs

9                        **CERTIFICATE OF SERVICE**
10

11       I hereby certify that on March 18, 2014 I electronically transmitted the attached
     document to the Clerk's Office using the CM/ECF system for filing and for transmittal of
12   Notice of Electronic Filing to the following CM/ECF registrants:

13   J. Gary Linder
     Jones, Skelton & Hochuli, P.L.C.
14   2901 N. Central Avenue, Suite 800
15   Phoenix, Arizona 85012
     Attorney for Defendant British Airways
16

17   Scott D. Cunningham
     Anthony U. Battista
18   Ivy L. Nowinski
     Condon & Forsyth, LLP
19   1901 Avenue of the Stars, Suite 850
20   Los Angeles, California 90067-6010
     Attorney for Defendant British Airways
21

22   Mark C. Dangerfield
     Gallagher & Kennedy
23   2575 E. Camelback Road, Suite 1100
     Phoenix, Arizona  85016-9225
24   Attorneys for Defendants MedAire, Inc.,
25   Steven Joe Reinhart, D.O. and Jessica Monas, M.D.

26

27
     /s/ Yvonne Cañez
28

                                            2