## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Linda Ann Baillie

     Plaintiff(s)/Petitioner(s),

vs.

Medaire Incorporated et al.

     Defendant(s)/Respondent(s)

CASE NO: CV14-00420-PHX-DCG

```
┌─────────────────────────────┐
│ ✓ FILED      __ LODGED      │
│ __ RECEIVED  __ COPY        │
│                             │
│      MAR 2 0 2014           │
│                             │
│ CLERK U S DISTRICT COURT    │
│   DISTRICT OF ARIZONA       │
│ BY _____ DEPUTY  │
└─────────────────────────────┘
```

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

### NOTICE:   $50.00 APPLICATION FEE REQUIRED!

I, Ivy L. Nowinski _____, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice

admission to appear and practice in this action on behalf of British Airways Plc .

**City and State of Principal Residence:**  Los Angeles, California

**Firm Name:**   Condon & Forsyth LLP

**Address:**   1901 Avenue of the Stars                                   **Suite:**  850

**City:**  Los Angeles                               **State:**  CA   **Zip:**  90067-6010

**Firm/Business Phone:**  (310) 557-2030

**Firm Fax Phone:**  (310) 557-1299          **E-mail Address:**  inowinski@condonlaw.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| U.S. Court of Appeals, District of Columbia Circuit | 12/15/2011 | ✓ Yes | ☐ No* |
| U.S. Court of Appeals, 9th Circuit | 03/12/2010 | ✓ Yes | ☐ No* |
| U.S. District Court for the Central District of California | 02/26/2010 | ✓ Yes | ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

### ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.

*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes  ✓ No

Have you ever been disbarred from practice in any Court?   ☐ Yes  ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

March 14, 2014
**Date**

**Signature of Applicant**

Fee Receipt # ONK144222

(Rev. 04/12)

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| California Supreme Court | 01/03/2010 |
| U.S. District Court, Northern District of California | 03/12/2010 |
| U.S. District Court, Southern District of California | 03/11/2010 |
| U.S. District Court, Eastern District of California | 03/11/2010 |
| | |
| | |
| | |