1  Mark C. Dangerfield (Bar No. 010832)
   Wm. Charles Thomson (Bar No. 004269)
2  GALLAGHER & KENNEDY, P.A.
   2575 East Camelback Road
3  Phoenix, Arizona 85016-9225
   Telephone:   (602) 530-8000
4  Facsimile:    (602) 530-8500
   E-mails: mark.dangerfield@gknet.com
5           wct@gknet.com
   Attorneys for Defendants MedAire, Inc., Steven
6  Joe Reinhart, D.O., and Jessica Monas, M.D.

7

8                  UNITED STATES DISTRICT COURT

9                        DISTRICT OF ARIZONA

10 LINDA ANN BAILLIE, individually, as          No. 2:2014cv00420-DGC
   Personal Representative of the Estate of
11 JAMES DONALD BAILLIE, II, and on
   behalf of all heirs and next of kin of
12 JAMES DONALD BAILLIE, II, deceased,
                                                **JOINDER BY DEFENDANTS**
13                Plaintiff,                     **MEDAIRE, INC., STEVEN JOE**
                                                **REINHART, D.O., AND JESSICA**
14       vs.                                     **MONAS, M.D. IN DEFENDANT**
                                                **BRITISH AIRWAYS' MOTION TO**
15 MEDAIRE, INC.; STEVEN JOE                     **STAY PROCEEDINGS PENDING**
   REINHART, D.O.; JESSICA MONAS,               **RESOLUTION OF FIRST-FILED**
16 M.D.; RATAN K. VERMA, M.D., and              **ACTION**
   BRITISH AIRWAYS PLC,
17
                 Defendants.
18

19       Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.

20 (sometimes collectively, the "MedAire Defendants") join in that part of Defendant British

21 Airways' 03/11/14 motion (Docket 11) seeking to stay this action, pending the resolution

22 of the Plaintiff's complaint against British Airways ("BA") filed in the United States

23 District Court for the Central District of California, Case No. 2:13-cv-04681 (the

24 "California Action).

25       As set forth in BA's motion, both the California Action and this action involve the

26 identical incident: injuries allegedly sustained by Plaintiff's husband, Mr. Baillie, onboard

27 a March 23, 2012 flight from London to Phoenix, Flight No. BA 289.  As Plaintiff asserts

28 in both actions, the case arises under the Montreal Convention (formerly the Warsaw

   Convention), which exclusively governs claims for bodily injuries sustained during

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

international air travel.  As explained in BA's motion, under Section 17 of the Montreal Convention, BA cannot be liable unless Mr. Baillie sustained death or injuries caused by an "accident" that occurred during the flight, with "accident" defined to be "an unexpected or unusual event or happening *that is external to the passenger*."  *Air France v. Saks*, 470 U.S. 392, 394 (1985) (emphasis added).

"[A]s is common in the airline industry," *McCaskey v. Cont'l Airlines, Inc.*, 159 F. Supp. 2d 562, 567 (S.D. Tex. 2001), BA had a contract with Defendant MedAire to provide remote medical advice in the event of in-flight medical emergencies.  *See* 01/30/14 Complaint, ¶ 11 (alleging that the MedAire Defendants "contracted to and did provide" advice to the crew of BA Flight 289).  MedAire "employs physicians who, based upon the information provided to them, assess the situation from afar," and "then makes recommendations to the flight crew regarding care of the ill traveler and possible flight diversions." *McCaskey*, 159 F. Supp. 2d at 567.  Because MedAire provides services "in furtherance of the contract of carriage," its services fall within the scope of the Convention.  *Id.* at 159 F. Supp. 2d 580 (specifically finding that MedAire's services fall within the scope of the Warsaw Convention).

Plaintiff alleges that her husband suffered a heart attack just prior to boarding the flight.  *See* 01/30/14 Complaint, ¶ 13. Realizing that a heart attack by itself is certainly not an "accident" under the Convention—especially one allegedly suffered before boarding the plane—Plaintiff alleges that the "accident" at issue was BA and the MedAire Defendants' alleged failure to provide proper advice and care for Mr. Baillie during the flight.  The allegations are substantively the same in both suits, but Plaintiff's Complaint in this Court includes both BA and the MedAire Defendants as parties, while the California Action is only against BA.

In the California action, the Court had issued a scheduling order setting February 4, 2014 as the deadline for completing discovery and filing dispositive motions.  On January 30—just days before the discovery and dispositive motion deadline—Plaintiff filed this action.  On January 31, BA filed a motion for summary judgment in the California Action, arguing that on the undisputed facts, Mr. Baillie's injuries and

1   subsequent death were not caused by an "accident" on board the flight, as defined in

2   pertinent case law construing the Montreal Convention.   On February 11, Plaintiff filed

3   her opposition to the motion.   Both BA's motion and Plaintiff's opposition discuss

4   MedAire's involvement in BA Flight 289.  *See*, *e.g.* extracts from Plaintiff's opposition in

5   the California Action, attached as **Exhibit 1**.

6       On March 10, the California District Court took the matter under advisement,

7   finding that oral argument on the motion was unnecessary.

8       The critical issue in both this and the California Action is whether Mr. Baillie's

9   injuries and death were caused by an onboard "accident" external to Mr. Baillie.   Under

10  the Convention, absent a determination of such an accident, neither BA nor the MedAire

11  Defendants are liable for Mr. Baillie's injuries.   That precise issue has been briefed and is

12  currently under advisement in the California Action.   If the U.S. District Court in

13  California determines that Mr. Baillie's death was not caused by an onboard accident,

    then both BA and the MedAire Defendants are relieved of potential liability.

14      For that reason, the Court should, at a minimum, stay this action until the

15  California Action is resolved.

16      RESPECTFULLY submitted this 25th day of March, 2014.

17                                      GALLAGHER & KENNEDY, P.A.

18

19                                      By: /s/ *Mark C. Dangerfield*
                                        _____
20                                          Mark C. Dangerfield
                                            Wm. Charles Thomson
21                                          2575 East Camelback Road
                                            Phoenix, Arizona  85016-9229
22                                          Attorneys for Defendants MedAire, Inc.;
                                            Steven Joe Reinhart, D.O.; and Jessica
23                                          Monas, M.D.

24

25

26

27

28

4125949v1/24709-0001                                    3

1

## **CERTIFICATE OF SERVICE**

2

    I hereby certify that on the 25th day of March, 2014, a copy of the foregoing

3

document was filed electronically via the Court's CM/ECF system and Notice of
Electronic Filing served on all parties by operation of the Court's CM/ECF system.

4

5

    Stephen M. Dichter, Esq. (sdichter@cdslawfirm.com)
    Jeffrey O. Hutchins, Esq. (jhutchins@cdslawfirm.com

6

    Christian Dichter & Sluga, P.C.
    2700 North Central Avenue, Suite 1200

7

    Phoenix, AZ  85004
    *Attorneys for Plaintiff*

8

9

    Francis G. Fleming, Esq. (ffleming@kreindler.com)
    Robert J. Spragg, Esq. (rspragg@kreindler.com)

10

    Kreindler & Kreindler LLP
    750 Third Avenue

11

    New York, NY  10017

12

    *Attorneys for Plaintiff*

13

    J. Gary Linder, Esq. (glinder@jshfirm.com)

14

    Jones, Skelton & Hochuli, P.L.C.
    2901 North Central Avenue, Suite 800

15

    Phoenix, AZ  85012
    *Attorneys for Defendant British Airways, PLC*

16

17

    Scott D. Cunningham, Esq. (scunningham@condonlaw.com)

18

    Ivy L. Nowinski, Esq. (inowinski@condonlaw.com)
    Condon & Forsyth LLP

19

    1901 Avenue of the Stars, Suite 850
    Los Angeles, CA  90067-6010

20

    *Attorneys for Defendant British Airways, PLC*

21

    Anthony U. Battista, Esq. (abattista@ondonlaw.com)

22

    Condon & Forsyth LLP
    7 Times Square, Suite 18

23

    New York, NY  10036

24

    *Attorneys for Defendant British Airways, PLC*

25

26

By: /s/ *Mark C. Dangerfield*

27

28