Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710

Attorneys for Plaintiff Linda Ann Baillie

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

---

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>                     Plaintiff,<br><br>          v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O., JESSICA MONAS, M.D., RATAN K. VERMA, M.D. and BRITISH AIRWAYS, PLC,<br><br>                     Defendants. | Case No.: 2:14-CV-00420-DGC<br><br>**DECLARATION OF FRANCIS G. FLEMING IN SUPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BRITISH AIRWAYS PLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY PROCEEDINGS** |

I, Francis G. Fleming, declare as follows:

1.  I am an attorney licensed to practice law in the State of Arizona, the State of New York and before the United States District Court for the District of Arizona.

2.  I am Of Counsel to the firm of Kreindler & Kreindler LLP, counsel of record for plaintiff Linda Ann Baillie in the above-titled action. I have personal knowledge of the facts and matters set forth below.

3.  This declaration is submitted in support of plaintiff's Opposition to defendant British Airways PLC's Motion to Dismiss or, in the Alternative, Stay the Proceedings.

4.  Plaintiff and British Airways have briefed a summary judgment motion in the action pending in the United States District Court for the Central District of California, Docket Number 13-cv-4681 (SVW). Certain exhibits submitted in support of plaintiff's opposition were previously filed in connection with the California summary judgment motion. Though some of those exhibits are stamped "confidential," the parties did not seek to file them under seal.

5.  Attached hereto as Exhibit 1 is a true and accurate copy of portions of a British Airways Cabin Crew Manual that defendant British Airways produced in the California litigation, and that plaintiff filed in connection with the California summary judgment motion.

6.  Attached hereto as Exhibit 2 is a true and accurate copy of plaintiff Linda Ann Baillie's declaration, which plaintiff filed in connection with the California summary judgment motion.

7.  Attached hereto as Exhibit 3 is a true and accurate copy of a transcript of the recorded conversation between defendant MedAire, Inc. ("MedAire") employees, including defendant physicians Steven Joe Reinhart, D.O. ("Dr. Reinhart") and Jessica Monas, M.D. ("Dr. Monas"), and the crew of British Airways Flight during the course of Flight 289 on March 12, 2012, which both plaintiff and British Airways filed in connection with the California summary judgment motion.

8.  Attached hereto as Exhibit 4 is a true and accurate copy of a British Airways Occupational Safety Report that defendant British Airways produced in the California

litigation, which plaintiff filed in connection with the California summary judgment motion.

9. Attached hereto as Exhibit 5 is a true and accurate copy of the declaration of British Airways Flight Attendant Ewa Van Den Berg, which British Airways submitted in support of its motion for summary judgment in the California action.

10. Attached hereto as Exhibit 6 is a true and accurate copy of portions of decedent James Donald Baillie II's medical records from St. Luke's Medical Center, obtained and produced by plaintiff in the California action and which plaintiff submitted in connection with the summary judgment motion.

11. Attached hereto as Exhibit 7 is a true and accurate copy of plaintiff's complaint in the California suit against British Airways.

12. Attached hereto as Exhibit 8 is a true and accurate copy of British Airways Federal Rule of Civil Procedure 26(a)(1)(A) initial disclosure in the California action, served on plaintiff on October 29, 2013.

13. Attached hereto as Exhibit 9 is a true and accurate copy of British Airways' Response to Plaintiff's First Request for Production of Documents and Things in the California action, served on plaintiff on November 15, 2013.

14. Attached hereto as Exhibit 10 is a true and accurate copy of plaintiff's counsel's December 4, 2013 letter to British Airways' counsel.

15. Attached hereto as Exhibit 11 is a true and accurate copy of a December 5, 2013 email communication between counsel for plaintiff and counsel for British Airways.

16. Attached hereto as Exhibit 12 is a true and accurate copy of plaintiff's Federal Rule of Civil Procedure 30(b)(6) Notice of Deposition on MedAire, served on British Airways on December 5, 2013.

17. Attached hereto as Exhibit 13 is a true and accurate copy of December 9, 2013 email communication between counsel for plaintiff and counsel for British Airways.

18. Attached hereto as Exhibit 14 is a true and accurate copy of email communications between December 19, 2013 and December 27, 2013 between counsel for plaintiff and counsel for British Airways.

19. Attached hereto as Exhibit 15 is a true and accurate copy of a February 4, 2014 email communication between counsel for plaintiff and counsel for British Airways.

Dated:  March 28, 2014          Respectfully submitted,

                                KREINDLER & KREINDLER LLP


                                By: /s/ Francis G. Fleming
                                    Francis G. Fleming, 004375

                                *Attorneys for Plaintiff Linda Ann Baillie*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2014, I electronically transmitted the attached document and exhibits to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott D. Cunningham, Esq.
Ivy L. Nowinski, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
scunningham@condonlaw.com
inowinski@condonlaw.com
-and-
Anthony U. Battista, Esq.
Condon & Forsyth LLP
7 Times Square
New York, NY 10036
abattista@condonlaw.com
-and-
J. Gary Linder, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
glinder@jshfirm.com
*Attorneys for Defendant British Airways PLC*

Mark C. Dangerfield
Wm. Charles Thomson
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
mark.dangerfield@gknet.com
wct@gknet.com
*Attorneys for Defendants MedAire, Inc.; Steven Joe Reinhart, D.O.; and Jessica Monas, M.D.*

- and -

I hereby certify that on March 28, 2014, I served the attached document by mail via the United States Postal Service on the following, who are not registered participants of the CM/ECF System:

Dr. Ratan Verma

13 Dogwood Court, Oadby,

Leicester, England, LE2 4EB

                        /s/ Lisa Ranieri

2

DECLARATION OF FRANCIS G. FLEMING IN SUPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BRITISH AIRWAYS PLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY PROCEEDINGS