# EXHIBIT 1

Case 2:14-cv-00420-SMM   Document 21-2   Filed 03/28/14   Page 2 of 10
Case 2:13-cv-04681-SVW-RZ   Document 27-18   Filed 02/11/14   Page 2 of 10   Page ID #:602

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 3

## PROCEDURES & MEDICAL EQUIPMENT

### Managing a Medical Incident

For any medical incident you need to follow a plan.

We call this the *Medical Action Plan*.

The Medical Action Plan is intended as a guide and may need to be adapted for specific situations.

Several crew members may be needed to manage an incident. The aircraft type you are operating will determine how many Cabin Crew will be available to assist during the medical incident. The Medical Action Plan is a guide for when 3 or 4 cabin crew members are available.

If additional crew members are available, they can give assistance as required. However, remember it is important not to crowd a medical incident with too many crew members.

Crew must always work within the parameters of the British Airways Aviation Medical Training.

Case 2:14-cv-00420-SMM   Document 21-2   Filed 03/28/14   Page 3 of 10
Case 2:13-cv-04681-SVW-RZ   Document 27-18   Filed 02/11/14   Page 3 of 10   Page ID #:603

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 4

## PROCEDURES & MEDICAL EQUIPMENT

### The Medical Action Plan
(Also see JPM Part A(2) – Appendix 3 3.37, please note that the JPM is the authority).

| | |
|---|---|
| **ASSESSOR** | The first crew member on the scene becomes the **Assessor**. They take responsibility for the situation, immediately assess the Casualty and summon help from another crew member who becomes the **Collector**.<br><br>The **Assessor** clearly states what equipment they would like the **Collector** to bring to the scene and assemble. |
| **COLLECTOR**<br><br>*(+COMMUNICATOR if only 3 cabin crew available)* | The **Collector** is the second crew member on the scene.<br><br>The **Collector** gets the attention of a third crew member, who becomes the **Supporter**, sending them immediately to the scene. If a fourth crew member is available the Collector will then make them the **Communicator**, again sending them to the scene to gather information.<br><br>The **Collector** then gathers the equipment, takes it to the scene, assembles it and passes it to the **Assessor** and **Supporter**.<br><br>*If only 3 crew are available, the Collector then assumes the role of the Communicator after collecting and assembling the equipment.* |
| **SUPPORTER** | The **Supporter** must go immediately to the scene and assist the **Assessor**.<br><br>The **Supporter** will help move the Casualty if necessary, clear the area and carry out C.P.R. with the **Assessor** if required. |
| **COMMUNICATOR** | The **Communicator** must visit the scene, then inform the S.C.C.M. and Captain of the incident and give all relevant details.<br>Use the interphone nearest the scene.<br>Keep the Flight Crew informed at regular intervals.<br>Request that MedLink be contacted. |



BRITISH AIRWAYS  CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 5

> *Remember:*
>
> The Captain is responsible and accountable for the welfare of the passengers and crew and should therefore be informed by the Communicator, at the start of, during, and at the conclusion of any implementation of the medical action plan. In flight medical situations may have an immediate or potential operational consequence, and require the Flight Crew to consider contingency plans in the event that a medical condition deteriorates.
> The S.C.C.M. must advise the Captain on conclusion of the Medical Action Plan.

## PROCEDURES & MEDICAL EQUIPMENT

### MedLink
(Also see JPM Part A(2) – 6.15.2 & 6.15.3, please note that the JPM is the authority).



In any situation when Cabin Crew feel the need to ask for medical advice and support, their first action must be to ask the Captain to contact MedLink.

BA pays an annual subscription to MedAire who provide the 'MedLink' service. The company is based in Phoenix, Arizona.
There are no additional charges for each time we use the service so crew should not hesitate to contact MedLink for medical advice. The service has prevented many unnecessary aircraft diversions, resulting in substantial cost savings.

The doctors at the MedLink service deal with emergency calls from airlines anywhere in the world, 24 hours a day. They can give advice and instructions to aircraft crew during medical incidents.

MedLink have specialist doctors familiar with the flight environment and who are experienced in remote medicine. The MedLink doctors work to protocols and guidelines agreed with British Airways and have details of all medical equipment carried on board.
In addition, MedLink has a database with details of more than 5000 airports and emergency resources.
If an aircraft needs to be diverted, the MedLink staff will make all the ground arrangements, such as organising an ambulance, notifying the receiving hospital and arranging repatriation.

REVISION 1                                                                           NOVEMBER 2008


CONFIDENTIAL


BA0385

Case 2:14-cv-00420-SMM   Document 21-2   Filed 03/28/14   Page 5 of 10
Case 2:13-cv-04681-SVW-RZ   Document 27-18   Filed 02/11/14   Page 5 of 10   Page ID #:605

BRITISH AIRWAYS    CABIN CREW AVIATION MEDICAL MANUAL    CHAPTER 2 PAGE 6

In addition, the MedLink service assumes legal liability for medical incidents in which they are involved, as long as their advice is followed.

### MedLink Gate Clearance

The MedLink service is also available at all stations worldwide, for use by any Customer Service Ground Staff or Cabin Crew who need advice on a passenger's health situation or their fitness to fly. This is called Gate Clearance.
Again, contact the Captain to initiate Gate Clearance.

### MedLink & Personal Confidential Information
(See JPM Part A(2) – 6.15.3, please note that JPM is the authority).

## PROCEDURES & MEDICAL EQUIPMENT

### Medical Equipment

Medical equipment carried on British Airways aircraft:

- M2 Basic First Aid Kit.
- M5 Medical Kit.
- Defibrillator.
- Resuscitation Kit.
- Portable Oxygen.
- Passenger Oxygen Unit
- Eye Wash bottle *(See Chapter 21, Injuries & Conditions - Eyes)*.
- Survival First Aid Kit *(Long-haul aircraft only)*.
- Wheelchair.


M2 Basic First Aid Kit


M5 Medical Kit

BRITISH AIRWAYS    CABIN CREW AVIATION MEDICAL MANUAL    CHAPTER 2 PAGE 21

- The slanted end of the tubing can now be placed into the side of the unconscious Casualty's mouth, ensuring you only place about 1 inch into the mouth. Keep sight of the end.
- Pump the handle with your hand to remove the secretions.
- *Be aware that if the aspirator becomes full, you will need to empty the contents into a biohazard bag. After use dispose of the aspirator in a biohazard bag and dispose in the toilet waste.*





**PROCEDURES & MEDICAL EQUIPMENT**

## Delivering Oxygen

If the cabin pressure drops for any reason in flight, oxygen is available to protect passengers and crew from the effects of hypoxia.
Oxygen can be delivered in a number of ways onboard; portable oxygen cylinder, passenger oxygen unit or from a ring main system on some aircraft types.

When a passenger is taken ill and requires oxygen in normal cabin conditions, it is usually initially given via a portable oxygen cylinder on high flow. However, should the Casualty continue to need oxygen for a longer period of time, you may need to transfer them to a passenger oxygen unit or to the ring main system if available.

*Using a portable oxygen face mask to give oxygen:*

REVISION 0                                                          APRIL 2007


CONFIDENTIAL

BA0401

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 22

- Ensure the oxygen is flowing to the mask.
- Fit the mask over the Casualty's mouth and nose, ensuring the mask has the metal strip over their nose.
- Lift the elastic strap over the Casualty's head.
- Tighten the strap so it is comfortable.

*Using nasal cannulae to give oxygen:*

- Ensure the oxygen is flowing to the cannulae.
- Pass the loop of tubing with the nasal prongs over the Casualty's head.
- Hook the tubing over the Casualty's ears.
- Gentle place the prongs into the Casualty's nostrils.
- Adjust the cannulae so it is comfortable.




| Face Mask | Nasal Cannulae |

## PROCEDURES & MEDICAL EQUIPMENT

### Portable Oxygen Cylinders

Pre-flight check on portable oxygen cylinder:

- Minimum three quarters full.
- Mask is attached and in good condition.
- Carrying strap attached.

How to use portable oxygen cylinder:

- Explain to the Casualty what you are doing.
- To start the flow of oxygen, slowly turn the black knob on the cylinder clockwise until you reach the required setting.

REVISION 0                                                                    APRIL 2007


CONFIDENTIAL

BA0402

BRITISH AIRWAYS — CABIN CREW AVIATION MEDICAL MANUAL    CHAPTER 2 PAGE 23

- Place the oxygen mask on the Casualty's face ensuring it is comfortable and place the elastic strap around the back of their head. Tighten the strap as required.
- Monitor the Casualty.
- Inform the S.C.C.M. and Captain that you are giving oxygen.
- If the Casualty needs more oxygen, transfer them to the aircraft's *ring main system* or *passenger oxygen unit* if available.
- Once you have finished with the oxygen remove the mask and then turn off the supply. Try to leave the cylinder at least one quarter full.
- Complete A.M.L. Part 2 stating that the cylinder has been used and complete all other appropriate documentation.



## PROCEDURES & MEDICAL EQUIPMENT

### The Pocket Mask

The pocket mask can be found in the M5 Medical Kit on the 'Cabin Crew Side' in the General Section.

The pocket mask should be used by Cabin Crew to deliver rescue breaths to a Casualty. *(Do not use the Bag-Valve-Mask in the Resuscitation Kit; this is for Health Care Professional use only).*

*You must always use protection when giving rescue breaths to anyone.*

How to use the pocket mask (Adult & Child)

REVISION 0                              APRIL 2007


CONFIDENTIAL                            BA0403

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 24

- Take the pocket mask out of the M5 Medical Kit *(Cabin Crew Side, General Section)*.
- It will be folded to fit inside it's box, take it out, push the middle section of the mask outwards with your thumbs.
- Attach the one-way valve on to the big hole at the top/centre of the mask.
- Remove the normal portable oxygen face mask from the portable oxygen cylinder tubing by pulling apart.
- Now attach the tubing of the portable oxygen cylinder to the small inlet tube on the base of the pocket mask.
- Ensure the portable oxygen is set to high flow.
- Kneel directly behind the Casualty's head.
- Place the pocket mask over the Casualty's nose and mouth with the pointed end over the bridge of the nose and the flat end positioned between their lower lip and chin.
- Press the pocket mask firmly against the Casualty's face to form an airtight seal and ensure you keep the airway open with your fingers *(See picture below)*.
- To give breaths, lean forward and blow into the one-way valve taking 1 second to deliver each breath.
- As you give each breath look down the Casualty's chest and watch for it to rise and fall.

*Note: If the breaths are not effective, check inside the mouth for obstructions and then re-position the airway to ensure it is open. This should be done without interruption to the chest compressions. (For more information on Life Saving, See Chapter 5, Basic Life Support).*



PROCEDURES & MEDICAL EQUIPMENT

How to use the pocket mask (Baby)

- Prepare the pocket mask with oxygen attached as for an Adult/Child *(See previous page)*.
- Place the pocket mask over the Baby's nose and mouth with the pointed end over the Baby's chin.
- Give very gentle breaths, like blowing out a candle.
- Take 1 second to deliver each rescue breath.

See Chapter 5, Basic Life Support for further information.

REVISION 0 APRIL 2007


CONFIDENTIAL

BA0404

BRITISH AIRWAYS    CABIN CREW AVIATION MEDICAL MANUAL    CHAPTER 2 PAGE 29

### Gate Clearance
(Also see JPM Part A(2) – 2.17.8, please note that the JPM is the authority).

Where there is doubt about a passenger's fitness to fly advice should be sought from MedLink. *(Also see page 5 of this Chapter, MedLink).*

### Passengers with a Disability
(Also see JPM Part A(2) – 2.17.6 & 2.17.7, please note that the JPM is the authority).

Passengers with a stable disability do not need medical clearance before flying. However anyone who will need assistance during the flight, for example going to the toilet or moving from a wheelchair to a seat – should be accompanied by another person who can provide the necessary support. If the passenger does not have a suitable escort, you may need to consider refusing to allow them to fly. If you are in any doubt about a person's fitness to fly, contact the Captain and seek advice from MedLink.

### When to offer help to passengers with disability

Crew members are *not* expected to perform the following tasks:

- Lifting a passenger into a seat or a wheelchair.
- Assisting a passenger in using the toilet (crew members are food handlers).

There are certain instances, however where you may be expected to assist a passenger with a disability, for example you may need to carry out the following tasks:

- Steady an onboard wheelchair while the passenger moves into or out of a seat.
- Help to manoeuvre a wheelchair and passenger along the aisle of the aircraft.
- Provide an arm to support an elderly, frail passenger as they walk down the aisle of the aircraft.
- Guide a visually impaired passenger through the cabin and explain the position and use of facilities in the seat.

## PROCEDURES & MEDICAL EQUIPMENT

### Documentation

It is important that you complete the correct documentation for a medical incident or accident. Please ensure you complete each section required and ensure that it is clearly written. The completed documentation is kept should it be needed in the future.

### Incident Form

The Incident Form must be completed after any event that involves passengers or crew.