# EXHIBIT 2

1  Gretchen M. Nelson (112566)
   gnelson@kreindler.com
2  Nicole C. Andersen (281218)
3  nandersen@kreindler.com
   KREINDLER & KREINDLER LLP
4  707 Wilshire Blvd., Suite 3600
5  Los Angeles, CA 90017
   Tel.: (213) 622-6469
6  Fax: (213) 622-6019
7
8  Francis G. Fleming, *pro hac vice*
   ffleming@kreindler.com
9  Robert J. Spragg, *pro hac vice*
10 rspragg@kreindler.com
   KREINDLER & KREINDLER LLP
11 750 Third Avenue, 32nd Floor
12 New York, NY 10017
   Tel.: (212) 687-8181
13 Fax: (212) 972-9432
14
   Attorneys for Plaintiff Linda Ann Baillie

15           UNITED STATES DISTRICT COURT
16
17            CENTRAL DISTRICT OF CALIFORNIA
   -------------------------------------------------x
18 LINDA ANN BAILLIE, individually, as    Case No. 2:13-cv-04681-SVW-RZx
   Personal Representative of the Estate of
19 JAMES DONALD BAILLIE, II, and on       DECLARATION OF LINDA ANN
20 behalf of all heirs and next of kin of        BAILLIE IN SUPPORT OF
   JAMES DONALD BAILLIE, II,                  PLAINTIFF'S OPPOSITION TO
21 deceased,                                      DEFENDANT BRITISH
22                                             AIRWAYS PLC'S MOTION FOR
                       Plaintiff,          SUMMARY JUDGMENT
23         v.
24
25 BRITISH AIRWAYS PLC,
26                     Defendant.
   -------------------------------------------------x
27
28   I, Linda Ann Baillie, do hereby swear, certify and affirm that:

1. I am over the age of 18 and am a resident of the State of Arizona. I presently reside at 3445 East Indigo Circle, Mesa, Arizona 85213.

2. I have personal knowledge of the facts as set forth herein and if called as a witness, could testify competently thereto.

3. I was married to my husband, James Donald Baillie, II for 41 years before he died on July 1, 2012.

4. My husband, James Donald Baillie, II died in Phoenix, Arizona on July 1, 2012 after suffering a severe heart attack which went untreated on British Airways flight 289 on March 23, 2012.

5. I was appointed as the Personal Representative of the Estate of James Donald Baillie, II by the Clerk of the Superior Court of Maricopa County, Arizona on August 29, 2012.

6. My husband, James Donald Baillie, II, was taken directly from British Airways flight 289 to the hospital by ambulance on March 23, 2012 and remained hospitalized until his death on July 1, 2012.

7. Although my husband's condition was very grave while he was hospitalized, I asked him to give me his account of what happened to him before and during the British Airways flight.

-2-

8. On March 23, 2012, my husband was scheduled to return to Phoenix, Arizona from London, England on British Airways flight 289 after completing a business trip for his employer, Freescale Semiconductor, Inc.

9. My husband told me that on March 23, 2012, he had arrived at London Heathrow Airport on a flight from Munich, Germany and had to rush to make his flight from London to Phoenix.

10. He told me that he had to hurry to make British Airways flight 289 and that when he arrived at the gate he was having breathing problems and feeling discomfort in the center of his chest.

11. My husband told me that by time he got on board the airplane a few minutes later, the discomfort in his chest had become painful, so right away he told a flight attendant that he was not feeling well and had chest pains and was short of breath and that he wasn't sure he should be on the flight.

12. He told me that the flight attendant told him to please sit down in his seat and that they would take care of him, so he did.

13. My husband told me that after sitting for a minute or two, the pain in his chest had not gone away so he told the flight attendant again that he was short of breath and experiencing chest pains and that he really did not feel well.

14. He told me that the flight attendant again asked him to take his seat and told him that they would take care of him.

15. My husband told me that a short time later, the airplane door was closed by the flight attendants, and that at that moment he felt imminent doom.

16. He told me that he remembered the general advice of taking aspirin if you feel you're having a heart attack, so he took one or two of the aspirins that he had with him.

17. My husband told me that the airplane then taxied and took off.

18. He told me that shortly after the airplane took off, the pressure in his chest became very painful and that he felt terrible.

19. My husband told me that he remembered that there were some doctors on the airplane but that they weren't able to help him with the his pain and discomfort.

20. He told me that he remembered the flight attendants talking to him and that he overheard them speaking to the pilot.

21. He told me that the airplane didn't try to land at any other airport but instead continued all the way to Phoenix.

22. Once the airplane landed in Phoenix, my husband was taken by ambulance to St. Luke's Medical Center, where he had surgery to keep him alive. I wasn't able to speak with him until several days later.

-4-

DECLARATION OF LINDA ANN BAILLIE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BRITISH AIRWAYS PLC'S MOTION FOR SUMMARY JUDGMENT

23. My husband's heart was severely damaged because of the lack of treatment he received for the heart attack that began as he was rushing to get on the British Airways flight and his condition only grew worse. After a week, he was transferred to the Mayo Clinic in Phoenix.

24. At the Mayo Clinic, his condition deteriorated even further. He needed to have mechanical assistance in order to breathe and had surgery to install a pump to assist his heart.

25. He eventually had surgery to replace his damaged heart with an artificial heart but his condition just got worse and worse. He died on July 1, 2012.

I declare under the penalty of perjury under the laws of the United States of American that the foregoing is true and correct. Executed this 10th day February, 2014 in Mesa, Arizona.

Linda Ann Baillie

DECLARATION OF LINDA ANN BAILLIE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BRITISH AIRWAYS PLC'S MOTION FOR SUMMARY JUDGMENT

23. My husband's heart was severely damaged because of the lack of treatment he received for the heart attack that began as he was rushing to get on the British Airways flight and his condition only grew worse. After a week, he was transferred to the Mayo Clinic in Phoenix.

24. At the Mayo Clinic, his condition deteriorated even further. He needed to have mechanical assistance in order to breathe and had surgery to install a pump to assist his heart.

25. He eventually had surgery to replace his damaged heart with an artificial heart but his condition just got worse and worse. He died on July 1, 2012.

I declare under the penalty of perjury under the laws of the United States of American that the foregoing is true and correct. Executed this 10th day February, 2014 in Mesa, Arizona.

*Linda Ann Baillie*
Linda Ann Baillie

-5-

DECLARATION OF LINDA ANN BAILLIE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BRITISH AIRWAYS PLC'S MOTION FOR SUMMARY JUDGMENT

## PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 750 Third Avenue, New York, NY 10017.

On February 11, 2014, I served the foregoing documents described as follows: **DECLARATION OF LINDA ANN BAILLIE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BRITISH AIRWAYS PLC'S MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by filing with the Central District of California CM/ECF System.

____ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at New York, New York in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

____ BY ELECTRONIC MAIL:
I served by electronic mail at the email address(es) below:

__X__ COURT CM/ECF SYSTEM

____ BY MESSENGER

__X__ (State) I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on February 11, 2014 at New York, NY.

_____Lisa Ranieri_____                         _____/s/ Lisa Ranieri_____
(Type or Print Name)                            (Signature)

## SERVICE LIST
### *Baillie v. British Airways PLC*
### Case No.: 2:13-cv-04681-SVW-RZx

Scott D. Cunningham, Esq.
Ivy L. Nowinski, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
scunningham@condonlaw.com
inowinski@condonlaw.com

and

Anthony U. Battista, Esq.
Condon & Forsyth LLP
7 Times Square
New York, NY 10036
abattista@condonlaw.com

*Attorneys for Defendant British Airways PLC*