# EXHIBIT 3



**MedAire**
An International SOS Company

| 2012-09578 | British Airways Flight 289 | 3/23/12 |
| --- | --- | --- |

| First Call: 18:45 UTC | |
| --- | --- |
| CSE | Thank you for calling MedLink. This is Michelle; please state your company name. |
| Pilot | Hi MedLink it's British Airways |
| CSE | And your flight number? |
| Pilot | BA289 to Phoenix oddly enough. |
| CSE | Ok I do copy sir, and um can I have your ETA in Zulu into your final destination? |
| Pilot | Yeah it's zero one four one (01:41) and destination is Phoenix |
| CSE | OK I copy that sir, and can I have your aircraft type and registration? |
| Pilot | It is a 747-400 Gulf Charlie India Victor Delta |
| CSE | Thank you sir and go ahead with the age, gender and medical concern of your passenger. |
| Pilot | OK we've got a 61 year old male um who was a little out of breathe when he boarded but has pain in the central chest and feels little hot and he is a bit pale, and we've put him on therapeutic oxygen temporarily. |
| CSE | OK I copy 61 year old male, central chest pain, appears pale and is currently on oxygen. Is that correct? |
| Pilot | That's affirm |
| CSE | Ok, and um do we have a seat assignment on the passenger? |
| Pilot | He is in 4 Kilo in first class. |
| CSE | OK, I copy you sir. Standby for the MedLink physician |
| Pilot | (inaudible) |
| MD | Speedbird 289, Dr. Reinhart with MedLink. |
| First Call – MedLink Doctor Joins the Call: 18:50 UTC | |
| Pilot | Hello Dr. Reinhart, Speedbird 289 here. |
| MD | Yes, I understand that we have a uh 61 year old male passenger onboard that's having some centralized uh chest pain and is pale. We have him on supplemental oxygen. Do you know does he have any cardiac history? |
| Pilot | What I am going to do is hand you over to Eva, who's the crew member dealing with it. And he is 61...six one years old. |
| MD | Copy that. |
| Pilot | OK, here's Eva. |
| Cabin Crew | Hello Dr. Reinhart. Um Hello? |
| MD | Yes, uh I – go ahead |
| Cabin Crew | We've got a 61 year old uh male and uh he's currently ░░░░ |
| MD | OK and do you know, does he have any uh cardiac history in the past? |
| Cabin Crew | We did ask him and he said that he's got no medications with him and he doesn't have any history of any cardiac. No nothing at all. |
| MD | OK, so he hasn't taken an aspirin today and I assume he is not allergic. |
| Cabin Crew | Um I don't know anything about him uh being allergic. He did take one aspirin at 3:30 UK. |
| Pilot | 3:30 GMT |
| Cabin Crew | 3:30 GMT |

1250 West Washington Street, Suite 442  |  Tempe, Arizona, USA 85281      Tel: +1 480 333 3700  |  Fax: +1 480 333 3592

www.medaire.com          Americas   Asia Pacific  Middle East, Africa   Europe          EXPERT CARE, EVERYWHERE.®

| MD | OK, so that was quite some time ago, uh maybe uh 15 hours ago? |
|---|---|
| Pilot | Yeah 3:30pm. Sorry. 3 hours 20 ago |
| MD | Oh. Alright um so um I would uh continue the supplemental oxygen. Uh if it was only 3 hours ago that he had the aspirin we donot have to repeat that, but I'm just a little bit concerned about with his age, the pain and the fact that he is pale that maybe we should have a uh medical person evaluate him, get a set of vital signs and we can determine whether his uh blood pressure is stable enough that we can try a nitroglycerin. |
| Cabin Crew | OK. We will try to see if we can get medical help and get all the vitals like you said. |
| MD | OK, and then give us a call back (pilot attempting to speak at the same time). Yes Captain. |
| Pilot | You would like a call back with the vitals before we give him anything. |
| MD | Yeah, well they can uh assuming that you find a physician and uh he wants to go ahead and administer it. If his If he feels the vitals are stable he can go ahead and give a nitroglycerin and uh then call us back. |
| Pilot | Okee doke, yeah that sounds good, we'll call you back and see what happens. |
| CSE | And Speedbird if you have nothing further for MedLink at this time we'll go ahead and clear the line. |
| | **Repatch #1: 19:12 UTC** |
| CSE | And 289 go ahead with the update on your passenger; over |
| Pilot | Say again |
| CSE | Do you have an update on your passenger? |
| Pilot | We do yeah |
| CSE | Ok, go ahead with that. |
| Cabin Crew | Ok, we checked his pulse. He's got an irregular pulse, like 100, and so we checked his blood pressure it is 100/70 and uh yeah his pulse is irregular. And then the uh health professional is a one of the doctors said he has a crackle down his left hand side and he is still complaining about his chest pains and he is confused still. |
| CSE | OK, you are coming through just a little bit faint. Um I copy a pulse of 100 irregular, B/P 100/70. You said he Is still complaining of chest pains, and then can you please repeat what the medical professional advised? |
| Cabin Crew | Uh iIt was one of the doctors we we have onboard. He got a crackle on his left hand side and he is complaining of chest pains. |
| CSE | OK, I copy that. Standby one for Dr. Reinhart. |
| | **Repatch #1 MedLink Doctor Rejoins the Call: 19:18 UTC** |
| MD | Hello Speedbird, it's Dr. Reinhart. I understand that there's a physician onboard. We copy a blood pressure is 100/70, a pulse of 100, and crackles in the uh left chest. |
| Pilot | Yeah, that's correct. |
| MD | The blood pressure is too low to uh support us giving him a nitroglycerin at this point, so uh there is not a great deal more we can do other than the uh continuing the supplemental oxygen. Did the uh physician onboard have any uh further suggestions after his evaluation? |
| Pilot | No, just ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| MD | I'm sorry can you repeat? |
| Pilot | No no she did not have any suggestions. We have three onboard actually so we are OK. |
| MD | Ok, uh no I would uh proceed on then to your destination. looks like you have uh um us just over 6 hours remaining in the flight, so uh a lot can obviously happen in that time frame. Uh hopefully his condition will improve as he lies down and gets the oxygen. If not, if his condition appears to deteriorate, call us back and we would have to uh consider a diversion at that point. |
| Pilot | OK, that's great. Just monitor basically and if he gets any worse we'll call you back. |
| MD | Affirmative |
| Pilot | Ok, the crew just said he's gotten slightly worse since he's been on oxygen anyway, but we will keep an eye on him anyway. |
| MD | Yes, please uh let us know if anything changes or should he becomes unstable. |
| Pilot | OK, anything we should look out for particularly? |
| MD | Well if his blood pressure drops further or he becomes unresponsive, his color deteriorates and becomes ashen or cyanotic or the chest pain seems to uh worsen where uh uh he is unable to |

CONFIDENTIAL

BA0490

| | tolerate it. |
|---|---|
| Pilot | OK, yeah that sounds good.  How often do you want us to monitor his blood pressure? |
| MD | I would probably do it every 15 to 30 minutes at least? |
| Pilot | OK, that's understood. |
| MD | We thank you. |
| CSE | And, Speedbird if you have nothing further MedLink will go ahead and clear. |
| Pilot | Thanks MedLink, Speedbird's clear...289 |
| CSE | Ok, Medlink clear |
| **Repatch #2: 22:34 UTC** | |
| CSE | Thank you for calling MedLink my name is Matt, may I have your company name? |
| Pilot | Uh It's British Airways the London to Phoenix service, the uh BA 289 |
| CSE | And Speedbird 289, I understand uh Gatwick for correction Heathrow for Phoenix. Go ahead with your update; over. |
| Pilot | Ok, I've got one of the cabin crew here to give you an update on an ongoing uh situation with uh one of our passengers. Standby |
| CSE | Very good sir. MedLink standing by. |
| Cabin Crew | Good evening. I got a little bit of update for you. We've just had uh a doctor checking our uh passenger a couple of minutes ago. Uh his vitals are the same. His B/P is 100/80 and is pulse is 100. Um the doctor told us he looks the same but he says that he feels worse and he is sweating and so he's still complains about the pain in the center of his chest The doctor did check um if he had any pain down his arm, left or right or any other place and he said he didn't. That is all the update I've got so far.. |
| CSE | Understand ma'am and just to confirm so the vitals are the same although the passenger feels worse; negative for arm pain. Is that correct? |
| Cabin Crew | That's correct |
| CSE | Very good. And ma'am, I'm going to go ahead and brief our MedLink physician. Dr. Rhinehart has gone off shift so I'll update our new physician. It will take me just one moment to do so. Please standby one. |
| CSE | And Speedbird it will be just one more moment uh or a MedLink physician. |
| Pilot | Uh Speedbird 289 |
| **Repatch #2 – MedLink Doctor Joins the call: 22:38 UTC** | |
| MD | Speedbird 289 this is Dr. Monas; over. |
| Pilot | Hello doctor Speedbird 289 go ahead. |
| MD | Ok, so I'm um just getting caught up here, my understanding there is a 61 year old male, um I am not sure what his past medical history is but had some chest pain, was given some supplemental oxygen and nitroglycerin. Uh and so if you can tell me any other information or an update I would appreciate that; over. |
| Cabin Crew | Uh good evening um we've got a 61 year old male. Uh he doesn't have any history of any pain or problems. He is not on any medication. He has taken aspirin at about um seven hours ago and he has not taken anything else. He hasn't been given anything else. And we have been monitoring him and checking his vitals. His vitals are quite stable.  At the moment they are 100/80 and his pulse is 110. And he just complained that he is feeling a bit worse. He is complaining about uh pain in his chest in the central of his chest. |
| MD | OK, so he was complaining of a pain in his chest. He has received a an aspirin. I am assuming a full 325 mg aspirin. Um He is on oxygen currently. He received the nitroglycerin, and how is he after the treatment and how much nitroglycerin has he received?; over. |
| Cabin Crew | He's not received any nitroglycerin and he is on oxygen. He he he looks the same but he says he feels worse. He has been on oxygen for the last couple of hours. And he's taken aspirin himself just before take off about 7 hours ago. |
| MD | OK, I'm sorry I could not understand you. How many of the nitroglycerin um that was recommended that he be given, did he take?; over. |
| Pilot | Uh he he wasn't given any nitroglycerin at all because when we relayed the blood pressure we decided that it was too low. So he wasn't given any Nitroglycerin at all at this stage.. |
| MD | OK so why don't you go ahead and um try giving him a dose of the nitroglycerin, um if he is continuing to have chest pains. And why don't you give him a dose and then give us a call back |

CONFIDENTIAL                                                                                    BA0491

| | |
|---|---|
| | afterwards and let us know how he's a feeling. Obviously we will certainly have an ambulance waiting for you at your arrival no matter what but why don't we see how he does after the nitroglycerin; over. |
| Pilot | OK, uh so you want us to administer a single dose of nitroglycerin and then inform you how he improves after that. |
| MD | That is correct and continue him on the oxygen; over. |
| Pilot | And continue on the oxygen yeah Ok standby one minute please. Ok, we were just confirming the information that we have. Uh apparently it was your colleague earlier who suggested not giving the nitroglycerin but uh I understand now that it is ok to do so. Uh also, I don't know if you have been advised but we have a doctor onboard monitoring the patient. And uh checking his blood pressure every half an hour. He actually did say over the last check that uh he pain did look considerably worse and his recommendation was to re-evaluate in uh 30 minutes which is now about 20 minutes and suggested that uh at that time we might consider making a diversion. Obviously I wanted to uh speak with you first and get your take. Uh we will now administer the nitroglycerin and uh come back to you once that has had some effect. |
| MD | OK, that sounds good. Thank you so much. Please give us a call back; Over |
| Caller | OK Uh Speedbird 289 is now out for now |
| CSE | OK Speedbird 289 this is Matt at MedLink we will go ahead and standby for your update um at this time we will go ahead and clear the line as well. Safe flight. |
| | Reptch #3: 22:52 UTC |
| CSE | And Speedbird this is Matt, we spoke a few moments ago. I am gonna go ahead and bring Dr. Monas on the line. Standby one. |
| Pilot | OK, we're standing by here 289 |
| Cabin Crew | (Inaudible) |
| MD | Speedbird 289, Dr. Monas; Over |
| Pilot | Hello doctor, it's the uh Captain on 289. Yeah, I've got two of my cabin crew up here in the flight here with me yeah. Uh, after your uh after our last chat with you about administering the nitro, I went to uh the uh doctor that is monitoring the patient for us who is a radiologist apparently, and he said that the uh he is not happy at all with giving the patient uh nitro because his blood pressure is is too low. So he just wanted your thoughts on that. |
| MD | What is the current blood pressure? Cus the last time...well what is the current blood pressure; Over. |
| Pilot | Uh its 100/80 |
| MD | And the patient is continuing to have chest pain?; Over |
| Caller | Yes, that's correct |
| MD | OK, um and is it and so there is a radiologist onboard. I heard there is another doctor onboard as well? Over |
| Pilot | Uh Standby. OK doctor, I I'm going to let one of my cabin crew talk to you directly because I am getting it relayed to me and uh she has been with the patient the entire time. Standby one. |
| Cabin Crew | Good evening, Um we've had the doctor the radiologist that's been monitoring the customer for the last couple of hours. He came in with his colleague originally, but I know from my colleagues that there are other doctors onboard but I don't know what profession they are exactly but I know they came in forward when we made a PA for them. |
| MD | Ok and can you tell me a little bit because I came in at the end of this situation? Can you tell me the story of what this gentlemen is having, what kind of chest pain?; Over |
| Cabin Crew | OK, I am going to start from the very beginning. It started just after takeoff when he said that he's not feeling well and he's complaining of chest pain in the center of his chest. Um he did say that he had been uh was running towards the gate because he was in a rush, he seemed a bit rushed. Um, we put him on oxygen because he seems to be feeling worse and then we contacted you, and one of your colleagues told us to monitor and check his vitals. So we got the doctor to check his vitals. I have the last three updates. He didn't have any history of any pain. Uh he is not on any medication. And, he advised us that he had taken. Actually hold on a minute I have a bit of an update here. OK, I am sorry no that was not an update. So um he did advise us that he had taken an aspirin just before takeoff which was about 7 hours ago. And um he he told us he feels hot. He is quite pale. He was quite pale from the very beginning and he did have difficulty breathing. Um so we have been checking his vitals for the last couple of hours. They have been quite stable. At the moment the blood pressure is 100/80 and the pulse is 110. |
| MD | So just to...just to recap for a second. So the patient is pale? Is he and he sounds like he is sweaty |

CONFIDENTIAL

BA0492

| | |
|---|---|
| | and feeling short of breath with chest pains. And is the chest pain a pressure and if it is easier you can put me on with the doctor, I would be happy to talk with them as well but um I would just like the information; Over |
| Cabin Crew | We did ask him what kind of pain is it and he said it was quite difficult to describe so I don't have that information unfortunately. Um I don't think the pain is getting worse. I think the pain is quite stable because he didn't say it was. I did ask him in the beginning which was a couple of hours ago on a scale of 1 to 10 what how how heavy the pain is and he said about 5. That hasn't changed but I have to check that with him. And that's all the update I have so far. |
| MD | OK, does he look sweaty?; Over |
| Cabin Crew | Uh he does in my opinion and doctors opinion, he does. |
| MD | Ok, is it possible to speak with one of the doctors who are taking care of him?; Over |
| Cabin Crew | Apparently not now? |
| CSE | And Speedbird to confirm, the physician who is treating the patient is refusing to speak to the MedLink physician or he is just not available at this moment? |
| Pilot | He's not able to come on to the flight deck due to...due to our security procedures |
| CSE | Understand sir |
| MD | Yeah ok, I mean you know obviously we are here, you guys are in the air and evaluating the patient. If you feel the patient is not looking well, and that uh that we need to divert we can start to take a look at diversion locations.  Um in the meantime if the patient's blood pressure is that low, I'm assuming he is lying down right now, um and if not I would lay him down, elevate his legs, um obviously continuing continue him on the oxygen.  If his blood pressure is still 100 of the top number, I would hold off on the nitroglycerine.  Obviously if we can get his blood pressure up we could go ahead and give it, but like I said in the meantime we'll take a look at some diversion locations if you guys feel he is uh concerning at this time; Over |
| Pilot | Yeah ok Speedbird 289 |
| CSE | And Speedbird, I'll go ahead and bring dispatch on the line.  Standby one. |
| Repatch #3 BA Dispatch Joins the Call: 23:00 ||
| CSE | And Speedbird 289 this is Matt at MedLink, how do you copy? Over |
| Pilot | Uh 289 we read you three and five. |
| CSE | And 289 on the line with us is uh Ops control. |
| Dispatcher | Good evening Speedbird 289 this is Shebra from Ops control. |
| Pilot | Uh hello is that uh, are you BA Ops control or are you is this someone else from MedLink? |
| Dispatcher | No, it's BA Ops Control |
| Pilot | Oh Ok, so we've already spoken to somebody, one of your colleagues, just letting them know there is a possibility of a diversion.  Um ok we we're still um closest to Chicago at the moment and we're going to get an update from the doctor onboard in the next uh ten minutes or so I guess, and um we'll as I said earlier we'll give you a call to uh let you know what our decision is if we do have to divert. |
| Dispatcher | Excellent, thank you for that update Speedbird 289. Um I will just (MedLink Doctor interjects) Hello? |
| MD | Yes sorry this is one other thing just from the doctor over here that I just want to make sure we are doing.  I just wanna make sure we have tried laying this gentleman down with his legs elevated.  Um just to make sure that we do uh give him a little time in that position and recheck his blood pressure; Over |
| Pilot | Yeah copy that 289. |
| Dispatcher | Again uh Speedbird 289, we will ring Chicago just to let them know that there is a possibility |
| Pilot | Ok, we'll update you uh the next update within ten to fifteen and um yeah if you can let Chicago know that obviously we'll need a flight plan on to Phoenix and uh uh med....paramedics, and I'll call you and update you when and if we need to make a decision. |
| Dispatch | Ok excellent, thank you very much Speedbird 289. |
| CSE | Speedbird 289 this is Matt at MedLink.  I'll go ahead and call Chicago as well, let them know of the possibility, keep them updated. If anything does come up or if you have an update please do call us right back, we'll bring Dr. Monas back on the line.  Ops control thanks for your help and if there is nothing further for MedLink we'll go ahead and clear the line. |
| Pilot | Ok Medlink Speedbird 289 out. |

CONFIDENTIAL

BA0493

| CSE | Have a good flight, Speedbird clear. |

CONFIDENTIAL

BA0494

## Robert J. Spragg

| | |
|---|---|
| **From:** | Cunningham, Scott D. [SCunningham@condonlaw.com] |
| **Sent:** | Thursday, January 09, 2014 4:25 PM |
| **To:** | Francis G. Fleming; Robert J. Spragg; Gretchen Nelson; Nicole C. Andersen |
| **Cc:** | Battista, Anthony U.; Nowinski, Ivy L. |
| **Subject:** | BA/Baillie |
| **Attachments:** | doc00915820140109131319.pdf |

Counsel:

Attached please find British Airways' supplemental document production (BA0489-BA0515).

If you should have any questions, please let us know.

Kind regards,

Scott

---

**Scott D. Cunningham**
Partner

**Condon & Forsyth LLP**
1901 Avenue of the Stars, Suite 850  /  Los Angeles, CA 90067
Main 310.557.2030  /  Fax 310.557.1299
condonlaw.com

**************************************************
NOTICE: This message is intended only for use by the named addressee and may contain privileged and/or confidential information. If you are not the named addressee you should not disseminate, copy or take any action in reliance on it. If you have received this message in error please notify info@condonlaw.com and delete this message and any attachments accompanying it immediately. Thank you.