# EXHIBIT 4

Incident Ref : 987788



## INCIDENT DETAILS (OSR)

*Incident title :* PASSENGER ILLNESS: Chest pain

*Incident date :* 23 Mar 2012
*Flight number :* BA289
*From :* LHR  *To :* PHX  *Diverted :*
*Aircraft type :* B747-400  *Aircraft reg. :* G-CIVD

*Country :*  *Station/City :*  *Location :*

*Operational phase :* Cruise

*Tech Log :* //  *ATA chapter :* /

*MOR :* No  *MIR :* No

*Flight Safety Risk:*  *Airworthiness Risk:*  *Injury Risk:* E

*Incident summary :*

Passenger complained about the pain in the central chest. He felt hot, looked pale, had difficulty breathing, irregular pulse and confused. 61 years old. No medication, no operations.
Contacted Medlink and Dr on board.
Breakfast in the morning, no alcohol.

eBASIS  Fri Apr 13 06:54:00 BST 2012  page 1

CONFIDENTIAL  BA0451

Incident Ref : 987788



## OCCUPATIONAL SAFETY REPORT

### INJURED PERSON

| | |
|---|---|
| Individual : | Passenger |
| Name : | Mr James Donald Baillie |
| Contact address : | |
| Phone No. : | |
| Nationality : | USA |
| Date Of Birth : | |
| Travelling Alone? : | No |
| Gender : | Male |
| Seat Number : | 4K |

| | | | |
|---|---|---|---|
| Event date : | 23 Mar 2012 | Event time (local) : | 1530 |
| Date reported : | 27 Mar 2012 | | |

### LOCATION

| | | | |
|---|---|---|---|
| Country : | | Station/City : | |
| Location : | | Sub Location 1 : | |
| Sub Location 2 : | | | |

### EVENT DESCRIPTION

Event description :
Pax illness - Pain in the central chest, feels hot, pale, difficulty breathing, irregular pulse, confused. 61 years old, No medication, no operations. Contacted Medlink and Dr on board. Breakfast in the morning, no alcohol.

### EQUIPMENT

| | |
|---|---|
| Equipment involved | Yes |
| Owner : | British Airways |

| | | | |
|---|---|---|---|
| From : | LHR | To : | PHX |
| Diverted : | | | |

| | | | |
|---|---|---|---|
| Flight number : | BA289 | | |
| Aircraft type : | B747-400 | Aircraft registration : | G-CIVD |

### INJURY

Event type :
chest pain
Injury type :
Body part :
Chest

### SYMPTOMS

Symptoms And Signs

| | | | |
|---|---|---|---|
| Sites of pain (specify): | central chest | Severity of pain: | Moderate |
| Pattern of pain: | Constant | | |
| Breathless/Wheezy | Pale | Hot/Feverish | Weakness |

CONFIDENTIAL                                                                                                                                    BA0452

Incident Ref : 987788

**BRITISH AIRWAYS**

| | | | |
|---|---|---|---|
| Fit/Convulsion | Anxious | | |
| Pulse : | 100/minute | Blood Pressure : | 100/70 mm/Hg |

Casualty's Medical History

| | | | |
|---|---|---|---|
| Had problem before? | NO | | |
| Taking any medication? | YES | 1 x aspirin | |
| Any allergies? | NO | | |
| Any recent illness or operations? | NO | | |

Cabin Crew Action

| | | | |
|---|---|---|---|
| Oxygen given? | YES | If YES, did patients condition improve? | |
| Medication given? | Aspirin | | |
| Defibrillator Used? | NO | If YES, were any shocks administered? | |
| CPR given? | NO | If YES, did patients condition improve? | |
| Other treatment (specify)? | NO | | |
| Attempt to contact MEDLINK? | YES | Successful | |
| Assistance of on-board Dr or Health Professional requested? | YES | Successful | |

Advice given by Medlink/other Health Professional assistance
Advice: :
Dr Reynald of Medlink advised aspirin at 3.30 x 1. Monitor chest pain and blood pressure.

Assisting Health Professional

| | | | |
|---|---|---|---|
| Name : | Dr R K Verma | Tel. : | 01162719954 |
| Address : | | Level of care: : | C |

RESULT OF INCIDENT

Incident Ref : 987788


BRITISH AIRWAYS

ORIGINAL OCCUPATIONAL SAFETY REPORT

### INJURED PERSON

| | |
|---|---|
| Individual : | PASSENGER |
| Name : | Mr James Donald Baillie |
| Contact address : | |
| Phone No. : | |
| Nationality : | USA |
| Date Of Birth : | |
| Travelling Alone? : | No |
| Gender : | |
| Seat Number : | 4K |

### EVENT

| | | | |
|---|---|---|---|
| Event date : | 23 Mar 2012 | Event time (local) : | 1530 |
| Date reported : | 27 Mar 2012 | | |

### LOCATION

| | | | |
|---|---|---|---|
| Country : | | Station/City : | |
| Location : | | Sub Location 1 : | |
| Sub Location 2 : | | | |

### EVENT DESCRIPTION

Event description :
Pax illness - Pain in the central chest, feels hot, pale, difficulty breathing, irregular pulse, confused. 61 years old, No medication, no operations. Contacted Medlink and Dr on board. Breakfast in the morning, no alcohol.

### EQUIPMENT INVOLVED

| | |
|---|---|
| Equipment Involved | Yes |
| Owner : | British Airways |

### SECTOR

| | | | |
|---|---|---|---|
| From : | LHR | To : | PHX |
| Diverted : | | | |

### AIRCRAFT DETAILS

| | | | |
|---|---|---|---|
| Flight number : | BA289 | | |
| Aircraft type : | B747-400 | Aircraft registration : | G-CIVD |

### INJURY DETAILS

Event type :
chest pain
Injury type :
OTHER-chest pain
Body part :
CHEST

### ILLNESS DETAILS

eBASIS     Fri Apr 13 06:54:00 BST 2012                                                              page 4

CONFIDENTIAL

BA0454

Incident Ref : 987788

**BRITISH AIRWAYS**

*Symptoms And Signs*

| | | | |
|---|---|---|---|
| Sites of pain (specify): | central chest | Severity of pain: | MODERATE |
| Pattern of pain: | CONSTANT | | |
| BREATHLESS_WHEEZY | PALE | HOT_FEVERISH | WEAKNESS |
| FIT_CONVULSION | ANXIOUS | | |
| Pulse : | 100/minute | Blood Pressure : | 100/70 mm/Hg |

*Casualty's Medical History*

| | |
|---|---|
| Had problem before? | NO |
| Taking any medication? | YES    1 x aspirin |
| Any allergies? | NO |
| Any recent illness or operations? | NO |

*Cabin Crew Action*

| | | |
|---|---|---|
| Oxygen given? | YES | If YES, did patients condition improve? |
| Defibrillator Used? | NO | If YES, were any shocks administered? |
| CPR given? | NO | If YES, did patients condition improve? |
| Other treatment (specify)? | NO | |
| Attempt to contact MEDLINK? | YES | Successful |

*Advice given by Medlink/other Health Professional assistance*

Advice: :
Dr Raynald of Medlink advised aspirin at 3.30 x 1. Monitor chest pain and blood pressure.

*Assisting Health Professional*

| | | | |
|---|---|---|---|
| Name : | Dr R K Verma | Tel. : | 01162719954 |
| Address : | | Level of care: : | |

CONFIDENTIAL                                                                                                   BA0455