EXHIBIT 6

```
Date: 04/03/12                 ST LUKES MEDICAL CENTER            Page   : 1
Time: 14:28                      Abstract Summary Form            Report: HSPX

Patient: BAILLIE, JAMES                          Address:
DOB:      07/20/50    Fin Class: MANAGED CARE (HM        MESA
Sex:      MALE        Ins. Plan: AETNA                   AZ, 85213
                      Guarantor: SELF                    Phone #: (602)000-0000

Adm Date: 03/23/12    Adm Source: NONHC FACILITY POO     Acct. #: 1208300109
Adm Time: 22:51       Adm Type:   EMERGENCY              Unit. #: 00771546
Dis Date: 03/30/12    Trans From:                        Pt. Type: *A INPATIE
Dis Time: 12:38       Service:    INTENSIVE CARE         Trans To:
LOS:      7           Dis Status: 02 DC/TRANS TO HOSP FOR IP CARE Coder: Sylvi
Admitting DR: CANDIPAN, ROBERT               Referring DR:
Attending DR: CANDIPAN, ROBERT               Discharge DR: CANDIPAN, ROBERT
ER Physician: HESS, BRIAN                    Primary DR:   IDENTIFIED, NO PCP

DRG:    237    MAJOR CARDIOVASC PROCEDURES W MCC
Admit Diagnosis:        410.91    AMI NOS, INITIAL
Principal Diagnosis:    410.01    AMI ANTEROLATERAL, INIT            POA: Y
Secondary Diagnoses/POA:
  518.81 ACUTE RESPIRATORY FAILURE/Y         401.9  HYPERTENSION NOS/Y
  785.51 CARDIOGENIC SHOCK/Y                 428.0  CHF NOS/Y
  428.21 AC SYSTOLIC HRT FAILURE/Y           272.1  PURE HYPERGLYCERIDEMIA/Y
  276.1  HYPOSMOLALITY/Y                     780.60 FEVER NOS/N
  414.01 CRNRY ATHRSCL NATVE VSSL/Y          288.60 LEUKOCYTOSIS NOS/N
  414.2  CHR TOT OCCLUS COR ARTRY/Y          041.85 OTH GRAM NEGATV BACTERI/N

Principal Procedure:                         Date:        Primary Surgeon:
  37.61 PULSATION BALLOON IMPLAN             03/23/12     CANDIPAN, ROBERT
Secondary Procedures:
  00.66 PTCA                                 03/23/12     CANDIPAN, ROBERT
  37.22 LEFT HEART CARDIAC CATH              03/23/12     CANDIPAN, ROBERT
  36.07 INS DRUG-ELUT CORONRY ST             03/23/12     CANDIPAN, ROBERT
  88.56 CORONAR ARTERIOGR-2 CATH             03/23/12     CANDIPAN, ROBERT
  00.47 INSERT 3 VASCULAR STENTS             03/23/12     CANDIPAN, ROBERT
  00.40 PROCEDURE--ONE VESSEL                03/23/12     CANDIPAN, ROBERT
  99.20 INJ/INF PLATELET INHIBIT             03/23/12     CANDIPAN, ROBERT
  96.71 CONT INV MEC VEN <96 HRS             03/23/12     SHAHRYAR, SYED

Consultants:                                 Date:        Specialty:
MCCONNELL, BRYAN T                                        FAMILY PRACTICE
SHAHRYAR, SYED                                            PULMONARY DISEASES
TASSET, MARK                                              CARDIOVAS/THORACIC


                              End of Report
```

CONFIDENTIAL                                              JDB - 12250

**ST. LUKE'S MEDICAL CENTER**
1800 E. Van Buren Phoenix, AZ 85006   Phone: (602) 251-8163

Age: 61y  Race: Unknown   Room:
Name: JAMES BAILLE   DOB: 07/20/1950  Sex: M
Acct.# 1208300109   MR # A00771546

## Nursing Documentation : Triage

Date: 03/23/2012 19:32   Source: ☑ Patient ☐ EMS other: ___   Weight: ___   Height: ___
Tetanus vacc.: UNK   Immunizat.: ___   Head circumference: ___   Birth weight: ___   Birth height: ___
Pneumonia vacc.: Unknown   PMD: ___
Influenza vacc.: Unknown

**Chief Complaint / Reason for visit:** Chest Pain
☐ Return visit same day
☐ Return visit within 72 hours
☐ Workers compensation

PT running to catch flight in London this AM. Sudden onset of midsternal cp 7/10. Flew to Phx w/ ongoing cp. PT rates pain 4-5/10 midsternal, sats on EMS arrival 75% and only reached 95% on non-rebreather. PT given 324 ASA x 2 and NTG 0.4mg x 1. ST elevation reported by EMS.

**Treatment Prior to Arrival:** none  CPR  Airway  (Medications)  ACLS Protocol  Decon  Intubation
(IV)  (O2 Therapy)  C-collar/Backboard  (Monitor)  Ice  Splint(s)  Dressing(s)  Glucose

**MODE / METHOD OF ACCESS**
Arrival Mode: Engine 19
Entered by: Stretcher
Admitted from: Airport

Pain Intensity Rate: 3   @ rest: 3   Onset: 1   ☐ min ☐ hrs ☑ days ☐ weeks
Severity: ☐ none ☑ mild ☐ moderate ☐ severe   Location: Midsternal chest
Radiation of pain: Denies
Precipitating factors: -

Exposure history: HIV  AIDS  SARS  STD
symptoms: ___

**VITAL SIGNS TAKEN:** ☐ SITTING  ☐ LAYING  ☐ STANDING

| Time | Temp | Route | Pulse | Resp | SBP | DBP | Pulse Ox | O2 |
|---|---|---|---|---|---|---|---|---|
| 03/23/2012 19:35 | | Oral | 98 | 20 | 103 | 73 | 83 | 15L |

**Orthostatic Vital Signs**

|  | Lay | Sit | Stand |
|---|---|---|---|
| Pulse | | | |
| SBP | | | |
| DBP | | | |

**ALLERGIES** ☐ none
(NKDA)

Airway: (clear)  obstructed  Intubated
Breathing: (WNL)
Neuro: (oriented) ☑ x4 ☐ person ☐ place ☐ time ☐ situation
dementia   decreased LOC   unconscious/comatose
Skin: (warm & dry)  hot  cool  cold  clammy  diaphoretic  pale

**MEDICATIONS** ☑ none

Trauma Assessment: Trauma
☐ Assault ☐ Stab ☐ GSW ☐ Fire
☐ Fall ___
☐ MVC Speed(mph): ___  Airbag  Restrained
☐ Driver ☐ Passenger ☐ Front ☐ Rear
☐ Motorcycle ☐ Bicycle   Helmet
Impact: ☐ Rear ☐ Front ☐ T-Bone
☐ Other

**CONDITIONS** ☑ none
Alzheimer  Anxiety  Arthritis*  Asthma  Autism  Back pain  Bi-polar  Blind*  Bronchitis  Cancer  Cataract  CHF  Constipation  COPD  CVA  Depression  Diabetes*  Diverticulitis  Dysrhythmia  Ectopic*  GI bleed  Glaucoma  HTN  Kidney stones  MI  Migraine  Osteoporosis  Parkinson's  Pneumonia  Prostate  Schizophrenia  Seizures  Thyroid*  TIA  Ulcers  UTI

**PROCEDURES** ☑ none
Appendectomy  Arthroplasty  Back surgery/fusion  CABG  Cardiac catheterization  Cholecystectomy  Craniotomy  Gastric bypass  Gastric resection  Hysterectomy  Inguinal hernia repair  Neck surgery/fusion  Tonsillectomy  Umbilical hernia repair

**TRIAGE INTERVENTION(s):**
☐ None ☐ Ice / Elevation ☐ Dressing / Splint
☑ EKG ☐ C-Collar ☐ Glucose ___
☐ Respiratory Precautions
☐ Visual Acuity
R20/ ___  L20/ ___  B20/ ___

**FAMILY HISTORY** ☑ none
Asthma (CAD)  Cancer  COPD  CVA  Diabetes*  DM  HTN  Seizures (MI)

☐ Afraid at home   (Someone to care for you home)
☐ Coughing up blood  ☐ Recent positive TB skin test
☐ Currently being treated for TB
☐ Night sweats in last 6 months
☐ Unplanned weight loss > 10 lbs in past 6 months
☐ Travelled out of the country within last 30 days

**SOCIAL HISTORY** Lives: ☐ alone ☑ spouse ☐ family ☐ nursing home
Smoking ___   Alcohol ___   Drug abuse ___

**ADVANCE DIRECTIVES** ☐ none  ☐ Living will  ☐ DNR  ☐ Information Given

Triage Category: I
Triage Disposition Time: 03/23/2012 19:32
Triage Nurse Signature: ___
Triage Nurse Initials: CSC

DOS: 03/23/2012 19:27  Provider: Hess, Brian   Name: JAMES BAILLE   DOB: 07/20/1950  Sex: M

**ST. LUKE'S MEDICAL CENTER**
1800 E. Van Buren Phoenix, AZ 85006   Phone: (602) 251-8183

VISIT RECORD   Page 1
Name: Baille, James   DOB: 07/20/1950   61y   Sex: M
Acct.# 1208300109   MR # A00771546

## EMERGENCY DEPARTMENT VISIT RECORD

| Patient Name | BAILLE, JAMES | | DOB | 07/20/1950 | Sex | M | Age | 61y | Race | Unknown | SSN | XX-0000000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Phone | (602)000-0000 | Address | UNKNOWN PHOENIX, AZ 85006 | | | | | | | | | |
| PMD | | | | | PMD Phone/Fax | | | | | | Flag | |
| MRN | A00771546 | Visit Number | 1208300109 | | Mode of Arrival | | Engine 19 | | | | Call In | Yes |
| Triage | J | Arrived | 03/23/2012 19:27 | Registered | 03/23/2012 19:34 | Discharge | 03/23/2012 19:57 | | | | Type | Admitted IC |
| Room | | RN | Christ, Carolyn G | TRN | | MD | Hess, Brian | | NP/PA | | | |
| Complaints | Chest Pain | | | | | | | | | | | |

### ELECTRONIC VISIT RECORD

Document Name: APC / Charge Sheet (03 2010)                    Status: Modified
Comment:

**Routine ED Services - Assessments**
  Receipt of EMS/Ambulance Patient/Triage/Initial Assessment: 25  Simple: VS x 2 (does not include Triage VS): 15

**Routine ED Services - Interventions**
  Application: ice pack : 10  Insertion of Catheter: simple foley, in/out, straight: 25  IV start used for hydration, treatment, prophylaxis, diagnosis, fluids, meds adm: 30  Simple Px: NG, edema, non-impacted cerumen, PEG reinsertion w/o removal: 25  Testing: ABG, Accucheck, CT, Culture, Doppler pulses, etc: 30

**APC Scores**
  APC Level Critical Care (each additional 30 min): Y

**Special Procedures Performed by ED Staff**
  IV Hydration Initial up to One Hour: 1

**ED PX Level 3**
  ED PX Level 3: 1

**History of Changes**

| Date/Time | User Name | Action |
|---|---|---|
| 03/23/2012 20:14 | Morgan, Jess | Attach Visit Document |
| 03/23/2012 20:14 | Morgan, Jess | Edit Visit Document |
| 03/24/2012 18:32 | Vaca, Dora | Edit Visit Document |
| 03/24/2012 18:32 | Vaca, Dora | Print Visit Document |
| 03/24/2012 20:02 | Interface Manager, NWS System | Print Visit Document |

Document Name: MDO General Medicine                    Status: Added
Comment:

**Allergies**
  Allergy: NKDA  Y

**History of Changes**

| Date/Time | User Name | Action |
|---|---|---|
| 03/23/2012 19:41 | Hess, Brian | Attach Visit Document |
| 03/23/2012 19:42 | Hess, Brian | Print Visit Document |

Document Name: MDT Critical Care                    Status: Modified
Comment:

| Signature/Initials | Signature/Initials | VISIT RECORD |
|---|---|---|
| Signature/Initials | Signature/Initials | Name: Baille, James   DOB: 07/20/1950  61y  Sex: M |
| | | Acct.# 1208300109   MR # A00771546 |

**ST. LUKE'S MEDICAL CENTER**     Page 2
1800 E. Van Buren Phoenix, AZ 85006 · Phone: (602) 251-8183

VISIT RECORD
Name: Bailie, James    DOB: 07/20/1950   61y   Sex: M
Acent.# 1208300109    MR # A00771546

## EMERGENCY DEPARTMENT VISIT RECORD

**History Source**
    Time Seen: 03/23/2012 19:48 Patient: Y

**Chief Complaint**
    Chest pain: Y

**Arrival**
    via EMS: Y

**History of Present Illness: Onset**
    Prior to arrival to ED: Y Onset more options: 11 hours

**History of Present Illness: Activity at onset**
    Heavy activity: Y

**History of Present Illness: Symptoms Prior to Arrival**
    Chest pain: Y SOB: Y General weakness: Y

**History of Present Illness: Alleviating Factors**
    Comment: nothing

**History of Present Illness: Exacerbating Factors**
    Info: nothing

**Prehospital Course: Initial EMS findings**
    Alert: Y

**Prehospital Course: Respirations**
    Shallow: Y

**CAD Risk Factors**
    Smoker: N Age: Y DM: N Family hx of CAD: Y Cocaine use: N Hyperlipidemia: N Prior CAD: N

**PE Risk Factors**
    Recent surgery: N Post partum: N Bedridden: N Family history of PE/DVT: N Prolonged travel: N Extremity injury: N Cancer: N Oral contraceptives: N Hx or risk of DVT/PE: N

**Sepsis Risk Factors**
    Immunocompromised: N Infant: N Nursing home: N Elderly: N

**Conditions**
    None: Y

**Procedures**
    None: Y

**Family History**
    None: Y Illness: CAD Y Illness: MI Y

**Social History**
    Alcohol: N Tobacco Use: N Substance Abuse: N

**Medications**
    None: Y

**Allergies**
    Allergy: NKDA Y

**Review of Systems**
    ROS: ALL SYSTEMS REVIEWED AND NEGATIVE EXCEPT AS INDICATED. Y

**Review of Systems: Resp**
    SOB: Y

**Review of Systems: CV**
    Chest Pain: Y

**Physical Exam: Vitals**
    Vital signs reviewed: Y VS stable: Y

**Physical Exam: Appearance**
    Normal: Y

**Physical Exam: HEENT**

| Signature/Initials | Signature/Initials |
|---|---|
| Signature/Initials | Signature/Initials |

VISIT RECORD
Name: Bailie, James    DOB: 07/20/1950   61y   Sex: M
Acent.# 1208300109    MR # A00771546

**ST. LUKE'S MEDICAL CENTER**
1800 E. Van Buren Phoenix, AZ 85006    Phone: (602) 251-8193

VISIT RECORD    Page 3
Name: Bailie, James    DOB: 07/20/1950  61y  Sex: M
Acont.# 1208300109    MR # A00771546

## EMERGENCY DEPARTMENT VISIT RECORD

Normal: Y PERRL: Y

**Physical Exam: Neck**
Normal: Y

**Physical Exam: Pulmonary**
Airway patent: Y  Spontaneous breathing: Y  Breath sounds bilateral: Y  Breath sounds normal: Y

**Physical Exam: Cardiovascular**
Spontaneous pulse: Y

**Physical Exam: Abdomen**
Non-tender: Y  Soft: Y  NL Bowel Sounds: Y

**Physical Exam: Extremities**
Normal: Y

**Physical Exam: Skin**
Normal: Y

**Physical Exam: Neurological**
Gait normal: Y  CN II-XII intact: Y  Corneal reflexes: Y  Spontaneous movement: Y  Follows commands: Y

**ED Procedures**
Intubated/ continued in ED: Y  Endotracheal intubatin: Y  by ED physician: Y  Tube size: 7.5    mm
Orotracheal: Y  Auscultation of bilateral breath sounds: Y  Visual confirmation tube through vocal cords: Y
Color change on End-tidal CO2 monitor: Y

**Radiographs**
CXR normal: N  Radiographs visualized/interpreted by me: Y  Comments: pulm edema

**EKG Interpretation**
NSR: N  Axis normal: Y  Nonspecific changes: N  ST segments : Y  Elevated: Y  Normal EKG: N

**Labs**
BMP normal: Y  WBC: 11.6  Hemoglobin: 16  Hematocrit: 50.5  PLT: 212  Cardiac profile normal: N  BNP
normal: N

**Comments**
Critical Care Time: 30 - 74 minutes  ED Course Notes: close obs. spoke to candipan. stemi protocol. Date / Time:
03/23/2012 19:51  ED course note user: Hess, Brian (HESS)
ED Course Notes: will likely intubate  Date / Time: 03/23/2012 19:56  ED course note user: Hess, Brian (HESS)

**Review of records**
Discussed with Dr.: Y  Dr. : candipan  Date / Time: 03/23/2012 19:30  Counseled: Y  Family: Y  About diagnosis:
Y  About follow-up: Y

**Clinical Impression**
Diagnosis: Acute STEMI---anterior lateral
Diagnosis: Acute pulmonary edema

**Disposition**
Disposition: Admitted ICU / CCU  Condition: Critical  EMC: Continues  Ready For Discharge: 03/23/2012
19:56:11

**History of Changes**

| Date/Time | User Name | Action |
|---|---|---|
| 03/23/2012 19:57 | Hess, Brian | Attach Visit Document |
| 03/23/2012 23:13 | Hess, Brian | Edit Visit Document |
| 03/24/2012 20:07 | Interface Manager, NWS System | Print Visit Document |

Document Name:  RNT Assessment and Disposition    Status: Modified
Comment:

**Airway and C-spine**
WNL: Y  Clear: Y

Signature/Initials    Signature/Initials
Signature/Initials    Signature/Initials

VISIT RECORD
Name: Bailie, James    DOB: 07/20/1950  61y  Sex: M
Acont.# 1208300109    MR # A00771546

Case 2:13-cv-04681-SVW-RZ   Document 27-4   Filed 02/11/14   Page 7 of 16   Page ID #:484

**ST. LUKE'S MEDICAL CENTER**
1800 E. Van Buren Phoenix, AZ 85006   Phone: (602) 251-8100

VISIT RECORD   Page 4
Name: Ballis, James   DOB: 07/20/1950   61y   Sex: M
Acct.# 1208300109   MR # A00771546

## EMERGENCY DEPARTMENT VISIT RECORD

**Breath Sounds**
  WNL: Y
**Respiratory**
  WNL: N  Labored: Y  Shallow: Y
**Cardiovascular**
  WNL: N  Diaphoresis: Y  Chest Pain/Tightness: Y  Dizziness: Y
**Neurological**
  WNL: Y
**GI**
  WNL: Y
**GU / GYN**
  WNL: Y
**Musculo-skeletal**
  WNL: Y
**Integumentary**
  Intact: Y
**EENT**
  WNL: Y
**Psychiatric**
  WNL: Y
**Communication Deficit**
  Any deficit: N
**Barriers to Learning**
  Any barriers: N
**Safety Measures**
  Safety measures addressed: Y  Side rails up: Y  ID bracelet on: Y  Risk of falls: N
**Support System**
  Lives with significant other: Y
**Development Milestones**
  Development Milestones Achieved: Y
**Vital Signs**
  Continuous NIBP (strips attached): Y  Time Stamp: 03/23/2012 20:00  Pulse: 98  Resp: 18  SBP: 101  DBP: 75
  Pulse Ox: 85  O2: 15L
**Patient Property**
  Clothing: Y  Valuables: Y
**Patient Property Status**
  Sent with family: Y
**Discharge Assessment**
  Time Stamp: 03/23/2012 20:26  Pulse: 104  SBP: 105  DBP: 72  Pulse Ox: 71  Note: 2026-Pt taken on gurney to
  Cath Lab by Cath Lab Staff. PT intubated and RT bagging pt w/ B/V/M.
  [03/23/2012 20:57:19 Christ, Carolyn G] Discharge Assessment - Resp
  Bagging w/ B/V/M
**Discharge Condition**
  Other: Y  Description: Transfer to Cath Lab  Initials: Hollywood, Charity Rose (CHARITY) Initials: Christ,
  Carolyn G (CGC)
  [03/23/2012 20:58:44 Christ, Carolyn G] Discharge Condition - Initials
  Charted under Charity H in error. C. Christ, RN

| Author: | Christ, Carolyn G | Date/Time: | 03/23/2012 20:57 |
|---|---|---|---|
| Subject: | Discharge Assessment - Resp | | |

| Signature/Initials | Signature/Initials | VISIT RECORD | | | |
|---|---|---|---|---|---|
| | | Name: Ballis, James | DOB: 07/20/1950 | 61y | Sex: M |
| Signature/Initials | Signature/Initials | Acct.# 1208300109 | MR # A00771546 | | |

CONFIDENTIAL

JDB - 12272

**ST. LUKE'S MEDICAL CENTER**
1800 E. Van Buren Phoenix, AZ 85006   Phone: (602) 251-8183

| VISIT RECORD | | | Page 5 |
|---|---|---|---|
| Name: Ballie, James | DOB: 07/20/1950 | 61y | Sex: M |
| Acct.# 1208300105 | MR # A00771546 | | |

## EMERGENCY DEPARTMENT VISIT RECORD

Bagging w/ B/V/M

| Author: | Christ, Carolyn G | Date/Time: | 03/23/2012 20:58 |
|---|---|---|---|
| Subject: | Discharge Condition - Initials | | |

Charted under Charity H in error. C. Christ, RN

### History of Changes

| Date/Time | User Name | Action |
|---|---|---|
| 03/23/2012 19:47 | Hollywood, Charity Rose | Attach Visit Document |
| 03/23/2012 19:47 | Hollywood, Charity Rose | Edit Visit Document |
| 03/23/2012 20:58 | Christ, Carolyn G | Edit Visit Document |
| 03/24/2012 20:04 | Interface Manager, NWS System | Print Visit Document |

Document Name: RNT Medications/ Infusions     Status: Modified

Comment:

### Medications
Time: 03/23/2012 20:03  Medication: Etomidate 20mg  Route: IV  Site: #2  Initials: Christ, Carolyn G (CGC)
Time: 03/23/2012 20:03  Medication: Succinylcholine 200mg  Route: IV  Site: #2  Initials: Christ, Carolyn G (CGC)
Time: 03/23/2012 20:20  Medication: Rocuronium 10mg (pushed by Carolyn S)  Route: IV  Site: #2  Initials: Christ, Carolyn G (CGC)

### Response to Medication
Resp Time: 03/23/2012 20:17  Response: Pt sedated for intubation  Initials: Christ, Carolyn G (CGC)
Resp Time: 03/23/2012 20:20  Response: Paralysis initiated  Initials: Christ, Carolyn G (CGC)

### Parenteral Therapy - IV Fluids
Site: RAC-Labs Drawn  Time: 03/23/2012 19:48 IV gauge: 18  X: 1  Per Hr IV: Y  Tolerated well, no adverse reaction noted: Y  Catheter intact @: 03/23/2012 21:00
Site: LAC  Time: 03/23/2012 19:48 IV gauge: 18  X: 1  Per Hr IV: Y  Catheter intact @: 03/23/2012 21:00
Site: L hand/PTA IV gauge: 20  D/C @: 03/23/2012 19:49 Per Hr IV: Y  Tolerated well, no adverse reaction noted: Y  Catheter intact @: 03/23/2012 19:49
Start Time: 03/23/2012 19:48  Hydration or Medication: Hydration  Medication: 1L NS  Rate / Bolus: 150cc  Initials: Christ, Carolyn G (CGC)
Start Time: 03/23/2012 19:48  End Time: 03/23/2012 20:17  Hydration or Medication: Hydration  Medication: 1L NS Rate / Bolus: 150cc  Initials: Christ, Carolyn G (CGC)
End Time: 03/23/2012 19:49  Hydration or Medication: Hydration  Medication: 1L NS hung pta  Initials: Christ, Carolyn G (CGC)

### Titrated Medications
Date/Time: 03/23/2012 20:17  Medication: Propofol 10mcg/kg/hr  Initials: Christ, Carolyn G (CGC)

### History of Changes

| Date/Time | User Name | Action |
|---|---|---|
| 03/23/2012 19:49 | Christ, Carolyn G | Attach Visit Document |
| 03/23/2012 21:01 | Christ, Carolyn G | Edit Visit Document |
| 03/24/2012 20:06 | Interface Manager, NWS System | Print Visit Document |

Document Name: RNT Procedures     Status: Modified

Comment:

### Cardiology Procedures / Treatment Care

| Signature/Initials | Signature/Initials | | | | |
|---|---|---|---|---|---|
| Signature/Initials | Signature/Initials | VISIT RECORD | | | |
| | | Name: Ballie, James | DOB: 07/20/1950 | 61y | Sex: M |
| | | Acct.# 1208300105 | MR # A00771546 | | |

**ST. LUKE'S MEDICAL CENTER**
1800 E. Van Buren Phoenix, AZ 85006 · Phone: (602) 251-8103

| VISIT RECORD | | Page 6 |
|---|---|---|
| Name: Bailie, James | DOB: 07/20/1950 61y | Sex: M |
| Acct.# 1208300109 | MR # A00771546 | |

## EMERGENCY DEPARTMENT VISIT RECORD

Cardiac monitor: Y  Pulse Ox-continuous: Y  EKG by ED Staff: Y

**GI / GU Procedures / Treatment Care**
Foley catheter: Y  Size: 16

**Radiology Procedures / Treatment Care**
X-ray prep: Y

**Labs**
Venipuncture (ED Staff): Y  Lab Test (any): Y  Specimen Collection: Y  Point of care test: Y

**Pulmonary Procedures / Treatment Care**
Airway: Y  Oxygen: Y  Mask: Y  Liters/min: 15  End-tidal CO2: Y +: Y  Tube: 7.5cm  Rapid sequence induction: Y
[03/23/2012 20:53:00 Christ, Carolyn G] Pulmonary Procedures / Treatment Care - Rapid sequence induction
2003-Rapid Sequence Intubation, 7.5 ET tube, taped 24cm at lip. Color change confirmed by Evis, RT, bilateral lung sounds confirmed by Dr. Hess. Pt bagged with b/v/m and 100% O2.

**Minor Ortho and Notes**
Initials: Morgan, Jess (JHM)

| Author: | Christ, Carolyn G | Date/Time: | 03/23/2012 20:53 |
|---|---|---|---|
| Subject: | Pulmonary Procedures / Treatment Care - Rapid sequence induction | | |

2003-Rapid Sequence Intubation, 7.5 ET tube, taped 24cm at lip. Color change confirmed by Evis, RT, bilateral lung sounds confirmed by Dr. Hess. Pt bagged with b/v/m and 100% O2.

**History of Changes**

| Date/Time | User Name | Action |
|---|---|---|
| 03/23/2012 20:15 | Morgan, Jess | Attach Visit Document |
| 03/23/2012 20:15 | Morgan, Jess | Edit Visit Document |
| 03/23/2012 20:53 | Christ, Carolyn G | Edit Visit Document |
| 03/24/2012 20:03 | Interface Manager, NWS System | Print Visit Document |

| Document Name: | Triage Form | Status: Modified |
|---|---|---|
| Comment: | | |

**Historian / Immunization History**
Triage Date/Time: 03/23/2012 19:32  Patient: Y  Last Tetanus: UNK  Pneumonia: Unknown  Influenza: Unknown

**Chief Complaint / Reason for Visit**
Note: PT running to catch flight in London this AM. SUdden onset of midsternal cp 7/10. Flew to Phx w/ ongoing cp. PT rates pain 4-5/10 midsternal, sats on EMS arrival 75% and only reached 85% on non-rebreather. PT given 324 ASA x 2 and NTG 0.4mg x 1. ST elevation reported by EMS.

**Treatment Prior to Arrival**
O2 Therapy: Y  Monitor: Y  IV/HL: Y  Medications: Y

**Method of Access: Entered by**
Entered By: Stretcher

**Method of Access: Admitted from**
Admitted from: Airport

**Pain Assessment**
Pain (0-10): 3  Pain intensity at rest: 3  Onset: 1  Onset (days): Y  Location of Pain: Midsternal chest  Mild: Y
Pain radiation: Denies  Precipitating factors: -

**Vital Signs**
Time Stamp: 03/23/2012 19:35  Route: Oral  Pulse: 98  Resp: 20  SBP: 103  DBP: 73  Pulse Ox: 83  O2: 15L

**Allergies**
Allergy: NKDA  Y

| Signature/Initials | Signature/Initials | VISIT RECORD | | |
|---|---|---|---|---|
| | | Name: Bailie, James | DOB: 07/20/1950 61y | Sex: M |
| Signature/Initials | Signature/Initials | Acct.# 1208300109 | MR # A00771546 | |

CONFIDENTIAL

JDB - 12274

ST. LUKE'S MEDICAL CENTER
1800 E. Van Buren Phoenix, AZ 85006  Phone: (602) 251-8183

VISIT RECORD  Page 7
Name: Balile, James  DOB: 07/20/1950  61y  Sex: M
Acct.# 1208300109  MR# A00771546

## EMERGENCY DEPARTMENT VISIT RECORD

**Current Medications**
 None: Y

**Conditions**
 None: Y

**Procedures**
 None: Y

**Family History**
 None: Y Illness: CAD Y
 Illness: MI Y

**Social History**
 Lives with significant other: Y Is there someone to care for you at home?: Y

**Airway**
 Clear: Y

**Breathing**
 WNL: Y

**Neuro**
 Oriented: Y x4: Y

**Skin**
 Warm and dry: Y

**Trauma Assessment**
 Trauma: N

**Triage Intervention(s)**
 EKG: Y

**Triage Nurse**
 Triage disposition time: 03/23/2012 19:32 Triage Nurse Initials: Christ, Carolyn G (CGC)

**History of Changes**

| Date/Time | User Name | Action |
|---|---|---|
| 03/23/2012 20:10 | Christ, Carolyn G | Attach Visit Document |
| 03/23/2012 20:35 | Christ, Carolyn G | Edit Visit Document |
| 03/23/2012 20:56 | Christ, Carolyn G | Print Visit Document |
| 03/24/2012 20:05 | Interface Manager, NWS System | Print Visit Document |

### ORDERS

Test Name: DIFFERENTIAL   Accession #: 12083036806   Status: Complete
Order Date/Time: 03/23/2012 21:35   Ordered By: Hess, Brian

Result Date/Time: 03/23/2012 21:35

| Test | Result | | | Status | Site |
|---|---|---|---|---|---|
| Neutrophil | 87.0 | High | 46.0-66.0 | % | |
| Bands | 2 | | 0-10 | % | |
| Lymphocyte | 8.0 | Low | 24.0-44.0 | % | |
| Monocyte | 2.0 | | 0.0-10.0 | % | |
| Eosinophil | 0.0 | | 0.0-7.0 | % | |

Signature/Initials   Signature/Initials
Signature/Initials   Signature/Initials

VISIT RECORD
Name: Balile, James  DOB: 07/20/1950  61y  Sex: M
Acct.# 1208300109  MR# A00771546

CONFIDENTIAL  JDB - 12275

ST. LUKES MEDICAL CENTER
Discharge Summary

PATIENT NAME: BAILLIE, JAMES
ACCOUNT #: 1208300109
MR NUMBER: 771546
BIRTH DATE: 1950/07/20

PHYSICIAN: ROBERT S. CANDIPAN, M.D.
ADMITTED: 03/23/2012 00:00:00
DISCHARGED: 03/30/2012 00:00:00

DISMISSAL NOTE

ADMITTING DIAGNOSES:
1. ST segment elevation myocardial infarction.
2. Cardiogenic shock.
3. Acute pulmonary edema, requiring intubation.
4. History of hyperlipidemia.

HOSPITAL COURSE: This is a 61-year-old gentleman who had no prior cardiac history. He was admitted here on the evening of 03/23/2012 with a diagnosis of an ST segment elevation MI. Briefly, he had been in a hurry to catch a plane in London when he developed chest discomfort. Unfortunately, his chest discomfort continued on his flight here to Phoenix and on arrival here, he was met by the paramedics and an EKG demonstrated ST segment elevations in the anterior leads. He was then transported here and taken emergently to the cardiac catheterization laboratory. Prior to that, in the emergency room, he was noted to have significant pulmonary edema and was intubated.

Cardiac catheterization demonstrated a total occlusion of the proximal LAD with significant thrombus burden. He underwent balloon angioplasty, thrombectomy, and placement of 3 drug-eluting stents in the LAD itself. Flow ultimately was approximately TIMI grade 2. He had disease of the left circumflex as well as the right coronary artery.

The patient was admitted to the ICU for further care. He had a balloon pump placed following his cardiac catheterization. Following that, it was noted that he became hypotensive and he was started on both Neo-Synephrine and Levophed.

He remained in the ICU during his entire hospital stay. On 03/25/2012, we were able to start to wean off his pressors. On 03/26/2012, pressors were weaned completely off, his balloon pump was removed and he was extubated all in the same day.

On 03/27/2012, he was noted to have good mental status. He denied any further episodes of chest pain throughout his hospital course. We got him up and ambulated him. We attempted to start him on small doses of beta-blockers and captopril; however, due to persistent hypotension, we were never able to do this. On the evening of 03/27/2012, he did have episodes of increasing hypoxemia and a chest x-ray demonstrated pulmonary edema. This happened again the following day. Both these episodes were treated with intravenous diuretics. He had a good response with the diuretics, but was associated with significant hypertension with blood pressures down in the 70s and 80s.

On 03/29/2012, because of persistent hypotension and hypoxemia, we went ahead and did an echocardiogram. He had an echocardiogram done

CONFIDENTIAL JDB - 12284

Patient Name: BAILLIE, JAMES                Account Number: 1208300109

initially, which demonstrated an ejection fraction of 10% to 15%. This repeat echocardiogram demonstrated similar findings with moderate mitral valve regurgitation and tricuspid valve regurgitation. There was a localized pericardial effusion non-hemodynamically significant.

The patient was started on low-dose dobutamine at 2.5 mcg/min/kg. He was able to tolerate this, but not a higher dose due to hypotension. That evening, he was able to make it through the night without significant hypoxemia. On the morning of 03/30/2012, he was doing better. He was ambulating around the unit and in good spirits. He was, however, persistently hypotensive. His blood pressure was in the 70 to 80 range systolic, and his heart rate was greater than 100. Of note, he had no significant arrhythmias throughout his hospital course.

Because of the persistent hypotension, LV dysfunction and requirement for inotropic therapy, we felt that it would be best if he were to be evaluated in a center that could perform cardiac transplant if needed. The Mayo Clinic was contacted, Dr. Eric Steidley. Discussed the patient with us and ultimately decided to transfer the patient there for further evaluation. The patient is now being transported to that facility. His condition is guarded.

DISMISSAL MEDICATIONS: Continuing on dobutamine 2.5 mcg/kg/min. He is also on Plavix 75 mg a day as well as aspirin.

Final disposition will be determined by the physicians at the Mayo Clinic.

All of the findings and decisions were discussed with the patient, the family, including his wife and daughters.

CONSULTATIONS OBTAINED DURING THE HOSPITALIZATION: Dr. Shahryar from pulmonary as well as Dr. Noori from internal medicine. Also Dr. Tasset, cardiothoracic surgery.


ROBERT S. CANDIPAN, M.D.


cc: ROBERT S. CANDIPAN, M.D., <Dictator>
 ,, <Referring Physician>

DD: 03/30/2012 15:30:40 EST/DT: 03/30/2012 18:44:19 EST/18810073

CONFIDENTIAL                                    JDB - 12285

Patient Name: BAILLIE, JAMES          Account Number: 1208300109

IASISJob ID:706011/NTSJob ID:1273971/Doc ID: 11143583/Rev:
0/03/30/2012 18:44:19 EST/sn
Authenticated by Robert Candipan, MD On 04/05/2012 11:56:35 AM

ST. LUKES MEDICAL CENTER
Discharge Summary

PATIENT NAME: BAILLIE, JAMES  
ACCOUNT #: 1208300109  
MR NUMBER: 771546  
BIRTH DATE: 1950/07/20  

PHYSICIAN: ROBERT S. CANDIPAN, M.D.  
ADMITTED: 03/23/2012 00:00:00  
DISCHARGED: 03/30/2012 00:00:00  

ADDENDUM

This is an addendum to the discharge note that was for 03/30/2012 and the addendum includes:

DISMISSAL DIAGNOSES:
1. ST segment elevation myocardial infarction, anterior wall.
2. Status post percutaneous coronary intervention with placement of 3 drug-eluting stents in the proximal to mid left anterior descending coronary.
3. Status post intraaortic balloon pump placement.
4. Cardiogenic shock.
5. Acute pulmonary edema, respiratory failure, resolved.
6. Hyperlipidemia.
7. Ischemic cardiomyopathy.

ROBERT S. CANDIPAN, M.D.


cc: ROBERT S. CANDIPAN, M.D., <Dictator>
,, <Referring Physician>

DD: 04/13/2012 19:04:05 EST/DT: 04/14/2012 06:57:37 EST/18810122
IASISJob ID:709241/NTSJob ID:1360518/Doc ID: 11223882/Rev:
0/04/14/2012 06:57:37 EST/dn
Authenticated by Robert Candipan, MD On 04/23/2012 11:01:22 AM

CONFIDENTIAL                                                        JDB - 12287

ST. LUKES MEDICAL CENTER
Consultation

PATIENT NAME: BAILLE, JAMES
ACCOUNT #: 1203300109
MR NUMBER: 771546
BIRTH DATE: 1950/07/20

PHYSICIAN: ROBERT S. CANDIPAN, M.D.
ADMITTED: 03/23/2012 00:00:00
DISCHARGED:

DATE OF CONSULTATION: 03/23/2012

REASON FOR CONSULTATION: ST segment elevation MI.

REQUESTING PHYSICIAN: Dr. Hess.

HISTORY: This is a 61-year-old gentleman who has no prior cardiac history per se. He actually was traveling from London to Phoenix earlier today. Actually he was late for his plane and had to run in the line in airport to catch his plane. Apparently, either during or just after he did that, he began to experience some chest discomfort. Nevertheless, he continued on his way on the flight and continues to feel poorly during his airplane trip across country. When he landed in Phoenix, paramedics were called and an EKG demonstrated acute ST segment elevations in the anterior leads. He was then transported here for further care. On presentation here, he was short of breath and was intubated by the ER physician. His EKG demonstrated persistent elevations in the anterior leads.

The patient was taken emergently to the cardiac catheterization laboratory where he was found to have a total occlusion of the LAD. He underwent successful PCI placement of 3 stents in the LAD with restoration of distal flow. Because of his pulmonary status, elevated LVEDP, and presumed significant LV dysfunction, an intra-aorta balloon pump was placed.

The patient is now admitted to the ICU.

PAST MEDICAL HISTORY: There is no prior cardiac history. Apparently a couple of years ago he had some symptoms of an irregular heartbeat. At that time, a workup was done, which did not demonstrate any significant problems.

Past medical history is also remarkable for hypertension. No history of hyperlipidemia or diabetes mellitus.

SOCIAL HISTORY: The patient does not smoke or drink.

FAMILY HISTORY: Apparently his mother had a history of coronary artery disease at an early age.

MEDICATION LIST: Unavailable at this time.

ALLERGIES: NONE STATED.

REVIEW OF SYSTEMS: As per the HPI, otherwise negative.

PHYSICAL EXAMINATION:
VITAL SIGNS: At this time blood pressure is 100/60, pulse was in the 80s and regular, respiratory rate on a ventilator was 20 to 24.

CONFIDENTIAL

JDB - 12292

Case 2:14-cv-00420-SMM Document 21-7 Filed 03/28/14 Page 16 of 16
Case 2:13-cv-04681-SVW-RZ Document 27-4 Filed 02/11/14 Page 16 of 16 Page ID #:493
Patient Name: BAILLE, JAMES                Account Number: 1208300109

GENERAL: He is a well-developed, well-nourished gentleman, who is sedated and intubated.

SKIN: Warm and dry without rashes or jaundice.
HEENT: Sclerae are anicteric. Oral cavity is moist.
NECK: Supple. Jugular venous pressure was 8 cm. His carotid upstrokes were normal bilaterally without bruits.
LUNGS: Equal breath sounds bilaterally.
CARDIAC: PMI normal. S1 and S2 normal. No S3, no S4. There were no murmurs.
ABDOMEN: Benign.
EXTREMITIES: Without edema.

LABORATORY DATA: Pending. Electrocardiogram demonstrated normal sinus rhythm with ST segment elevations in leads V1 through V4. Chest x-ray was pending.

In summary, this is a 61-year-old gentleman, who is status post PCI for ST segment elevation MI.

At this time the plan will be to admit him to the ICU. We will continue him on intra-aortic balloon pump at least overnight. The patient is on eptifibatide, which will continue for 12 hours. He will need to be loaded with Plavix and given a dose of 75 mg a day. An echocardiogram will be performed in the a.m. to evaluate his LV function. Pulmonary consultation for help with ventilator management will be obtained. We will also consult the hospitalist.


ROBERT S. CANDIPAN, M.D.


cc: ROBERT S. CANDIPAN, M.D., <Dictator>
,, <Referring Physician>
BRIAN H. HESS, M.D.

DD: 03/24/2012 01:58:36 EST/DT: 03/24/2012 02:16:14 EST/18810145
IASISJob ID:704711/NTSJob ID:1231964/Doc ID: 11104334/Rev: 0/03/24/2012 02:16:14 EST/pn
Authenticated and Edited by Robert Candipan, MD On 3/27/12 4:57:49 PM

CONFIDENTIAL

JDB - 12293