EXHIBIT 7

1  Gretchen M. Nelson (112566)
   gnelson@kreindler.com
2  Nicole C. Andersen (281218)
   nandersen@kreindler.com
3  KREINDLER & KREINDLER LLP
   707 Wilshire Blvd., Suite 3600
4  Los Angeles, CA 90017
   Tel.: (213) 622-6469
5  Fax: (213) 622-6019

6  Robert J. Spragg
   rspragg@kreindler.com
7  Francis G. Fleming, Jr.
   ffleming@kreindler.com
8  KREINDLER & KREINDLER LLP
   750 Third Avenue, 32nd Floor
9  New York, NY 10017
   Tel.: (212) 687-8181
10 Fax: (212) 972-9432

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

11 *Attorneys for Plaintiff*

12                UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14 ----------------------------------------------x
   LINDA ANN BAILLIE, individually, as
15 Personal Representative of the Estate of          Civ. No. CV13-4681 SVW (PZx)
   JAMES DONALD BAILLIE, II, and on
16 behalf of all heirs and next of kin of JAMES
   DONALD BAILLIE, II, deceased,
17                                                   **COMPLAINT**
                              Plaintiff,
18            v.                                     Plaintiff Demands Trial by Jury

19 BRITISH AIRWAYS PLC,

20                            Defendant.
   ----------------------------------------------x
21
22     Plaintiff, by her attorneys, Kreindler & Kreindler LLP, respectfully alleges:

23                **THE PARTIES AND JURISDICTION**

24     1.    This action seeks damages on behalf of plaintiff, the heirs and next of

25 kin of James Donald Baillie, II, and the Estate of James Donald Baillie, II, for the

26 personal injuries and wrongful death of James Donald Baillie, II, who died on July
27
28

                                     -1-

1, 2012 as a result of an accident, under the Montreal Convention, he suffered on British Airways Flight 289 on March 23, 2012.

2.     Plaintiff Linda Ann Baillie is a citizen of the State of Arizona and the wife of decedent James Donald Baillie, II, and was appointed the duly authorized Personal Representative of the Estate of James Donald Baillie, II, on August 29, 2012, pursuant to Letters of Personal Representative issued by the Superior Court of Maricopa County, Arizona.

3.     Plaintiff's decedent James Donald Baillie, II, was also a citizen of the State of Arizona.

4.     Defendant British Airways Plc ("British Airways") is a corporation duly organized and existing under the laws of United Kingdom with its principal place of business in the United Kingdom.  Defendant British Airways is a common carrier engaged in the business of transporting passengers by air and conducts substantial business in the State of California and within this District at Los Angeles International Airport and at its offices at 5600 West Century Boulevard, #229, Los Angeles, CA 90045.

5.     Plaintiff's decedent James Donald Baillie, II, was injured while traveling as a fare paying passenger on British Airways Flight 289 on March 23, 2012, under a contract of carriage purchased in the United States.

6.     Jurisdiction exists pursuant to 28 U.S.C. § 1331, by reason of a federal question concerning the Convention for the Unification of Certain Rules for

-2-

International Carriage by Air, May 28, 1999 (entered into force on November 4, 2003), reprinted in S. Treaty Doc. No. 106-45 (the "Montreal Convention"), in that this action arises out of injuries sustained by a passenger on board an air carrier engaged in international transportation by an aircraft for hire; the ticket contract between the plaintiff and the air carrier was purchased in the United States in the State of Arizona; the final place of destination, according to said ticket contract, was in the United States in the State of Arizona; and the principal and permanent residence of the plaintiff and plaintiff's decedent is in the United States in the State of Arizona, where defendant British Airways operates services for the carriage of passengers by air and maintains facilities related to its business of carriage of passengers by air; and pursuant to 28 U.S.C. § 1332 diversity of citizenship in that the plaintiff is a citizen and resident of the United States and defendant British Airways is a citizen of the United Kingdom, and the amount in controversy exceeds Seventy-Five Thousand ($75,000) Dollars, exclusive of interest and costs.

7.    Personal jurisdiction is proper in this District because defendant British Airways is qualified to do business in the State of California, operate its aircraft from Los Angeles International Airport in this District, and has been doing continuous and systematic business in the State of California and within this District.

8.    Venue in the District satisfies the requirements of 28 U.S.C. § 1391, in that, as set forth above, defendant British Airways conducts substantial business in

-3-

1    and is subject to personal jurisdiction in this District.

2    ## FIRST CAUSE OF ACTION FOR ABSOLUTE LIABILITY
3    ## UNDER THE MONTREAL CONVENTION

4    9.    Plaintiff hereby repeats, reiterates and realleges each and every

5    allegation contained in paragraphs 1 through 8 as if set forth herein at length.

6
7    10.    At all times herein mentioned, defendant British Airways was and is a

8    common carrier engaged in the business of transporting passengers for hire by air,

9    by and through its servants, agents and employees, and as such it owned, operated,

10    maintained and controlled a Boeing model 747-400 aircraft, which was operated as
11

12    British Airways Flight 289, a scheduled international passenger flight from London,

13    England to Phoenix, Arizona on March 23, 2012 (the "subject flight").

14
15    11.    On March 23, 2012, James Donald Baillie, II, was a fare paying

16    passenger on the subject flight, engaged in international transportation pursuant to

17    airline tickets on defendant British Airways for round-trip travel between Phoenix,
18

19    Arizona and London, England, with additional stops in Toulouse, France and

20    Munich, Germany; the tickets were issued in the United States by and for defendant

21    British Airways, were governed by the Montreal Convention and provided for
22

23    round-trip transportation from and to the United States, with agreed stopping places

24    outside the United States and with the ultimate destination of the United States.

25    12.    At all times mentioned herein, defendant British Airways maintained a
26

27    place of business in the United States through which the ticket for the subject flight

28    was issued, in that defendant British Airways had offices in the United States,

-4-

1    issued the ticket for the subject flight in the United States and accepted payment

2    from James Donald Baillie, II, for the ticket for the subject flight in the United

3    States.

4

5        13.    By the terms of the Montreal Convention, defendant British Airways is

6    presumed liable for personal injuries suffered by James Donald Baillie, II, in

7

8    connection with the subject flight on account of any accident on board the aircraft.

9        14.    On March 23, 2012, James Donald Baillie, II, suffered severe physical

10

11   injuries as a result of an accident on board the subject flight when he experienced

12   chest pain immediately after having boarded the subject aircraft, reported his

13   condition to defendant British Airways' agents, employees and representatives

14

15   before take-off, and was instructed to remain on board the subject aircraft by

16   defendant British Airways' agents, employees and representatives; thereafter, the

17   subject aircraft departed London, England on its 10-hour international transatlantic

18

19   flight to Phoenix, Arizona, during which James Donald Baillie, II's condition

20   worsened significantly and he suffered a serious heart attack; defendant British

21   Airways knew of James Donald Baillie, II's serious medical condition throughout

22

23   the subject flight but it declined to render medical aid to him or divert the subject

24   flight to an airport at which James Donald Baillie, II, could be treated.

25        15.    As a result of defendant British Airway's failure to render prompt,

26

27   competent medical treatment to James Donald Baillie, II, and its failure to divert the

28   subject flight to an airport where he could receive emergency medical attention, his

-5-

1  medical condition and outcome were seriously and adversely affected.  James

2  Donald Baillie, II, was hospitalized in Phoenix, Arizona from March 23, 2012 until

3
4  he died on July 1, 2012.

5       16.    At all times mentioned herein, the accident suffered by James Donald

6  Baillie, II, on the subject flight was an unexpected and unusual event external to

7
8  James Donald Baillie, II, and defendant British Airways is liable under the

9  applicable provisions of the Montreal Convention for the damages sustained by

10 James Donald Baillie, II, his wife, plaintiff Linda Ann Baillie, his Estate and his

11
12 heirs and next of kin as a result of said accident.

13      17.    As a result of the foregoing, plaintiff Linda Ann Baillie, on her own

14 behalf, as Personal Representative of the Estate of James Donald Baillie, II, and on

15
16 behalf of the heirs and next of kin of James Donald Baillie, II, is entitled to recover

17 damages for loss of decedent's earnings, financial support, services, society, love,

18 consortium, companionship, comfort, care, nurture, protection, parental care,

19
20 advice, guidance, assistance and training, inheritance and/or net estate

21 accumulations of the decedent, survivors' grief and anguish, sorrow, stress, mental

22 suffering and pain and shock, together with the decedent's mental and physical pain

23
24 and suffering, lost future earnings, medical expenses, loss of enjoyment of life and

25 life's activities, funeral and burial expenses and other damages for which defendant

26 British Airways is presumed liable.

27
28      18.    By reason of the foregoing, and under the terms of the Montreal

-6-

1    Convention, plaintiff Linda Ann Baillie, individually, as the Personal

2    Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs

3

4    and next of kin of James Donald Baillie, II, is entitled to recover compensatory

5    damages for their injuries and economic losses.

6        **WHEREFORE**, plaintiff Linda Ann Baillie, individually, as the Personal

7

8    Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs

9    and next of kin of James Donald Baillie, II, demands judgment against defendant

10   British Airways for compensatory and special damages in amounts according to

11

12   proof at trial, together with interest, costs, and the disbursements of this action, and

13   for other such and further relief as the Court deems just and proper.

14                              **JURY DEMAND**

15

16       Plaintiff demands a trial by jury.

17   Dated:        June 27, 2013

18                                KREINDLER & KREINDLER LLP

19

20   By:
                                 Gretchen M. Nelson(112566)
21                               Nicole C. Andersen (281218)
                                 707 Wilshire Blvd., Suite 3600
22                               Los Angeles, CA 90017
                                 Tel.: (213) 622-6469
23                               Fax: (213) 622-6019
                                      - and -
24                               Robert J. Spragg
                                 Francis G. Fleming, Jr.
25                               Kreindler & Kreindler LLP
                                 750 Third Avenue, 32nd Fl.
26                               New York, NY 10017
                                 Tel.: (212) 687-8181
27                               Fax: (212) 972-9432

28                               *Attorneys for Plaintiff*

                                -7-

                    COMPLAINT FOR WRONGFUL DEATH AND PERSONAL INJURIES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV13- 4681 SVW (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>*Plaintiff(s)*<br><br>v.<br><br>BRITISH AIRWAYS PLC,<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CV13- 4681**SVW(PZx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRITISH AIRWAYS PLC
c/o C T Corporation System
818 West Seventh Street
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gretchen M. Nelson, Esq.
Nicole C. Andersen, Esq.
Kreindler & Kreindler LLP
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  JUN 2 7 2013

**JULIE PRADO**

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased | BRITISH AIRWAYS PLC |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |
|---|---|
| Gretchen M. Nelson, Esq., Nicole C. Andersen, Esq., Kreindler & Kreindler LLP, 707 Wilshire Blvd., Suite 3600, Los Angeles, CA 90017, Tel. No. (213) 622-6469; Robert J. Spragg, Esq., Francis G. Fleming, Jr., Esq., Kreindler & Kreindler LLP, 750 Third Avenue, 32nd Floor, New York, NY 10017, Tel. No. (212) 687-8181 | Scott D. Cunningham, Esq., Condon & Forsyth LLP, 1901 Avenue of the Stars, Suite 850, Los Angeles, CA 90067, Tel. No. (310) 557-2030 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. 1331: Action arising under the Montreal Convention Treaty seeking damages for personal injuries and wrongful death suffered by plaintiff as a result of an accident, under the Montreal Convention, on British Airways Flight 289 on March 23, 2012

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☒ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ-enced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com-modities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: _____

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐  A. Arise from the same or closely related transactions, happenings, or events; or

☐  B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐  C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐  D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Maricopa County, Arizona |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County, California | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | On board British Airways Flight 289, an international filght between London, England and Phoenix, Arizona, on March 23, 2012 |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: in land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_   DATE:  6-24-2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; pius all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |