EXHIBIT 8

1    Scott D. Cunningham (State Bar No.: 200413)
      Email: scunningham@condonlaw.com
2    Ivy L. Nowinski (State Bar No.: 268564)
      Email: inowinski@condonlaw.com
3    CONDON & FORSYTH LLP
      1901 Avenue of the Stars, Suite 850
4    Los Angeles, California 90067-6010
      Telephone: (310) 557-2030
5    Facsimile: (310) 557-1299

6    Attorneys for Defendant
      BRITISH AIRWAYS, PLC
7

8                 UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11    LINDA ANN BAILLIE, individually, as  )   Case No. CV13-4681 SVW (RZx)
      Personal Representative of the Estate of  )
12    JAMES DONALD BAILLIE, II, and on  )   **INITIAL DISCLOSURES OF**
      behalf of all heirs and next of kin of  )   **BRITISH AIRWAYS, PLC**
13    JAMES DONALD BAILLIE, II,  )
      deceased,  )
14                                    )
15            Plaintiff,  )
                                   )
16       vs.  )
                                   )
17    BRITISH AIRWAYS PLC,  )
                                   )
18            Defendants.  )

19        Defendant British Airways, Plc (hereinafter "British Airways"), by and

20    through its attorneys of record, Condon & Forsyth LLP, hereby provides its Initial

21    Disclosures pursuant to and in the manner required by Rule 26(a)(1)(A) of the

22    Federal Rules of Civil Procedure as follows:

23        (i)     **Individuals Likely to Have Discoverable Information.**

24        At present, British Airways does not have sufficient facts to determine

25    which individuals are likely to have discoverable information that British Airways

26    may use to support its defenses in this matter. British Airways will provide the

27    information that is required by the Federal Rules of Civil Procedure as the facts are

28    developed and reserves its right to supplement its disclosures pursuant to and in the

1  manner provided under these rules. Subject to the foregoing, at present, British
2  Airways identifies the following individuals who may have discoverable
3  information British Airways may use to support its defenses in this matter:

4      1.    Linda Ann Baillie.

5  **Subjects of Information:** Plaintiffs' alleged damages, Mr. James Donald
6  Baillie II's (hereinafter "the decedent") health prior to the incident onboard British
7  Airways flight 289 on March 23, 2012, the decedent's health after the incident
8  onboard British Airways flight 289 on March 23, 2012.

9      2.    Ewa van den Berg, British Airways.

10      (May be contacted through counsel for British Airways)

11  **Subjects of Information:** Activities and events within the cabin of British
12  Airways flight 289 from London to Phoenix on March 23, 2012; facts and
13  circumstances surrounding the alleged incident on March 23, 2012, on board
14  British Airways flight 289 from London to Phoenix, the decedent's condition and
15  treatment on board BA flight 289 from London to Phoenix on March 23, 2012.

16      3.    Georgina Bolton, British Airways.

17      (May be contacted through counsel for British Airways)

18  **Subjects of Information:** Activities and events within the cabin of British
19  Airways flight 289 from London to Phoenix on March 23, 2012; facts and
20  circumstances surrounding the alleged incident on March 23, 2012, on board
21  British Airways flight 289 from London to Phoenix, the decedent's condition and
22  treatment on board British Airways flight 289 from London to Phoenix on March
23  23, 2012.

24      4.    Tony Brooker, British Airways.

25      (May be contacted through counsel for British Airways)

26  **Subjects of Information:** Activities and events within the cabin of British
27  Airways flight 289 from London to Phoenix on March 23, 2012; facts and
28  circumstances surrounding the alleged incident on March 23, 2012, on board

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  British Airways flight 289 from London to Phoenix, the decedent's condition and
2  treatment on board British Airways flight 289 from London to Phoenix on March
3  23, 2012.

4        5.    Nichola Sharrad, British Airways.
5           (May be contacted through counsel for British Airways)
6      **Subjects of Information:**  Activities and events within the cabin of British
7  Airways flight 289 from London to Phoenix on March 23, 2012; facts and
8  circumstances surrounding the alleged incident on March 23, 2012, on board
9  British Airways flight 289 from London to Phoenix, the decedent's condition and
10  treatment on board British Airways flight 289 from London to Phoenix on March
11  23, 2012.

12        6.    First Officer Alastair Grant, British Airways.
13           (May be contacted through counsel for British Airways)
14      **Subjects of Information:**  The flight plan, flight path, flight conditions and
15  flight operations of British Airways flight 289 on March 23, 2012; information
16  provided to flight crew regarding decedent; communications with Medlink and the
17  decision to not divert; training on diversion procedures and response to in-flight
18  medical emergencies; activities and events within the cabin of British Airways
19  flight 289 from London to Phoenix on March 23, 2012; facts and circumstances
20  surrounding the alleged incident on March 23, 2012, on board British Airways
21  flight 289 from London to Phoenix, and the decedent's condition and treatment on
22  board British Airways flight 289 from London to Phoenix on March 23, 2012.

23        7.    First Officer Matthew Simmons, British Airways.
24           (May be contacted through counsel for British Airways)
25      **Subjects of Information:**  The flight plan, flight path, flight conditions and
26  flight operations of British Airways flight 289 on March 23, 2012; information
27  provided to flight crew regarding the decedent; communications with Medlink and
28  the decision to not divert; and training in diversion procedures and response to in-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

INITIAL DISCLOSURES OF BRITISH AIRWAYS, PLC
CASE NO.: CV13-4681 SVW (RZx)     - 3 -

LAOFFICE 42869V.1

1   flight medical emergencies.

2         8.     Captain Stephen Fowler, British Airways.

3            (May be contacted through counsel for British Airways)

4     **Subjects of Information:** The flight plan, flight path, flight conditions and

5   flight operations of British Airways flight 289 on March 23, 2012; information

6   provided to flight crew regarding the decedent; communications with Medlink and

7   the decision to not divert; and training in diversion procedures and response to in-

8   flight medical emergencies.

9         9.     Dr. Ratan K. Verma.

10     **Subjects of Information:** Activities and events within the cabin of British

11   Airways flight 289 from London to Phoenix on March 23, 2013; facts and

12   circumstances surrounding the alleged incident on March 23, 2013, on board

13   British Airways flight 289 from London to Phoenix; and the decedent's medical

14   condition and treatment on board British Airways flight 289 from London to

15   Phoenix.

16        10.     Unidentified Doctors on board British Airways flight 289.

17     **Subjects of Information:** Activities and events within the cabin of British

18   Airways flight 289 from London to Phoenix on March 23, 2013; facts and

19   circumstances surrounding the alleged incident on March 23, 2013, on board

20   British Airways flight 289 from London to Phoenix; and the decedent's medical

21   condition and treatment on board British Airways flight 289 from London to

22   Phoenix.

23        11.   Dr. Raynald, MedAire (Medlink), 1250 W. Washington Street, Suite

24   442, Tempe, AZ 85281.

25     **Subjects of Information:** The decedent's medical condition and treatment

26   on board British Airways flight 289 from London to Phoenix, the decision to not

27   divert; and training in diversion procedures and response to in-flight medical

28   emergencies.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1      12.    Michael A. Covalciuc, M.D., 13400 E Shea Blvd  Scottsdale, AZ

2  85259, Tel: (480) 391-8000.

3      **Subject of Information:**  The decedent's physical condition, medical

4  condition and medical treatment prior to the alleged incident which is the subject

5  of this lawsuit.

6      13.    Any health care providers who treated the decedent before March 23,

7  2013.  At present, the names of these health care providers are unknown to BA.

8  BA will supplement its responses to these initial disclosures when it has the names

9  of these health care providers.

10     **Subject of Information:**  The decedent's physical condition, medical

11  condition and medical treatment prior to the alleged incident which is the subject

12  of this lawsuit.

13     14.    Laszlo T. Vaszar, M.D., Mayo Clinic Hospital, 13400 E Shea Blvd.,

14  Scottsdale, AZ 85259, Tel: (480) 301-8000.

15     **Subjects of Information:**  The decedent's physical condition, medical

16  condition and medical treatment after the alleged incident which is the subject of

17  this lawsuit.

18     15.    Francisco A. Arabia, M.D., Mayo Clinic Hospital, 5777 E Mayo

19  Blvd., Phoenix, AZ 85054, Tel: (480) 515-6296.

20     **Subjects of Information:**  The decedent's physical condition, medical

21  condition and medical treatment after the alleged incident which is the subject of

22  this lawsuit.

23     16.    Stephen F. Noll, M.D., Mayo Clinic Hospital, 13400 E Shea Blvd,

24  Scottsdale, AZ 85259, Tel: (480) 301-8000.

25     **Subjects of Information:**  The decedent's physical condition, medical

26  condition and medical treatment after the alleged incident which is the subject of

27  this lawsuit.

28     17.    Patrick A. DeValeria, M.D., Mayo Clinic Hospital, 5777 E Mayo

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1   Blvd., Phoenix, AZ 85054, Tel: (480) 515-6296.

2        **Subjects of Information:**  The decedent's physical condition, medical

3   condition and medical treatment after the alleged incident which is the subject of

4   this lawsuit.

5        18.   Jonathon C Adams, M.D., Mayo Clinic Hospital, 13400 E Shea Blvd,

6   Scottsdale, AZ 85259, Tel: (480) 301-8000.

7        **Subjects of Information:**  The decedent's physical condition, medical

8   condition and medical treatment after the alleged incident which is the subject of

9   this lawsuit.

10       19.   Robert P. Bright, M.D., Mayo Clinic Hospital, 13400 E Shea Blvd,

11  Scottsdale, AZ 85259, Tel: (480) 301-8000.

12       **Subjects of Information:**  The decedent's physical condition, medical

13  condition and medical treatment after the alleged incident which is the subject of

14  this lawsuit.

15       20.   Robert S. Candipan, M.D., St. Luke's Hospital, 1800 E. Van Buren

16  St., Phoenix, AZ 85006, Tel: (602) 251-8100

17       **Subjects of Information:**  The decedent's physical condition, medical

18  condition and medical treatment after the alleged incident which is the subject of

19  this lawsuit.

20       21.   Brian Hess, M.D., 214 W Roosevelt St Unit 201C, Phoenix, AZ

21  85003.

22       **Subjects of Information:**  The decedent's physical condition, medical

23  condition and medical treatment after the alleged incident which is the subject of

24  this lawsuit.

25       **(ii)    Documents.**

26       At present, British Airways does not have sufficient facts to determine

27  which documents British Airways currently has in its possession, custody or

28  control that it may use to support its defenses in this matter.  British Airways is

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  continuing its investigation to ascertain the facts and identify documents that it
2  currently has in its possession, custody or control that it may use to support its
3  defenses in this matter. British Airways reserves its right to supplement its
4  disclosure pursuant to and in the manner required by the Federal Rules of Civil
5  Procedure. Subject to the foregoing, British Airways identifies the following
6  documents:

7      1.    Passenger ticket for the decedent;

8      2.    Passenger Name Record(s) for the decedent;

9      3.    Passenger details for the decedent;

10     4.    British Airways Customer Service Manual Chapter A12 – Injury,
11           Illness or Death of Passengers;

12     5.    British Airways Customer Service Manual Chapter A23 – Medical
13           Passengers;

14     6.    BA Incident Details and Occupational Safety Report; and

15     7.    BA Part A(2) Joint Procedures Manual Flight and Cabin Crew;

16     8.    The decedent's medical records from as yet unidentified health care
17           providers generated prior to this incident;

18     9.    The decedent's medical records from St. Luke's Hospital;

19     10.   The decedent's medical records from Mayo Clinic Hospital; and

20     11.   Documents and electronically stored information generated by
21           Medlink with respect to the incident.

22     **(iii)   A Computation of Each Category of Damages Claimed.**

23     British Airways is not claiming any damages, other than its recoverable
24  costs, in this action at this time. However, British Airways hereby requests that
25  plaintiffs provide, pursuant to and in the manner required by Rule 26(a)(1)(A)(iii),
26  a computation of each category of damages claimed by plaintiffs and to make
27  available for inspection and copying as under Rule 34 the documents or other
28  evidentiary material, unless privileged or protected from disclosure, on which each

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1   computation is based, including materials bearing on the nature and extent of the
2   injuries and damages claimed by plaintiffs.

3       (iv)    **Insurance Agreement.**

4       British Airways has sufficient liability insurance to satisfy any judgment
5   which may be entered against it in this action. *See Wegner v. Cliff Viessman, Inc.*,
6   153 F.R.D. 154, 160-61 (N.D. Iowa 1994).

7

8   Dated: October 29, 2013          CONDON & FORSYTH LLP

9

10                                    By:
11                                    SCOTT D. CUNNUNGHAM
12                                    IVY L. NOWINSKI
                                    Attorneys for Defendant
13                                    BRITISH AIRWAYS. PLC.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

INITIAL DISCLOSURES OF BRITISH AIRWAYS, PLC
CASE NO.: CV13-4681 SVW (RZx)     - 8 -               LAOFFICE 42869V.1

1    PROOF OF SERVICE

2    STATE OF CALIFORNIA COUNTY OF LOS ANGELES

3          I am a resident of the State of California, over the age of eighteen years, and

4    not a party to the within action.  My business address is 1901 Avenue of the Stars,

5    Suite 850, Los Angeles, California 90067-6010.  On October 29, 2013, I served the

6    within document:

7          INITIAL DISCLOSURES OF BRITISH AIRWAYS PLC

8

9    ☐   **(By Facsimile):** I caused the above-referenced document(s) to be
         transmitted by facsimile machine to the person(s) at the address(es) set
10        forth below

11   ☒   **(By Mail):** As Follows:  I am "readily familiar" with the firm's practice
         of collection and processing correspondence for mailing.  Under that
12        practice it would be deposited with the U.S. Postal Service on that same
         day with postage thereon fully prepaid at Los Angeles, California in the
13        ordinary course of business.  I am aware that on motion of the party
         served, service is presumed invalid if postal cancellation date or postage
14        meter date is more than one day after the date of deposit for mailing in
         affidavit.

15

16   ☐   **(By Personal Service):** I caused the above-referenced document(s) to be
         personally delivered by hand to the person(s) at the address(es) set forth
17        below.

18   ☐   **(By Overnight Courier):** I caused the above-referenced document(s) to
         be delivered by an overnight courier service to the person(s) at the
19        address(es) set forth below.

20   Gretchen M. Nelson, Esq.                    Robert J. Spragg, Esq.
     Nicole C. Andersen, Esq.                    Francis G. Fleming, Jr.
21   Kreindler & Kreindler LLP                   Kreindler & Kreindler LLP
     707 Wilshire Boulevard, Suite 3600          750 Third Avenue, 32nd Floor
22   Los Angeles, California 90017               New York, New York 10017
     Facsimile: (213) 622-6019                   Facsimile: (212) 972-9432

23

24        **(Federal)**:  I declare I am employed in the office of a member of the bar of

25   this court at whose direction the service was made.

26        Executed on October _____, 2013, at Los Angeles, California.

27

28                                              _____
                                                Elisabeth Sillars