# EXHIBIT 11

# Robert J. Spragg

**From:** Francis G. Fleming
**Sent:** Thursday, December 05, 2013 2:46 PM
**To:** Robert J. Spragg
**Subject:** Fwd: Request to schedule deposition

Sent from my iPhone

Begin forwarded message:

> **From:** Jeffery Raimundo <Jeffery.Raimundo@medaire.com>
> **Date:** December 5, 2013, 1:58:31 PM EST
> **To:** "ffleming@kreindler.com" <ffleming@kreindler.com>
> **Cc:** Jermaine GRANT <Jermaine.Grant@medaire.com>
> **Subject: Request to schedule deposition**
>
> Dear Mr. Fleming,
>
> I have been unable to reach you or your secretary via telephone, thus I am initiating contact through this e-mail. Your recent request to dispose MedLink doctors is well received. All such requests are subject to review by our corporate medical and legal departments prior to consideration. Kindly provide as much of the following information as possible, so that we can facilitate this process:
>
> 1. What is the name of the MedAire client (Company/Airline) related to your request?
>
> 2. Whom do you represent?
>
> 3. Please provide a method of identifying any MedAire case(s) relating to your request (Case number; Patient Name; Flight number & Incident date; or aircraft registration/vessel name if non-airline related).
>
> 4. What is the reason for the requested deposition(s)?
>
> 5. Has a legal claim been submitted to a court? If so, has MedAire been named as part of the complaint? If MedAire has been named, kindly provide a copy of the claim.
>
> Thank you for your time
>
> Best Regards,
>
>
> **Jeff Raimundo**
> Manager of Quality, Training & Employee Development
> MedAire, An International SOS Company
> 1250 East Washington Street. Suite 442
> Tempe, AZ, USA 85281
> Tel: +1 480 333 3704; Fax: +1 480 333 3821
> E-mail: jeffery.raimundo@medaire.smm
> Web: www.medaire.com

1