# EXHIBIT 12

Gretchen M. Nelson (112566)
gnelson@kreindler.com
Nicole C. Andersen (281218)
nandersen@kreindler.com
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019

Francis G. Fleming, *pro hac vice*
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

-----------------------------------------------------x

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>      Plaintiff,<br><br>  v.<br><br>BRITISH AIRWAYS PLC,<br><br>      Defendant. | Case No.<br>2:13-cv-04681-SVW- RZx<br><br>**PLAINTIFF'S**<br>**NOTICE OF DEPOSITION** |

-----------------------------------------------------x

PLAINTIFF'S NOTICE OF DEPOSITION

TO: Defendant BRITISH AIRWAYS PLC, by and through its attorney of record, Scott D. Cunningham, Esq., Condon & Forsyth LLP, 1901 Avenue of the Stars, Suite 850, Los Angeles, CA 90067

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6), plaintiff shall conduct the deposition of a managing director or agent of MedAire, Inc. on December 27, 2013 at the Court Reporting offices of Bartlet & Kenyon, at 111 W. Monroe, 4th Floor, Phoenix, AZ 85003, unless a different time or place is agreed to by counsel, on the following subjects:

a) The facts and circumstances, condition and treatment of James Baillie, a passenger on board British Airways Flight 289 on March 23, 2012 between Heathrow Airport, London to Phoenix, Arizona as reported to MedAire, Inc.

b) The whereabouts of and MedAire, Inc.'s relationship with physicians Reinhart, Monas and/or Raynold, or any other person involved in communicating with British Airways Flight 289 or providing advice to personnel related to BA Flight 289.

c) Any written guidance, manual, protocol or standard dealing with in-flight medical conditions, including chest pain, paleness, weakness, low blood, pressure, high pulse, weakness, anxiety used by MedAire, Inc. to provide advice to airlines.

d) The relationship between MedAire, Inc. and Medlink.

A copy of a subpoena shall be issued and served commanding witness' appearance, a copy of which will shortly be provided.

Dated: December 5, 2013

KREINDLER & KREINDLER LLP

By: /s/
Francis G. Fleming, *pro hac vice*
Robert J. Spragg, *pro hac vice*
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

-and-

Gretchen M. Nelson (112566)
Nicole C. Andersen (281218)
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019

*Attorneys for Plaintiff
Linda Ann Baillie*

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 750 Third Avenue, New York, NY 10017.

On December 5, 2013, I served the foregoing documents described as follows:

**PLAINTIFF'S NOTICE OF DEPOSITION**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as

__X__ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at New York, New York in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

__X__ BY ELECTRONIC MAIL:
I served by electronic mail at the email address(es) below:

____ BY MESSENGER

__X__ (State) I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on December 5, 2013 at New York, NY.

Ivette Viera
(Type or Print Name)

(Signature)

-1-
PROOF OF SERVICE

## SERVICE LIST
*Baillie v. British Airways PLC*
Case No.: 2:13-cv-04681-SVW- RZx

Scott D. Cunningham, Esq.
Ivy L. Nowinski, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
scunningham@condonlaw.com
inowinski@condonlaw.com
*Attorneys for Defendant British Airways PLC*

-2-
PROOF OF SERVICE

## Robert J. Spragg

| | |
|---|---|
| **From:** | Ivette Viera |
| **Sent:** | Thursday, December 05, 2013 12:59 PM |
| **To:** | 'scunningham@condonlaw.com'; 'inowinski@condonlaw.com'; 'Anthony U. Battista (abattista@condonlaw.com)' |
| **Cc:** | Francis G. Fleming; Robert J. Spragg; Gretchen Nelson; Nicole C. Andersen |
| **Subject:** | Baillie: Plaintiff's Notice of Deposition |
| **Attachments:** | 419299.pdf |

Copy with follow via first class mail.

Regards,

**Ivette Viera,
Francis G. Fleming's Secretary**

**KREINDLER & KREINDLER LLP**
TRADITION OF EXCELLENCE

Kreindler & Kreindler LLP
750 Third Avenue         T: 212.973.3464    E-mail: iviera@kreindler.com
New York, NY 10017-2703  F: 212.972.9432    Web:    www.kreindler.com

Please consider the environment before printing this e-mail.

1