# EXHIBIT 13

# Robert J. Spragg

| | |
|---|---|
| **From:** | Francis G. Fleming |
| **Sent:** | Monday, December 09, 2013 12:31 PM |
| **To:** | 'Cunningham, Scott D.' |
| **Cc:** | Ivette Viera; Nowinski, Ivy L.; Battista, Anthony U.; Robert J. Spragg; Gretchen Nelson; Nicole C. Andersen |
| **Subject:** | RE: Baillie: Plaintiff's Notice of Deposition |

Scott, Let's talk.  I am more certain we will sue Medaire, and probably in Phoenix/ FGF -----
Original Message-----
From: Cunningham, Scott D. [mailto:SCunningham@condonlaw.com]
Sent: Friday, December 06, 2013 5:04 PM
To: Francis G. Fleming
Cc: Ivette Viera; Nowinski, Ivy L.; Battista, Anthony U.; Robert J. Spragg; Gretchen Nelson; Nicole C. Andersen
Subject: RE: Baillie: Plaintiff's Notice of Deposition

Thanks, Frank.

-----Original Message-----
From: Francis G. Fleming [mailto:FFleming@kreindler.com]
Sent: Friday, December 06, 2013 5:05 PM
To: Cunningham, Scott D.
Cc: Ivette Viera; Nowinski, Ivy L.; Battista, Anthony U.; Robert J. Spragg; Gretchen Nelson; Nicole C. Andersen
Subject: Re: Baillie: Plaintiff's Notice of Deposition

I am basically in the same bat so I will try to get alternates fgf

Sent from my iPad

On Dec 6, 2013, at 5:00 PM, "Cunningham, Scott D." <SCunningham@condonlaw.com> wrote:

> Dear Frank,
>
> Thank you for your email.
>
> December 27th is not ideal for me as I will be in Rochester with my family for Christmas. However, if that is the only day that Medaire can do it, I will come back early.
>
> Best regards,
>
> Scott
>
> -----Original Message-----
> From: Francis G. Fleming [mailto:FFleming@kreindler.com]
> Sent: Friday, December 06, 2013 4:58 PM
> To: Cunningham, Scott D.
> Cc: Ivette Viera; Nowinski, Ivy L.; Battista, Anthony U.; Robert J.
> Spragg; Gretchen Nelson; Nicole C. Andersen
> Subject: Re: Baillie: Plaintiff's Notice of Deposition
>
> I was contacted by anon-lawyer for Medaire.  We should hear from a lawyer soon.  Does 12/27 work for you?
>

1

```
> Sent from my iPad
>
> On Dec 6, 2013, at 4:43 PM, "Cunningham, Scott D."
<SCunningham@condonlaw.com<mailto:SCunningham@condonlaw.com>> wrote:
>
>
> Dear Frank,
>
>
>
> We are writing to confirm receipt of plaintiff's Rule 30(b)(6) Notice of Deposition of
MedAire.  For the sake of good order, would you please confirm that a deposition subpoena has
been served on MedAire, and provide us with a copy of the deposition subpoena.
>
>
>
> We would also be very grateful if you would advise the time of the deposition as this
information was not included in the Notice.
>
>
>
> Thank you for your kind assistance in this matter.
>
>
>
> Best regards,
>
>
>
> Scott
>
>
> From: Ivette Viera [mailto:IViera@kreindler.com]
> Sent: Thursday, December 05, 2013 12:59 PM
> To: Cunningham, Scott D.; Nowinski, Ivy L.; Battista, Anthony U.
> Cc: Francis G. Fleming; Robert J. Spragg; Gretchen Nelson; Nicole C.
> Andersen
> Subject: Baillie: Plaintiff's Notice of Deposition
>
> Copy with follow via first class  mail.
>
> Regards,
>
> Ivette Viera,
> Francis G. Fleming's Secretary
> <image002.gif><www.kreindler.com>
>
> Kreindler & Kreindler LLP
>
> 750 Third Avenue
>
> T:
>
> 212.973.3464
>
> .
>
```

2

```
> E-mail:
>
> iviera@kreindler.com<MAILTO:iviera@kreindler.com>
>
> New York, NY 10017-2703
>
> F:
>
> 212.972.9432
>
> .
>
> Web:
>
> www.kreindler.com<http://www.kreindler.com>
>
>
> þ Please consider the environment before printing this e-mail.
>
```