# EXHIBIT 15

## Robert J. Spragg

| | |
|---|---|
| From: | Battista, Anthony U. [abattista@condonlaw.com] |
| Sent: | Tuesday, February 04, 2014 1:07 PM |
| To: | Francis G. Fleming |
| Cc: | Robert J. Spragg; Cunningham, Scott D.; Nowinski, Ivy L. |
| Subject: | RE: Baillie (63512) |

Dear Frank:

We write in response to each of your points from your February 3, 2014 e-mail.

Point 1: Thank you.

Point 2: Thank you.

Point 3: No. Please discontinue the action in Arizona against BA in light of BA's pending summary judgment motion in the California litigation.

Point 4: As we filed the motion early providing you with 5 extra days and the issues are Montreal Convention issues that your firm knows well, we do not see the need for any additional time.

Point 5: Rule 502 does not apply to this situation and our position remains unchanged since November 2013.

Point 6: We do not understand how contract terms could be relevant to your case against BA, accordingly BA will not be producing it.

Regards,

Tony

---

**Anthony U. Battista**
Partner

**Condon & Forsyth LLP**
7 Times Square / New York, NY 10036
Direct 212.894.6892
Main 212.490.9100 / Fax 212.370.4453
condonlaw.com

*************************************************

NOTICE: This message is intended only for use by the named addressee and may contain privileged and/or confidential information. If you are not the named addressee you should not disseminate, copy or take any action in reliance on it. If you have received this message in error please notify info@condonlaw.com and delete this message and any attachments accompanying it immediately. Thank you.

**From:** Francis G. Fleming [mailto:FFleming@kreindler.com]
**Sent:** Monday, February 03, 2014 7:05 PM
**To:** Battista, Anthony U.; Cunningham, Scott D.; Nowinski, Ivy L.
**Cc:** Robert J. Spragg
**Subject:** Baillie

Tony and Ivy:

1

1. Sorry to hear about Scott's medical concern. Please pass along our wishes for a speedy and complete recovery.
2. Thanks for filing BA's motion papers on Friday; given the short period to oppose, every day is helpful. We hope to be able to reciprocate at some point.
3. We have now filed an action against MedAire in AZ, Maricopa County, also naming the Drs. and BA. I have requested expedited service. I wanted to let you know so you can alert your insurance principals to the filing. I will provide you with copies when I get them. Would BA consider agreeing to a 28 USC 1404 transfer?
4. On that subject, we are considering whether we should seek more time to respond to BA's summary judgment motion. As per the local rules, would BA agree or object to our request?
5. On the subject of the crew statements, you are aware we believe the privilege log is inadequate. We believe that the "facts" described in the communications are not privileged and that communications from low level employees such as the crew are not entitled to confidentiality. We also don't feel that the manner and means by which the statements were obtained comports with a reasonable expectation of confidentiality. However, since you have now filed the declarations of some of these employees, [Ms. Van der Berg etc.], thereby disclosing a "significant part of the [claimed] privileged matter," we believe that the privilege has now been waived and we request that you provide us with copies of the statements of the employees who submitted Declarations before our SJ response is due. See FRE Rule 502
6. Did you obtain a copy of the MedAire - BA contract? If so, can you provide it to us? Thank you. Frank Fleming

**Francis G. Fleming**
Of Counsel

**KREINDLER & KREINDLER** LLP
TRADITION OF EXCELLENCE

Kreindler & Kreindler LLP
750 Third Avenue         T: 212.973.3478    E-mail: ffleming@kreindler.com
New York, NY 10017-2703  F: 212.972.9432    Web:    www.kreindler.com

Please consider the environment before printing this e-mail.