# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Linda Ann Baillie,

    Plaintiff(s)/Petitioner(s),

vs.

Medaire Incorporated, et al.,

    Defendant(s)/Respondent(s)

CASE NO: CV14-00420-PHX-DCG

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(2)

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
APR 0 1 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, **Robert J. Spragg**, hereby apply to the Court under LRCiv 83.1(b)(2) for pro hac vice admission to appear and practice in this action on behalf of **Linda Ann Baillie**.

**City and State of Principal Residence:** New York, New York
**Firm Name:** Kreindler & Kreindler LLP
**Address:** 750 Third Avenue   Suite: ___
**City:** New York, New York   **State:** NY   **Zip:** 10017
**Firm/Business Phone:** (212) 687-8181
**Firm Fax Phone:** (212) 972-9432   **E-mail Address:** rspragg@kreindler.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| U.S. District Court, District of New Jersey | 12/19/1991 | ✓ Yes   ☐ No* |
| United States District Court, Southern District of New York | 07/20/1993 | ✓ Yes   ☐ No* |
| United States District Court, Eastern District of New York | 07/20/1993 | ✓ Yes   ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| None | | |

* Explain:

**ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.**
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ✓ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ✓ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules"), and will subscribe to receive court notices as required by LRCiv 83.1(c).

3/24/2014
**Date**

**Fee Receipt #** PHX144622

_Signature of Applicant_

(Rev. 04/12)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| United States Court of Appeals for The Second Circuit | 12/11/2008 | Yes |
| United States District Court for the Western District of New York | 05/15/2009 | Yes |
| United States Supreme Court | 01/11/2010 | Yes |

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

**ROBERT JAMES SPRAGG**, Bar # **RS3804**

was duly admitted to practice in this Court on

**JULY 20th, 1993**, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street New York, New York</u>   on   **MARCH 19th, 2014**

Ruby J. Krajick
Clerk

by _____
Deputy Clerk