Scott D. Cunningham (admitted *pro hac vice*)
Email: scunningham@condonlaw.com
Anthony U. Battista (admitted *pro hac vice*)
Email: abattista@condonlaw.com
Ivy L. Nowinski (admitted *pro hac vice*)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

   - and -

J. Gary Linder
Email: glinder@jshfirm.com
JONES, SKELTON & HOCHULI. P.L.C.
2901 N Central Ave. Suite 800
Phoenix, Arizona 85012
Telephone: (602) 235-7106
Facsimile: (602) 200-7883

Attorneys for Defendant
BRITISH AIRWAYS, PLC

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC., STEVEN JOE REINHARD, D.O., JESSICA MONAS, M.D., RATAN K. VERMA, M.D. and BRITISH AIRWAYS PLC,<br><br>Defendants. | Case No. CV-14-00420-PHX-DGC<br><br>**NOTICE OF FILING EXHIBIT TO DEFENDANT BRITISH AIRWAYS REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED ACTION [DOC #24]** |

Defendants, by and through undersigned counsel hereby provide their Notice

of Filing the Exhibit to their Reply in Support of Motion to Dismiss Plaintiff's

NOTICE OF FILING EXHIBIT TO DEFENDANT BRITISH
AIRWAYS REPLY IN SUPPORT OF MOTION TO DISMISS
PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE,
STAY PROCEEDINGS PENDING RESOLUTION OF
FIRST-FILED ACTION
CASE NO.: CV-14-00420-PHX-DGC

- 1 -

LAOFFICE 60946V.1

1  Complaint [Doc 24] filed with this Court on April 4, 2014.

2

3  Dated: April 4, 2014                              JONES, SKELTON & HOCHULI. P.L.C.

4

5                                                    By: /s/ J. Gary Linder
                                                         J. GARY LINDER
6

7                                                    CONDON & FORSYTH LLP

8

9                                                    By: /s/ Scott D. Cunningham
                                                         SCOTT D. CUNNINGHAM
10                                                       ANTHONY U. BATTISTA
                                                         IVY L. NOWINSKI
11
                                                     Attorneys for Defendant
12                                                   BRITISH AIRWAYS. PLC.

13  ORIGINAL of the foregoing electronically filed
    this 7th day of April, 2014.
14

15  COPY of the foregoing emailed this
    7th day of April, 2014, to:
16

17  Francis G. Fleming
    Robert J. Spragg
18  Kreindler & Kreindler, LLP
    750 Third Avenue
19  New York, New York 10017

20  -and-

21  Stephen M. Dichter
    Christian Dichter & Sluga, P.C.
22  2700 North Central Avenue
    Suite 1200
23  Phoenix, Arizona 85004
    Attorneys for Plaintiffs

24  Mark C. Dangerfield
    Gallagher & Kennedy
25  2575 E. Camelback Road, Suite 1100
    Phoenix, Arizona 85016-9225
26  Attorneys for Defendants MedAire, Inc.,
    Steven Joe Reinhart, D.O. and Jessica Monas, M.D.
27

28  NOTICE OF FILING EXHIBIT TO DEFENDANT BRITISH
    AIRWAYS REPLY IN SUPPORT OF MOTION TO DISMISS
    PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE,
    STAY PROCEEDINGS PENDING RESOLUTION OF
    FIRST-FILED ACTION
    CASE NO.: CV-14-00420-PHX-DGC

- 2 -

LAOFFICE 60946V.1

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  /s/Mary M. Soto

4  3609152.1

NOTICE OF FILING EXHIBIT TO DEFENDANT BRITISH AIRWAYS REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, STAY PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED ACTION
CASE NO.: CV-14-00420-PHX-DGC

- 3 -

LAOFFICE 60946V.1

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030