04-699784

7401



# State of California
## Kevin Shelley
## Secretary of State
### STATEMENT OF INFORMATION
(Foreign Corporation)

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

JUL 1 9 2004

KEVIN SHELLEY, Secretary of State

1. CORPORATE NAME (Please do not alter if name is preprinted.)

MedAire, Inc. which will do business in California as CA MedAire, Inc., #C2503617

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 2117)

2. ☐ Check here if the corporation is publicly traded. If publicly traded, complete this form and the Corporate Disclosure Statement (Form SI-PTSUPP). See Item 2 of instructions.

**NO CHANGE STATEMENT**

3. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, including any information contained in Form SI-PTSUPP, if applicable, check the box and proceed to Item 12.

If there have been any changes to the information contained in either form, or no Statement of Information has been previously filed, this form (and Form SI-PTSUPP, if publicly traded) must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| # | STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|---|
| 4. | 80 East Rio Salado Parkway, Suite 610 | Tempe, Arizona | | 85281 |
| 5. | STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| | | | CA | |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | Name | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 6. CHIEF EXECUTIVE OFFICER/ | Joan Sullivan Garrett | 80 East Rio Salado Parkway, Suite 610 | Tempe, Arizona | 85281 |
| 7. SECRETARY/ | Jeffrey Frankel | 80 East Rio Salado Parkway, Suite 610 | Tempe, Arizona | 85281 |
| 8. CHIEF FINANCIAL OFFICER/ | Kjell Andreassen | 80 East Rio Salado Parkway, Suite 610 | Tempe, Arizona | 85281 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 10 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 10 must be left blank.)

9. NAME OF AGENT FOR SERVICE OF PROCESS

Capitol Corporate Services, Inc., #C1990324

10. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE
CA

**TYPE OF BUSINESS**

11. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION  Develop & market Services and products to meet requirements for In-Flight medical emergency care Aboard Aircraft operated by Common Carriers.

12. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

Joan Sullivan Garrett | [signature] | President | 7-7-04
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE

SI-350 (REV 06/2004) | APPROVED BY SECRETARY OF STATE