1

Francis G. Fleming, 004375

2

ffleming@kreindler.com

Robert J. Spragg

3

rspragg@kreindler.com

KREINDLER & KREINDLER LLP

4

750 Third Avenue, 32nd Floor

New York, NY 10017

5

Tel.: (212) 687-8181

6

Fax: (212) 972-9432

7

Stephen M. Dichter, 004043

8

sdichter@cdslawfirm.com

CHRISTIAN DICHTER & SLUGA, P.C.

9

2700 North Central Avenue, Suite 1200

Phoenix, Arizona 85004

10

Tel: (602) 792-1700

Fax: (602) 792-1710

11

12

Attorneys for Plaintiff Linda Ann Baillie

13

UNITED STATES DISTRICT COURT

14

FOR THE DISTRICT OF ARIZONA

15

16

-----------------------------------------------------x

LINDA ANN BAILLIE, individually, as

17

Personal Representative of the Estate of

JAMES DONALD BAILLIE, II, and on behalf

18

of all heirs and next of kin of

19

JAMES DONALD BAILLIE, II,

20

deceased,

21

Plaintiff,

22

v.

23

24

MEDAIRE, INC., STEVEN JOE

REINHART, D.O., JESSICA MONAS,

25

M.D., RATAN K. VERMA, M.D. and

BRITISH AIRWAYS, PLC,

26

27

Defendants.

-----------------------------------------------------x

28

Case No.: 2:14-CV-00420-DGC

**NOTICE OF FILING EXHIBIT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT BRITISH AIRWAYS PLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY PROCEEDINGS [DOC #21]**

1        Plaintiff, by and through undersigned counsel hereby provides her Notice of Filing

2    an Exhibit in Support of her Opposition to Defendant British Airways Plc's Motion To

3    Dismiss Or, In The Alternative, Stay Proceedings [DOC #21] filed with the Court on

4    March 28, 2014.  The attached Exhibit 16 to plaintiff's opposition are printouts from the

5    website maintained by the State of California Secretary of State stating that as of April 4,

6    2014 defendant MedAire, Inc. has no agent for service in the State of California.

7    Dated:  April 8, 2014                    Respectfully submitted,

8                                              KREINDLER & KREINDLER LLP

9

10                                            By:  /s/ Francis G. Fleming
                                                  Francis G. Fleming, 004375
11                                                Robert J. Spragg
                                                  750 Third Avenue, 32nd Floor
12                                                New York, NY 10017
                                                  Tel.: (212) 687-8181
13                                                Fax: (212) 972-9432
14                                                      -and-
                                                  Stephen M. Dichter, 004043
15                                                CHRISTIAN DICHTER & SLUGA, P.C.
16                                                2700 North Central Avenue, Suite 1200
                                                  Phoenix, Arizona 85004
17                                                Tel: (602) 792-1700
18                                                Fax: (602) 792-1710

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT BRITISH AIRWAYS PLC'S MOTION TO DISMISS OR, IN THE ALTERNATIVE,  STAY PROCEEDINGS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2014, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Scott D. Cunningham, Esq.
Ivy L. Nowinski, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
scunningham@condonlaw.com
inowinski@condonlaw.com
-and-
Anthony U. Battista, Esq.
Condon & Forsyth LLP
7 Times Square
New York, NY 10036
abattista@condonlaw.com
-and-
J. Gary Linder, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
glinder@jshfirm.com
*Attorneys for Defendant British Airways PLC*


Mark C. Dangerfield
Wm. Charles Thomson
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
mark.dangerfield@gknet.com
wct@gknet.com
*Attorneys for Defendants MedAire, Inc.; Steven Joe Reinhart, D.O.; and Jessica Monas, M.D.*



- and -

I hereby certify that on April 8, 2014, I served the attached document by mail via the United States Postal Service on the following, who are not registered participants of the CM/ECF System:


Dr. Ratan Verma

13 Dogwood Court, Oadby,

Leicester, England, LE2 4EB


                                        /s/ Lisa Ranieri

-2-