# EXHIBIT 16

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Statements of Information** (annual/biennial reports)

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Search - Results

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, April 4, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " MEDAIRE " returned 2 entity records.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C2503617 | 03/21/2003 | FORFEITED | **MEDAIRE, INC.** | CAPITOL CORPORATE SERVICES, INC. |
| C2178963 | 10/12/1999 | SURRENDER | **MEDAIRE, INCORPORATED** | C T CORPORATION SYSTEM |

**Modify Search**   **New Search**

**Privacy Statement** | **Free Document Readers**
Copyright © 2014   California Secretary of State

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- **E-File Statements of Information for Corporations**
- **Business Search**
- **Processing Times**
- **Disclosure Search**

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business Solicitations**

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, April 4, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | MEDAIRE, INC. |
|---|---|
| Entity Number: | C2503617 |
| Date Filed: | 03/21/2003 |
| Status: | FORFEITED |
| Jurisdiction: | NEVADA |
| Entity Address: | 80 EAST RIO SALADO PKY #610 |
| Entity City, State, Zip: | TEMPE AZ 85281 |
| Agent for Service of Process: | CAPITOL CORPORATE SERVICES, INC. |
| Agent Address: | 455 CAPITOL MALL STE 217 |
| Agent City, State, Zip: | SACRAMENTO CA 95814 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**   **New Search**   **Printer Friendly**   **Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2014   California Secretary of State

# California Secretary of State Debra Bowen

Secretary of State | Administration | Elections | **Business Programs** | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
 - E-File Statements of Information for Corporations
 - Business Search
 - Processing Times
 - Disclosure Search

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Statements of Information (annual/biennial reports)

Filing Tips

Information Requests (certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
 - Business Resources
 - Tax Information
 - Starting A Business

Customer Alerts
 - Business Identity Theft
 - Misleading Business Solicitations

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, April 4, 2014. Please refer to **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| Entity Name: | MEDAIRE, INCORPORATED |
|---|---|
| Entity Number: | C2178963 |
| Date Filed: | 10/12/1999 |
| Status: | SURRENDER |
| Jurisdiction: | ARIZONA |
| Entity Address: | 1301 EAST MCDOWELL RD STE 204 |
| Entity City, State, Zip: | PHOENIX AZ 85006 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 W SEVENTH ST |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search    New Search    Printer Friendly    Back to Search Results**

Privacy Statement | Free Document Readers
Copyright © 2014  California Secretary of State