Scott D. Cunningham (admitted *pro hac vice*)
Email: scunningham@condonlaw.com
Anthony U. Battista (admitted *pro hac vice*)
Email: abattista@condonlaw.com
Ivy L. Nowinski (admitted *pro hac vice*)
Email: inowinski@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299

- and -

J. Gary Linder
Email: glinder@jshfirm.com
JONES, SKELTON & HOCHULI. P.L.C.
2901 N Central Ave. Suite 800
Phoenix, Arizona 85012
Telephone: (602) 235-7106
Facsimile:  (602) 200-7883

Attorneys for Defendant
BRITISH AIRWAYS, PLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC., STEVEN JOE REINHARD, D.O., JESSICA MONAS, M.D., RATAN K. VERMA, M.D. and BRITISH AIRWAYS PLC,<br><br>Defendants. | Case No. CV-14-00420-PHX-DGC<br><br>**DECLARATION OF MEDAIRE, INC. IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF FIRST-FILED ACTION** |

I, William R. Dolny, declare as follows:

1. I am an employee of MedAire, Inc. My present job title is Chief

DECLARATION OF MEDAIRE, INC. IN SUPPORT OF
MOTION TO STAY PROCEEDINGS PENDING RESOLUTION
OF FIRST-FILED ACTION
CASE NO.: CV-14-00420-PHX-DGC

1

LAOFFICE 61113V.1

Operating Officer. I have personal knowledge of the matters set forth below, and I have been authorized to make this declaration on behalf of MedAire, Inc.

2. MedAire, Inc. is registered to do business in the State of California with the California Secretary of State, and regularly transacts business in the State of California.

3. A true and correct copy of MedAire, Inc.'s Statement of Information on file with the California Secretary of State is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of April 2014, at Tempe, Arizona.

*[signature]*

William R. Dolny

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

DECLARATION OF MEDAIRE, INC. IN SUPPORT OF
MOTION TO STAY PROCEEDINGS PENDING RESOLUTION
OF FIRST-FILED ACTION
CASE NO.: CV-14-00420-PHX-DGC

2

LAOFFICE 61113V.1

EXHIBIT "A"

04-699784

7401



# State of California
## Kevin Shelley
## Secretary of State
### STATEMENT OF INFORMATION
(Foreign Corporation)

F

**ENDORSED - FILED**
In the office of the Secretary of State
of the State of California

JUL 1 9 2004

KEVIN SHELLEY, Secretary of State

FEES (Filing and Disclosure): $25.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. CORPORATE NAME (Please do not alter if name is preprinted.)

   MedAire, Inc. which will do business in California as CA MedAire, Inc., #C2503617

This Space For Filing Use Only

**CALIFORNIA CORPORATE DISCLOSURE ACT** (Corporations Code section 2117)

2. ☐ Check here if the corporation is publicly traded. If publicly traded, complete this form and the Corporate Disclosure Statement (Form SI-PTSUPP). See Item 2 of Instructions.

**NO CHANGE STATEMENT**

3. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the Secretary of State, including any information contained in Form SI-PTSUPP, if applicable, check the box and proceed to Item 12.

   If there have been any changes to the information contained in either form, or no Statement of Information has been previously filed, this form (and Form SI-PTSUPP, if publicly traded) must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| # | STREET ADDRESS | CITY AND STATE | | ZIP CODE |
|---|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 80 East Rio Salado Parkway, Suite 610 | Tempe, Arizona | | 85281 |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | CITY | STATE CA | ZIP CODE |

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| # | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 6. CHIEF EXECUTIVE OFFICER/ | Joan Sullivan Garrett | 80 East Rio Salado Parkway, Suite 610 | Tempe, Arizona | 85281 |
| 7. SECRETARY/ | Jeffrey Frankel | 80 East Rio Salado Parkway, Suite 610 | Tempe, Arizona | 85281 |
| 8. CHIEF FINANCIAL OFFICER/ | Kjell Andreassen | 80 East Rio Salado Parkway, Suite 610 | Tempe, Arizona | 85281 |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 10 must be completed with a California address. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 10 must be left blank.)

9. NAME OF AGENT FOR SERVICE OF PROCESS

   Capitol Corporate Services, Inc., #C1990324

10. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE CA | ZIP CODE

**TYPE OF BUSINESS**

11. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION  Develop & market services and products to meet requirements for in-flight medical emergency care aboard aircraft operated by common carriers.

12. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| Joan Sullivan Garrett | [signature] | President | 7-7-04 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

SI-350 (REV 06/2004)                                                                                           APPROVED BY SECRETARY OF STATE