# EXHIBIT 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | 2:13-cv-04681-SVW-RZ | Date | April 8, 2014 |
|---|---|---|---|
| Title | Linda Ann Baillie v. British Airways PLC | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| | Paul M. Cruz | N/A |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER re Plaintiff's Request for Additional Time for Discovery to Oppose Motion for Summary Judgment [29]

    Having reviewed the parties' briefs in support of and in opposition to defendant's motion for summary judgment, including plaintiff's request for additional time to obtain discovery necessary to oppose the motion, the Court concludes that plaintiff has failed to show that she diligently pursued previous discovery opportunities, especially in view of the arrangements made by defendant to permit plaintiffs to depose British Airways crew members in London during the week of January 6, 2014. Nevertheless, the Court will exercise its discretion under Federal Rule of Civil Procedure 56(d) to permit further discovery. Plaintiff requests a continuation of "sixty days in order to allow sufficient time to obtain discovery necessary to oppose the motion." (Dkt 29 at 2.) This request is GRANTED.

    If plaintiff wishes to depose British Airways crewmembers, it shall do so in London as previously arranged. Plaintiff is not entitled to demand statements from non-expert witnesses prior to their depositions. *Cf.* Fed. R. Civ. P. 26(a)(2).

    The motion for summary judgment [24] remains pending. Not later than June 9, 2014, plaintiff shall file a supplemental opposition to the motion. Defendant shall file a supplemental reply not later than June 23, 2014. The Court will then take the motion under submission and will schedule a hearing if necessary.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |