IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - SCHEDULING CONFERENCE

Phoenix Division

CIV 14-420 PHX DGC                    DATE: 04/23/2014
Year   Case No   Initials

Title: Linda Ann Baillie      vs.   British Airways PLC, et al.,
       Plaintiff                              Defendant
================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons
     Deputy Clerk                      Court Reporter

Francis Fleming                         See Below
Attorney(s) for Plaintiff(s)      Attorney(s) for Defendant(s)
================================================================
**PROCEEDINGS:     X   Open Court       Chambers        Other**

Anthony Battista, Scott Cunningham, and Scott Linder for defendants British Airways PLC; Mark Dangerfield and Charles Thomson for defendants Medaire and Steven Reinhart and Jessica Monas.

Scheduling conference not held.

Defendant's British Airways' motion to dismiss/stay proceeding on the basis of the first-filed doctrine discussed. Doc. 11.

Parties agree to the following course of action: (1) All parties in this case will participate in the 60 days of discovery that will occur in the California case; (2) Parties to notify this Court within one week of Judge Wilson's decision on the pending motion for summary judgment, and to propose a status conference date within two or three weeks after that; (3) Three days before the status conference, parties will file a joint memorandum on what Judge Wilson ruled and what they think it means for this case. Court will hold a hearing and decide what to do in light of Judge Wilson's ruling.

Motion to dismiss case/stay case denied without prejudice. Doc. 11