# TRANSCRIPT ORDER

**AO 435 - AZ Form (Rev. 10/05)** Read Instructions on Back:

Administrative Office of the United States Courts

**FOR COURT USE ONLY**
**DUE DATE:**

| # | Field | Value |
|---|---|---|
| 1 | NAME | Gary Linder |
| 2 | PHONE NUMBER | 602-263-1722 |
| 3 | DATE | May 15, 2014 |
| 4 | FIRM NAME | Jones, Skelton & Hochuli, PLC |
| 5 | MAILING ADDRESS | 2901 N. Central Avenue |
| 6 | CITY | Phoenix |
| 7 | STATE | AZ |
| 8 | ZIP CODE | 85012 |
| 9 | CASE NUMBER | 2:14-cv-00420-D |
| 10 | JUDGE | Campbell |
| 11 | DATE OF PROCEEDINGS | April 23, 2014 |
| 12 | | |
| 13 | CASE NAME | Baillie v. British Airways |
| 14 | LOCATION | Phoenix |
| 15 | STATE | AZ |

**16. ORDER FOR:**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Case Management Conference | April 23, 2014 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | [x] E-MAIL | |
| 7 DAYS | [x] | [ ] | | [ ] DISK | |
| DAILY | [ ] | [ ] | | [x] PDF FORMAT | |
| HOURLY | [ ] | [ ] | | [ ] ASCII FORMAT | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19. & 20.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**19. SIGNATURE** /s/J. Gary Linder

**20. DATE** May 15, 2014

**E-MAIL ADDRESS**

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | | ESTIMATE TOTAL | |
|---|---|---|---|---|---|
| | DATE | BY | | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | | |
| DEPOSIT PAID | | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY