Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
E-mails: mark.dangerfield@gknet.com
         wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven
Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; JESSICA MONAS, M.D.; RATAN K. VERMA, M.D., and BRITISH AIRWAYS PLC,<br><br>Defendants. | No. 2:2014cv00420-DGC<br><br>**JOINT CASE STATUS REPORT** |

The parties to this case submit this Joint Case Status Report to apprise the Court of recent developments.

In its 04/23/14 order, the Court denied, without prejudice, the pending motion to dismiss or stay this case on the basis of the first-filed doctrine, in order to await the ruling of Judge Wilson in a related case pending in Federal District Court for the Central District of California. In that case, Judge Wilson had allowed 60 additional days of discovery and supplemental briefing, following which he intended to rule on Defendant British Airways' pending motion for summary judgment.

Counsel for plaintiff, British Airways, and MedAire, then traveled to London, England where, between May 27 and May 31, plaintiff took the depositions of six of the British Airways flight crew and cabin crewmembers who were on the March 23, 2012 British Airways Flight 289 that is the subject of the litigation.

4278588v1/24709-0001

After the completion of the London depositions, counsel for plaintiff and British Airways agreed to explore the possibility of mediating the claims.  They also agreed that the depositions of two MedAire physicians, Dr. Reinhart and Dr. Monas, needed to be completed so that the parties have all the facts necessary to file the supplemental summary judgment papers.

Counsel for plaintiff and British Airways then jointly asked Judge Wilson to extend the summary judgment schedule by 60 days so that they would have an opportunity to explore mediation and to schedule and complete the depositions of the two MedAire physicians.  In a 06/06/14 order, copy attached as **Exhibit 1**, Judge Wilson granted the parties' joint request to extend the summary judgment briefing schedule by another 60 days "to give them an opportunity to explore mediation" and "to schedule and complete the deposition of the two MedAire physicians . . . ."

Plaintiff, British Airways, and MedAire have now jointly engaged a private mediator and set aside July 24, 2014 for the purpose of attempting to mediate the dispute.  If the mediation is successful, the parties will advise the Court.  If the mediation is not successful, then, as set forth in Exhibit 1, plaintiff will file a supplemental brief in the California action on August 4, British Airways will file a supplemental brief on August 18, and the California court will then take the motion under advisement and issue its ruling.  Following that ruling, the parties would then submit another status report to this Court as required by the Court's 04/23/14 order.

DATED this 23rd day of June, 2014.

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark C. Dangerfield*
    Mark C. Dangerfield
    Wm. Charles Thomson
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225
    *Attorneys for Defendants MedAire, Inc.;*
    *Steven Joe Reinhart, D.O.; and Jessica*
    *Monas, M.D.*

CHRISTIAN DICHTER & SLUGA, P.C.

By: /s/ *Stephen M. Dichter* (with permission)
   Stephen M. Dichter
   Jeffrey O. Hutchins
   2700 North Central Avenue, Suite 1200
   Phoenix, AZ  85004
   *Attorneys for Plaintiff*

KREINDLER & KREINDLER LLP

By: /s/ *Francis G. Fleming* (with permission)
   Francis G. Fleming
   Robert J. Spragg
   750 Third Avenue
   New York, NY  10017
   *Attorneys for Plaintiff*

JONES, SKELTON & HOCHULI, P.L.C.

By: /s/ *J. Gary Linder* (with permission)
   J. Gary Linder
   2901 North Central Avenue, Suite 800
   Phoenix, AZ  85012
   *Attorneys for Defendant*
   *British Airways, PLC*

CONDON & FORSYTH LLP

By: /s/ *Scott D. Cunningham* (with permission)
   Scott D. Cunningham
   Ivy L. Nowinski
   1901 Avenue of the Stars, Suite 850
   Los Angeles, CA  90067-6010
   *Attorneys for Defendant*
   *British Airways, PLC*

CONDON & FORSYTH LLP

By: /s/ *Anthony U. Battista* (with permission)
   Anthony U. Battista
   7 Times Square, Suite 18
   New York, NY  10036
   *Attorneys for Defendant*
   *British Airways, PLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of June, 2014, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

Stephen M. Dichter, Esq. (sdichter@cdslawfirm.com)
Jeffrey O. Hutchins, Esq. (jhutchins@cdslawfirm.com
Christian Dichter & Sluga, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
*Attorneys for Plaintiff*

Francis G. Fleming, Esq. (ffleming@kreindler.com)
Robert J. Spragg, Esq. (rspragg@kreindler.com)
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY  10017
*Attorneys for Plaintiff*

J. Gary Linder, Esq. (glinder@jshfirm.com)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ  85012
*Attorneys for Defendant British Airways, PLC*

Scott D. Cunningham, Esq. (scunningham@condonlaw.com)
Ivy L. Nowinski, Esq. (inowinski@condonlaw.com)
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA  90067-6010
*Attorneys for Defendant British Airways, PLC*

Anthony U. Battista, Esq. (abattista@ondonlaw.com)
Condon & Forsyth LLP
7 Times Square, Suite 18
New York, NY  10036
*Attorneys for Defendant British Airways, PLC*

By: /s/ *Mark C. Dangerfield*