# Exhibit 1

# Exhibit 1

```
FILED
CLERK, U.S. DISTRICT COURT
JUNE 6, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY:    PMC    DEPUTY
```

1  Gretchen M. Nelson (112566)
2  gnelson@kreindler.com
   Nicole C. Andersen (281218)
3  nandersen@kreindler.com
4  KREINDLER & KREINDLER LLP
   707 Wilshire Blvd., Suite 3600
5  Los Angeles, CA 90017
6  Tel.: (213) 622-6469
   Fax: (213) 622-6019
7
8  Francis G. Fleming, *pro hac vice*
   ffleming@kreindler.com
9  Robert J. Spragg, *pro hac vice*
10 rspragg@kreindler.com
   KREINDLER & KREINDLER LLP
11 750 Third Avenue, 32nd Floor
12 New York, NY 10017
   Tel.: (212) 687-8181
13 Fax: (212) 972-9432
14
   Attorneys for Plaintiff Linda Ann Baillie
15
                 UNITED STATES DISTRICT COURT
16
                CENTRAL DISTRICT OF CALIFORNIA
17
   ------------------------------------------------------x
18
19 LINDA ANN BAILLIE, individually, as         Case No. 2:13-cv-04681-SVW- RZx
   Personal Representative of the Estate of
20 JAMES DONALD BAILLIE, II, and on            [PROPOSED] ORDER
   behalf of all heirs and next of kin of      GRANTING STIPULATION TO
21 JAMES DONALD BAILLIE, II,                   EXTEND THE SUMMARY
22 deceased,                                   JUDGMENT BRIEFING
                                               DEADLINES BY 60 DAYS TO
23                    Plaintiff,               ALLOW THE PARTIES TO
24        v.                                   CONDUCT MEDIATION AND
                                               COMPLETE SUMMARY
25 BRITISH AIRWAYS PLC,                        JUDGMENT DISCOVERY
26
27                    Defendant.
   ------------------------------------------------------x
28

---

[Proposed] Order Granting Stipulation

     Pursuant to the Stipulation of the Parties, dated June 5, 2014, IT IS HEREBY ORDERED THAT:

1. Having shown good cause, the parties' joint request for an extension of the present summary judgment briefing schedule by sixty (60) days to give them an opportunity to explore mediation in this case and to schedule and complete the deposition of the two MedAire physicians is granted.

2. Plaintiffs shall file their supplemental opposition to British Airways' summary judgment motion no later than August 4, 2014 and British Airways shall file a supplemental reply no later than August 18, 2014.

Dated: June __6__, 2014

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE