**KREINDLER & KREINDLER LLP**
Francis G. Fleming (State Bar No. 004375)
Robert J. Spragg (*pro hac vice*)
750 Third Avenue, 32nd Fl.
New York, New York 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
Email: ffleming@kreindler.com
Email: rspragg@kreindler.com

**CHRISTIAN DICHTER & SLUGA, P.C.**
Stephen M. Dichter (State Bar No. 004043)
Jeffrey O. Hutchins (State Bar No. 027310)
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710
Email: sdichter@cdslawfirm.com
Email: jhutchins@cdslawfirm.com
Send Court Documents to: courtdocs@cdslawfirm.com

*Attorneys for Plaintiff Linda Ann Baillie*

   - and –

ALL PARTIES LISTED ON THE SIGNATURE PAGE

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, Individually, and as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, deceased, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O., JESSICA MONAS, M.D., RATAN K. VERMA, M.D. and BRITISH AIRWAYS PLC,<br><br>Defendants. | Case No.: 2:14-cv-00420-DJH<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST BRITISH AIRWAYS PLC AND RATAN K. VERMA, M.D.** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties that Plaintiff Linda Ann Baillie and Defendants British Airways Plc and Ratan K. Verma, M.D. have entered into a good faith settlement of all their claims against one other, with Plaintiff Linda Ann Baillie having expressly reserved her claims against remaining Defendants MedAire, Inc., Steven Joe Reinhart, D.O and Jessica Monas, M.D. on the basis that the settlement payment is not full compensation for the injuries suffered by Plaintiff Linda Ann Baillie, and that all claims asserted, or which could have been asserted, against Defendants British Airways Plc and Ratan K. Verma, M.D. in the above-entitled action are hereby dismissed, solely with respect to those defendants, with prejudice, with each party to bear their own attorney's fees and costs.

Dated: November 26, 2014

KREINDLER & KREINDLER LLP

By:/s/ Francis G. Fleming
    Francis G. Fleming
    Robert J. Spragg
750 Third Avenue
New York, New York
Telephone: (212) 687-8181
Facsimile:  (212) 972-9432

-and-

JONES, SKELTON & HOCHULI, P.L.C.

By:/s/ J. Gary Linder
    J. Gary Linder
2901 N Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 235-7106
Facsimile:  (602) 200-7883

-and-

| | |
|---|---|
| Stephen M. Dichter<br>Jeffrey O. Hutchins<br>Christian Dichter & Sluga, P.C.<br>2700 North Central Avenue<br>Suite1200<br>Phoenix, Arizona<br>Telephone: (602) 253-5808<br>Facsimile:  (602) 792-1710<br><br>*Attorneys for Plaintiffs*<br>LINDA ANN BAILLIE, individually and as personal representative of the ESTATE OF JAMES DONALD BAILLE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, Deceased | Scott D. Cunningham<br>Anthony U. Battista<br>Ivy L. Nowinski<br>Condon & Forsyth LLP<br>1901 Avenue of the Stars, Suite 850<br>Los Angeles, California 90067<br>Telephone: (310) 557-2030<br>Facsimile:  (310) 557-1299<br><br>*Attorneys for Defendants*<br>BRITISH AIRWAYS PLC and<br>Ratan K. Verma, M.D. |

-3-

STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST BRITISH AIRWAYS PLC AND RATAN K. VERMA, M.D.

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 750 Third Avenue, New York, NY 10017.

I hereby certify that on November 26, 2014, I electronically transmitted the attached document and exhibits to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed in the attached Service List.

On November 26, 2014, I also served the foregoing ***STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST BRITISH AIRWAYS PLC AND RATAN K. VERMA, M.D.*** on the interested parties as stated on the attached service list as follows:

\_\_\_\_ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at New York, New York in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

__X__ BY ELECTRONIC MAIL:
I served by electronic mail at the email address(es) on the attached Service List:

\_\_\_\_ BY MESSENGER

__X__ (State) I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

-1-

PROOF OF SERVICE

-2-

Executed on November 26, 2014 at New York, NY.

| Lisa Ranieri | /s/ Lisa Ranieri |
|---|---|
| (Type or Print Name) | (Signature) |

PROOF OF SERVICE

## SERVICE LIST
*Baillie v. British Airways PLC*
Case No.: 2:13-cv-04681-SVW- RZx

Scott D. Cunningham, Esq.
Ivy L. Nowinski, Esq.
Condon & Forsyth LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067
scunningham@condonlaw.com
inowinski@condonlaw.com

and

Anthony U. Battista, Esq.
Condon & Forsyth LLP
7 Times Square
New York, NY 10036
abattista@condonlaw.com

   and

J. Gary Linder, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012
glinder@jshfirm.com

*Attorneys for Defendants British Airways PLC and Ratan K. Verma, M.D.*

Mark C. Dangerfield
Wm. Charles Thomson
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
mark.dangerfield@gknet.com
wct@gknet.com
*Attorneys for Defendants MedAire, Inc.; Steven Joe Reinhart, D.O.; and Jessica Monas, M.D.*

-3-
PROOF OF SERVICE