# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, Individually, and as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, deceased, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O., JESSICA MONAS, M.D., RATAN K. VERMA, M.D. and BRITISH AIRWAYS PLC,<br><br>Defendants. | Case No.: 2:14-cv-00420-DJH<br><br>**(PROPOSED) ORDER RE: STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST BRITISH AIRWAYS PLC AND RATAN K. VERMA, M.D.** |

**WHEREAS**, Plaintiff Linda Ann Baillie and Defendants British Airways Plc and Ratan K. Verma, M.D. have entered into a good faith settlement of all their claims against one other; and

**WHEREAS**, Plaintiff Linda Ann Baillie has expressly reserved her claims against remaining Defendants MedAire, Inc., Steven Joe Reinhart, D.O and Jessica Monas, M.D.; and

**WHERAS**, Plaintiff Linda Ann Baillie and Defendants British Airways Plc and Ratan K. Verma, M.D. have filed a Stipulation of Dismissal with the Court, which is incorporated in this Order as if fully set forth herein;

**IT IS HEREBY ORDERED** that all claims asserted, or which could have been asserted, by Plaintiff Linda Ann Baillie against Defendants British Airways Plc and Ratan K. Verma, M.D. in the above-entitled action are hereby dismissed, with prejudice, with each party to bear it's own attorney's fees and costs; and

**IT IS FURTHER ORDERED** that this action remains pending and is not dismissed as to any other defendant.

Dated: November ____, 2014

SO ORDERED:

_____
Honorable Diane J. Humetewa
United States District Court Judge