# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Medaire Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-14-00420-PHX-DJH<br><br>**ORDER** |

　　　Pending before the Court is Plaintiff's "Stipulation of Dismissal of All Claims Against British Airways PLC and Ratan K. Verma, M.D." (Doc. 36), and the Medaire defendants' objection thereto (Doc. 37).

　　　**IT IS HEREBY ORDERED** plaintiff Linda Ann Baillie and defendants British Airways PLC and Ratan K. Verma, M.D., shall file and serve a response, not to exceed three pages, to the Medaire defendants' objection, by no later than **December 4, 2014**.