1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                       **FOR THE DISTRICT OF ARIZONA**
8
9    Linda Ann Baillie,                      No. CV-14-00420-PHX-DJH
10                        Plaintiff,          **AMENDED ORDER**
11   v.
12   Medaire Incorporated, et al.,
13                        Defendants.
14

15          Pending before the Court is Plaintiff's "Stipulation of Dismissal of All Claims
16   Against British Airways PLC and Ratan K. Verma, M.D." (Doc. 36), and the Medaire
17   defendants' objection thereto (Doc. 37).
18          **IT IS HEREBY ORDERED** plaintiff Linda Ann Baillie and defendants British
19   Airways PLC and Ratan K. Verma, M.D. shall file and serve a response, not to exceed
20   three pages, to the Medaire defendants' objection, by no later than **December 4, 2014**.
21          Dated this 1st day of December, 2014.
22
23
24   _____
     Honorable Diane J. Humetewa
25   United States District Judge
26
27
28