IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie,<br><br>             Plaintiff,<br><br>v.<br><br>MedAire Incorporated, et al.,<br><br>             Defendants. | No. CV-14-00420-PHX-DJH<br><br>**ORDER** |

Pending before the Court is the "Stipulation of Dismissal of All Claims Against British Airways PLC and Ratan K. Verma, M.D." (Doc. 36).  Defendants MedAire, Inc., Steven Reinhart, D.O., and Jessica Monas, M.D. (the "MedAire defendants") immediately filed an Objection to that Stipulation (Doc. 37).  MedAire objects not to the dismissal of British Airways and Dr. Verma, but to the statement in that Stipulation that Plaintiff and those two defendants "have 'entered into a good faith settlement' of all their claims[.]"  Obj. (Doc. 37) at 1:27-28.  Therefore, the Court ordered plaintiff Linda Ann Baillie and defendants British Airways and Dr. Verma to file a response to MedAire's objections and they have.  *See* Docs. 40 and 41.

After careful consideration of  the foregoing (Docs. 36, 37, 40 and 41),  given the settlement history, particularly as detailed in Plaintiff's Opposition (Doc. 40), the Court finds no basis to the MedAire defendants' objection.

Accordingly,

**IT IS ORDERED GRANTING** in its entirety the Stipulation of Dismissal of All Claims Against British Airways PLC and Ratan K. Verma, M.D. (Doc. 36), and incorporating that Stipulation of Dismissal as if fully set forth herein;

**IT IS FURTHER ORDERED** that based upon that Stipulation of Dismissal all claims asserted, or which could have been asserted, by plaintiff Linda Ann Baillie against defendants British Airways PLC and Ratan K. Verma, M.D. in the above-entitled action are hereby dismissed, with prejudice, with each party to bear its own attorneys' fees and costs; and

**IT IS FINALLY ORDERED** that this action remains pending and is not dismissed as to any other defendant.

Dated this 12th day of December, 2014.

Honorable Diane J. Humetewa
United States District Judge