| | |
|---|---|
| 1 | **KREINDLER & KREINDLER LLP** |
| 2 | Francis G. Fleming (State Bar No. 004375) |
|   | Robert J. Spragg (*pro hac vice*) |
| 3 | 750 Third Avenue, 32nd Fl. |
|   | New York, New York 10017 |
| 4 | Telephone:  (212) 687-8181 |
| 5 | Facsimile:  (212) 972-9432 |
|   | Email: ffleming@kreindler.com |
| 6 | Email: rspragg@kreindler.com |
| 7 | |
|   | **CHRISTIAN DICHTER & SLUGA, P.C.** |
| 8 | Stephen M. Dichter (State Bar No. 004043) |
|   | Jeffrey O. Hutchins (State Bar No. 027310) |
| 9 | 2700 North Central Avenue, Suite 1200 |
| 10 | Phoenix, Arizona 85004 |
|    | Telephone:  (602) 792-1700 |
| 11 | Facsimile:  (602) 792-1710 |
|    | Email: sdichter@cdslawfirm.com |
| 12 | Email: jhutchins@cdslawfirm.com |
| 13 | Send Court Documents to:  courtdocs@cdslawfirm.com |
| 14 | *Attorneys for Plaintiff Linda Ann Baillie* |
| 15 |    - and – |
| 16 | ALL PARTIES LISTED ON THE SIGNATURE PAGE |

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| LINDA ANN BAILLIE, Individually, and as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, deceased, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased, | ) ) ) ) ) ) ) | Case No.: 2:14-cv-00420-DJH |
| | ) ) | **STIPULATION TO FILE FIRST AMENDED COMPLAINT** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| MEDAIRE, INC., STEVEN JOE REINHART, D.O. and JESSICA MONAS, M.D., | ) ) ) ) | |
| Defendants. | ) ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Linda Ann Baillie and Defendants MedAire, Inc., Steven Jo Reinhart, D.O. and Jessica Monas, M.D., that plaintiff may file the First Amended Complaint in the above-referenced action.

WHEREFORE, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, plaintiff Linda Ann Baillie respectfully requests that this Court enter an Order granting her leave to file the proposed First Amended Complaint, which is attached as Exhibit A, and grant any further relief as the Court may deem appropriate.

Dated:  January 23, 2015

| KREINDLER & KREINDLER LLP | GALLAGHER & KENNEDY, P.A. |
|---|---|
| By:/s/ Francis G. Fleming<br>      Francis G. Fleming<br>      Robert J. Spragg<br>750 Third Avenue<br>New York, New York<br>Telephone: (212) 687-8181<br>Facsimile:   (212) 972-9432 | By:/s/ Mark C. Dangerfield<br>      Mark C. Dangerfield<br>      Wm. Charles Thomson<br>2575 East Camelback Road<br>Phoenix, Arizona 85016-9225<br>mark.dangerfield@gknet.com<br>wct@gknet.com |
| -and- | *Attorneys for Defendants MedAire, Inc.;*<br>*Steven Joe Reinhart, D.O.;*<br>*and Jessica Monas, M.D.* |
| Stephen M. Dichter<br>Jeffrey O. Hutchins<br>Christian Dichter & Sluga, P.C.<br>2700 North Central Avenue<br>Suite1200<br>Phoenix, Arizona<br>Telephone: (602) 253-5808 | |

1  Facsimile:   (602) 792-1710

2  *Attorneys for Plaintiff*
3  *LINDA ANN BAILLIE, individually*
   *and as personal representative of the*
4  *ESTATE OF JAMES DONALD*
5  *BAILLE, II, and on behalf of all heirs*
   *and next of kin of JAMES DONALD*
6  *BAILLIE, II, Deceased*

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is 750 Third Avenue, New York, NY 10017.

I hereby certify that on January 23, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants listed in the attached Service List.

On January 23, 2015, I also served the foregoing **STIPULATION TO FILE FIRST AMENDED COMPLAINT** on the interested parties as stated on the attached service list as follows:

_____ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at New York, New York in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

  X    BY ELECTRONIC MAIL:
I served by electronic mail at the email address(es) on the attached Service List:

_____ BY MESSENGER

1

1 | __X__ (State)  I declare under penalty of perjury under the laws of the State of New York that the above is true and correct.

Executed on January 23, 2015 at New York, NY.


____Ivette Viera____                                  ____/s/ Ivette Viera____
(Type or Print Name)                                       (Signature)

2

| | |
|---|---|
| 1 | |
| 2 | **<u>SERVICE LIST</u>** |
| 3 | *Baillie v. British Airways PLC*<br>Case No.: 2:13-cv-04681-SVW- RZx |
| 4 | |
| 5 | Mark C. Dangerfield |
| 6 | Wm. Charles Thomson |
| 7 | Gallagher & Kennedy, P.A.<br>2575 East Camelback Road |
| 8 | Phoenix, Arizona 85016-9225<br>mark.dangerfield@gknet.com |
| 9 | wct@gknet.com |
| 10 | *Attorneys for Defendants MedAire, Inc.; Steven Joe Reinhart, D.O.;* |
| 11 | *and Jessica Monas, M.D.* |

3