1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, Individually, and as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, deceased, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O., JESSICA MONAS, M.D., RATAN K. VERMA, M.D. and BRITISH AIRWAYS PLC,<br><br>Defendants. | Case No.: 2:14-cv-00420-DJH<br><br>**(PROPOSED) ORDER RE: STIPULATION TO FILE FIRST AMENDED COMPLAINT** |

**WHEREAS** Plaintiff Linda Ann Baillie and Defendants MedAire, Inc., Steven Jo Reinhart, D.O. and Jessica Monas, M.D., have stipulated that plaintiff may file the First Amended Complaint in the above-referenced action;

1 | **IT IS HEREBY ORDERED** that plaintiff Linda Ann Baillie may file the
2 | First Amended Complaint.
3 |
4 |
5 | Dated: January ____, 2015
6 |
7 | SO ORDERED:
8 |
9 |
10 | _____
Honorable Diane J. Humetewa
11 | United States District Court Judge