# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, | No. CV-14-00420-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Medaire Incorporated, et al., | |
| Defendants. | |

Pending before the Court is a joint "Stipulation to File First Amended Complaint" by plaintiff Linda Ann Baillie and defendants MedAire, Inc., Steven Jo Reinhart, D.O. and Jessica Monas, M.D. (Doc. 43).  Based upon this Stipulation,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulation (Doc. 43); and

**IT IS FURTHER ORDERED** that plaintiff Linda Ann Baillie shall be allowed to file her First Amended Complaint (Doc. 43-1) as attached to the Stipulation.

Dated this 26th day of January, 2015.

_____
Honorable Diane J. Humetewa
United States District Judge