Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona  85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
E-mails: mark.dangerfield@gknet.com
         wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven
Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; and JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-DJH<br><br>**NOTICE OF FILING ANSWER TO FIRST AMENDED COMPLAINT WITH AMENDED CAPTION** |

Pursuant to Fed. R. Civ. P. 15(a) and Local Rule 15.1(b), Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D. give notice that they are re-filing their Answer to the Plaintiff's First Amended Complaint with a corrected caption, which removes Ratan K. Verma, M.D. and British Airways PLC as defendants. Defendants are filing the Answer with the corrected caption both as a matter of course and with the written permission of plaintiff's counsel.

As reflected in the attached copy of the amended pleading (Exhibit A), the sole changes made to the pleading are the removal from the case caption of Dr. Verma and British Airways as named defendants, and the insertion of "Corrected Caption" under the title to distinguish it from the previously filed Answer.  No changes have been made to the body of the pleading.

RESPECTFULLY submitted this 24th day of February, 2015.

                                  GALLAGHER & KENNEDY, P.A.

                                  By: /s/ *Mark C. Dangerfield*
                                        Mark C. Dangerfield
                                        Wm. Charles Thomson
                                        2575 East Camelback Road
                                        Phoenix, Arizona 85016-9225
                                        Attorneys for Defendants MedAire, Inc.;
                                        Steven Joe Reinhart, D.O.; and Jessica
                                        Monas, M.D.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of February, 2015, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

Stephen M. Dichter, Esq.
Jeffrey O. Hutchins, Esq.
Christian Dichter & Sluga, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
   sdichter@cdslawfirm.com
   jhutchins@cdslawfirm.com
*Attorneys for Plaintiff*

Francis G. Fleming, Esq.
Robert J. Spragg, Esq.
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY  10017
   ffleming@kreindler.com
   rspragg@kreindler.com
*Attorneys for Plaintiff*

By: /s/ *Mark C. Dangerfield*

3