Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

-----------------------------------------------------x

LINDA ANN BAILLIE, individually, as
Personal Representative of the Estate of
JAMES DONALD BAILLIE, II, and on
behalf of all heirs and next of kin of
JAMES DONALD BAILLIE, II,
deceased,

                          Plaintiff,

        v.

MEDAIRE, INC., STEVEN JOE
REINHART, D.O., and JESSICA
MONAS, M.D.,

                       Defendants.

-----------------------------------------------------x

Case No.: 2:14-CV-00420-DJH

**NOTICE OF SERVICE OF
PLAINTIFF LINDA ANN
BAILLIE'S RULE
26(a)(1) INITIAL DISCLOSURES**

-1-

NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to the Court's Rule 16 Scheduling Order, dated April 16, 2015, plaintiff Linda Ann Baillie, by and through her attorneys, Kreindler & Kreindler LLP and Christian, Dichter and Sluga, P.C., hereby provides Notice to the Court that on April 23, 2015 she served her Rule 26(a)(1) Initial Disclosures via First Class and electronic mail upon counsel for defendants MedAire, Inc., Steven Joe Reinhart, D.O. and Jessica Monas, M.D.

RESPECTFULLY SUBMITTED this 23rd day of April 2015.

KREINDLER & KREINDLER LLP

By:   /s/  Robert J. Spragg
          Robert J. Spragg, *pro hac vice*
Francis G. Fleming, Jr., 004375
750 Third Avenue, 32nd Fl.
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

- and -

Stephen M. Dichter, 004043
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710

*Attorneys for Plaintiff*
*Linda Ann Baillie*

NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2015, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing was served on all parties, including the following, by operation of the Court's CM/ECF System.

Mark C. Dangerfield,Esq.
Wm. Charles Thompson, Esq.
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, AZ 85016-9225
Tel.:  (602)530-8000
Fax.: (602) 530-8500
mark.dangerfield@gknet.com
wct@gknet.com

*Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O. and Jessica Monas, M.D.*

By: */s/ Robert J. Spragg*

-1-