Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
E-mails: mark.dangerfield@gknet.com
              wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven
Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; and JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-DJH<br><br>**STIPULATION FOR ENTRY OF ORDER REGARDING PROTECTION OF CONFIDENTIAL DOCUMENTS AND INFORMATION** |

As indicated in the recently filed Joint Case Management Report (Doc. 50), the parties have agreed to the entry of a protective order in this matter to protect the confidentiality of certain documents and information.  The parties now stipulate that the Court enter the attached proposed, "Order Regarding Protection of Confidential Documents and Information."

As noted in the proposed order, such a protective order was previously entered in a related case in the United States District Court for the Central District of California, Case No. CV13-04681, and many of the documents produced in that case will also be used in this case.

The parties thus stipulate that the Court enter the proposed order.

Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000

4762924v1/24709-0001

RESPECTFULLY submitted this 23rd day of April 2015.

GALLAGHER & KENNEDY, P.A.            KREINDLER & KREINDLER LLP

By: /s/ *Mark C. Dangerfield*                    By: /s/ *Francis G. Fleming* with permission

Mark C. Dangerfield                              Francis G. Fleming
Wm. Charles Thomson                              Robert J. Spragg, Esq.
2575 East Camelback Road                         750 Third Avenue
Phoenix, Arizona  85016-9225                     New York, NY  10017
*Attorneys for Defendants MedAire, Inc.;*        *Attorneys for Plaintiff*
*Steven Joe Reinhart, D.O.; and Jessica*
*Monas, M.D.*

1

<u>**CERTIFICATE OF SERVICE**</u>

2

3

I hereby certify that on the 23rd day of April, 2015, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

4

5

Stephen M. Dichter, Esq.
Jeffrey O. Hutchins, Esq.

6

Christian Dichter & Sluga, P.C.
2700 North Central Avenue, Suite 1200

7

Phoenix, AZ  85004

8

sdichter@cdslawfirm.com
jhutchins@cdslawfirm.com

9

*Attorneys for Plaintiff*

10

Francis G. Fleming, Esq.

11

Robert J. Spragg, Esq.
Kreindler & Kreindler LLP

12

750 Third Avenue

13

New York, NY  10017
ffleming@kreindler.com

14

rspragg@kreindler.com

15

*Attorneys for Plaintiff*

16

17

By: */s/ Mark C. Dangerfield*

18

19

20

21

22

23

24

25

26

27

28