Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:    (602) 530-8000
Facsimile:    (602) 530-8500
E-mails: mark.dangerfield@gknet.com
         wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; and JESSICA MONAS, M.D.,<br><br>　　　　　　　Defendants. | No. 2:14-cv-00420-DJH<br><br>**NOTICE OF SERVICE OF DEFENDANTS' RULE 26(a)(1) INITIAL DISCLOSURES** |

Pursuant to the Court's Rule 16 Scheduling Order dated April 16, 2015, defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D. give notice to the Court that on April 24, 2015 they served their Rule 26(a)(1) Initial Disclosures via First Class and electronic mail upon counsel for plaintiff Linda Ann Baillie.

DATED this 24th day of April, 2015.

　　　　　　　　　　　　　　　GALLAGHER & KENNEDY, P.A.

　　　　　　　　　　　　　　　By: */s/ Mark C. Dangerfield*
　　　　　　　　　　　　　　　　　Mark C. Dangerfield
　　　　　　　　　　　　　　　　　Wm. Charles Thomson
　　　　　　　　　　　　　　　　　2575 East Camelback Road
　　　　　　　　　　　　　　　　　Phoenix, AZ 85016-9225
　　　　　　　　　　　　　　　　　Attorneys for Defendants MedAire, Inc.; Steven Joe Reinhart, D.O.; and Jessica Monas, M.D.

4765496v1/24709-0001

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2015, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

Stephen M. Dichter, Esq.
Jeffrey O. Hutchins, Esq.
Christian Dichter & Sluga, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
    sdichter@cdslawfirm.com
    jhutchins@cdslawfirm.com
*Attorneys for Plaintiff*

Francis G. Fleming, Esq.
Robert J. Spragg, Esq.
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY  10017
    ffleming@kreindler.com
    rspragg@kreindler.com
*Attorneys for Plaintiff*

By:  /s/ *Mark C. Dangerfield*

4765496v1/24709-0001                    2