Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
E-mails: mark.dangerfield@gknet.com
         wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>           Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; and JESSICA MONAS, M.D.,<br><br>           Defendants. | No. 2:14-cv-00420-DJH<br><br>**NOTICE OF ISSUANCE OF DEPOSITION NOTICES AND SUBPOENAS TO APPEAR TO TESTIFY AT DEPOSITION** |

This will serve as notification that Defendant MedAire, Inc. has served Notices of Deposition upon plaintiff's counsel with respect to the following witnesses in this matter: Robert C. Candipan, M.D., Brian Hess, M.D., and Michael A. Covalciuc, M.D. Subpoenas to appear and testify at the depositions were also issued to those witnesses, and copies of the subpoenas are being sent to plaintiff's counsel concurrently with the filing of this Notice.

DATED this 17th day of June, 2015.

                              GALLAGHER & KENNEDY, P.A.

                              By: /s/ *Mark C. Dangerfield*
                                  Mark C. Dangerfield
                                  Wm. Charles Thomson
                                  2575 East Camelback Road
                                  Phoenix, Arizona 85016-9225
                                  Attorneys for Defendants MedAire, Inc.;
                                  Steven Joe Reinhart, D.O.; and Jessica
                                  Monas, M.D.

4856810v1/24709-0001

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2015, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

Stephen M. Dichter, Esq.
Jeffrey O. Hutchins, Esq.
Christian Dichter & Sluga, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
    sdichter@cdslawfirm.com
    jhutchins@cdslawfirm.com
*Attorneys for Plaintiff*

Francis G. Fleming, Esq.
Robert J. Spragg, Esq.
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY  10017
    ffleming@kreindler.com
    rspragg@kreindler.com
*Attorneys for Plaintiff*

By: /s/ *Mark C. Dangerfield*

2

4856810v1/24709-0001