UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-DJH<br><br>**[PROPOSED] ORDER GRANTING RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS IN FAVOR OF DEFENDANTS STEVEN JOE REINHART, D.O. AND JESSICA MONAS, M.D.** |

The Court having reviewed defendants' Rule 12(c) Motion for Judgment on the Pleadings as to Defendants Steven Joe Reinhart, D.O. and Jessica Monas, M.D., and good cause appearing:

**IT IS ORDERED** granting the Motion for Judgment on the Pleadings in favor of Defendants Steven Joe Reinhart, D.O. and Jessica Monas, M.D., as to all of plaintiff's claims against them.

DATED this _____ day of _____, 2015.