Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
E-mails: mark.dangerfield@gknet.com
         wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-CV-00420-SMM<br><br>**NOTICE OF SERVICE OF DISCOVERY OF DEFENDANT MEDAIRE, INC.'S REQUESTS FOR ADMISSIONS AND INTERROGATORIES** |

Pursuant to LRCiv. 5.2, Defendant MedAire, Inc. hereby gives notice that on September 22, 2015, it served upon Plaintiff its Requests for Admissions and Interrogatories.

RESPECTFULLY submitted this 23rd day of September, 2015.

GALLAGHER & KENNEDY, P.A.

By: /s/ *Mark C. Dangerfield*
   Mark C. Dangerfield
   Wm. Charles Thomson
   2575 East Camelback Road
   Phoenix, Arizona 85016-9225
   Attorneys for Defendants MedAire, Inc.; Steven Joe Reinhart, D.O.; and Jessica Monas, M.D.

5058875v1/24709-0001

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of September, 2015, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

Stephen M. Dichter, Esq. (sdichter@cdslawfirm.com)
Jeffrey O. Hutchins, Esq. (jhutchins@cdslawfirm.com
Christian Dichter & Sluga, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
*Attorneys for Plaintiff*

Francis G. Fleming, Esq. (ffleming@kreindler.com)
Robert J. Spragg, Esq. (rspragg@kreindler.com)
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY  10017
*Attorneys for Plaintiff*

By: */s/ Christine C. Marsceill*

5058875v1/24709-0001