Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY  10017
Tel.:   (212) 687-8181
Fax:   (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
Tel:   (602) 792-1700
Fax:   (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O., and JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-SMM<br><br>**STIPULATED MOTION TO MODIFY THE DISCOVERY DEADLINES SET FORTH IN THE RULE 16 SCHEDULING ORDER**<br><br>(First Request) |

Discovery in this case has been proceeding under a Rule 16 Scheduling Order issued by the Court on April 16, 2015 (Dkt. 51).  Under this Scheduling Order, depositions of fact witnesses must be completed by no later than November 2, with November 6 the cut-off for fact discovery.  As of October 15, 2015, the parties had thus scheduled (or in a few cases were attempting to schedule) approximately a dozen depositions in Phoenix, all of which would be completed by November 2, 2015.  Plaintiff's lead counsel, Francis G. Fleming, who is associated with the Kreindler &

Kreindler LLP law firm and is based in New York, was planning on taking or defending substantially all of these depositions.

Then on Thursday, October 15, 2015, Mr. Fleming had an angiogram that revealed he has aortic valve disease that has progressed to the point where he needs to have open heart surgery to replace the valve. Mr. Fleming's doctor has recommended that he have the surgery sometime in the next month; in the short term, he is not supposed to lift anything or do any traveling.

While plaintiff's co-counsel, Robert Spragg, who is also with the Kreindler & Kreindler LLP law firm in New York, has been actively involved in the case, he was not planning, and his schedule would not permit him, to take or defend all of those scheduled or planned depositions. Mr. Spragg will now be assuming primary case responsibility for plaintiff during Mr. Fleming's absence. In light of this situation, plaintiff seeks to reasonably extend the current deadlines for deposing fact witnesses, and defendants' counsel is willing to agree to the extended deadlines set forth below:

1. The deadline for completing depositions of fact witnesses shall be extended from Friday, November 6, 2015, until Friday, January 8, 2016.
2. The deadline for plaintiff to provide full and complete expert disclosures as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be extended from Friday, November 6, 2015, until Friday, February 5, 2016.
3. The deadline for defendants to provide full and complete expert disclosures as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be extended from Friday, January 8, 2015, until Friday, April 8, 2016.
4. The deadline for rebuttal expert disclosures, if any, shall be extended from Friday, February 5, 2016, until Friday, May 6, 2016.
5. The deadline for completing expert depositions shall be extended from Friday, March 18, 2016, until Friday, June 17, 2016.
6. The deadline for filing dispositive motions shall be extended from Saturday, April 2, 2016, until Friday July 1, 2016.
7. The deadline for engaging in good faith settlement talks shall be extended from Friday, April 15, 2016, until Friday, July 15, 2016.

1  This is the first request that any of the parties have made to extend the discovery deadlines in the case.

Except as set forth above, all other aspects of the Court's 04/16/15 Rule 16 Scheduling Order, Dkt. 51, shall remain unchanged. This shall include, unless otherwise directed by the Court, the process for resolving discovery disputes set forth on page 6 of the 04/16/15 Rule 16 Scheduling Order.

DATED this 21st day of October, 2015.

| KREINDLER & KREINDLER LLP | GALLAGHER & KENNEDY, P.A. |
|---|---|
| By: */s/ Robert J. Spragg*<br>    Francis G. Fleming, 004375<br>    Robert J. Spragg<br>    750 Third Avenue, 32nd Floor<br>    New York, NY  10017 | By:  */s/ Mark C. Dangerfield*<br>    Mark C. Dangerfield<br>    Wm. Charles Thompson<br>    2575 East Camelback Road<br>    Phoenix, Arizona  85016-9225<br>    *Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.* |
| CHRISTIAN DICHTER & SLUGA, P.C. | |
| By: */s/ Stephen M. Dichter*<br>    Stephen M. Dichter, 004043<br>    2700 North Central Avenue, Suite 1200<br>    Phoenix, AZ  85004 | |

*Attorneys for Plaintiff Linda Ann Baillie*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 21, 2015, I electronically transmitted the foregoing document electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

                      */s/ Robert J. Spragg*