UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

---------------------------------------------------x
LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,

      Plaintiff,

 v.

MEDAIRE, INC., STEVEN JOE REINHART, D.O., and JESSICA MONAS, M.D.,

      Defendants.
---------------------------------------------------x

No.: 2:14-CV-00420-SMM

**ORDER**

 This matter comes before the Court on the parties' Stipulated Motion to Modify the Discovery Deadlines Set Forth in the Rule 16 Scheduling Order. The Court, having reviewed the stipulated motion and being fully apprised of the matters at issue, Orders as follows:

 The parties' Stipulated Motion to Modify the Discovery Deadlines Set Forth in the Rule 16 Scheduling Order is GRANTED. The case discovery deadlines are hereby modified as follows:

1. The deadline for completion of fact discovery is now January 8, 2016;
2. The deadline for plaintiff's expert disclosures pursuant to Rule 26(a)(2)(B) is now February 5, 2016;
3. The deadline for defendants' expert disclosures pursuant to Rule 26(a)(2)(B) is now April 8, 2016;
4. The deadline for any rebuttal expert disclosures is now May 6, 2016;
5. The deadline for completion of expert depositions is now June 17, 2016;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      6.  The deadline for filing dispositive motions is now July 1, 2016; and

      **7.**  The deadline for engaging in good faith settlement talks is now July 15, 2016.

All other aspects of the Court's April 16, 2015 Rule 16 Scheduling Order shall remain in effect.

Dated this _____ day of _____, 2015

_____
Sr. United States District Judge