1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**
8
9    Linda Ann Baillie,                        No. CV-14-00420-PHX-SMM
10                        Plaintiff,            **ORDER**
11   v.
12   Medaire Incorporated, et al.,
13                        Defendants.
14

15
16       Pending before the Court is the parties' Stipulated Motion to Modify the
17   Discovery Deadlines Set Forth in the Rule 16 Scheduling Order. (Doc. 62.) The parties
     are seeking to modify the pretrial deadlines because Plaintiff's lead counsel, Francis G.
18   Fleming, must undergo an unanticipated open heart surgery at some point within the next
19   month. Until then, Mr. Fleming's doctor restricted his work activities, including travel,
20   meaning that he will be unable to conduct approximately a dozen depositions that were
21   scheduled during the coming weeks. Accordingly, good cause appearing,
22       **IT IS HEREBY ORDERED granting** the parties' Stipulated Motion to Modify
23   the Discovery Deadlines Set Forth in the Rule 16 Scheduling Order. (Doc. 62.) The
24   discovery deadlines shall be amended as follows:
25       1. The deadline for completing depositions of fact witnesses shall be **January 8,**
26   **2016.**
27       2. Plaintiff shall provide expert disclosures by **February 5, 2016.**
28       3. Defendant shall provide expert disclosures by **April 8, 2016.**

4. Rebuttal expert disclosures, if any, shall be provided by **May 6, 2016.**

5. Expert depositions shall be completed by **June 17, 2016.**

6. All dispositive motions shall be filed by **July 1, 2016.**

7. The deadline for engaging in good faith settlement talks shall be extended to **July 15, 2016.**

Dated this 21st day of October, 2015.

Honorable Stephen M. McNamee
Senior United States District Judge