# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, | No. CV-14-00420-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Medaire Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Defendants Drs. Steven Joe Reinhart's and Jessica Monas' ("Defendants") Rule 12(c) Motion for Judgment on the Pleadings as to Defendants Steven Joe Reinhart, D.O. and Jessica Monas, M.D. (Doc. 57.) The parties have responded and the motion has been fully briefed. However, the Court has identified an issue with the case that was not addressed by the parties in their filings. Pursuant to 28 U.S.C. § 1331, the Court requests additional briefing on the issue of subject matter jurisdiction. In her complaint, Plaintiff asserts that the Court has federal question subject matter jurisdiction over this action since it arises under the Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999, S. Treaty Doc. No. 106–45, 2242 U.N.T.S. 309 ("Montreal Convention"). The Montreal Convention, however, seems to apply only to foreign air carriers and their agents. The only remaining defendants in this action are Medaire and its two employee doctors, who are not foreign air carriers. Furthermore, it is unclear that these defendants are agents of former Defendant British Airways, a foreign air carrier, due to their independent

contractual relationship. The Court, therefore, requests additional briefing on this issue. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall provide the Court with memoranda addressing the above mentioned issue by **Friday, November 20, 2015.** The parties shall limit their filings to **five pages or less.**

Dated this 21st day of October, 2015.

Honorable Stephen M. McNamee
Senior United States District Judge