Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
E-mails: mark.dangerfield@gknet.com
             wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven
Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>              Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; JESSICA MONAS, M.D.,<br><br>              Defendants. | No. 2:14-cv-00420-SMM<br><br>**MOTION TO FILE UNDER SEAL DEFENDANTS' MEMORANDUM ON SUBJECT MATTER JURISDICTION UNDER THE MONTREAL CONVENTION AND EXHIBITS** |

Pursuant to the Court's Protective Order (Dkt No. 55) and Local Rule 5.6, defendants request leave to file under seal defendants' Memorandum on Subject Matter Jurisdiction Under the Montreal Convention and its Exhibits.

The Memorandum and Exhibits contain confidential and sensitive information related to defendant MedAire, Inc. and former defendant British Airways, the disclosure of which would be in violation of the Protective Order.

A proposed form of Order is attached.

5139447v1/24709-0001

RESPECTFULLY submitted this 20th day of November, 2015.

                        GALLAGHER & KENNEDY, P.A.

                        By: /s/ *Mark C. Dangerfield*
                            Mark C. Dangerfield
                            Wm. Charles Thomson
                            2575 East Camelback Road
                            Phoenix, Arizona 85016-9225
                            Attorneys for Defendants MedAire, Inc.;
                            Steven Joe Reinhart, D.O.; and Jessica
                            Monas, M.D.

5139447v1/24709-0001

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November, 2015, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

Stephen M. Dichter, Esq. (sdichter@cdslawfirm.com)
Jeffrey O. Hutchins, Esq. (jhutchins@cdslawfirm.com
Christian Dichter & Sluga, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
*Attorneys for Plaintiff*

Francis G. Fleming, Esq. (ffleming@kreindler.com)
Robert J. Spragg, Esq. (rspragg@kreindler.com)
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY  10017
*Attorneys for Plaintiff*

By: */s/ Candice J. Cromer*

5139447v1/24709-0001