1

2

3

4

5

6

7                            UNITED STATES DISTRICT COURT

8                                   DISTRICT OF ARIZONA

9    LINDA ANN BAILLIE, individually, as          No. 2:14-cv-00420-SMM
     Personal Representative of the Estate of
10   JAMES DONALD BAILLIE, II, and on
     behalf of all heirs and next of kin of JAMES    **[PROPOSED] ORDER GRANTING**
11   DONALD BAILLIE, II, deceased,                   **MOTION TO FILE UNDER SEAL**
                                                     **DEFENDANTS' MEMORANDUM ON**
12                    Plaintiff,                     **SUBJECT MATTER JURISDICTION**
                                                     **UNDER THE MONTREAL**
13         vs.                                       **CONVENTION AND EXHIBITS**

14   MEDAIRE, INC.; STEVEN JOE
     REINHART, D.O.; JESSICA MONAS, M.D.,
15
                      Defendants.
16
           Pursuant to defendants' Motion to File Under Seal Defendants' Memorandum on
17
     Subject Matter Jurisdiction Under the Montreal Convention and Exhibits, and for good
18
     cause shown,
19
           **IT IS ORDERED** permitting the Defendants to file under seal, and directing the
20
     Clerk to accept for filing under seal, defendants' Memorandum on Subject Matter
21
     Jurisdiction Under The Montreal Convention and its exhibits.
22
           DATED this _____ day of November, 2015.
23

24

25

26

27

28