# Exhibit 2

# Exhibit 2



# Medical Manual

May 2013



6th Edition



# INTRODUCTION

IATA commissioned this Medical Manual to provide up to date information on airline medical issues to its members, especially those which may not have the benefit of an in-house medical advisor. The practice of airline medicine has changed substantially since the last edition of the Medical Manual was written and this is reflected in the fully revised document. The Manual will be reviewed regularly to ensure it remains relevant to the needs of IATA's members.

The Medical Manual has been compiled with the expert advice of the IATA Medical Advisory Group. This comprises the medical directors of 12 airlines from all regions of the world. The knowledge and experience of the members of the Medical Advisory Group has been utilised to create a document that IATA is confident will meet the needs of airlines throughout the world.

The Medical Manual covers many of the facets of airline administration and operations from the medical perspective. It draws on the various medical specialties that are essential to the safe and smooth operations of an airline and includes public health, aviation medicine, occupational health and travel medicine.

The content has been changed to reflect current issues of interest within the airline industry. Additionally, links are provided to carefully researched websites which may be used for further information.



# SECTION 1 – ROLE AND RESPONSIBILITIES OF AN AIRLINE MEDICAL DEPARTMENT

## 1.1 INTRODUCTION

The airline medical department has wide ranging responsibilities that affect virtually every aspect of the airline operation and those using it. The areas of responsibility fall into two main categories:

- the health of the passenger;
- the health of the employee.

## 1.2 PASSENGER HEALTH

The airline is responsible for carrying its passengers safely and efficiently to the destination. The airline has no real means of ensuring that all passengers are fit to begin their journey. The medical department is responsible for ensuring, as far as possible, that passenger health does not deteriorate during the journey, and that there are adequate measures in place to deal with any unforeseen in-flight medical emergency.

### 1.2.1 Medical Advice to Airline Passengers

Due to the marked increase of the number of airline passengers travelling abroad, the practice of Travel Medicine and proper medical advice to the passenger by the airline medical department has assumed great importance and is a major factor in successful airline operations.

### 1.2.2 MEDIF and FREMEC Cards (see also Section 6.3)

Passenger health and medical fitness, along with advice to passengers who need medical clearance or who have special needs is discussed in detail elsewhere in the manual. A summary is added here for completeness: (Link: www.asma.org/publications)

Passenger Medical Clearance Unit – Many airlines provide medical clearance for passengers with recent or unstable medical conditions. The PMCU typically, has a small team of medically experienced staff who advise on suitability and fitness to fly. Many use a special medical form based on the IATA Medical Information Form (MEDIF).

Those passengers with chronic, but stable, medical conditions, and those with additional needs, may be issued with a FREMEC card. This is normally issued by the airline medical department to travellers and a copy kept in the airline reservations system for easy reference for future travel. Many airlines use this system which is usually honoured by other carriers where a good working relationship exists.

### 1.2.3 Passenger Awareness and the Media

Many passengers have real or perceived concerns about their flight and the medical department is available to answer those queries whether they come from passengers directly, or indirectly through travel agents or the airlines' sales agents. The use of pamphlets at points of sales, and in ticket wallets, airline internet sites and in-flight magazines are all useful vehicles to provide important health information and advice for passengers and their medical advisors.

Recently passengers and the media in general have become acutely aware of medical and quasi-medical issues that might be associated with flying. Much has been made of cramped seating, obsolete regulatory requirements, cabin environment, stress of travelling etc, but the fact remains that customers wish to travel quickly, cheaply and safely to their destination. They have a responsibility to ensure that they are healthy enough to do so. The airline and its medical department have a responsibility to ensure that the flight does not have any adverse effects on those travelling.

 **Medical Manual**

General In-Flight First Aid Measures

In the event of the occurrence of a serious injury or illness in flight, it is suggested that the following general procedures be taken:

(a) call ground provider if you have one available;

(b) solicit the aid of a physician or trained nurse if one is aboard;

(c) if one is not on board, follow the first aid procedures in the first aid kit. A first aid manual should be included in the aircraft first aid kit;

(d) make the passenger as comfortable as possible;

(e) give oxygen if condition warrants and if advised in the first aid manual, or by a ground physician;

(f) obtain and record the following information, and report to the Captain, and/or the ground medical physician:

- name of passenger,
- general nature of the condition or major symptoms,
- whether a stretcher or wheelchair is needed,
- medications or treatments given.

It is essential as well to determine whether or not any contagious disease is present, and the captain so advised.

### 6.2.3 Air to Ground Communication

It is clear that a physician will not be travelling on every aircraft. Further, cabin attendants can be trained to a certain level of medical expertise, but they are not health care professionals. Some air carriers have expert physicians readily available on the ground, 24 hours a day, and 7 days a week; to provide the Captain and on-board crew with expert medical advice when medical emergencies occur. This may be provided by airline physicians or by a specialist provider.

Typically, the Captain is looking for a quick assessment as to whether or not the plane should divert for the medical situation. The ultimate diversion decision remains with the Captain, who also must account for fuel, weather, safety of landing site, and other operational factors beside the emergency.

### 6.2.4 Automatic External Defibrillation

Airlines that elect to carry Automatic External Defibrillators (AED) on board their aircraft should ensure that they have established clear policies with respect to liability, maintenance, quality assurance and training standards – particularly the requirement for CPR (cardio-pulmonary resuscitation) training. The USA have mandated AED for airlines as of April 2004.

### 6.2.5 Telemedicine

Finally, there are evolving steps in the area of telemedicine. Twelve (12) lead ECG strips, along with vital signs, images of the patient, two-way voice communication and other means using seat back phones are already on the market.

Phone data transmission is slow, and is often unreliable especially in transpolar travel for reliable use of telemedicine equipment and seat back phones. Medical systems should be able to capitalise on the evolution of Internet services on board planes, leading to more effective transmission of vital medical information to ground physicians in the event of emergencies. With a full medical telemetry system, a definitive analysis and guidance as to whether a diversion is appropriate can be provided for the airline, and provide for a return on investment for these expensive systems.