Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.:   (212) 687-8181
Fax:   (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Tel:   (602) 792-1700
Fax:   (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O., and JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-SMM<br><br>**STIPULATED MOTION TO MODIFY THE DISCOVERY DEADLINES SET FORTH IN THE RULE 16 SCHEDULING ORDER (AS AMENDED BY THE COURT'S OCTOBER 21, 2015 ORDER)**<br><br>(Second Request) |

Discovery in this case has been proceeding under a Rule 16 Scheduling Order issued by the Court on April 16, 2015 (Dkt. 51), which was subsequently amended by a Scheduling Order dated October 21, 2015 (Dkt. 64). Under these Scheduling Orders, the depositions of the remaining twelve (12) fact witnesses were completed prior to the January 8, 2016 deadline for the completion of fact witness depositions.

As required by the Scheduling Orders, plaintiff Linda Ann Baillie provided her F.R.Civ.P Rule 26(a)(2) expert disclosures by the February 5, 2016 deadline. In her

expert disclosures, plaintiff identified three retained expert witnesses: 1) Robert C. Candipan, Ph.D., M.D., a physician who specializes in interventional cardiology; 2) Captain Eric M. Perle, an aircraft captain for a major United States air carrier; and 3) Larry D. Stokes, Ph.D., an economist.

On February 12, 2016, shortly after plaintiff disclosed her experts, Captain Perle was told by his employer that he could not work as an expert witness and was instructed to withdraw from this case. Captain Perle subsequently advised plaintiff's counsel of his employer's instructions.

Plaintiff's counsel advised defendants' counsel Mark C. Dangerfield of this development on February 18, 2016 and sought his agreement that plaintiff be allowed an additional period of time to locate a substitute pilot expert who, after review of case documents and depositions, would be able to provide an expert witness report in this case. Defendants' counsel graciously agreed to plaintiff's counsel's request.

In light of this situation, plaintiff seeks a reasonable period of time within which to provide expert disclosure from a substitute pilot expert, as well as a reasonable extension of the other discovery deadlines in the case, and defendants' counsel is willing to agree to the deadlines set forth below:

1. The deadline for plaintiff to provide full and complete expert disclosure from a substitute pilot expert shall be Friday, March 25, 2016.
2. The deadline for defendants to provide full and complete expert disclosures as required by Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be extended from Friday, April 8, 2016 until Friday, May 27, 2016.
3. The deadline for rebuttal expert disclosures, if any, shall be extended from Friday, May 6, 2016, until Friday, June 24, 2016.
4. The deadline for completing expert depositions shall be extended from Friday, June 17, 2016, until Friday, August 5, 2016.
5. The deadline for filing dispositive motions shall be extended from Friday, July 1, 2016, until Friday, August 19, 2016.
6. The deadline for engaging in good faith settlement talks shall be extended from Friday, July 15, 2016 until Friday, September 9, 2016.

This is the second request that any of the parties have made to extend the discovery deadlines in the case. The first requested extension of the case discovery deadlines was necessitated by the then-pending heart surgery of plaintiff's lead counsel Francis G. Fleming. That request was granted by the Court on October 21, 2015.

Except as set forth above, all other aspects of the Court's 04/16/15 Rule 16 Scheduling Order, Dkt. 51, shall remain unchanged.

DATED this 26th day of February, 2016.

| KREINDLER & KREINDLER LLP | GALLAGHER & KENNEDY, P.A. |
|---|---|
| By: */s/ Robert J. Spragg*<br>    Francis G. Fleming, 004375<br>    Robert J. Spragg<br>    750 Third Avenue, 32nd Floor<br>    New York, NY  10017 | By:  */s/ Mark C. Dangerfield*<br>    Mark C. Dangerfield<br>    Wm. Charles Thompson<br>    2575 East Camelback Road<br>    Phoenix, Arizona  85016-9225<br>    *Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.* |
| CHRISTIAN DICHTER & SLUGA, P.C. | |
| By: */s/ Stephen M. Dichter*<br>    Stephen M. Dichter, 004043<br>    2700 North Central Avenue, Suite 1200<br>    Phoenix, AZ  85004 | |

*Attorneys for Plaintiff Linda Ann Baillie*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2016, I electronically transmitted the foregoing document electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

*/s/ Robert J. Spragg*