IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

---

-----------------------------------------------------x
LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,

                   Plaintiff,

  v.

MEDAIRE, INC., STEVEN JOE REINHART, D.O., and JESSICA MONAS, M.D.,

                   Defendants.
-----------------------------------------------------x

No.: 2:14-CV-00420-SMM

**ORDER**

      Pending before the Court is the parties' Stipulated Motion to Modify the Discovery Deadlines Set Forth in the Rule 16 Scheduling Order (as Amended by the Court's October 21, 2015 Order) (Dkt. 78). The parties are seeking to modify the pretrial deadlines because plaintiff's expert pilot witness was instructed by his employer to withdraw from the case and plaintiff needs additional time to provide expert disclosure from a substitute expert pilot witness. Accordingly, good cause appearing,

      **IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Modify the Discovery Deadlines Set Forth in the Rule 16 Scheduling Order (as Amended by the

Court's October 21, 2015 Order) (Dkt. 78) is **GRANTED**. The case discovery deadlines shall be amended as follows:

1. The deadline for plaintiff to provide full and complete expert disclosures from a substitute pilot expert shall be **March 25, 2016**.
2. Defendants shall provide expert disclosures by **May 27, 2016**.
3. Rebuttal expert disclosures, if any, shall be provided by **June 24, 2016**.
4. Expert depositions shall be completed by **August 5, 2016**.
5. All dispositive motions shall be filed by **August 19, 2016**.
6. The deadline for engaging in good faith settlement talks shall be extended to **September 9, 2016**.

Dated this ___ day of _____, 2016

_____
Honorable Stephen M. McNamee
Senior United States District Judge