# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, | No. CV-14-00420-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Medaire Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulated Motion to Modify the Discovery Deadlines Set Forth in the Rule 16 Scheduling Order (As Amended by the Court's October 21, 2015 Order). (Doc. 78.) Due to a minor complication that has arisen in the case, the parties stipulate to modifying the remaining discovery deadlines. Plaintiff indicates that she properly made her expert disclosure by the February 5, 2016 deadline. (Id.) However, one week later, one of Plaintiff's experts, airline pilot Captain Eric M. Perle, was informed by his employer that he could not work as an expert on the case. (Id.) Plaintiff subsequently needs more time to acquire a similar expert and allow him or her to familiarize themselves with the case. (Id.) Defendants do not object. (Id.) Accordingly, good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Motion to Modify the Discovery Deadlines Set Forth in the Rule 16 Scheduling Order (As Amended by the Court's October 21, 2015 Order). (Doc. 78.) The new discovery deadlines shall be as follows:

1. The deadline for Plaintiff's expert disclosures shall be **Friday, March 25, 2016.**

2. The deadline for Defendants' expert disclosures shall be **Friday, March 27, 2016.**

3. The deadline for rebuttal expert disclosure shall be **Friday, June 24, 2016.**

4. The deadline for completing expert depositions shall be **Friday, August 5, 2016.**

5. The deadline for filing dispositive motions shall be **Friday, August 19, 2016.**

6. The deadline for engaging in good faith settlement talks shall be **Friday, September 9, 2016.**

Dated this 29th day of February, 2016.

_____
Honorable Stephen M. McNamee
Senior United States District Judge