Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
E-mails: mark.dangerfield@gknet.com
             wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; and JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-PHX-SMM<br><br>**STIPULATED MOTION TO MODIFY THE DISCOVERY DEADLINES SET FORTH IN THE AMENDED RULE 16 SCHEDULING ORDER** |

Discovery in this case has been proceeding under an Amended Rule 16 Scheduling Order issued by the Court on March 1, 2016 (Dkt. 80). Under this scheduling order, depositions of expert witnesses must be completed by August 5, 2016, dispositive motions must be filed by August 19, and the deadline for engaging in good faith settlement talks is September 9.

Having completed expert disclosures as required by the Amended Scheduling Order, the parties are now scheduling expert depositions, and have also agreed to a formal mediation session with a private mediator once the dispositive motion deadline has passed. However, the first available opening for the mediator the parties have selected is October 3, a few weeks after the current deadline for good faith settlement talks. In addition, due to summer schedules, the parties will need some additional time to complete expert depositions.

5494015v1/24709-0001

In light of this, the parties jointly seek to reasonably extend the remaining deadlines covered by the Amended Scheduling Order, as follows:

1. The deadline for completing expert depositions shall be extended from Friday, August 5, until Friday, August 19, 2016.

2. The deadline for filing dispositive motions shall be extended from Friday, August 19, until Friday, September 2, 2016.

3. The deadline for engaging in good faith settlement talks shall be extended from Friday, September 9, until Monday, October 3, 2016.

Except as set forth above, all other aspects of the Court's March 1, 2016 Rule 16 Amended Scheduling Order, Dkt. 80, shall remain unchanged.

RESPECTFULLY submitted this 8th day of July, 2016.

| | |
|---|---|
| KREINDLER & KREINDLER LLP | GALLAGHER & KENNEDY, P.A. |
| By: */s/ Robert J. Spragg* [with permission]<br>Francis G. Fleming, 004375<br>Robert J. Spragg<br>750 Third Avenue, 32nd Floor<br>New York, NY  10017 | By: */s/ Mark C. Dangerfield*<br>Mark C. Dangerfield<br>Wm. Charles Thompson<br>2575 East Camelback Road, Suite 1100<br>Phoenix, Arizona  85016<br>*Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.* |
| CHRISTIAN DICHTER & SLUGA, P.C. | |
| By: */s/ Stephen M. Dichter* [with permission]<br>Stephen M. Dichter, 004043<br>2700 North Central Avenue, Suite 1200<br>Phoenix, AZ  85004 | |

*Attorneys for Plaintiff Linda Ann Baillie*

5494015v1/24709-0001

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 8th day of July, 2016, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

              */s/ Mark C. Dangerfield*

5494015v1/24709-0001