UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE,<br><br>           Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC., et al.,<br><br>           Defendants. | No. 2:14-cv-00420-PHX-SMM<br><br>**AMENDED SCHEDULING ORDER** |

Pending before the Court is the parties' Stipulated Motion to Modify the Discovery Deadlines Set Forth in the Amended Rule 16 Scheduling Order (as amended by the Court's March 1, 2016 Order) (Doc. 80). Due to summer schedules and availability of a private mediator, the parties stipulate to modifying the remaining discovery deadlines. Accordingly, good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Motion to Modify the Discovery Deadlines Set Forth in the Amended Rule 16 Scheduling Order (as amended by the Court's March 1, 2016 Order) (Doc. 80). The new discovery deadlines shall be as follows:

1. The deadline for completing expert depositions shall be extended from Friday, August 5, until Friday, August 19, 2016.
2. The deadline for filing dispositive motions shall be extended from Friday, August 19, until Friday, September 2, 2016.

3. The deadline for engaging in good faith settlement talks shall be extended from Friday, September 9, until Monday, October 3, 2016.

DATED this _____ day of July, 2016.

_____
The Honorable Stephen M. McNamee
Senior United States District Judge

2