IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie,<br><br>    Plaintiff,<br><br>v.<br><br>Medaire Incorporated, et al.,<br><br>    Defendants. | No. CV-14-00420-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Motion to Modify the Discovery Deadlines Set Forth in the Amended Rule 16 Scheduling Order (Doc. 81.) Discovery in this case has been proceeding under an Amended Rule 16 Scheduling Order issued by the Court on March 1, 2016 (Doc. 80.) Under that order, the deposition deadline for expert witnesses is August 5, 2016, dispositive motions must be filed by August 19, and the deadline for engaging in good faith settlement talks is September 19.

Parties are currently scheduling expert depositions but due to summer schedules, require additional time to complete them. Parties have agreed to a formal mediation session with a private mediator once the dispositive motion deadline has passed, however, the first available opening for the mediator the parties have selected is October 3, a few weeks after the current deadline for good faith settlement talks.

The parties jointly seek to reasonably extend the remaining deadlines covered by the Amended Scheduling Order.

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Motion to

Modify the Discovery Deadlines Set Forth in the Amended Rule 16 Scheduling Order (Doc. 81.)

    1. The deadline for completing expert deposition shall be extended from Friday, August 5, until **Friday, August 19, 2016**.

    2. The deadline for filing dispositive motions shall be extended from Friday, August 19, until **Friday, September 2, 2016**.

    3. The deadline for engaging in good faith settlement talks shall be extended from Friday, September 9, until **Monday, October 3, 2016**.

Except as set forth above, all other aspects of the Court's March 1, 2016 Rule 16 Amended Scheduling Order (Doc. 80.) shall remain unchanged.

Dated this 18th day of July, 2016.

_____
Honorable Stephen M. McNamee
Senior United States District Judge