Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, Arizona 85016
Telephone:   (602) 530-8000
Facsimile:    (602) 530-8500
E-mails: mark.dangerfield@gknet.com
         wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven
Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; and JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-PHX-SMM<br><br>**STIPULATED MOTION TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS** |

On July 18, 2016, the Court issued an Order, Dkt. 82, amending in some respects the pre-trial schedule in this case, including extending the deadline for the deposition of expert witnesses until August 19 and the deadline for good faith settlement talks until October 3. Expert depositions have been proceeding, and will be completed by the August 19 deadline. In addition, the parties have scheduled a formal mediation session on October 3.

However, in light of all the circumstances, the parties have agreed to extend the deadline for filing dispositive motions by two weeks, until Friday, September 16, 2016, and jointly move the Court to so order. This change would not affect any other dates in the current pre-trial schedule.

Except as set forth above, all other aspects of the Court's July 18, 2016 Order, Dkt. 82, would remain unchanged.

5566743v1/24709-0001

RESPECTFULLY submitted this 10th day of August, 2016.

| KREINDLER & KREINDLER LLP | GALLAGHER & KENNEDY, P.A. |
|---|---|
| By: */s/ Robert J. Spragg* [with permission]<br>   Francis G. Fleming, 004375<br>   Robert J. Spragg<br>   750 Third Avenue, 32nd Floor<br>   New York, NY  10017 | By: */s/ Mark C. Dangerfield*<br>   Mark C. Dangerfield<br>   Wm. Charles Thompson<br>   2575 East Camelback Road, Suite 1100<br>   Phoenix, Arizona  85016<br>   *Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.* |

CHRISTIAN DICHTER & SLUGA, P.C.

By: */s/ Stephen M. Dichter* [with permission]
   Stephen M. Dichter, 004043
   2700 North Central Avenue, Suite 1200
   Phoenix, AZ  85004

*Attorneys for Plaintiff Linda Ann Baillie*

5566743v1/24709-0001

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2016, a copy of the foregoing document was filed electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

/s/ Mark C. Dangerfield

3

5566743v1/24709-0001