UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE,<br><br>        Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC., et al.,<br><br>        Defendants. | No. 2:14-cv-00420-PHX-SMM<br><br><br>**AMENDED SCHEDULING ORDER** |

Pending before the Court is the parties' Stipulated Motion to Extend Time to File Dispositive Motions and modifying the Amended Rule 16 Scheduling Order (as amended by the Court's July 18, 2016 Order) (Doc. 82). Accordingly, good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Motion to Extend Time to File Dispositive Motions and modifying the Amended Rule 16 Scheduling Order (as amended by the Court's July 18, 2016 Order) (Doc. 82). The new discovery deadline shall be as follows:

1. The deadline for filing dispositive motions shall be extended from Friday, September 2, until Friday, September 16, 2016.

DATED this _____ day of August, 2016.

The Honorable Stephen M. McNamee
Senior United States District Judge