# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, | No. CV-14-00420-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Medaire Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulated Motion to Extend Time to File Dispositive Motions. (Doc. 83.) Previously, on July 18, 2016, the Court issued and Order (Doc. 82) amending certain pre-trial deadlines, including the deadlines conduct expert witness depositions and good faith settlement talks. In light of these extensions, the parties now ask for a two week extension to the deadline to file dispositive motions. The parties indicate that such an extension will not affect any other dates in the current pretrial schedule.

Accordingly, good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Motion to Extend Time to File Dispositive Motions. (Doc. 83.) The deadline to file dispositive motions is now **September 16, 2016.**

Dated this 22nd day of August, 2016.

Honorable Stephen M. McNamee
Senior United States District Judge