Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY  10017
Tel.:    (212) 687-8181
Fax:    (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
Tel:     (602) 792-1700
Fax:    (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O., and JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-SMM<br><br>**STIPULATED MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION** |

On August 23, 2016, the Court issued an Order, Dkt. No. 84, changing the pretrial deadline for the parties to file dispositive motions to September 16, 2016.  On September 16, 2016, defendants filed a motion for summary judgment, Dkt. No. 85.  Pursuant to the Local Civil Rules, plaintiff's opposition to defendants' summary judgment motion must be filed by October 17, 2016.

In the interim, as required by the Court's prior Order, Dkt. No. 82, the parties participated in a formal mediation session in Phoenix on October 3, 2016 with Shawn

Aiken, Esq. The case did not settle at the day-long session. As required by the Local Civil Rules, the parties will file a joint mediation report by Tuesday, October 11, 2016.

In light of these circumstances, the parties have agreed to extend the deadline for plaintiff to file her opposition to defendants' summary judgment motion by two weeks, until Tuesday, November 1, 2016, and jointly move the Court to so order. This change will not affect any other case deadlines.

DATED this 7th day of October, 2016.

| KREINDLER & KREINDLER LLP | GALLAGHER & KENNEDY, P.A. |
|---|---|
| By: */s/ Robert J. Spragg*<br>    Francis G. Fleming, 004375<br>    Robert J. Spragg<br>    750 Third Avenue, 32nd Floor<br>    New York, NY  10017 | By:  */s/ Mark C. Dangerfield*<br>    Mark C. Dangerfield<br>    Wm. Charles Thompson<br>    2575 East Camelback Road<br>    Phoenix, Arizona  85016-9225<br>*Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.* |
| CHRISTIAN DICHTER & SLUGA, P.C. | |
| By: */s/ Stephen M. Dichter*<br>    Stephen M. Dichter, 004043<br>    2700 North Central Avenue, Suite 1200<br>    Phoenix, AZ  85004 | |

*Attorneys for Plaintiff Linda Ann Baillie*

## CERTIFICATE OF SERVICE

 I hereby certify that on October 7, 2016, I electronically transmitted the foregoing document electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

            */s/ Robert J. Spragg*