IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

-----------------------------------------------------x
LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, Deceased,

      Plaintiff,

  v.

MEDAIRE, INC., STEVEN JOE REINHART, D.O., and JESSICA MONAS, M.D.,

      Defendants.
-----------------------------------------------------x

No.: 2:14-CV-00420-SMM

**ORDER**

  Pending before the Court is the parties' Stipulated Motion to Extend Time for Plaintiff to File Opposition to Defendants' Summary Judgment Motion (Dkt. No. 87). Accordingly, good cause appearing,

  **IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Extend Time for Plaintiff to File Opposition to Defendants' Summary Judgment Motion is **GRANTED**. The deadline for plaintiff to file her opposition to defendants' summary judgment motion is now November 1, 2016.

  Dated this ___ day of October, 2016

             _____
             Honorable Stephen M. McNamee
             Senior United States District Judge