# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, | No. CV-14-00420-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Medaire Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulated Motion to Extend Time for Plaintiff to File Opposition to Defendants' Summary Judgment Motion. (Doc. 87.) The parties request that the Court extend by two weeks the deadline for Plaintiff to file her opposition to defendant's summary judgment motion. The current deadline is October 17, 2016. The reason for the extension request is the parties recently participated in mediation and are preparing a joint-mediation report to be submitted on October 11, 2016, and thus Plaintiff needs more time to prepare a response in opposition. The parties state that if granted, the extension will not affect any other case deadlines.

Accordingly,

**IT IS HEREBY ORDERED** granting the parties' Stipulated Motion to Extend Time for Plaintiff to File Opposition to Defendants' Summary Judgment Motion. (Doc. 87.)

//

//

1
2
3
4
5
6
7
8
...
28

**IT IS FURTHER ORDERED** that Plaintiff shall file her opposition to Defendants' summary judgment motion by **Tuesday, November 1, 2016.**

Dated this 7th day of October, 2016.

_____
Honorable Stephen M. McNamee
Senior United States District Judge