Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY  10017
Tel.:  (212) 687-8181
Fax:  (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
Tel:  (602) 792-1700
Fax:  (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O., and JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-SMM<br><br>**JOINT MEDIATION REPORT** |

On Monday, October 3, 2016, the Parties participated in a mediation conducted by Shawn Aiken of *Aiken Schenk* in Phoenix, Arizona.  Plaintiff Linda Baillie and two of her children, Laura Baillie and Jonathan Baillie, were accompanied by attorneys Francis Fleming, Robert Spragg and Stephen Dichter.  Attending for Defendants was Eric Lacerte, an employee of International SOS (The Americas), L.P., a Delaware Limited Partnership, MedAire's parent corporation ("SOS").  (*See* Dkt. No. 14).  He was accompanied by counsel for all defendants, Mark C. Dangerfield.  The mediation was timely conducted

within the deadline established by the Court in its July 18, 2016 Order, Dkt. No. 82.

The mediation commenced at about 9:30 a.m. and adjourned without a settlement having been reached at about 4:30 p.m.

DATED this 11th day of October, 2016

| KREINDLER & KREINDLER LLP | GALLAGHER & KENNEDY, P.A. |
|---|---|
| By: */s/ Robert J. Spragg* <br> Francis G. Fleming, 004375 <br> Robert J. Spragg <br> 750 Third Avenue, 32nd Floor <br> New York, NY 10017 | By: */s/ Mark C. Dangerfield* <br> Mark C. Dangerfield <br> Wm. Charles Thompson <br> 2575 East Camelback Road <br> Phoenix, Arizona 85016-9225 <br> *Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.* |

CHRISTIAN DICHTER & SLUGA, P.C.
By: */s/ Stephen M. Dichter*
Stephen M. Dichter, 004043
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004

*Attorneys for Plaintiff Linda Ann Baillie*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2016, I electronically transmitted the foregoing document electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

                                        */s/ Lisa Ranieri*

5654775v1/24709-0001