Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710
*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

-----------------------------------------------------x

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased, <br><br>                              Plaintiff, <br><br>         v. <br><br> MEDAIRE, INC., STEVEN JOE REINHART, D.O. and JESSICA MONAS, M.D., <br><br>                              Defendants. | No.: 2:14-CV-00420-SMM <br><br> **PLAINTIFF'S EXHIBIT LIST FOR CONTROVERTING STATEMENT OF FACTS AND SEPARATE STATEMENT OF FACTS** |

-----------------------------------------------------x

1. Declaration of Ewa Van Den Berg, dated January 15, 2014

2. Supplemental Declaration of Ewa Van Den Berg, dated February 15, 2014

3. Deposition of Ewa Van Den Berg, dated May 29 2014 (excerpts)

4. Declaration of Georgina Bolton, dated January 28, 2014

5. Medlink Client Patch Summary for British Airways 289 on March 23, 2012, dated October 31, 2013

6. Declaration of Robert C. Candipan, Ph.D., M.D., dated June 6, 2014

7. Transcript of Communications between Medlink and BA 289 on March 23, 2012

8. CD containing the Audio Recording of the Communications between Medlink and BA 289 on March 23, 2012

9. Deposition of Robert C. Candipan, Ph.D., M.D., dated July 27, 2016 (excerpts)

10. Deposition of Matthew J. Budoff, M.D., dated August 16, 2016 (excerpts)

11. Mayo Clinic Hospital Expiration Summary for Mr. Baillie

12. Pharmacological Facilitation of Primary Percutaneous Coronary Intervention for Acute Myocardial Infarction: Is the Slope of the Curve the Shape of the Future? Bernard J. Gersh, et al., Journal of the American Medical Association Vol. 293, No. 8, pp. 979 - 86 (2005).

13. Declaration of Robert C. Candipan, Ph.D., M.D., dated October 13, 2016

14. Expert Report of Robert C. Candipan, Ph.D., M.D., dated February 1, 2016

-1-

15. Expert Rebuttal Report of Robert C. Candipan, Ph.D., M.D., dated June 22, 2016

16. British Airways/MedAire Service Agreement

17. British Airways Cabin Crew Aviation Medical Manual (excerpts)

18. Deposition of Michelle R. Tyler, dated December 15, 2015 (excerpts)

19. Deposition of Jessica Monas, M.D., dated July 22, 2014 (excerpts)

20. Deposition of Jessica Monas, M.D., dated December 16, 2015 (excerpts)

21. Expert Report of Paulo Magalhaes Alves, M.D., dated May 25, 2016

22. Deposition of Paulo Magalhaes Alves, M.D., dated January 5, 2016 (excerpts)

23. MedAire's Medlink Diversion Justification Worksheet Process, dated July 23, 2008

24. MedAire's Medlink Diversion Justification Worksheet, dated July 22, 2008

25. MedAire Physician Pearls for Remote Medical Care, dated September 12, 2008

26. Deposition of David Streitwieser, M.D., dated January 7, 2016 (excerpts)

27. Deposition of Paulo Magalhaes Alves, M.D., dated July 29, 2016 (excerpts)

28. Expert Report of Ronald N. Roth, M.D., dated May 25, 2016

29. Deposition of Ratan K. Verma, M.D., dated December 5, 2014 (excerpts)

30. Deposition of Captain Michael G. Fortune, dated August 12, 2016 (excerpts)

31. Deposition of Robert C. Candipan, Ph.D., M.D. dated September 22, 2015

32. Diversion Time Calculation Map Prepared by Captain Michael G. Fortune: Minimum Time Required for BA 289 to Divert to Keflavik Airport, Reykjavik, Iceland from its Positions at 18:45 GMT and 19:12 GMT on March 23, 2012

33. Diversion Time Calculation Map Prepared by Captain Michael G. Fortune: Minimum Time Required for BA 289 to Divert to St. Johns International Airport, Newfoundland, Canada from its Positions at 18:45 GMT and 19:12 GMT on March 23, 2012

34. Deposition of Steven Joe Reinhart, D.O., dated July 7, 2014 (excerpts)

35. Deposition of Nicola Sharrad, dated May 27, 2014 (excerpts)

36. Declaration of Captain Stephen Fowler, dated January 27, 2014

37. Deposition of Captain Stephen Fowler, dated May 29, 2014 (excerpts)

38. Deposition of Octavio E. Pajaro, M.D., dated November 2, 2015 (excerpts)

39. FlightAware flight path map for BA 289 on March 23, 2012

40. Travel Itinerary for Mr. Baillie

41. Medlink Intake Form for BA 289 on March 23, 2012

42. MedAire/EPS Professional Services Agreement

43. MedAire Medlink Commerical In Flight – EMS Required with Diversion, dated January 20, 2012

44. MedAire Medlink General Client Patch Process, dated January 20, 2012

45. Declaration of Captain Daniel Mesnard, dated October 13, 2016

46. Expert Report of Captain Daniel Mesnard, dated March 21, 2016

47. Expert Rebuttal Report of Captain Daniel Mesnard, dated June 20, 2016

48. Deposition of Steven Joe Reinhart, D.O., dated January 6, 2016 (excerpts)

49. St. Luke's Medical Center Records for Mr. Baillie (selected pages)

50. Declaration of Francis G. Fleming in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment, dated October 31, 2016

Dated: November 1, 2016               KREINDLER & KREINDLER LLP

                                              By: /s/ Francis G. Fleming
                                              Francis G. Fleming, 004375
                                              Robert J. Spragg, *pro hac vice*
                                              750 Third Avenue, 32nd Floor
                                              New York, NY 10017
                                              Tel.: (212) 687-8181
                                              Fax: (212) 972-9432
                                                    -and-
                                              Steven M. Dichter, 004042
                                              CHRISTIAN DICHTER & SLUGA, P.C.
                                              2700 North Central Avenue, Suite 1200
                                              Phoenix, AZ 85004
                                              Tel.: (602) 792-1700
                                              Fax: (602) 792-1710

                                              *Attorneys for Plaintiff*
                                              *Linda Ann Baillie*