EXHIBIT 17



BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL      CHAPTER 2 PAGE 1

## PROCEDURES & MEDICAL EQUIPMENT

The Aims of First Aid ........................................................................ 2

Managing a Medical Incident ........................................................ 3

The Medical Action Plan .................................................................. 4

MedLink ............................................................................................... 5

Medical Equipment........................................................................... 6

The M2 Basic First Aid Kit .............................................................. 7

Contents of M2 Basic First Aid Kit............................................... 8

M2 Basic First Aid Kit - Dosage Instructions........................... 9

The M5 Medical Kit............................................................................ 10

Contents of the M5 Medical Kit .................................................... 13

The Defibrillator................................................................................. 18

The Resuscitation Kit ........................................................................ 19

Delivering Oxygen ............................................................................ 21

Portable Oxygen Cylinders ............................................................ 22

The Pocket Mask................................................................................ 23

Passenger Oxygen Unit ................................................................... 25

Survival First Aid Kit ........................................................................ 26

Wheelchair .......................................................................................... 27

British Airways Passenger Medical Clearance Unit (P.M.C.U.)........ 28

Passengers with a Disability .......................................................... 29

Documentation .................................................................................. 29

Disposal of Used Syringes, Needles and Lancets................... 31

Dealing with 'Sharps' Injuries....................................................... 32

Giving Medications ........................................................................... 33

Giving Medication for Pain ............................................................ 34

Drug Chart of Medications for Use by Cabin Crew................. 37

Quick Reference Medications Checklist for Cabin Crew Use............ 38

Detailed Medications Checklist for Cabin Crew Use.................... 40



REVISION 0                                          APRIL 2007

CONFIDENTIAL

BA0381

---

## PROCEDURES & MEDICAL EQUIPMENT

### The Aims of First Aid

The 3 'P's of First Aid are:

*Preserve life*
*Prevent deterioration*
*Promote recovery*

### Objectives

- To assess a situation quickly and safely and summon the appropriate help.
- To protect Casualties and others at the scene from possible danger.
- To identify, as far as possible, the injury or illness affecting the Casualty.
- To give the Casualty early and appropriate help, treating the most serious injury first.
- To arrange the Casualty's removal to appropriate medical help.
- To remain with the Casualty until that help arrives.
- To report your observations and treatment to medical professionals at MedLink and to medical professionals who take over from you on landing.
- To prevent cross infection between yourself and the Casualty.
- To complete all relevant paperwork as required.

---

**Note:**

This manual is to be used in conjunction with JPM Part A(2) Section 6.
JPM procedures are the authority and therefore must be followed.

---

CONFIDENTIAL

BRITISH AIRWAYS  CABIN CREW AVIATION MEDICAL MANUAL     CHAPTER 2 PAGE 3

---

## PROCEDURES & MEDICAL EQUIPMENT

## Managing a Medical Incident

For any medical incident you need to follow a plan.

We call this the *Medical Action Plan*.

The Medical Action Plan is intended as a guide and may need to be adapted for specific situations.

Several crew members may be needed to manage an incident. The aircraft type you are operating will determine how many Cabin Crew will be available to assist during the medical incident.  The Medical Action Plan is a guide for when 3 or 4 cabin crew members are available.

If additional crew members are available, they can give assistance as required. However, remember it is important not to crowd a medical incident with too many crew members.

Crew must always work within the parameters of the British Airways Aviation Medical Training.

CONFIDENTIAL

BA0383

---

### PROCEDURES & MEDICAL EQUIPMENT

## The Medical Action Plan
**(Also see JPM Part A(2) – Appendix 3  3.37, please note that the JPM is the authority).**

| | |
|---|---|
| **ASSESSOR** | The first crew member on the scene becomes the **Assessor**. They take responsibility for the situation, immediately assess the Casualty and summon help from another crew member who becomes the **Collector**.<br><br>The **Assessor** clearly states what equipment they would like the **Collector** to bring to the scene and assemble. |
| **COLLECTOR**<br><br>*(+COMMUNICATOR if only 3 cabin crew available)* | The **Collector** is the second crew member on the scene.<br><br>The **Collector** gets the attention of a third crew member, who becomes the **Supporter**, sending them immediately to the scene. If a fourth crew member is available the Collector will then make them the **Communicator**, again sending them to the scene to gather information.<br><br>The **Collector** then gathers the equipment, takes it to the scene, assembles it and passes it to the Assessor and **Supporter**.<br><br>*If only 3 crew are available, the Collector then assumes the role of the Communicator after collecting and assembling the equipment.* |
| **SUPPORTER** | The **Supporter** must go immediately to the scene and assist the **Assessor**.<br><br>The **Supporter** will help move the Casualty if necessary, clear the area and carry out C.P.R. with the Assessor if required. |
| **COMMUNICATOR** | The **Communicator** must visit the scene, then inform the S.C.C.M. and Captain of the incident and give all relevant details.<br>Use the interphone nearest the scene.<br>Keep the Flight Crew informed at regular intervals.<br>Request that MedLink be contacted. |

CONFIDENTIAL


> **Remember:**
>
> The Captain is responsible and accountable for the welfare of the passengers and crew and should therefore be informed by the Communicator, at the start of, during, and at the conclusion of any implementation of the medical action plan.
> In flight medical situations may have an immediate or potential operational consequence, and require the Flight Crew to consider contingency plans in the event that a medical condition deteriorates.
> The S.C.C.M. must advise the Captain on conclusion of the Medical Action Plan.

## PROCEDURES & MEDICAL EQUIPMENT

### MedLink
(Also see JPM Part A(2) – 6.15.2 & 6.15.3, please note that the JPM is the authority).

In any situation when Cabin Crew feel the need to ask for medical advice and support, their first action must be to ask the Captain to contact MedLink.

BA pays an annual subscription to MedAire who provide the 'MedLink' service. The company is based in Phoenix, Arizona.
There are no additional charges for each time we use the service so crew should not hesitate to contact MedLink for medical advice. The service has prevented many unnecessary aircraft diversions, resulting in substantial cost savings.

The doctors at the MedLink service deal with emergency calls from airlines anywhere in the world, 24 hours a day. They can give advice and instructions to aircraft crew during medical incidents.

MedLink have specialist doctors familiar with the flight environment and who are experienced in remote medicine. The MedLink doctors work to protocols and guidelines agreed with British Airways and have details of all medical equipment carried on board.
In addition, MedLink has a database with details of more than 5000 airports and emergency resources.
If an aircraft needs to be diverted, the MedLink staff will make all the ground arrangements, such as organising an ambulance, notifying the receiving hospital and arranging repatriation.

CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL        CHAPTER 2 PAGE 6

In addition, the MedLink service assumes legal liability for medical incidents in which they are involved, as long as their advice is followed.

## MedLink Gate Clearance

The MedLink service is also available at all stations worldwide, for use by any Customer Service Ground Staff or Cabin Crew who need advice on a passenger's health situation or their fitness to fly. This is called Gate Clearance. Again, contact the Captain to initiate Gate Clearance.

## MedLink & Personal Confidential Information
(See JPM Part A(2) – 6.15.3, please note that JPM is the authority).

## PROCEDURES & MEDICAL EQUIPMENT

### Medical Equipment

Medical equipment carried on British Airways aircraft:

- M2 Basic First Aid Kit.

- M5 Medical Kit.

- Defibrillator.

- Resuscitation Kit.

- Portable Oxygen.

- Passenger Oxygen Unit

- Eye Wash bottle *(See Chapter 21, Injuries & Conditions – Eyes).*

- Survival First Aid Kit *(Long-haul aircraft only).*

- Wheelchair.



| M2 Basic First Aid Kit |
|:---:|



| M5 Medical Kit |
|:---:|

CONFIDENTIAL



| Defibrillator | Resuscitation Kit |

## PROCEDURES & MEDICAL EQUIPMENT

### The M2 Basic First Aid Kit

The items in the M2 Basic First Aid Kit enable Cabin Crew to deal with a range of everyday illnesses and injuries.

You cannot replace kits or uplift items when the aircraft is away from base.

For information on administering items from this kit please see 'Giving Medications' later in this chapter.

You must not remove any medications from the aircraft, and you must never give your own medication to anyone else.



**Pre-flight check:**

CONFIDENTIAL

BRITISH AIRWAYS    CABIN CREW AVIATION MEDICAL MANUAL    CHAPTER 2 PAGE 8

Before the aircraft departs from main base, check that the correct number of M2 Basic First Aid Kits are on board.

- ❑ Ex-base; check that each kit is 'tamper sealed'.
- ❑ At an outstation, if a kit is not sealed and has been used, ensure all crew have an awareness of what is missing.

*The minimum number that must be carried is specified in EU-OPS:*

- ❑ One kit for aircraft with 0 – 99 passenger seats.
- ❑ Two kits for aircraft with 100 – 199 passenger seats.
- ❑ Three kits for aircraft with 200 – 299 passenger seats.
- ❑ Four kits for aircraft with 300 or more passenger seats

## PROCEDURES & MEDICAL EQUIPMENT

## Contents of M2 Basic First Aid Kit

### Documentation



- ❑ Contents List.
- ❑ Ground Air Signal Code.
- ❑ Incident Form.

### General Hygiene

- ❑ Biohazard bag.
- ❑ Plastic face shield.
- ❑ 2 pairs of powder free disposable gloves.

### Dressings & Bandages (M2 Basic First Aid Kit)

- ❑ 5 cleansing tissues.
- ❑ 20 assorted plasters (including blue plasters).
- ❑ Large and medium sterile wound dressings.
- ❑ Sterile eye pad.
- ❑ Sterile finger dressing.
- ❑ 1 pack of 5 suture strips.
- ❑ Bandages (medium and large).
- ❑ Triangular bandage.
- ❑ Adhesive tape.
- ❑ Pack of safety pins.
- ❑ Scissors.

REVISION 1

NOVEMBER 2008



CONFIDENTIAL

BA0388

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL      CHAPTER 2 PAGE 9

## Medications (M2 Basic First Aid Kit)

- ❑   12 motion sickness tablets (Kwells).
- ❑   3 sachets of rehydration powder (Dioralyte/Dioralyte Relief).
- ❑   3 sachets of burn relief gel (Burnaid/Cool Jel).
- ❑   1 bottle of eye drops (Hypromellose).
- ❑   1 nasal decongestant (Vicks inhaler).
- ❑   8 indigestion tablets (Remegel).
- ❑   8 pain relief tablets (Paracetamol).
- ❑   6 Throat lozenges.

---

## PROCEDURES & MEDICAL EQUIPMENT

### M2 Basic First Aid Kit – Dosage Instructions
(Also see JPM Part A(2) – Appendix 3  3.9, please note that JPM is the authority).

| | |
|---|---|
| KWELLS | **Adults:** One tablet every 6 hours (no more than 3 in 24 hours). **Children 10+:** Half to one tablet every 6 hours if required (no more than one and a half to 3 tablets in 24 hours). |
| HYPROMELLOSE | 1 or 2 drops into the eye(s) 3 times daily. *For use by one person only.* |
| REMEGEL | **Adults:** Chew one or two pieces as symptoms occur. Repeat hourly if symptoms return. Maximum of 12 pieces in 24 hours. *Not recommended for Children under 12 years.* |
| DIORALYTE/DIORALYTE RELIEF | **Adults & Children:** One sachet after each loose motion. Up to 5 sachets a day for 3 – 4 days. **3 months to 1 year:** Use under medical supervision. *Not recommended for infants under 3 months.* |
| VICKS INHALER | **Adults & Children over 6 years:** Use as required. While holding one nostril closed with your finger, insert the Vicks Inhaler into the other nostril. Inhale deeply to make breathing feel cool and clear. *For use by one person only.* |
| PARACETAMOL (Also known as Acetaminophen) | **Adults & Children over 12 years:** One to two tablets every 4 to 6 hours. Maximum 8 tablets in 24 hours. **Children aged 6 to 12 years:** Half to one tablet every 4 – 6 hours to a maximum 4 doses in 24 hours. *Warning: Do not exceed the stated dose.* Check that the person has not taken Paracetamol |

CONFIDENTIAL

BA0389

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 10

|  | or products containing Paracetamol in the last 4 hours. Not to be used for people known liver or kidney disease. Not for children under 6 years. |
|---|---|
| LOZENGES | Dissolve 1 in the mouth as required. *Not suitable for children under 3 years.* |
| BURN RELIEF JEL | Gently spread the cooling jel on the skin. Apply a generous layer. |

## PROCEDURES & MEDICAL EQUIPMENT

### The M5 Medical Kit
(Also see JPM Part A(2) –6.19.2 & 6.19.2.3 also see Appendix 3  3.40 & 3.41.2, please note that the JPM is the authority).

The M5 Medical Kit contains general items that should enable Cabin Crew to deal with a wide range of medical incidents.

There is also a section containing items that can be used by a Health Care Professional *only*.

Every British Airways aircraft must carry an M5 Medical Kit.

The M5 Medical Kit contains Controlled Drugs and Prescription Only Medicines (POMs). The procedure for giving and recording their use is in 'Giving Medications' later in this chapter.

You must not remove any medications from the aircraft and you must never give your own medication to anyone else.

CONFIDENTIAL



### Pre-flight check:

Before the aircraft departs from main base, check that the M5 Medical Kit is present, correctly stowed and that it is sealed with *yellow* seals and that the yellow seals are intact.

Red seals indicate that the kit has been opened and the seal numbers must be checked against the red seal numbers recorded in AML Part 2 to verify that the kit has not been opened since it's last recorded use. The aircraft must not depart from base with red seals attached.

---

## PROCEDURES & MEDICAL EQUIPMENT

**Opening the M5 Medical Kit**

- The Assessor is solely responsible for the decision to open the M5 Medical Kit.
- In non-urgent situations the Captain should be informed before the kit is opened, but in an emergency, the kit may be opened provided the Captain is informed as soon as possible afterwards.
- There is a contents list on the outside of the kit should you wish to check for an item prior to opening.
- There is also a Health Care Professionals indemnity policy located on the outside of the kit should this be required.
- Discard the yellow seals and open the kit being careful to divide the sections as you open it to avoid items falling out.
- There are 2 sides to the kit, the *'Cabin Crew Side'* and the *'Health Care Professionals Side'*.

## Closing the M5 Medical Kit

CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL     CHAPTER 2 PAGE 12

Once you have finished with the M5 Medical Kit you must follow the closing procedure below.

- ❑ Replace the equipment and any unused medication.
- ❑ Complete the 'Kit Opened Letter'.
- ❑ 2 crew members must then check the number of Tempgesic (Buprenorphine) tablets that are present and record this number on the Kit Opened Letter.
  *Alert the S.C.C.M. and Captain immediately if any tablets are missing.*
- ❑ Complete a 'Used on Flight' label; record the aircraft registration and date on it, and then attach the label to the handle of the M5 Medical Kit.
- ❑ Take 2 red seals; note their numbers on the 'Kit Opened Letter' and in 'AML Part 2'.
- ❑ Close the kit securely and attach the red seals.
- ❑ Ensure you have completed the documentation required.

---

*Remember:*

- ❑ Make sure that the M5 Medical Kit is never left unattended while it is open.
- ❑ Never remove medications from the aircraft.
- ❑ Never order/uplift medications when away from base.
- ❑ Never give your own medication to anyone else.
- ❑ Follow your Aviation Medical Training, this manual and the advice of MedLink.

---

## PROCEDURES & MEDICAL EQUIPMENT

## Theft or tampering - M5 Medical Kit

If the M5 Medical Kit, drugs or equipment are missing, or there is evidence that the kit has been tampered with, advise the Captain who must inform the British Airways Security Duty Manager as soon as possible (prior to departure if on the ground), stating the aircraft registration, flight number and M5 Medical Kit number.

Telephone number for Security Duty Manager at LHR Operations –
+44 208 513 0999

The British Airways Security Duty Manager will advise the action to be taken.

If the kit has been re-sealed following a check of its contents:

- ❑ Record the seal numbers in A.M.L. Part 2.

REVISION 0

APRIL 2007

CONFIDENTIAL

BA0392

| PROCEDURES & MEDICAL EQUIPMENT |
| --- |

## Contents of the M5 Medical Kit

### The 'Cabin Crew Side'

*The Lid section*

The lid section of the 'Cabin Crew Side' contains the following items:



**The 'Cabin Crew Side'**

*Documentation*

- ❑ Yellow 'Drug Chart of Medication for use by Cabin Crew.'
- ❑ Incident Forms.

REVISION 0

APRIL 2007

CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL      CHAPTER 2 PAGE 14

- ❑ Kit Opened Letters.
- ❑ BA Aviation Medical Manual.
- ❑ Pen.
- ❑ List of medications, including contents, expiry dates and batch numbers.
- ❑ Summary sheet of oral medications in English, French and Spanish.
- ❑ Orange stickers to attach to the sharps box once used.
- ❑ Red seals for re-sealing the kit.
- ❑ 'Used on Flight' labels to complete with aircraft registration and date and attach to the outside of the kit.

### General Hygiene

- ❑ Biohazard bags.
- ❑ SAM splint.
- ❑ Surgical gloves.



The Lid Section

## PROCEDURES & MEDICAL EQUIPMENT

### The General Section

The General section of the 'Cabin Crew Side' contains the following items:

- ❑ 10 Temgesic (Buprenorphine) tablets in a sealed box.
- ❑ Antiseptic wipes.
- ❑ Pocket mask.
- ❑ Scissors.
- ❑ Sharps Box.
- ❑ 1 dressings box *(Box No.1)*.
- ❑ 2 medications boxes *(Box No.2 & Box No.3)*.
- ❑ Stethoscope and aneroid sphygmomanometer *(for Health Care Professional use only)*. This is used by Health Care Professionals for taking blood pressure.

CONFIDENTIAL



Box No.1

Box No.2

Box No.3

The General Section

*Box No.1 – Dressings*

- 1 roll of adhesive tape.
- 5 antiseptic wipes.
- 2 bandages.
- 10 gauze squares.
- 2 small non-adherent wound dressings (Skintact).
- 2 medium non – adherent wound dressings (Skintact).
- 2 small sterile wound dressings.
- 2 medium sterile wound dressings.
- 1 pack of safety pins.
- 2 packs of 25 suture strips.
- 2 triangular bandages.
- 1 tourniquet.



Box No.1 – Dressings

## PROCEDURES & MEDICAL EQUIPMENT

*Box No.2 – Medications*

- Aspirin.
- Piriton (Chlorpheniramine).
- Epi-Pen Auto Injector (Epinephrine/Adrenaline).
- Hypostop (Glucose gel).
- Nitrolingual spray, *also known as GTN* (Glycerine Trinitrate).
- Isordil (Isosorbide dinitrate).
- Calpol (Liquid Paracetamol).
- Arret/Imodium (Loperamide).
- Ativan (Lorazepam).
- Buccastem (Prochlorperazine).
- Otrivine (Xylometazoline).



Box No.2 – Medications

CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 16

*Box No.3 – Medications*

- ☐ Sterile gel-soaked burn dressing (Waterjel).
- ☐ Burn relief gel (top up bottle).
- ☐ Feverscan thermometer.
- ☐ Ventolin (Salbutamol) with inhaler, spare mouthpieces.
- ☐ Spacer.



**Box No.3 – Medications**

*See 'Giving Medications' further in this chapter.*

> **Note: JPM Part A(2) – 6.19.2..2**
>
> Temgesic (Buprenorphine) tablets are in a sealed box are a controlled drug and must be checked before the M5 Medical Kit is closed. If the box is unsealed, the tablets must be counted and the number recorded on the Kit Opened Letter.
>
> For more information on Administering Temgesic (Buprenorphine), see page 35 of this Chapter.

## PROCEDURES & MEDICAL EQUIPMENT

### The BA Medical Kit (M5) -The 'Health Care Professionals Side'

Items on this side of the kit are for use by Health Care Professionals only. The items are in 3 sections - 2 trays and a base compartment.

*Tray 1A*

- ☐ A1   Atropine.
- ☐ A2   Lasix (Furosemide).
- ☐ A3   Digoxin.
- ☐ A4   Buscopan (Hyoscine).
- ☐ A5   Maxolon (Metoclopramide).
- ☐ A6   Narcan (Naloxone).

CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL     CHAPTER 2 PAGE 17

- A7    Nubain (Nalbuphine).
- A8    Epinephrine/Adrenaline.
- A9    Decadron (Dexamethasone).
- A10   Piriject (Chlorpheniramine).
- A11   Ventolin (Salbutamol).
- A12   Diazemuls (Diazepam).
- A13   *None.*
- A14   Ampoules of water for injection 2ml.
- A15   Ampoules of water for injection 10ml.
- A16   Disposable needle packs.
- A17   Disposable syringe pack.
- A18   Lidocaine 2%.

## Tray 2B

- B1    Glucose for injection.
- B2    *None.*
- B3    Epinephrine/Adrenaline for injection.
- B4    Medicut needle and syringe.
- B5    Soldium chloride solution.
- B6    Crystapen injection (Benzylpenicillin sodium).
- B7    Pen Torch.

## PROCEDURES & MEDICAL EQUIPMENT

### Base of Compartment

- Catheters for male and female, sizes 12 and 14 (self lubricating when immersed in water).
- Catheter bag.
- Bag containing 250ml 0.9% sodium chloride for infusion, or for use as a "flush".
- Intravenous giving set.
- Suture pack containing: disposable scalpel, mediswabs, mersilk suture with curved needle, scissors and suture needle holder.
- Delivery pack containing: Spencer Wells artery forceps, mucus extractor, umbilical cord clamps, scissors, Syntometrine for injection.
- Glucometer. This can be used by a passenger with diabetes or a Health Care Professional for testing the blood sugar level.

CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 18

*Documentation*

□   Summary sheets of medications for use by Health Care Professionals, in English, French and Spanish.

| The 'Health Care Professional Side' |



| Tray 1A | Tray 2B | Base Compartment | Documentation |

---

| **PROCEDURES & MEDICAL EQUIPMENT** |

## The Defibrillator

We carry **1** Automated External Defibrillator (AED) on each aircraft.
The Defibrillator is for use by trained Cabin Crew treating a Casualty who has suffered a Cardiac Arrest.

### Pre-flight Check on Defibrillator:

□   Check the yellow box containing the Defibrillator is present and secure in stowage.
□   Ex-base, check that the Defibrillator box is 'tamper sealed'.
□   At an outstation, if the Defibrillator Box is not sealed and has been used, ensure all crew have an awareness of what is missing. Inform the Captain.

CONFIDENTIAL
BA0398

❑  Any missing or used items must be recorded in the A.M.L. Part 2.

**Contents of Defibrillator Box**

- ❑  1 Defibrillator.
- ❑  2 packs of electrode pads (one set of electrode pads should be already attached to the defibrillator).
- ❑  2 razors.
- ❑  'Used on Flight' labels.

*For further information on the Defibrillator please see Chapter 6 – Defibrillation.*




## PROCEDURES & MEDICAL EQUIPMENT

### The Resuscitation Kit



We carry 1 Resuscitation Kit on each aircraft.

The equipment carried in this Resuscitation Kit is used for the management of an unconscious Casualty's airway.
Please note that there is some equipment that can only be used by a Health Care Professional.

### Pre-flight Check:

- ❑  Check that the Resuscitation Kit is present and secure in its stowage.

CONFIDENTIAL

- Ex-base, check that the Resuscitation Kit is 'tamper sealed'.
- At an outstation, if the kit is not sealed and has been used, ensure all crew have an awareness of what is missing. Inform the Captain.
- Any missing or used items must be recorded in the A.M.L. Part 2.

## Contents of the Resuscitation Kit for Cabin Crew use:

- Face shield.
- Aspirator with mounts and tubing.

## Contents of the Resuscitation Kit for use by Health Care Professionals only:

- Bag-valve-mask.
- Guedal Airways for Adult & Child.



| Aspirator | Face Shield |

**PROCEDURES & MEDICAL EQUIPMENT**

## The Aspirator

The aspirator is located in the Resuscitation Kit. It is a hand-powered vacuum pump used to remove secretions from an unconscious Casualty's mouth. Do not use on a conscious Casualty. The Casualty must be 10 years old or above and it is single use only. You may need to assemble the aspirator before use.

*To Assemble and use:*

- Place the filter in the top of the aspirator.
- Screw on the lid.
- Attach the tubing to the lid using the flat end of the tubing.
- Ensure you are wearing protective gloves.
- Ensure the Casualty is in the Recovery Position or their head and shoulders are turned to the side to aid drainage from the mouth.

CONFIDENTIAL

BRITISH AIRWAYS CABIN CREW AVIATION MEDICAL MANUAL    CHAPTER 2 PAGE 21

- ❑ The slanted end of the tubing can now be placed into the side of the unconscious Casualty's mouth, ensuring you only place about 1 inch into the mouth. Keep sight of the end.
- ❑ Pump the handle with your hand to remove the secretions.
- ❑ *Be aware that if the aspirator becomes full, you will need to empty the contents into a biohazard bag. After use dispose of the aspirator in a biohazard bag and dispose in the toilet waste.*





## PROCEDURES & MEDICAL EQUIPMENT

## Delivering Oxygen

If the cabin pressure drops for any reason in flight, oxygen is available to protect passengers and crew from the effects of hypoxia.
Oxygen can be delivered in a number of ways onboard; portable oxygen cylinder, passenger oxygen unit or from a ring main system on some aircraft types.

When a passenger is taken ill and requires oxygen in normal cabin conditions, it is usually initially given via a portable oxygen cylinder on high flow. However, should the Casualty continue to need oxygen for a longer period of time, you may need to transfer them to a passenger oxygen unit or to the ring main system if available.

*Using a portable oxygen face mask to give oxygen:*

CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL     CHAPTER 2 PAGE 22

- ❏ Ensure the oxygen is flowing to the mask.
- ❏ Fit the mask over the Casualty's mouth and nose, ensuring the mask has the metal strip over their nose.
- ❏ Lift the elastic strap over the Casualty's head.
- ❏ Tighten the strap so it is comfortable.

*Using nasal cannulae to give oxygen:*

- ❏ Ensure the oxygen is flowing to the cannulae.
- ❏ Pass the loop of tubing with the nasal prongs over the Casualty's head.
- ❏ Hook the tubing over the Casualty's ears.
- ❏ Gentle place the prongs into the Casualty's nostrils.
- ❏ Adjust the cannulae so it is comfortable.

 

| Face Mask | Nasal Cannulae |

## PROCEDURES & MEDICAL EQUIPMENT

## Portable Oxygen Cylinders

### Pre-flight check on portable oxygen cylinder:

- ❏ Minimum three quarters full.
- ❏ Mask is attached and in good condition.
- ❏ Carrying strap attached.

### How to use portable oxygen cylinder:

- ❏ Explain to the Casualty what you are doing.
- ❏ To start the flow of oxygen, slowly turn the black knob on the cylinder clockwise until you reach the required setting.

CONFIDENTIAL

- ❏ Place the oxygen mask on the Casualty's face ensuring it is comfortable and place the elastic strap around the back of their head. Tighten the strap as required.
- ❏ Monitor the Casualty.
- ❏ Inform the S.C.C.M. and Captain that you are giving oxygen.
- ❏ If the Casualty needs more oxygen, transfer them to the aircraft's *ring main system* or *passenger oxygen unit* if available.
- ❏ Once you have finished with the oxygen remove the mask and then turn off the supply. Try to leave the cylinder at least one quarter full.
- ❏ Complete A.M.L. Part 2 stating that the cylinder has been used and complete all other appropriate documentation.



## PROCEDURES & MEDICAL EQUIPMENT

## The Pocket Mask

The pocket mask can be found in the M5 Medical Kit on the 'Cabin Crew Side' in the General Section.

The pocket mask should be used by Cabin Crew to deliver rescue breaths to a Casualty. *(Do not use the Bag-Valve-Mask in the Resuscitation Kit; this is for Health Care Professional use only).*

*You must always use protection when giving rescue breaths to anyone.*

### How to use the pocket mask (Adult & Child)

CONFIDENTIAL

- Take the pocket mask out of the M5 Medical Kit *(Cabin Crew Side, General Section)*.
- It will be folded to fit inside it's box, take it out, push the middle section of the mask outwards with your thumbs.
- Attach the one-way valve on to the big hole at the top/centre of the mask.
- Remove the normal portable oxygen face mask from the portable oxygen cylinder tubing by pulling apart.
- Now attach the tubing of the portable oxygen cylinder to the small inlet tube on the base of the pocket mask.
- Ensure the portable oxygen is set to high flow.
- Kneel directly behind the Casualty's head.
- Place the pocket mask over the Casualty's nose and mouth with the pointed end over the bridge of the nose and the flat end positioned between their lower lip and chin.
- Press the pocket mask firmly against the Casualty's face to form an airtight seal and ensure you keep the airway open with your fingers *(See picture below)*.
- To give breaths, lean forward and blow into the one-way valve taking 1 second to deliver each breath.
- As you give each breath look down the Casualty's chest and watch for it to rise and fall.
  *Note: If the breaths are not effective, check inside the mouth for obstructions and then re-position the airway to ensure it is open. This should be done without interruption to the chest compressions. (For more information on Life Saving, See Chapter 5, Basic Life Support).*



**PROCEDURES & MEDICAL EQUIPMENT**

## How to use the pocket mask (Baby)

- Prepare the pocket mask with oxygen attached as for an Adult/Child *(See previous page)*.
- Place the pocket mask over the Baby's nose and mouth with the pointed end over the Baby's chin.
- Give very gentle breaths, like blowing out a candle.
- Take 1 second to deliver each rescue breath.

*See Chapter 5, Basic Life Support for further information.*

CONFIDENTIAL



BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL      CHAPTER 2 PAGE 25

---

*Remember:*

**When opening the Baby's airway, slightly tilt the head back, about *halfway*.**
*(Do not fully extend the Baby's airway as this can close it).*

---



Turn the pocket mask upside down for use on Baby

## PROCEDURES & MEDICAL EQUIPMENT

### Passenger Oxygen Unit

Airlines normally provide special oxygen units for passengers who require oxygen for a long-term medical condition. These units are now also carried on many aircraft as part of the standard equipment.



Passengers who know that they will need oxygen must obtain clearance from British Airways (Passenger Medical Clearance Unit) before flying and will pay in advance for the use of oxygen.

REVISION 0

APRIL 2007

CONFIDENTIAL

BA0405

The Passenger Oxygen Unit consists of a 720 litre oxygen cylinder, plastic tubing and a face mask and/or a nasal cannulae. Nasal Cannulae will be used in most cases, as it does not interfere with eating and drinking.

*There are 2 oxygen delivery flow rates:*

- ❑   **4 litres** per minute which will last for up to **3 hours.**
- ❑   **2 litres** per minute which will last for up to **6 hours.**

The crew briefing sheet should indicate the recommended oxygen flow rate for your passenger.

### Pre-flight check of passenger oxygen unit:

- ❑   Check the unit is onboard.
- ❑   Check that the needle on the contents gauge is in the green band.

### How to use the passenger oxygen unit:

- ❑   Explain to the passenger what you are doing.
- ❑   Check the crew briefing sheet for the recommended flow rate.
- ❑   Break the security seal, lift the transparent cover and remove the mask.
- ❑   Feed the tubing through the hole in the centre of the transparent cover.
- ❑   Attach the tubing to the bottle, pushing the end down hard and then turning it until it is fixed in position.
- ❑   To start the flow of oxygen, slowly turn the black knob clockwise.
- ❑   Watch the oxygen flow indicator dial until you reach the required flow rate. If none is indicated select a rate of 2 litres per minute.
- ❑   Wait until the oxygen flow indicator has turned green, and then fit the mask or cannulae to the Casualty's face.
- ❑   Once you have finished using the unit or you need to change to a new unit, turn off the oxygen, try not to empty the bottle completely, leave it at least one quarter full. Disconnect the tubing from the oxygen bottle and re-stow.
- ❑   Complete the A.M.L. Part 2 and any other appropriate documentation.

## PROCEDURES & MEDICAL EQUIPMENT

### Survival First Aid Kit
### (Long-haul aircraft only)

This kit is only carried on long-haul flights for use in survival situations.

### Contents of Survival First Aid Kit:







REVISION 0

CONFIDENTIAL

7

BA0406

- ❑ Ground Air Signal Code.
- ❑ 1 adhesive tape.
- ❑ 2 bandages.
- ❑ 5 cleansing tissues.
- ❑ 1 eye dressing.
- ❑ 1 large sterile wound dressing.
- ❑ 1 medium sterile wound dressing.
- ❑ 20 assorted plasters.
- ❑ 1 face shield.
- ❑ 2 pairs powder-free disposable gloves.
- ❑ Pack of 5 suture strips.
- ❑ 4 triangular bandages.
- ❑ Scissors.
- ❑ 15 Stugeron (Cinnarizine) tablets for motion sickness.

## Giving Stugeron (Cinnarizine) tablets:

This medication is included to relieve nausea and vomiting due to motion sickness.

- ❑ *Adults & Children over 12 yrs:*
  Take 2 tablets, then a further tablet every 8 hours as necessary.
  They may suck or swallow the tablets.

- ❑ *Children aged 5 – 12 yrs:*
  Give 1 tablet initially, then a further ½ a tablet every 8 hours if required.

*Warning:*

- ❑ Stugeron may cause drowsiness. Do not drive or operate machinery if affected.
- ❑ Avoid alcohol.
- ❑ Do not give Stugeron to children under 5 yrs.

---

### PROCEDURES & MEDICAL EQUIPMENT

---

## Wheelchair

The wheelchair can be found on long-haul aircraft only. It is used to transport an incapacitated Casualty off the aircraft.

### Pre-flight check on Wheelchair:

Check onboard pre-flight and returned to stowage at end of flight.

*For more information on assisting a passenger with a disability, see page 28 of this Chapter and JPM Part A(2) – 2.17.6*

### How to use the Wheelchair

| 1 | 2 |

CONFIDENTIAL



| Grasp back of chair, lift upwards until it clicks into open position. | Position wheelchair alongside passenger. |
|---|---|





| Apply footbrake and hold wheelchair while passenger transfers from the seat. | To collapse the wheelchair, lift bar at back of seat upwards and push wheelchair downwards. |
|---|---|

## PROCEDURES & MEDICAL EQUIPMENT

### British Airways Passenger Medical Clearance Unit (P.M.C.U.)
(Also see JPM Part A(2) – 2.17.8, please note that the JPM is the authority).

The P.M.C.U. deals with passengers who require medical clearance before flying. British Airways assesses a passenger's fitness to fly using criteria based on the International Air Transport Association (IATA) guidelines. Some of the criteria are straightforward, others require individual assessment. Examples where medical clearance is required include recent illness, hospitalisation, injury, surgery or a long-standing condition when special services may be required e.g. oxygen.

Once cleared to travel, an entry will be made on the passenger's booking and the Passenger Information List will indicate that they have been cleared to travel.

CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL     CHAPTER 2 PAGE 29

## Gate Clearance
### (Also see JPM Part A(2) – 2.17.8, please note that the JPM is the authority).

Where there is doubt about a passenger's fitness to fly advice should be sought from MedLink. *(Also see page 5 of this Chapter, MedLink).*

## Passengers with a Disability
### (Also see JPM Part A(2) – 2.17.6 & 2.17.7, please note that the JPM is the authority).

Passengers with a stable disability do not need medical clearance before flying. However anyone who will need assistance during the flight, for example going to the toilet or moving from a wheelchair to a seat – should be accompanied by another person who can provide the necessary support. If the passenger does not have a suitable escort, you may need to consider refusing to allow them to fly. If you are in any doubt about a person's fitness to fly, contact the Captain and seek advice from MedLink.

### When to offer help to passengers with disability

Crew members are *not* expected to perform the following tasks:

- Lifting a passenger into a seat or a wheelchair.
- Assisting a passenger in using the toilet (crew members are food handlers).

There are certain instances, however where you may be expected to assist a passenger with a disability, for example you may need to carry out the following tasks:

- Steady an onboard wheelchair while the passenger moves into or out of a seat.
- Help to manoeuvre a wheelchair and passenger along the aisle of the aircraft.
- Provide an arm to support an elderly, frail passenger as they walk down the aisle of the aircraft.
- Guide a visually impaired passenger through the cabin and explain the position and use of facilities in the seat.

### PROCEDURES & MEDICAL EQUIPMENT

## Documentation

It is important that you complete the correct documentation for a medical incident or accident. Please ensure you complete each section required and ensure that it is clearly written. The completed documentation is kept should it be needed in the future.

## Incident Form

The Incident Form must be completed after any event that involves passengers or crew.

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL      CHAPTER 2 PAGE 30

This form is kept in the M2 Basic First Aid Kit, the M5 Medical Kit, the blue bag on long-haul flights and the amenity pack on short-haul flights.

If you require the Flight Crew to contact MedLink, complete the form and pass it to them.

Completed forms should then be left at the Crew Report Centre at Base, where the information is then recorded on a secure database for further reference if required.

There is a tear-off section, which you need to complete and hand to the ground medical personnel on arrival as appropriate to ensure they have a history of the incident.


## Kit Opened Letter

This form must be completed whenever you open the M5 Medical Kit.

The form can be found in the M5 Medical Kit on the 'Cabin Crew side' in the Lid Section.

- Just before closing the M5 Medical Kit, 2 crew members must check the number of Tempgesic (Buprenorphine) tablets.
- Record the number of tablets on the Kit Opened Letter.
- Both crew members must then sign the Kit Opened Letter and record their staff numbers.
- Give the top copy (white) to the passenger.
- Place the bottom copy (pink) back in the M5 Medical Kit.
- Follow the closing procedure as on page 11 of this chapter.


## PROCEDURES & MEDICAL EQUIPMENT

## AML (Aircraft Maintenance Log) Part 2

Complete this document after any equipment has been used, apart from the M2 Basic First Aid Kit.

If the M5 Medical Kit has been opened, record the red seal numbers on AML Part 2.

## AML (Aircraft Maintenance Log) Part 1

This document is kept on the flight deck and is completed by the Captain.

CONFIDENTIAL

## MedLink Medication Advice Form

This form is completed by the Captain and can be found on the Flight Deck.

It is a simplified code form for the Captain to use when discussing medications with the MedLink doctor.

The Captain may pass this completed form to the Cabin Crew for reference when medications are being given.

Attach completed form to the Incident Form.

## 'Used on Flight' Labels

'Used on Flight' labels can be found in the M5 Medical Kit and in the Defibrillator Box.

You must clearly record the aircraft registration and the date on the used on flight label, then attach the completed label to the handle on the outside of the kit that has been opened.
*(See also Closing the M5 Medical Kit, page 11 of this Chapter, for more information).*



## PROCEDURES & MEDICAL EQUIPMENT

## Disposal of Used Syringes, Needles and Lancets

All used syringes, needles and lancets (sharps) must be placed in a sharps box.

### Location of Sharps Boxes

- On long-haul aircraft there is a single use sharps box in the toilet spares stowage in the toilet at D1L.
- There is a larger sharps box in the M5 Medical Kit.

### Procedure for disposal of sharps

- Always put on disposable gloves.



Sharps Box (M5)

CONFIDENTIAL

BA0411

- Take the sharps box to the item to minimise the risk of a sharps injury to yourself or others. *Never walk through the Cabin holding a 'sharp'.*
- If a passenger has asked to dispose of a syringe (i.e. a diabetic passenger) give them the box and let *them* place the sharp into the box.
- The safe way to place a sharp into the box would be to hold the s its barrel and insert it into the box with the needle end first.

**Single Use Sharps Box**

- To close the sharps box, push the lid down until it clicks.
- If you used the single use box from the toilet, once it is closed, it will not re-open; therefore it will now be safe to return it to the toilet stowage where you retrieved it.
- If you used the larger sharps box from the M5 Medical Kit, close in the same way by pushing the lid down until it clicks, do not feed through the 'locking flap' on the lid if it is likely that the sharps box may need to be used again (i.e. again on the same flight or by an in-bound crew).
  Place the sharps box back into its section of the kit and then attach an orange sticker (found in the Lid Section) on to the front of the sharps box so other crew can easily identify there is already a sharp inside.
- Complete the Kit Opened Letter.
- If you opened the M5 Medical Kit just for the sharps box, you do not need to fill in an Incident Form.

---

*Remember:*

- Never walk through the cabin holding a sharp.
- Always take the sharps box to the syringe, needle or lancet.
- Always use a sharps box to dispose of the sharp. Never use a biohazard bag!
- Never attempt to put a needle back into its sheath.
- Carefully search the area for hidden sharps when tidying up after a medical incident.

---

## PROCEDURES & MEDICAL EQUIPMENT

## Dealing with 'Sharps' Injuries

If syringes, needles and lancets are not handled with care they can cause puncture wounds and may transmit infections such as hepatitis B, C or HIV.

Cabin Crew *must* follow the safety procedure for disposing of sharps to avoid sharps injuries. *(See Page 31 of this chapter.)*

### Procedure for dealing with a sharps injury

- Dispose of the sharp safely *(See page 31 of this Chapter).*
- If the wound is small, encourage bleeding to help flush dirt or infectious organisms out of the tissues.
- Wash wound with soap and water.

CONFIDENTIAL

- For larger wounds or wounds to mucous membranes flush with the eye wash fluid or bottled water.
- Clean and dress the wound.
- Complete an Incident Form; clearly state how the incident occurred.
- If the injury was caused by a hypodermic needle, you must, if possible, include the name and address of the original user and any relevant medical information such as a history of jaundice, hepatitis or HIV.
- Report the injury to the MedLink service. The MedLink doctor can ensure you have taken the necessary action and will be able to recommend appropriate medical care providers at your destination.

## Arranging further Medical Care for Sharps Injuries

### Injury to a Passenger

- Contact MedLink who will identify the most appropriate local health care provider.
- If possible, alert the Station Manager at the destination airport before landing.
- On landing, arrange for the passenger to be referred to the Airport Delivery Manager responsible for the flight. Ask the manager to send the passenger to the nearest Accident & Emergency facility or facility as arranged by MedLink.
- Send the sharps box containing the sharp with the passenger as this may help the doctor treating them to assess the significance of the injury.

### Injury to a Crew Member

- After landing contact British Airways Health Services (BAHS) at Waterside (Tel: +44 (0) 20 8738 7727). The staff at the Health Centre will assess the incident and advise the crew member on further management.
- Send the sharps box containing the sharp with the crew member as this may help the doctor treating them to assess the significance of the injury.

## PROCEDURES & MEDICAL EQUIPMENT

## Giving Medications
(Also see JPM Part A(2) – Appendix 3 - 3.8, please note that the JPM is the authority).

- Find the medications list in the M5 Medical Kit, 'Cabin Crew side', Lid section.
- The Assessor and Collector must check the 'dosage and administration' and 'precautions and warnings' on the 'Drug Chart of Medication for use by Cabin Crew' ('Cabin Crew Side', Lid section). See page 37 of this Chapter.
- The Assessor and Collector must check the expiry date of the drug to be administered.
- Ask the Casualty if they have any allergies and if they have taken any medication within the last 24 hours.

CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 34

- ❑ Ask the Casualty relevant precautionary questions using the medications list to help you and read to the Casualty the details from the box or packet containing the medication.
- ❑ Explain to the Casualty how to take the medication if they do not already know.
- ❑ Monitor the Casualty for any changes.
- ❑ Complete the relevant documentation.

## Giving Medication to Children & Unaccompanied minors

Any medications or treatment given to a child under the age of 16 must first be cleared with the accompanying responsible adult. (i.e. Parent, Teacher or Guardian).

Unaccompanied minors can only receive medical treatment if they have been given a completed BA Unaccompanied Minors form before boarding the aircraft. If you need advice contact MedLink.

*Remember:*
- ❑ Contact MedLink for advice as required when giving medication.
- ❑ Never give your own medications to anyone else.
- ❑ Medication and equipment should not be removed from the aircraft.
- ❑ Never uplift medication or medical equipment onto an aircraft whilst it is away from base.

## Giving Specific Medications

See relevant condition for instructions on giving specific medication.
See next page for giving medications for pain relief.

## PROCEDURES & MEDICAL EQUIPMENT

## Giving Medication for Pain

Types of pain relief carried onboard that can be given by Cabin Crew or a Health Care Professional;

| MEDICATION: | USED FOR: |
|---|---|
| Paracetamol | Mild to moderate pain |
| Tempgesic | Moderate to severe pain |

REVISION 1

NOVEMBER 2008

CONFIDENTIAL

BA0414



BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL      CHAPTER 2 PAGE 35

| (Buprenorphine) | |
|---|---|
| Calpol (Liquid Paracetamol) | Mild to moderate pain for Babies & Children |

## Administering Paracetamol

Paracetamol can be given for mild to moderate pain and can be found in the M2 First Aid Kit.

### Procedure for giving Paracetamol:

- ☐ Check that the Casualty has not taken Paracetamol or products containing Paracetamol in the last 4 hours.
- ☐ Check that the medication is age appropriate.
- ☐ Do not exceed the stated dose.

*Do not give:*

- ☐ To a Casualty with liver or kidney disease.
- ☐ To a Casualty with a known allergy to Paracetamol.

Dosage:

- ☐ *Adults and Children over 12 years* – one to two tablets every 4–6 hours. Maximum of eight tablets in 24 hours.
- ☐ *Children aged 6 – 12 years* – half to one tablet every 4–6 hours. Maximum of four tablets in 24 hours.

## PROCEDURES & MEDICAL EQUIPMENT

## Administering Tempesic (Buprenorphine)



Tempesic (Buprenorphine) can be given for moderate to severe pain and can be found in the M5 Medical Kit *(Cabin Crew Side, General Section).*

The Tempesic tablets in a sealed box are a controlled drug and must be checked before the M5 Medical Kit is closed and the number of tablets recorded on the Kit Opened Letter.

Seal

CONFIDENTIAL

## Procedure for giving Tempgesic (Buprenorphine).



- When opening the M5 Medical Kit, 2 cabin crew members must always check the number of Tempgesic (Buprenorphine) tablets that are present. If the seal is broken, check that the number of remaining Tempgesic (Buprenorphine) tablets corresponds with the paperwork already completed by a previous crew.
  If there is no supporting paperwork to show that the missing tablets have already been used, then you must alert the S.C.C.M. and Captain.
- Find out if the Casualty has already taken any medications.
- The medication is dissolved under the tongue.
- For dosage see below.
- Do not exceed the stated dose.
- Contact MedLink for advice as required.

*Do not give:*

- To children under 6 years.
- To people with known liver disease or head injury.
- To women who are pregnant or breast-feeding.
- Use with care if the Casualty has chronic lung disease. (Contact MedLink before administering).

*Advice to the Casualty:*

- Advise the Casualty that the drug causes drowsiness. If affected the Casualty should not drive or operate machinery.
- Drinking alcohol should be avoided.

**Dosage:**

- *Adults and Children over 12 years* – give one tablet initially.
  A second tablet can be given if the first tablet is ineffective.
  Repeat every 6-8 hours if necessary.
- *Children aged 6-12 years – Only on the advice of MedLink*, give half a tablet initially.
  Repeat every 8 hours if necessary.

---

**PROCEDURES & MEDICAL EQUIPMENT**

## Administering Calpol (Liquid Paracetamol)

Calpol (Liquid Paracetamol) can be given for mild to moderate pain, usually for children and babies.
It can be found in the M5 Medical Kit, Cabin Crew Side, General Section, Box No. 2.



CONFIDENTIAL

BA0416

This medication comes in individual sachets with spoons for administering.

## Procedure for giving Calpol (Liquid Paracetamol).

- ❑ Check that the Casualty has not taken Paracetamol or products containing Paracetamol in the last 4 hours.
- ❑ Check that the medication is age appropriate.
- ❑ Do not exceed the stated dose.

### Do not give:

- ❑ To babies under 3 months old unless advised by a doctor.
- ❑ To a Casualty with liver or kidney disease.
- ❑ To a Casualty with a known allergy to Paracetamol.

### Dosage:

- ❑ *0 – 3 months (Can only be given by a doctor or on advice from MedLink Doctor)* – half to one 5ml spoonful.
- ❑ *3 – 12 months* – half to one 5ml spoonful.
- ❑ *1 – 6 years* – one to two 5ml spoonfuls.

  Repeat after 4 hours if necessary.
  Maximum of four doses in 24 hours.

---

## PROCEDURES & MEDICAL EQUIPMENT

## Medications Checklists

### Drug Chart of Medications for Use by Cabin Crew

There is a yellow 'Drug Chart of Medications for use by Cabin Crew' in the M5 Medical Kit *(Cabin Crew Side, Lid Section)*.



REVISION 0



CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL    CHAPTER 2 PAGE 38

*For further information on 'Giving Medications' see page 33 of this Chapter.*

## Quick Reference Medications Checklist for Cabin Crew Use

The Quick Reference Medications Checklist *(page 38 of this Chapter)* gives a quick reference for medications that Cabin Crew can give.

These medications can be found in either the M2 Basic First Aid Kit or the M5 Medical Kit.

## Detailed Medications Checklist for Cabin Crew Use

The Detailed Medications Checklist *(pages 39–43 of this Chapter)* gives more detailed information including dosages and warnings for medications that crew can give.
You can also find this information on the Medications List in the M5 Medical Kit, which is in the 'Lid Section' on the 'Cabin Crew Side' of the kit.

> *Remember:*
>
> 2 crew members (the Assessor and the Collector) must check the details on the 'Drug Chart of Medications for use by Cabin Crew' before giving medications.

## PROCEDURES & MEDICAL EQUIPMENT

## Quick Reference Medications Checklist for Cabin Crew Use

Also see the Detailed Medications Checklist for Cabin Crew Use on Pages 39–43 of this Chapter.

| MEDICATION: | USED FOR: | LOCATION: |
|---|---|---|
| Paracetamol | Mild to moderate pain | M2 |

CONFIDENTIAL

BA0418

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 39

| Dioralyte/Dioralyte Relief | Diarrhoea | M2 |
|---|---|---|
| Kwells | Motion sickness | M2 |
| Remegel | Indigestion | M2 |
| Vicks Inhaler | Nasal congestion | M2 |
| Hypromellose Eye Drops | Eye Irritation | M2 |
| Temgesic (Buprenorphine) | Moderate to severe pain | M5 |
| Buccastem (Prochlorperazine) | Nausea & Vomiting | M5 |
| Aspirin (Acetylsalicylic Acid) | Heart Attack *only* (Not to be given for pain relief) | M5 |
| Nitrolingual Spray (GTN) | Angina | M5 |
| Isordil (Isosorbide dinitrate) | Angina | M5 |
| EpiPen Auto Injector (Epinephrine/Adrenaline) | Anaphylactic Shock (Severe allergy) | M5 |
| Piriton (Chlorpheniramine) | Mild allergy | M5 |
| Ventolin Inhaler (Salbutamol) | Asthma | M5 |
| Hypostop | Hypoglycaemic Diabetic | M5 |
| Arret/Imodium (Loperamide) | Severe Diarrhoea | M5 |
| Ativan (Lorazepam) | Anxiety | M5 |
| Otrivine (Xylometazoline) | Nasal & Sinus congestion | M5 |
| Calpol (Liquid Paracetamol) | Pain relief/reduce fever in child/baby | M5 |

REVISION 0

CONFIDENTIAL

APRIL 2007

BA0419

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 40

## PROCEDURES & MEDICAL EQUIPMENT

# Detailed Medications Checklist for Cabin Crew Use

| CONDITION: | MEDICATION: | LOCATION: | DOSE & ADMINISTRATION: | WARNINGS: |
|---|---|---|---|---|
| Mild to moderate pain | Paracetamol (Acetaminophen) 500mg tablets | M2 Basic First Aid Kit | *Adults & Children over 12 yrs:* 1 to 2 tablets every 4-6 hours. Max of 8 tablets in 24 hours<br><br>*Children aged 6-12 yrs:* ½ to 1 tablet every 4-6 hrs Max of 4 tablets in 24 hours<br><br>To be swallowed | ☐ Check that the Casualty has not taken products containing Paracetamol in the last 4 hrs<br>☐ Check that the Medication is age appropriate<br>☐ Do not exceed the stated dose<br>*Do not give:*<br>☐ To a Casualty with liver or kidney disease<br>☐ To a Casualty with a known allergy to Paracetamol |
| Pain/fever in Child or Baby | Calpol (Liquid Paracetamol) 120mg/5ml suspension | M5 Medical Kit Box 2 | *0-3 Months:* To be given only by a Doctor or on advice of MedLink Physician<br>*3-12 Months:* ½ to 1.5ml spoonful<br>*1-6 yrs:* 1 to 2.5ml spoonfuls Repeat after 4 hours as necessary Max of 4 doses in 24 hours | As above +<br>☐ Do not give to babies under 3 months old unless advised by a Doctor |
| Moderate to severe pain | Temgesic (Buprenorphine) 0.2 mg tablets | M5 Medical Kit Cabin Crew Side (Separate from other medications) | Dissolve under the tongue<br><br>*Adults and children over 12 yrs:* Initially 1 or 2 tablets Repeat if necessary every 8 hrs<br><br>*Children 6 – 12 yrs:* Initially½ a tablet Repeat if necessary every 8 hrs | *Do not give:*<br>☐ To children under 6 yrs<br>☐ To people with known liver disease or head injury<br>☐ To women who are pregnant or breast feeding<br>☐ Use with care if the Casualty has a chronic lung disease<br>*Advise the Casualty:* May cause drowsiness, if affected they should not drive or operate machinery.<br>Drinking alcohol should be avoided |

APRIL 2007

BA0420

CONFIDENTIAL

BRITISH AIRWAYS   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 41

## PROCEDURES & MEDICAL EQUIPMENT

| CONDITION: | MEDICATION: | LOCATION: | DOSE & ADMINISTRATION: | WARNINGS: |
|---|---|---|---|---|
| Heart Attack | Aspirin 300mg tablets | M5 Medical Kit Box 2 | 1 tablet to be chewed May be repeated after 4 hrs if necessary <br><br> To be chewed | *Do not give:* <br> ☐ If the Casualty is under 16 yrs old <br> ☐ If the Casualty has a history of peptic ulcer or vomiting of blood <br> ☐ If the Casualty is allergic to Aspirin |
| Angina | Nitrolingual Spray (GTN) (Glyceryl Trinitrate) 400mcg aerosol spray | M5 Medical Kit Box 2 | Spray 1 or 2 metered doses under the tongue If the Casualty normally uses Nitrolingual/GTN spray give at their usual dose/frequency | For the use in absence of the Angina sufferers own medication |
| Angina | Isordil (Isosorbide dinitrate) | M5 Medical Kit Box 2 | Initially offer 1 or 2 tablets to be dissolved under the tongue (sublingually) Repeat after 2 hours if necessary Give at the Casualty's usual dose/frequency | For use in the absence of the Angina sufferers own medication |
| Anaphylactic Shock (Severe allergic reaction) | EpiPen Auto Injector (Epinephrine/Adrenaline) | M5 Medical Kit Box 2 | Intramuscular injection for self-administration Crew may need to give it if the Casualty has a history of Anaphylaxis, cannot give it to themselves and there is no Health Care Professional on board to administer | Never give to a Child under 30kg (66lbs), approx 6 yrs old |
| Allergy (Mild) | Piriton (Chlorpheniramine) 4mg tablets | M5 Medical Kit Box 2 | *Adults & Children over 12 yrs:* Give 1 tablet initially <br><br> *Children 6-12 yrs:* Give ½ a tablet initially Repeat after 4-6 hours if necessary Max of 6 tablets in 24 hrs | Advise the Casualty that the drug can cause drowsiness, which may continue the next day <br><br> The Casualty should not drive or operate machinery. Drinking alcohol should be avoided |

CONFIDENTIAL

**BRITISH AIRWAYS**   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 42

## PROCEDURES & MEDICAL EQUIPMENT

| CONDITION: | MEDICATION: | LOCATION: | DOSE & ADMINISTRATION: | WARNINGS: |
|---|---|---|---|---|
| Asthma | Ventolin Inhaler (Salbutamol) | M5 Medical Kit Box 3 | Give 1 or 2 puffs from the inhaler<br><br>*IF SYMPTOMS ARE NOT RELIEVED AFTER THE FIRST DOSAGE SEEK MEDICAL ADVICE FROM MEDLINK*<br><br>8 puffs can be given in 24hrs<br><br>Use with Spacer if Casualty cannot use inhaler effectively | *Do not give:*<br>☐  If the Casualty has thyroid disease or is being treated for high blood pressure<br>☐  During pregnancy, unless normally prescribed |
| Anxiety | Ativan (Lorazepam) 1mg tablets | M5 Medical Kit Box 2 | Initially give 1 or 2 tablets swallowed whole<br><br>Repeat after 6 hrs if necessary | *Do not give:*<br>☐  With alcohol<br>☐  To a Casualty with severe liver disease<br>☐  To a Child under 16 yrs<br>☐  During pregnancy<br>*Advise the Casualty* that the drug may cause drowsiness, which may continue the next day.<br>The Casualty should not drive or operate machinery.<br>Drinking alcohol should be avoided |
| Hypoglycaemia (Low blood sugar) | Hypostop (Glucose Gel) Tube | M5 Medical Kit Box 2 | Gently and slowly squeeze contents of 1 tube slowly under the tongue or into the side of the Casualty's mouth<br>Allow the gel to be absorbed<br><br>Repeat if the Casualty does not respond | To be given to a Casualty with known or suspected Diabetes who are semi-conscious or unconscious.<br><br>If giving to an unconscious diabetic, ensure Casualty is in recovery position with an open airway and give gel carefully ensuring they do not choke |

**CONFIDENTIAL**

BA0422

**BRITISH AIRWAYS**   CABIN CREW AVIATION MEDICAL MANUAL   CHAPTER 2 PAGE 43

## PROCEDURES & MEDICAL EQUIPMENT

| CONDITION: | MEDICATION: | LOCATION: | DOSE & ADMINISTRATION: | WARNINGS: |
|---|---|---|---|---|
| Nausea & Vomiting | Buccastem (Prochlorperazine) 3mg tablets | M5 Medical Kit Box 2 | *Adults & Children over 12 yrs:* Give 1 tablet initially Place the tablet between the gum and upper lip and allow it to dissolve Repeat once or twice as necessary at intervals of 6 hrs Maximum of 4 tablets in 24 hrs | *Do not give:* ☐ To children under 12 years old ☐ If the Casualty has a history of heart or kidney conditions. *However, it may be used following a Heart Attack* ☐ During pregnancy *Advise the Casualty that the drug may cause drowsiness.* If affected they should not drive or operate machinery. Alcohol should be avoided. |
| Diarrhoea | Dioralyte/Dioralyte Relief (Rehydration Powder sachets) | M2 Basic First Aid Kit | *Adults & Children:* 1 sachet after each loose motion Max of 5 sachets in 24 hrs | Not recommended for babies under 3 months In Babies 3 months – 1 yr, use only under medical supervision |
| Diarrhoea | Arret/Imodium (Loperamide) | M5 Medical Kit Box 2 | *Adults & Children over 12 yrs:* Give 2 capsules initially (to be swallowed whole) Then 1 capsule every 4 hrs if necessary Max of 8 capsules in 24 hrs *Children 9-12 yrs:* Give 1 capsules every 6 hrs | *Do not give:* ☐ To children under 9 yrs |
| Motion Sickness | Kwells (Hyoscine hydrobromide) 300mcg tablets | Basic First Aid Kit | *Adults:* 1 tablet every 6 hrs Max 3 tablets in 24 hrs *Children over 10 yrs:* 1 tablet every 6 hours if required Max 1½ to 3 tablets in 24 hrs | *Advise the Casualty that the drug may cause drowsiness. If affected they should not drive or operate machinery.* Alcohol should be avoided |

CONFIDENTIAL

**BRITISH AIRWAYS**   CABIN CREW AVIATION MEDICAL MANUAL    CHAPTER 2 PAGE 44

## PROCEDURES & MEDICAL EQUIPMENT

| CONDITION: | MEDICATION: | LOCATION: | DOSE & ADMINISTRATION: | WARNINGS: |
|---|---|---|---|---|
| Indigestion | Remegel (contains calcium) | M2 Basic First Aid Kit | **Adults & Children over 12 yrs:** Chew 1 or 2 tablets Repeat hourly if symptoms persist | *Do not give:* ☐ To children under 12 yrs |
| Nasal & Sinus Congestion | Otrivine (Xylometazoline) 0.1% nasal spray in a 10ml bottle | M5 Medical Kit Box 2 | See instructions leaflet Spray 1 application into each nostril Repeat after 8 hrs if necessary Max of 3 doses in 24 hrs | *Do not give:* ☐ To children under 12 yrs ☐ During pregnancy ☐ If the Casualty is taking medication for high blood pressure *The spray should be used by 1 person only* |
| Nasal Congestion | Vicks Inhaler (Decongestant nasal inhaler) | M2 Basic First Aid Kit | **Adults & Children over 6 yrs:** Use as required. Advise Casualty to hold 1 nostril closed, while inserting the inhaler into the other nostril and inhale deeply | *For use by 1 person only* |
| Eye Irritation | Hypromellose Eye Drops (0.3%w/v) in a 10ml bottle | M2 Basic First Aid Kit | 1 or 2 drops into the eye/s 3 times a day | |

REVISION 0

APRIL 2007

BA0424

CONFIDENTIAL

BRITISH AIRWAYS CABIN CREW AVIATION MEDICAL MANUAL    CHAPTER 2 PAGE 45

## PROCEDURES & MEDICAL EQUIPMENT

INTENTIONALLY BLANK

EXHIBIT 18

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA


LINDA ANN BAILLIE, individually,      )
as Personal Representative of the     )No.2:14-cv-00420-SMM
Estate of JAMES DONALD BAILLIE,       )
II, and on behalf of all heirs and    )
next of kin of JAMES DONALD           )
BAILLIE, II, deceased,                )
                                      )
            Plaintiff,                )
                                      )
        vs.                           )
                                      )
MEDAIRE, INC.; STEVEN JOE REINHART,)
D.O.; and JESSICA MONAS, M.D.,        )
                                      )
            Defendants.               )
_____)



        VIDEO RECORDED DEPOSITION OF MICHELLE RENEE TYLER


                    Phoenix, Arizona
                    December 15, 2015
                        9:01 a.m.








REPORTED BY:

STEPHANIE WINTERS, RPR
Certified Reporter, No. 50067

```
 1                         I N D E X

 2  EXAMINATION                                        PAGE

 3  MICHELLE RENEE TYLER

 4      Mr. Spragg                                       7

 5

 6          (Deposition Exhibit Numbers 2 and 3 were marked

 7  for identification and attached to Dr. Reinhart's deposition

 8  transcript.  Deposition Exhibit Number 18 was marked for

 9  identification and attached to Stephen Fowler's deposition

10  transcript.  Deposition Exhibit Numbers 55-A and 57 were

11  marked for identification and attached to Matthew Whitley's

12  deposition transcript, and deposition Exhibits Numbers 89

13  through 104 were marked for identification and attached to

14  Dr. Oscislawski's deposition transcript.)

15

16                        E X H I B I T S

17
    EXHIBIT NO.               DESCRIPTION               PAGE
18
       2  -   MedLink Client Patch Summary, dated        257
19              10/31/13

20     3  -   British Airways document, BA0733-BA0758    180

21    18  -   Transcript of communications between       179
                the MedLink physicians and the
22              aircrew of British Airways Flight 289
                on March 23rd, 2012
23
      55A  -  Intake Form, MedLink, MA027383-MA027384     37
24
      57  -   Patch Summary document, MA027175-MA027182  248
25
```

| EXHIBIT NO. | | DESCRIPTION | PAGE |
|---|---|---|---|
| 89 | - | MedAire MedLink Work Instruction, Diversion Justification Worksheet Process, MA027047-MS027053 | 159 |
| 90 | - | MedAire MedLink Diversion Justification Worksheet, MA027054-MA027055 | 159 |
| 91 | - | MedAire MedLink General Client Patch Process, MA027020-MA027021 | 52 |
| 92 | - | MedAire MedLink Corporate versus Commercial Cases, MA027022-MA027025 | 61 |
| 93 | - | MedAire MedLink Medical Arrangements, MA027026-MA027028 | 69 |
| 94 | - | MedAire MedLink ,Work Instruction, Radio Communications with MedLink, MA027029-MA027034 | 125 |
| 95 | - | MedAire MedLink, Work Instruction, Accessing MedLink Physicians, MA027035-MA027041 | 138 |
| 96 | - | MedAire MedLink Commercial In Flight - EMS Required with Diversion, MA027042-MA027046 | 104 |
| 97 | - | MedAire MedLink, Work Instruction Commercial Aviation In-Flight Process, MA027056-MA027066 | 119 |
| 98 | - | MedAire MedLink Commercial Patch Process - Overview, MA027067-MA027072 | 118 |
| 99 | - | MedAire MedLink Commercial In Flight - No EMS Required, MA027073 | 117 |
| 100 | - | MedAire MedLink Commercial In Flight - EMS Required, MA027074-MA027077 | 72 |
| 101 | - | MedAire MedLink Cardiac Arrest Worksheet, MA027385-MA027386 | 132 |
| 102 | - | MedAire MedLink British Airways ML Protocol, MA027208-MA027209 | 260 |

| | EXHIBIT NO. | DESCRIPTION | PAGE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | 103 - | MedAire MedLink Call Triage Work Instruction, MA027387-MA027389 | 122 |
| 4 | 104 - | Patch Summary, BA0475-BA0476 | 258 |
| 5 | 105 - | Deposition Notice of Michelle Tyler | 11 |
| 6 | 106 - | CD - MedLink Audio Recording Call | 262 |
| 7 | | Transcript, BA0579-BA0595 (Retained by Mr. Spragg per agreement of counsel) | |
| 8 | | | |
| 9 | 107 - | MedLink Intake Form, MA027728-MA027729 | 263 |
| 10 | 108 - | Patch Summary document, MA027497-MA027506 | 271 |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

1           VIDEO RECORDED DEPOSITION OF MICHELLE RENEE TYLER

2

3   was taken on December 15, 2015, at 9:01 a.m. at Gallagher &

4   Kennedy, P.A., 2575 East Camelback Rd., Phoenix, Arizona,

5   before STEPHANIE WINTERS, Certified Reporter Number 50067,

6   in and for the State of Arizona.

7                           *  *  *  *

8

    COUNSEL APPEARING
9
                ON BEHALF OF PLAINTIFF:
10
                    ROBERT J. SPRAGG, ESQ.
11                  KREINDLER & KREINDLER LLP
                    750 Third Avenue
12                  New York, NY 10017
                    (212)687-8181
13                  rspragg@kreindler.com

14              ON BEHALF OF DEFENDANTS:

15                  MARK C. DANGERFIELD, ESQ.
                    GALLAGHER & KENNEDY, P.A.
16                  2575 E. Camelback Road
                    Phoenix, AZ 85016-9225
17                  602-530-8000
                    mark.dangerfield@gknet.com
18

19  ALSO PRESENT:

20                  William Marinakis, Videographer
                    VideoDep, Inc.
21

22

23

24

25

```
1                                        Phoenix, Arizona
                                         December 15, 2015
2                                        9:01 a.m.

3

4          THE VIDEOGRAPHER:  We are on the record.  Today's

5   date is Tuesday, December 15th, 2015.  The time on the video

6   monitor is 9:01 a.m.  This is the video recorded deposition

7   of Michelle Tyler noticed by counsel for the plaintiffs in

8   the matter of Linda Ann Baillie, et al, versus MedAire,

9   Incorporated, et al.  This matter is being held in the

10  United States District Court, District of Arizona, Case

11  Number 2:14-cv-00420-SMM.

12         Our location today is the law offices of

13  Gallagher & Kennedy in Phoenix, Arizona.  The certified

14  court reporter is Stephanie Winters of Morris-Crowe

15  Reporting, located at 7650 South McClintock Drive, Suite

16  103, Tempe, Arizona, 85284.  My name is William Marinakis.

17  I'm the certified legal video specialist for the firm of

18  VideoDep, Incorporated, located at 7776 S. Pointe Parkway

19  West, Suite 170, Phoenix, Arizona, 85044.

20         Counsel, will you please identify yourselves and

21  state whom you represent for the record at this time,

22  please, starting with plaintiff's counsel.

23         MR. SPRAGG:  Yes.  Good morning.  Robert Spragg

24  with the law firm of Kreindler & Kreindler in New York

25  representing Plaintiff Linda Ann Baillie.
```

7

Case 2:14-cv-00420-SMM   Document 91-5   Filed 11/01/16   Page 54 of 71
VIDEO RECORDED DEPOSITION OF MICHELLE RENEE TYLER - 12/15/2015

1          MR. DANGERFIELD:  And Mark Dangerfield from

2    Gallagher & Kennedy representing the defendants MedAire,

3    Inc., along with Drs. Steven Reinhart and Jessica Monas.

4          THE VIDEOGRAPHER:  Thank you, counsel.  The

5    witness may be sworn in at this time, please.

6

7               MICHELLE RENEE TYLER,

8    called as a witness herein, having been first duly

9    sworn, was examined and testified as follows:

10

11               E X A M I N A T I O N

12   BY MR. SPRAGG:

13       Q.   Good morning, Ms. Tyler.

14       A.   Good morning.

15       Q.   My name is Robert Spragg.  I previously introduced

16   myself.  Today I'm going to be asking you questions about

17   MedAire and the telemedicine services that they provide and

18   also the events of March 23, 2012.

19               Would you please state your full name for the

20   record.

21       A.   Including middle name?

22       Q.   Including your middle name, yes.

23       A.   Michelle Renee Tyler.

24       Q.   Is that Renee with two "Es" or three?

25       A.   R-e-n-e-e.

1    Q.    Okay.  And are the MedLink physicians required to

2  follow the procedures that are set forth in the MedAire Work

3  Instructions?

4    A.    We don't have MedLink physician procedures in our

5  Work Instructions.

6    Q.    So the Work Instructions are only to be used by

7  the MedAire CSEs, that's your understanding?

8    A.    Yes, sir.

9    Q.    Okay.  And you stated that the MedAire CSEs are

10 required to follow the procedures that are set forth in

11 those MedAire Work Instructions, correct?

12    A.    Yes, sir.

13    Q.    All right.  How about the procedures that are set

14 forth in the MedAire CSE training modules?  You know what

15 I'm speaking about when I'm talking about -- you know, the

16 individual courses that you teach, correct?

17    A.    Right.

18    Q.    Are the CSEs required to follow the procedures

19 that they're taught in those training modules?

20    A.    Yes, sir.  The training modules are built off of

21 the Work Instructions.

22    Q.    All right.  So when you discussed your work as a

23 MedAire CSE, you stated that your job duties and

24 responsibilities were to monitor and answer incoming MedLink

25 calls, correct?

1      A.   Yes, sir.

2      Q.   To collect specific information from those calls,

3   correct?

4      A.   Correct.

5      Q.   And then to document all those communications

6   between the -- yourself, the MedLink physician and any

7   commercial aircrew or flight crew, correct?

8      A.   Correct.

9      Q.   All right.  Now, during a MedLink call -- I'm

10  going to try to focus my questions on what goes on at

11  MedLink as opposed to dealing with what goes on in the

12  Global Response Center, just because what happened in our

13  case didn't happen in the Global Response Center.  It

14  happened at MedLink, okay?

15     A.   Okay.

16     Q.   During the MedLink call, does the CSE remain on

17  the line with the MedLink physician?

18     A.   Yes.

19     Q.   Okay.  And how is that done?  Are -- does the

20  MedLink -- strike that.

21          Does the MedAire CSE -- is there a speaker or are

22  they wearing headsets?

23     A.   We have a dedicated doctor station.

24     Q.   Okay.

25     A.   And the phones will -- the phone will ring into us

1  the MedLink Physician Notes section of page one of this

2  form?

3      A.    Sometimes we would.  If they had provided, you

4  know, oxygen, you know, we would mark that box for them.  So

5  that they would -- the doctors would know not to answer that

6  question.  Or if they provided us vitals, we would write the

7  vitals in there.  But other than that, nothing else.

8      Q.    Okay.  At the very bottom of the MedLink Physician

9  Notes section, there's also a couple of lines full of boxes

10 that deal with diversions.  Do you see those?

11     A.    Yes, sir.

12     Q.    Okay.  Is that something that the MedAire CSE

13 would fill in as part of their follow-up regarding necessary

14 logistical requirements if that's called for as a result of

15 an in-flight communication with a commercial airline?

16     A.    I can't say that it was consistently filled out.

17 Sometime the doctors would fill it out and sometime we

18 would, just as a note if that was -- if we were going to be

19 diverting somewhere.

20     Q.    Okay.

21     A.    But for the most part at this point of the call,

22 we would be documenting it in the case.

23     Q.    All right.  So when a MedAire CSE receives a

24 MedLink call from a commercial airline regarding an

25 in-flight medical emergency, there is certain initial

1   information that the MedAire CSE is required to obtain from

2   the aircrew and then record on this MedLink Intake Form,

3   correct?

4        A.   Correct.

5        Q.   Okay.  And as you sit here today, do you recall

6   what that information would be that you're required to

7   obtain from the aircrew regarding an in-flight medical

8   emergency?

9        A.   Yes, sir.

10       Q.   Can you tell me what your recollection is?

11       A.   Yes.  We collect the company name, the flight

12  number, the origination, destination, ETA in Zulu time, how

13  much time is remaining in flight.  And we get the passenger

14  details, the age, the gender and a brief medical concern.

15       Q.   Okay.  And that information then is recorded in

16  the MedLink Intake Form, correct?

17       A.   Correct.

18       Q.   All right.  And is -- at some point in that

19  process when the initial information is being taken, the

20  page goes out for a MedLink physician, correct?

21       A.   Correct.

22       Q.   Okay.  And when that MedLink physician comes to

23  the MedLink center, are they provided with the initial

24  information that the MedAire CSE has obtained from the

25  aircrew?

VIDEO RECORDED DEPOSITION OF MICHELLE RENEE TYLER - 12/15/2015

1          A.    Yes, sir.

2          Q.    And that information would be on the MedLink

3     Intake Form, correct?

4          A.    Yes, sir.

5          Q.    And are they also provided with a verbal briefing

6     regarding that information?

7          A.    Yes, sir.

8          Q.    Okay.  When additional information -- strike that.

9                Once the MedLink physician comes on the line and

10    speaks to the aircrew --

11         A.    Uh-huh.

12         Q.    -- if that physician obtains any additional

13    information from the aircrew, is then the physician required

14    to put that information in the portion of the MedLink Intake

15    Form called "MedLink Physician Notes"?

16         A.    I don't know what the requirement is, but

17    typically they do write that in there.

18         Q.    Okay.  And that's because -- strike that.

19               So as far as you know, the physicians will usually

20    jot down whatever additional information they're provided by

21    the aircrew in regard to an in-flight medical emergency in

22    this section at the bottom half of the first page of the

23    MedLink Intake Form, correct?

24         A.    Correct.

25         Q.    When additional information is provided to the

1  MedLink physician by the aircrew who's experiencing an

2  in-flight medical emergency for either a crew member or

3  passenger is the CSE required to record any of that

4  information on the MedLink Intake Form?

5      A.    What do you mean when they get additional

6  information?

7      Q.    So if the MedLink physician is speaking to the

8  aircrew regarding the condition of a passenger, for example,

9  who's suffering -- who's ill on the flight --

10     A.    Uh-huh.

11     Q.    -- when that information is provided to the

12 physician, does the CSE, the MedAire CSE have any

13 responsibilities in regard to recording that information on

14 the Intake Form?

15     A.    Not on the initial call, no.

16     Q.    Okay.  So all the responsibility for that really

17 falls to the MedLink physician?

18     A.    Correct.

19     Q.    Okay.  Now, when you say, "not on the initial

20 call, no," there are situations where there are multiple

21 calls to MedLink; is that correct?

22     A.    Correct.

23     Q.    Okay.  And when an airline first calls, in the

24 initial call to MedLink -- when the aircrew of a commercial

25 flight calls, that first call is called a "patch"; is that

1  know what that is?

2      A.   When they're actually on board.

3      Q.   So once they actually enter the aircraft, if

4  there's a medical concern, they can contact MedLink and a

5  MedLink physician or someone can make a determination as to

6  whether it's safe for that person to fly?

7      A.   Correct.  It's not the MedLink physician, though.

8      Q.   Okay.  It would be --

9      A.   A nurse.

10     Q.   -- a nurse?  Okay.  And that's usually in the

11 Global Response Center, as opposed to the MedLink center?

12     A.   Correct.

13     Q.   There's also a type of case there listed as "no

14 flight in progress."  Do you know what that means?

15     A.   A lot of times -- well, I'm not going to say "a

16 lot," but sometimes the flights when they've actually

17 landed, they have already had an emergency in flight, but

18 they did not call us but they still want it on record.  The

19 flight would have already landed and then they call us after

20 the fact.

21     Q.   All right.  And then below that it discusses very

22 briefly what the responsibilities of the MedAire CSE are,

23 correct?

24     A.   Correct.

25     Q.   And it states, "The CSE is responsible for

1   utilizing the correct case type process and correct client

2   protocol for each case"; is that correct?

3          A.    That's correct.

4          Q.    And that's what you were trained, correct?

5          A.    Uh-huh.

6          Q.    And is that what you train MedAire CSEs to do in

7   the present?

8          A.    Yes, sir.

9          Q.    Okay.  And then it states, "All casework is

10  documented in the electronic case management system and on

11  the appropriate intake form" --

12         A.    Correct.

13         Q.    -- is that correct?

14         A.    Yes, sir.

15         Q.    Okay.  And that's what you train MedAire CSEs to

16  do now?

17         A.    Correct.

18         Q.    And that's how you were trained?

19         A.    Yes, sir.

20         Q.    Okay.  And when they discuss the electronic case

21  management system in regard to the MedLink center, at least

22  back in 2012, that's the Datalink 2000 system, correct?

23         A.    Correct.

24         Q.    And the appropriate intake form in the MedLink

25  system would be the MedLink Intake Form, correct?

VIDEO RECORDED DEPOSITION OF MICHELLE RENEE TYLER - 12/15/2015

1          A.   Correct.

2          Q.   All right.  And you're required to do those

3    things, correct?

4          A.   Yes, sir.

5          Q.   If you would kindly turn to the second page of

6    Exhibit 91, Ms. Tyler.

7          A.   Yes, sir.

8          Q.   Halfway down the page there's a statement which

9    is, "MedLink physicians are staff members of Emergency

10   Professional Services (EPS) which provides services to the

11   emergency department of Banner Good Samaritan Hospital."  Do

12   you see that?

13         A.   Uh-huh.

14         Q.   Okay.  Is that true today?

15         A.   Yes.

16         Q.   Are the only MedLink physicians ones that are

17   working in the emergency department at the Banner Good

18   Samaritan Medical Center?

19         A.   Not -- they all work for EPS, but not all of them

20   work at Banner Good Sam today.

21         Q.   Oh, okay.  Back in 2012, was it your understanding

22   that all of them worked at Banner Good Samaritan?

23         A.   They worked at Banner Good Sam and then also, I

24   believe it was Ironwood.

25         Q.   Ironwood?  That's another hospital?

1  of the CSEs in the room are occupied so that there's no one

2  to do it except the CSE who is actually handling the --

3      A.    Yes.

4      Q.    -- intake call?  Okay.  So at that point the

5  MedAire CSE would have to break and page the physician and

6  then get back on the line with the --

7      A.    Typically we would do it -- if there was no one to

8  page for us, we would do it at the end after all the

9  questions.

10     Q.    Okay.  Question number eight then is obtaining the

11  patient's age, correct?

12     A.    Correct.

13     Q.    And "patient's gender" is number nine, correct?

14     A.    Correct.

15     Q.    Number 10, "Medical Concern," what is that?

16     A.    Just the main symptoms.

17     Q.    Okay.  So the --

18     A.    What's wrong with the passenger.

19     Q.    Okay.  That would be provided to you by the

20  aircrew from the commercial flight?

21     A.    Correct.

22     Q.    Number 11, "Tempus?"  What is that?

23     A.    Do they have a Tempus on board.

24     Q.    Okay.  And a Tempus is what?

25     A.    It's a telemedicine device.  It's got all kinds of

1    capabilities.  It takes their oxygen levels.  It takes their

2    pulse.  They can do ECGs with them.  They have video

3    capability and they can call through.

4         Q.    Okay.  And do all airlines carry a Tempus device?

5         A.    No, sir.

6         Q.    Okay.  And there are different kinds of Tempus

7    devices, correct?

8         A.    I believe so, yes.

9         Q.    Yeah, there's something called a Tempus 2000,

10   correct?

11        A.    Uh-huh.

12        Q.    And then there's a Tempus IC?

13        A.    Correct.

14        Q.    All right.  Do you know if British Airways usually

15   carries a Tempus device on board their aircraft?

16        A.    No, they don't.

17        Q.    Okay.  Do most airlines carry them or not carry

18   them?

19        A.    No.  Most airlines that are clients of ours do not

20   carry them.

21        Q.    Do not have them, okay.  The 12th item on the

22   required information for the CSE to obtain is

23   "Registration"?

24        A.    Yes.

25        Q.    And that would be aircraft registration?

1   CSE is providing that information to the MedLink physician;

2   is that correct?

3        A.   That's correct.

4        Q.   Okay.  And it's very similar to what was -- what

5   the CSE was required to obtain initially from the airline,

6   correct?

7        A.   Correct.

8        Q.   So the CSE has to provide the airline name, the

9   airline call sign, the flight number, the patient's age, the

10  patient's gender, the patient's chief medical concern, the

11  airplane's destination, the time left in the flight,

12  correct --

13       A.   Correct.

14       Q.   -- all that to the doctor.  And then the last

15  thing is any additional information provided by the client,

16  correct?

17       A.   Correct.

18       Q.   All right.  And at this stage in the process flow,

19  all this information has been recorded on the Intake Form by

20  the MedAire CSE, correct?

21       A.   Correct.

22       Q.   All right.  And it's required to be on the form so

23  the CSE -- I mean so the MedLink physician can see it,

24  correct?

25       A.   Yes, sir.

1    Q.   All right.   The next step in the process flowchart

2    here is "Physician makes recommendations to client and the

3    CSE documents the conversation in the DL2K."

4    A.   Correct.

5    Q.   Okay.   And when it states "physician makes

6    recommendations to client," I suppose it's talking about the

7    interaction between the aircrew and the physician in regard

8    to the, whatever the passenger or aircrew is suffering from

9    and then what the MedLink physician suggests as the proper

10   course to be taken, hopefully to make that person more

11   comfortable or to treat their problem, correct?

12   A.   Correct.

13          MR. DANGERFIELD:   Could you read that back,

14   please.

15          (Whereupon the following question was read

16   back.)

17          "Q.   Okay.   And when it states "physician

18   makes recommendations to client," I suppose it's talking

19   about the interaction between the aircrew and the physician

20   in regard to whatever the passenger or aircrew is suffering

21   from and what the MedLink physician suggests as the proper

22   course to be taken, hopefully to make that person more

23   comfortable for treatment of their problem, correct?"

24          MR. DANGERFIELD:   Belated objection as to form.

25

92

Case 2:14-cv-00420-SMM   Document 91-5   Filed 11/01/16   Page 68 of 71
VIDEO RECORDED DEPOSITION OF MICHELLE RENEE TYLER - 12/15/2015

1  BY MR. SPRAGG:

2      Q.   That's kind of a long question.  So I will restate

3  it.

4           So we're discussing the, in the box here it states

5  "Physician make recommendations to client and CSE documents

6  conversation in DL2K," correct?

7      A.   Correct.

8      Q.   All right.  And the recommendations that are by

9  the MedLink physician that are being referenced here are the

10  medical recommendations they make regarding the treatment of

11  the ill passenger or flight crew, correct?

12      A.   Correct.

13      Q.   All right.  And then it states that "the CSE

14  should be documenting that conversation in the Datalink 2000

15  system," correct?

16      A.   Correct.

17      Q.   All right.  And so is there a particular --

18  particular box on the screen that the MedAire CSE would use

19  to input that information while it's being discussed between

20  the MedLink physician and the aircrew of the commercial

21  flight?

22      A.   Yes, sir.

23      Q.   Okay.  Moving to the next box, it states "the CSE

24  does customer service closing for call."  So what does that

25  mean?  Do you know?

VIDEO RECORDED DEPOSITION OF MICHELLE RENEE TYLER - 12/15/2015

1

2

3

4

5

6

7               I, the undersigned, say that I have read the

8    foregoing transcript of testimony taken December 15, 2015,

9    and I declare, under penalty of perjury, that the foregoing

10   is a true and correct transcript of my testimony contained

11   therein.

12               EXECUTED this _____ day of _____,

13   20_____.

14

15

16                          _____

17                          MICHELLE RENEE TYLER

18

19

20

21

22

23

24

25

1   STATE OF ARIZONA          )
                              )ss.
2   COUNTY OF MARICOPA        )

3       BE IT KNOWN that the foregoing proceedings were taken
    before me, STEPHANIE WINTERS, Certified Reporter No. 50067,
4   that the witness before testifying was duly sworn by me to
    testify to the whole truth; that the foregoing pages are a
5   full, true and accurate record of the proceedings, all done
    to the best of my skill and ability; that the proceedings
6   were taken down by me in shorthand and thereafter reduced to
    print under my direction.

7

8           [X]   Review and signature was requested.
            [ ]   Review and signature was waived.
9           [ ]   Review and signature was not required.

10

        I CERTIFY that I am in no way related to any of the
11  parties hereto, nor am I in any way interested in the
    outcome thereof.

12

        I FURTHER CERTIFY that I have complied with the
13  requirements set forth in ACJA 7-206.  Dated at Phoenix,
    Arizona, this 29th day of December, 2015.

14

15  _Stephanie Winters_
    Stephanie Winters, RPR
16  Certified Reporter No. 50067

17

18                    *        *        *

        I CERTIFY that Morris-Crowe Court Reporting, LLC, has
19  complied with the requirements set forth in ACJA 7-206.
    Dated at Tempe, Arizona, this 29th day of December, 2015.

20

21  _Cyndi Mos Crowe_

22  Morris-Crowe Court Reporting, LLC
    Arizona RRF No. R1001

23

24

25

STATE OF ARIZONA                )                    **AFFIDAVIT**
                                )                       **OF**
COUNTY OF MARICOPA              )                 **NON-SIGNATURE**

BE IT KNOWN that the foregoing deposition was taken before a Certified Reporter in the State of Arizona, Stephanie Winters, Certificate Number 50067, and that the witness elected to, or counsel to the action requested that the witness read and sign said deposition within 30 days.

IN VIEW of the fact that the witness did not sign within 30 days, nor ask for an extension of time, pursuant to Rule 30 (e) of the Rules of Civil Procedure, I am hereby signing said deposition for filing.

DATED in Phoenix, Arizona, this 26th day of February, 2016.

Stephanie Winters
Certified Reporter Certificate No. 50067