EXHIBIT 23

| MedAire® | **Global Services**<br>**Work Instruction**<br>**MedLink Diversion Justification**<br>**Worksheet Process** | Doc. No./Rev. No | OPS 36-10 R0 |
|---|---|---|---|
| | | Revision Date | 07/23/2008 |
| | | Page | Page 1 of 7 |

**Scope/Purpose:** This work instruction outlines the process for utilizing the Diversion Justification Worksheet, which is a form, used by MedLink physicians to work through the medical diversion decision making process and document his/her justification for recommending a medical diversion.

**Applicability (by department):**

☐ ALL MedAire Inc., subsidiaries and service units OR (check all that apply)

☐ ALL <u>SALES/MARKETING</u> OR (check all that apply)

☐ BGA ☐ COMMERCIAL AVIATION ☐ GLOBALIFELINE ☐ MEGA YACHTS/MARITIME ☐ COMMERCIAL MARITIME

☐ MARKETING

| ☐ Administrative Services | ☐ Facilities | ☐ Finance | ☐ Human Resources |
|---|---|---|---|
| ☐ Quality Management | ☒ Global Services/Operations | ☐ Education Services | ☐ Information Technology |
| ☐ Legal | ☐ MedSpace | ☐ MedAire Ltd. | |

**Responsibility:**

Manager, Policies, Procedures and Training

**Definitions:**

**Diversion:** While en route, an aircraft may be required to land in an airport other than the original destination to off-load a passenger experiencing a medical situation.

**ML Diversion Justification Worksheet OPS 04-08:** A form used by MedLink physicians to work through the medical diversion decision making process and to document his/her justification for recommending a medical diversion.

**EMS:** Emergency Medical Services

**ML CS:** MedLink Communication Specialist, MedAire associates who work at MedLink

**ML Physician:** MedLink physician, MedAire's physicians who work at MedLink

**Pilot initiated diversion:** occurs when a pilot makes the decision to land in an airport other than the flight's original destination against the medical advice of the MedLink physician or without discussing the situation with the MedLink physician to off-load a passenger experiencing a medical situation.

**MedLink physician initiated diversion:** occurs when the MedLink physician recommends the pilot to land in an airport other than the flight's original destination to off-load a passenger experiencing a medical situation or the MedLink physician agrees with the pilot's decision to divert regardless of whether he/she actually recommended the diversion.

**DataLink 2000 (DL2K):** A tool used by Global Services to document, manage, and track cases.

This document is UNCONTROLLED when printed.
Verify currency of document against QMS
Print Date 6/28/2015


Exhibit 89
Bzystawski
12-1-15
Stephanie Winters

**CONFIDENTIAL**

MA027047

MedAire, Inc.                 **MEDLINK DIVERSION JUSTIFICATION WORKSHEET PROCESS**                 OPS 36-10/R0
REV: 07/23/2008                                                                                      Page 2 of 7

---

**Procedure:**

The **ML Diversion Justification Worksheet OPS 04-08** is utilized by the ML CS and ML physician only in cases where the ML physician is involved with the decision to divert.

- The section titled **Diversion in Progress – Initiated by Pilot** is completed for cases when the pilot has made the decision to divert, but wishes to discuss his/her decision with the ML physician.

- The section titled **MedLink Physician Initiated Diversion** is utilized by the ML physician to document his/her justification for recommending a medical diversion.

**Note:**   The Diversion Justification Worksheet is not utilized in the following situations:

-MedLink is contacted after the aircraft is already on the ground

-Pilot has initiated a diversion and does not wish to speak to a ML physician

---

**Section 1 – Case Information & MedLink Physician Name and Signature Fields**

- The ML CS completes the case information section to include, the DL2K case number, Zulu date/time, company name and flight number, as indicated in the example below.

- For documentation purposes, the **ML physician** is required to sign the worksheet and print his/her name in the fields provided.

| Case #<br>2008-12345 | Zulu Date<br>03/25/2008 | Zulu Time<br>01:12 | Company Name<br>*Continental Airlines* | Flight #<br>427 |
|---|---|---|---|---|

| PHYSICIAN SIGNATURE | PRINT NAME |
|---|---|
| | |

---

**Section 2 – Diversion in Progress – Initiated by Pilot**

**This section is completed by the ML physician** only **when notified by the ML CS that the pilot has already made the decision to divert the aircraft due to a medical emergency, but wishes to discuss the decision to divert or the passenger's medical condition with the ML Physician.**

After discussing the diversion or the passenger's medical condition with the pilot, the **ML physician** completes the worksheet by checking the applicable box:

- The ML physician checks the **AGREE** box, if he/she agrees with the pilots decision to divert.  In DL2K, the ML CS documents the case as a **MedLink Recommended Diversion.**

- The ML physician checks the **DISAGREES** box, if he/she does not feel that the situation warrants a diversion, but the pilot wishes to continue to the diversion station. In DL2K, the ML CS documents the case as a **Pilot Initiated Diversion.**

- In the space provided, the ML physician may provide a brief explanation to justify his/her decision.

- Space is provided on the opposite side of the worksheet for the ML physician and ML CS to document additional information on the case, as necessary.

| MedLink Doctor – complete this section only when notified that a diversion is **ALREADY** in progress. |
|---|
| **DIVERSION IN PROGRESS – INITIATED BY PILOT** |
| ☐ **AGREE** Check this box if you agree with pilot's decision to divert (CS check "MedLink Recommended")     ☐ **DISAGREE** Check this box if you disagree with pilot's decision to divert (CS check "Pilot Initiated")<br>Explain: |

---

This document is UNCONTROLLED when printed.
Verify currency of document against QMS
Print Date 6/28/2015

CONFIDENTIAL

MA027048

**Section 3 – MedLink Physician Initiated Diversion**

**This section of the worksheet is utilized by the ML physician and ML CS** after it is determined that the passenger's medical condition necessitates a diversion.

The steps outlined in this section ensures that the **ML physician** can justify the medical necessity to divert the aircraft and has reviewed and taken into consideration all the factors that affect the safety of the patient, passengers and crewmembers onboard the aircraft, as well as, work with the client to provide appropriate information to determine the most appropriate diversion station. Instructions for completing each step is outlined below.

**STEP 1: Determine Diversion Necessity**

In this step the **ML physician** ensures they have exhausted onboard resources, such as medical personnel or the use telemedicine devices, and determines the medical emergency necessitates a diversion.

- To ensure the **ML physician** has thought about and taken each factor into consideration, he/she checks the applicable box (**YES** or **NO**) to verify that all onboard resources have been exhausted.

- The **ML physician** checks the most appropriate condition and describes why the condition requires diversion.

---

**MEDLINK PHYSICAN INITIATED DIVERSION**

**STEP 1: Determine Diversion Necessity**

Factors to consider prior to recommending diversion:

☐ YES ☐ NO Medical personnel onboard? If yes, request evaluation of passenger by medical personnel.

☐ YES ☐ NO Telemedicine (e.g.Tempus) device available? If yes, request transmission of vital signs.

Reason for Diversion / Initial evaluation: (Check one)

☐ Passenger is unstable.
   Describe:_____

☐ Passenger potentially unstable, unable to rule out life threat (ex. possible ACS, PE etc.).
   Describe: _____

☐ Passenger in severe distress, not life-threatening (ex. renal colic, urinary retention etc.).
   Describe: _____

☐ Passenger not unstable currently, but too long to destination (ex. COPD exacerbation, pre-term labor, etc.).

---

**STEP 2: Confirm Dispatch Online for Diversion Options**

In this step the **ML physician or ML CS** determines if the client's dispatch staff is on the call. The ML CS will attempt to contact and involve the dispatch staff to determine the most appropriate diversion station.

- If it is determined that dispatch is online from the initial intake information the **ML CS** checks the **YES** box prior to handing the worksheet to the **ML physician.**

- If it is determined that dispatch is **not** online, the **ML CS** should use all available contact numbers to attempt to get dispatch online. Once dispatch is online check the **YES** box and proceed to Step 3.

  o If dispatch **cannot be reached by phone** at this time select the NO box and proceed to Step 3. After the call is completed the **ML CS** must document the reason dispatch was not involved with the call.

  o Time permitting, if dispatch was **not online** when the diversion station was determined, the **ML CS** must attempt to contact dispatch by all communication methods available to notify them of the diversion and to verify that the diversion station is appropriate.

---

**STEP 2: Confirm Dispatch Online for Diversion Options**

| Is Dispatch Online ☐ YES ☐NO<br>If No, CS - conference in dispatch. | CS - if dispatch is not involved in call provide explanation: |
|---|---|

---

This document is UNCONTROLLED when printed.
Verify currency of document against QMS
Print Date 5/28/2015

CONFIDENTIAL

MA027049

MedAire, Inc.                         __MEDLINK DIVERSION JUSTIFICATION WORKSHEET PROCESS__                   OPS 36-10/R0
REV: 07/23/2008                                                                                              Page 4 of 7

## STEP 3: Alert Pilot to Recommended Landing Timeframe

In this step the **ML physician** or **ML CS** alerts the pilot and dispatch (if available) of the recommended landing timeframe that is medically necessary to treat the passenger. Providing this timeframe allows the client to make the best choice when selecting a diversion station from an operational standpoint, as well as meeting the necessary medical needs of the passenger.

- The **ML physician** selects the appropriate box for the landing necessity, as well as, documents the recommended timeframe if allowable, in the space provided.

> ### STEP 3: Alert Pilot to Recommended Landing Timeframe
>
> ☐ ASAP, closest appropriate landing facility is required due to medical necessity.
>
> ☐ Within _____ hrs/min., closest appropriate landing facility, medical necessity allows for a larger landing window.
>        (timeframe)

## STEP 4: Determine Most Appropriate Diversion Points

In this step the **ML physician** or **ML CS** discusses with the pilot or dispatch, possible diversion stations and uses the space provided to document the diversion city or country, the time it will take to land at the diversion station and if there are appropriate medical facilities in the area.

- The **ML physician** or **ML CS** can facilitate this discussion to obtain the destinations and times as appropriate. The **ML physician** should document the responses as received. The **ML CS** can confirm the IATA or ICAO codes when necessary to ensure all parties are referring to the same location.

- Once the diversion stations are determined, the **ML CS** references DL2K and provides the physician with the available medical resources at each location. The **ML physician** checks the YES or NO boxes if the diversion station has appropriate medical facilities to handle the patient's medical situation.

> ### STEP 4: Determine Most Appropriate Diversion Points
>
> | Diversion City, Country (IATA/ICAO) | Time to destination | Appropriate Medical Facilities |
> |---|---|---|
> | | | ☐ YES  ☐NO |
> | | | ☐ YES  ☐NO |
> | | | ☐ YES  ☐NO |

## Diversion Factors to Consider:

**In this area the ML physician**, after taking each factor into consideration, checks each box to indicate that he/she has read the question, has considered the options available and can justify his/her recommendation to divert the aircraft.

- The **ML physician** makes the recommendation to the flight and dispatch (if available) for the most appropriate diversion station. If two or more stations are medically appropriate the **ML physician** will allow the flight or dispatch to select the station that best suit their operational needs.

- If the **ML physician** recommends a re-patch to MedLink, he/she communicates to the pilot the amount of time they should call back and then document that time (ex. 30 minutes, 1 hour, etc.) in the space provided.

> ### Diversion Factors to Consider:
>
> ☐ YES ☐ NO Does the diversion location have adequate medical facilities to care for the ill/injured passenger?
>
> ☐ YES ☐ NO Is the time of arrival at original destination less than **1 hour**? If yes, reconsider diversion recommendation.
>
> ☐ YES ☐ NO Is the time of arrival at diversion location greater than **1 hour**? If yes, consider reassessing the passenger for diversion necessity. ☐ Repatch in: _____

This document is UNCONTROLLED when printed.
Verify currency of document against QMS
Print Date 5/28/2015

CONFIDENTIAL

MA027050

MedAire, Inc.
REV: 07/23/2008

**MEDLINK DIVERSION JUSTIFICATION WORKSHEET PROCESS**

OPS 36-10/R0
Page 5 of 7

**STEP 5: Factors That Might Have Avoided This Diversion**

**In this step the ML physician** records medications, equipment, personnel or any other factors that may have prevented the diversion had the resource been available.

- The **ML physician** checks and describes the items from specified categories that would have assisted the physician in treating the passenger onboard.

---

**STEP 5: Factors That Might Have Avoided This Diversion**

☑ Personnel to administer parenteral medication.
  Describe: _____

☐ Medical personnel to better evaluate passenger condition.

☐ Medication not available in medical kit **(name)** _____

☐ Supply or equipment issues (ex. oxygen, IV fluids, etc.)
  Describe: _____

☐ Additional medical information not available (oxymetry, 12 lead ECG, glucometer): _____

☐ Other factors that might have prevented this diversion?
  Describe: _____

---

- If the ML physician writes anything in the Step 5 area, the **ML CS** must document in DL2K the item(s) that the doctor documents. On the **EMK/Risk tab**, in the **Medical Kit Information** section, check the **Suggested Kit Items** box and transfer the information from the worksheet into the **Comments** field.

**Example of DL2K Documentation of Suggested Kit Items**

| Medical Kit Information: | | | |
|---|---|---|---|
| ☐ Kit Opened for Equipment | Type of Kit Used: | Commercial EMK | |
| ☑ Kit Opened for Meds | What Was Used in Kit?: | asprin, nitroglycerin | |
| ☐ Kit Not Used | Comments: | | |
| ☑ Suggested Kit Items | 12 lead ECG | | |

---

**MedLink Physician Notes**

In this section the ML **physician** has space to write comments, make special notes or references regarding the case.

| MEDLINK PHYSICIAN NOTES |
|---|
| |
| |
| |
| |

---

This document is UNCONTROLLED when printed.
Verify currency of document against QMS
Print Date 5/28/2015

**CONFIDENTIAL**

MA027051

MedAire, Inc.
REV: 07/23/2008

**MEDLINK DIVERSION JUSTIFICATION WORKSHEET PROCESS**

OPS 36-10/R0
Page 6 of 7

**STEP 6:** EMS Arrangements & Communication Specialist Notes

In this step the **ML CS** documents that EMS arrangements were made.

- **Authority** – The ML CS documents the operation facility (ex. Crash, Fire, Rescue, Airline Operations, etc.) that was contacted to make EMS arrangements

- **Contact Name/Op ID#** – The ML CS documents the name or operator number of the person who took the call to make EMS arrangements.

- **Zulu time arranged** – The ML CS documents the Zulu time the call for EMS arrangements was made.

- Once EMS arrangements at the diversion station are made, the **ML CS** checks the YES box.

| **STEP 6:** EMS Arrangements | |
|---|---|
| Authority: _____ | Zulu time arranged: _____ |
| Contact Name/Op ID#:_____ | EMS Arranged: ☐ Yes |

**Communication Specialist Notes**

This section is provided for the **ML CS** to make any special notes or references regarding the case.

- The **ML CS** is required to provide their signature and printed name in the fields provided.

- In the event the **ML physician** does not complete the **Diversion Justification Worksheet** for any reason, the **ML CS** is required to complete the CS sections of the worksheet and document the **name** of the ML physician who worked the case in the CS notes section.

| COMMUNICATION SPECIALIST NOTES | |
|---|---|
| | |
| | |
| COMMUNICATION SPECIALIST  SIGNATURE | PRINT NAME |
| | |

Once all the steps for the diversion are complete, the **ML CS** documents in DL2K all the applicable tabs and fields and enters appropriate documentation in **Contacts**, then files the **Diversion Justification Worksheet** in the folder provided.  Diversion Justification Worksheets are collected by Global Services supervisors or CS Shift Leads on a regular basis for tracking and Quality Assurance purposes.

This document is UNCONTROLLED when printed.
Verify currency of document against QMS
Print Date 5/28/2015

CONFIDENTIAL

MA027052

MedAire, Inc.
REV: 07/23/2008

**MEDLINK DIVERSION JUSTIFICATION WORKSHEET PROCESS**

OPS 36-10/R0
Page 7 of 7

**CROSS REFERENCES:**

| | |
|---|---|
| **FORMS** | Diversion Justification Worksheet OPS 04-08<br>Client-specific ML protocols and forms (various)<br>All other resource documents may be used as needed |
| **WI / PROCEDURE** | All MedLink Aviation related work instructions may be used as needed |
| **OTHER RESOURCES** | DL2K |
| **QUALITY RECORD** | Does this WI result in a Quality Record?   ☐ Yes   ☒ No<br>If Yes, Document title and Document Number:      ; Record location: |
| **Quality Management System Manual** | Control of Production and Service Provisions (7.5.1) |

**REVISION HISTORY**

| Rev | Date | Approval Authority (Title) | Description of Change |
|---|---|---|---|
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

This document is UNCONTROLLED when printed.
Verify currency of document against QMS
Print Date 5/28/2015

CONFIDENTIAL

MA027053

EXHIBIT 24



| | *Global Services* | Doc. No./Rev. No | OPS 04-08 R1 |
|---|---|---|---|
| | **MedLink** | Revision Date | 07/22/2008 |
| | **Diversion Justification Worksheet** | Page | Page 1 of 2 |

| Case # | Zulu Date | Zulu Time | Company Name | Flight # |
|---|---|---|---|---|
| | | | | |

| PHYSICIAN SIGNATURE | PRINT NAME |
|---|---|
| | |

**MedLink Doctor** – complete this section **only** when notified that a diversion is **ALREADY** in progress.

### DIVERSION IN PROGRESS – INITIATED BY PILOT

☐ **AGREE** Check this box if you agree with pilot's decision to divert **(CS check "MedLink Recommended")**     ☐ **DISAGREE** Check this box if you disagree with pilot's decision to divert **(CS check "Pilot Initiated")**

Explain:

### MEDLINK PHYSICAN INITIATED DIVERSION

## STEP 1: Determine Diversion Necessity

**Factors to consider prior to recommending diversion:**

☐ YES ☐ NO **Medical personnel** onboard? If yes, request evaluation of passenger by medical personnel.

☐ YES ☐ NO **Telemedicine** (e.g.Tempus) device available?  If yes, request transmission of vital signs.

**Reason for Diversion / Initial evaluation:** (Check one)

☐ Passenger is unstable.
   Describe:_____

☐ Passenger potentially unstable, unable to rule out life threat (ex. possible ACS, PE etc.).
   Describe: _____

☐ Passenger in severe distress, not life-threatening (ex. renal colic, urinary retention etc.).
   Describe: _____

☐ Passenger not unstable currently, but too long to destination (ex. COPD exacerbation, pre-term labor, etc.).
   Describe: _____

☐ Passenger with potentially unstable condition (ex. possible miscarriage, recurrent seizures, etc.), leaving area with adequate medical facilities (ex. heading over water, Africa, Central Asia, Russia, Amazon, etc.).
   Describe: _____

☐ Other.
   Describe: _____

## STEP 2: Confirm Dispatch Online for Diversion Options

| **Is Dispatch Online** ☐ YES    ☐NO<br>If **No**, CS - conference in dispatch. | **CS** - if dispatch is not involved in call provide explanation: |
|---|---|

## STEP 3: Alert Pilot to Recommended Landing Timeframe

☐ **ASAP**, closest appropriate landing facility is required due to medical necessity.

☐ **Within** _____ **hrs/min.**, closest appropriate landing facility, medical necessity allows for a larger landing window.
   (timeframe)

**This document is UNCONTROLLED when printed.**
**Verify currency of document against QMS**
**Print Date 6/28/2016**



CONFIDENTIAL

MA027054

MedAire, Inc.
REV: 07/22/2008

**MedLink Diversion Justification Worksheet**

OPS 04-08/R1
Page 2 of 2

## STEP 4: Determine Most Appropriate Diversion Points

| Diversion City, Country (IATA/ICAO) | Time to destination | Appropriate Medical Facilities |
|---|---|---|
| | | ☐ YES   ☐NO |
| | | ☐ YES   ☐NO |
| | | ☐ YES   ☐NO |

**Diversion Factors to Consider:**

☐ YES ☐ NO Does the diversion location have adequate medical facilities to care for the ill/injured passenger?

☐ YES ☐ NO Is the time of arrival at original destination **less than 1 hour?** If yes, reconsider diversion recommendation.

☐ YES ☐ NO Is the time of arrival at diversion location **greater** than 1 hour? If yes, consider reassessing the passenger for diversion necessity. ☐ **Repatch in:** _____

## STEP 5: Factors That Might Have Avoided This Diversion

☐ Personnel to administer parenteral medication.
   Describe: _____

☐ Medical personnel to better evaluate passenger condition.

☐ Medication not available in medical kit: **(name)**_____

☐ Supply or equipment issues (ex. oxygen, IV fluids, etc.)
   Describe: _____

☐ Additional medical information not available (oxymetry, 12 lead ECG, glucometer): _____

☐ Other factors that might have prevented this diversion?
   Describe: _____

**MEDLINK PHYSICIAN NOTES**

## STEP 6: EMS Arrangements

| Authority: _____ | Zulu time arranged: _____ |
|---|---|
| Contact Name/Op ID#:_____ | EMS Arranged: ☐ Yes |

**COMMUNICATION SPECIALIST NOTES**

| COMMUNICATION SPECIALIST  SIGNATURE | PRINT NAME |
|---|---|
| | |

This document is UNCONTROLLED when printed.
Verify currency of document against QMS
Print Date 6/28/2016

CONFIDENTIAL

MA027055

EXHIBIT 25



| | *Global Services Training Module* | Doc. No./Rev. No | |
|---|---|---|---|
| | MedLink Physician Orientation Program | Revision Date | 9/12/2008 |
| | **Reference Material** | Page | Page 1 of 20 |
| | **MedLink Physician Pearls for** | | |
| | **Remote Medical Care** | | |

## Glossary of terms

- Aviation
- Maritime
- Security

## Anatomy of a Patch

- Initial Call
- Communication Specialist Contact
- Information Gathering
- Paging ML physician
- Information Report to ML physician
- ML physician confirming with caller the information/report
- ML physician –
  - History of current emergency/concern
  - Condition of patient now
  - Relevant past medical/surgical history
  - Medications
  - Allergies
  - Care rendered
  - Formulate a provisional diagnosis or primary symptoms that can be treated
  - Evaluate Medical Kit contents
  - Communicate to captain/crew
  - Evaluation of Situation
  - Every patch has three different – overlapping circles that must be evaluated and considered.
    - Type of emergency (medical emergency, symptoms, complaints, age)
    - Location of the aircraft/yacht (middle of ocean, just about to leave land, over hostile territory) Time to reach assistance much longer for vessels. Closest port may not have reasonable medical resources
    - Available resources (medical kits, medical volunteers, or trained crew – need to consider medical, security, aviation resources)



**CONFIDENTIAL**

MA027355

## Anatomy of a Patch



## Crew Fit to Fly Issues

- Responsibility of FAA and Flight Physician
- Medication and flying
- Crew health
- Need to distinguish between being able to fly vs. being able to work at their job.  (I.e. flight attendant who is ill – unable to perform her duties – but able to fly deadhead back to base)
  - o Get all information and clarify
  - o Avoid crew/company politics
  - o Industrial heath issue

## Customer Service Tips

- Communication with Pilot
  - o Decision to divert is Pilot's
  - o Aircraft safety is ALWAYS primary concern
  - o MedLink physician is in an advisory role  - medical advisory to the pilot
  - o Maritime--ML doc may speak with different personnel throughout incident. Captain may initiate patch or "Medical Officer" may be Point of contact.  Captain (like pilot) has ultimate command of vessel and operational decisions.

CONFIDENTIAL

MA027356

- Crew communication
  - o Validate their concerns
  - o Repeat what was initially reported to the communication specialist.
  - o Ask if there is further information or update
  - o How is the patient now
  - o Thank them for calling/assistance
  - o Provide reassurance that they are doing a good job
  - o Tell them you are here anytime they need you and encourage them to call back if they have questions.
  - o Provide assistance in locating a medication in the kit – spell it out, confirm that the crew has the right medication, dose and route of administration. Remember that medications may have different names in different countries so may have to clarify (IE. Valium/Diazepam). Also, some meds in other countries are not the same as meds by the same name in the US.
  - o Never question the appropriateness of any call at the time. If you think it was not an appropriate use of ML advise Dr. Streitwieser that a quality assurance process should be done.
  - o The role of the ML physician is to provide medical advice for clients who are NOT in their hometown and do not have access to their normal medical provider. ML physicians should not be giving medical advice to clients who are in their hometown. This could be challenged later as a conflict with an existing patient –physician relationship and should be avoided. You should explain why you cannot give advice to them when not traveling.
  - o Communication with the flight attendants/patients/medical volunteers in-flight has changed since 911. The Captain is the filter for information – so be very clear about the information you need up front – so they don't have to keep running back and forth asking individual questions. Rarely, at the pilot's discretion – a medical volunteer may be allowed in the flight deck.
  - o This is different for maritime. May be able to speak directly with patient or at least with primary caregiver. May also have access to patient's medical profile.
  - o As in BGA (corporate clients), maritime clients are likely to be high profile individuals. May not be inclined to give name over SatCom or radio. Can give ID # from MLWW card for access to medical profile.

### Capabilities of Flight Crew to give medical assistance

- ML physicians must be aware that crews are very sensitive about performing duties beyond their ability and scope of training.
- Many airlines instruct crews NOT to perform medical duties beyond their training.
- Mistake could result in bad patient outcome and poor PR
- Asking a flight crewmember to administer i.e. epinephrine (or glucagon) in an emergency should only be done under extreme emergencies.

---

CONFIDENTIAL

MA027357

- Quite different for maritime. With exception of small vessels (under 24 meters), most vessels will have a crewperson with some medical training. This is well below the level of EMT but significantly higher than that of flight attendants. They will be able to give SC/IM injections. Some will have been shown how to start IVs (though they are probably not proficient at it). Foleys, needle Thoracostomy, NG tubes are some other invasive procedures they may have been exposed to.
- MSC (Military Sealift Command) will have medical officer aboard. Some are trained to the level of Physician Assistant but most are at a lower level

## Onboard Medical Volunteers

- MedLink does not "validates" medical credentials
- ML physicians must realize that they are working with a medical volunteer with no absolute verification of their credentials.
- Beware of imposters!
- Use onboard resources as appropriate – don't overlook pharmacists, veterinarians, pathologists, dentists, EMT's, medical/nursing students, etc.
- Responsibility of flight crew to do so according to airline policy
- Can get name of physician/nurse, etc and call hospital where they work if there is a question.
- If medical person is reluctant to assist – remind them they are covered under the MedAire insurance as long as they follow the advice of the ML physician.  There is also protection under the Aviation Good Samaritan Act. (Effective on US/domestic carriers/flights)
- Some doctors may have other motivation behind their assessment (not wanting to divert or delay their flight for personal reasons)
- ML physicians are in medical control and need to "stand their ground" if their advice differs from that of the on-board medical person – or at least give the captain both sides of the controversy.
- Possibility that there is a medical practitioner amongst the guest complement but not nearly as common as commercial aviation. Same approach applies though there are some international maritime laws that permit the vessel master (captain) considerable leeway for management offshore.

## Medical Kits/Equipment

**Medical Kits**
- Refer to the aircraft/vessel specific kit
- Maritime has a number of kits. BE SURE TO REVIEW ALL KITS FOR ITEM YOU ARE LOOKING FOR. There is not complete duplication between kits.
- Walk them thru finding what they need
- Use the color coding system (MedAire EEMK)-or their medical kit locator number or location
- Use alphanumeric identifier (e.g. C-4) for drugs if available- saves trying to spell out drugs with long names.
- Remind the crew to check for allergies before administering any medication.

CONFIDENTIAL

MA027358

## Oxygen Systems

**Maritime**
- Portable cylinders. Some vessels carry multiple cylinders.
- Ask each client what their capability is for oxygen administration if you anticipate prolonged oxygen use.
- Flow variable –0.25 liter – 25 liters
- Oxygen concentrator – Maritime utilization increasing.  Can deliver up to 10 lpm@92% - 94% FIO2
- Delivery devices include nasal cannula, simple face mask; non-rebreather mask and bag-valve mask (adult and peds).
- Manual suction (V-vac device) also available with replacement cylinder.
- Maritime oxygen can be very limited – so be aware of the limited resources when someone is placed on oxygen (i.e. hyperventilation).  Administer the flow that is appropriate for the condition of the patient (not just automatically high flow)
- Refilling of oxygen cylinders in the maritime environment can be difficult especially overseas – so use only as needed


**Aviation - Commercial**

General Information

- Portable Oxygen Concentrators  (POC)
  - It is the decision of the airline whether or not to allow the use of POCs onboard their aircraft.
  - Equipment must have sufficient batteries and be in good condition.
  - Passenger must have doctor's note stating oxygen flow, and which portions of the flight it must be used.

- Prescription oxygen – arranged preflight by prescription
  - Installed in the overhead bin by maintenance preflight
  - Flow is set according to prescription
  - Tag with doctors order attached to unit.
  - Calculations for amount of oxygen required for the duration of the flight are done preflight.  Changes in flow rate may compromise amount of oxygen available for duration of flight.

- Walk around bottles
  - Small cylinders – "walk around" bottle
  - Mask/nasal cannula
  - Flow :
    - Low flow – 2 liters

---

CONFIDENTIAL                MA027359

- High flow – 4 liters
  - o Drop down masks
    - Not used for medical emergency
    - Generally delivers 1.7 lpm oxygen

  - o Flight Crew oxygen
    - Pressure demand system
    - Quick-don masks
    - Delivers 100% oxygen

## Airline specific information

- **Virgin Atlantic** – on certain aircraft they have a seat that allows delivery of up to 6 liters for entire flight.  This oxygen system is separate from the rest of the emergency oxygen systems.
- **Corporate**
  - o Therapeutic outlets –
  - o Allow for low flow/high flow oxygen while in the seat.
  - o Walk around bottles
    - Available for transport to and from aircraft
    - Use only if therapeutic outlet not available
  - o Humidifiers

## Altitude Physiology - addressed in the altitude physiology e-learning module
- Stresses of flight
- Gas laws
- Gas will expand by approximately 25% (Boyles law)
- Sudden decompression
- Hypoxia
- Arterial oxygen levels will fall – cabin altitudes are 6-8,000 ft.  Studies show an average PO2 of an aircraft flying at 36,000 ft pressurized to 7,000 ft is about 75-for a healthy person.
- Fatigue

## Medical Issues – Prescreening

Prescreening Calls are done by the airline to determine if the passenger is "fit to fly".  Most airlines have their own policies and procedures in place, but still request ML advice. The following are guidelines and considerations.

- Refer to the Medical Guidelines for Air Travel – Physician's and Nurses Reference Manual

- British Airways has "four absolutes" for prohibiting a passenger from flying –

CONFIDENTIAL

MA027360

- o Pregnancy of 36 weeks or more (some airlines deviate from this rule and allow flight up to 38 weeks)
- o Person exhibiting noticeably bizarre behavior
- o Very ill-appearing person
- o Persons who are obviously contagious (rash – cough??)

These are reasonable to use as general criteria for all carriers if they do not have their own guidelines.

## Seizures

- Generally not advised to fly if passenger has had a seizure within 24 hours.
  - o Known epileptic - Exceptions to consider might be if the passenger has a known pattern of seizures, this last seizure was well within his "normal" seizure pattern, required no medical intervention, and is essentially stable and at his baseline.
  - o First time seizure – unknown etiology – not had medical evaluation - Not advised to fly. Considerations of drug trafficking (i.e. mule) especially if flight originates in So. America, Caribbean, Mexico, Asia, Africa.

- If someone seizes in the boarding area - boarding should be denied until medically cleared.  If medically released, attempts can be made to dissuade the patient from flying.  Question is whether you can prevent him from boarding.  American Epilepsy Foundation may protest. Mayo study with Northwest Airlines indicates seizures resulted in diversion 25% of the time
- Significant financial risk for airline.
  - o ML physician must know this is a very "hot topic"
  - o General rule – no flying within 24 hours of seizure
  - o Check for airline specific recommendations
  - o If situation falls within generic MA recommendations (above) consider special circumstances.
  - o Understand legal/political dynamics of ADA (American Disabilities Act)
  - o Be aware of your recommendation in the event of a legal battle.

## Medical Issues In-flight

- ALL ACCIDENTS THAT OCCUR IN THE AIRCRAFT MUST HAVE A MEDICAL EVALUATION **REQUESTED** UPON LANDING.  The ML physician should order the EMS to meet the plane – the passenger can always refuse treatment – but the airline will be covered for having provided emergency evaluation and care.

- Focus history and chief complaint to determine if it is a life-threatening emergency.  The most common life threatening events would include:
  - o Cardiopulmonary arrest/collapse (respiratory arrest, MI, dysarrythmais, CHF, PE)
  - o Loss of airway (severe asthma, inability of ventilate)
  - o Bleeding (GI, OB/GYN, severe epistaxis)

CONFIDENTIAL

MA027361

- o Seizures – status – intractable seizures
- o Decreased LOC – Coma

The ML physician must rule out life threatening signs and symptoms first.  Need to develop the basic questions for each disorder to isolate the life threatening events.

## Allergic Reaction

- Airway compromise
- Angioedema
- CV collapse/shock
- History of severe allergic reaction
- Significant likelihood in maritime given exposure to marine hazards/envenomations. Most vessels carry Epi-pens (adult and peds)

## Behavioral Disorders

- Is their behavior secondary to an underlying medical condition? I.e. hypoglycemia, substance abuse, hypoxia, seizure disorder (check glucose levels available on international flights – not domestic unless someone traveling with their personal glucometer)
- Be aware of potential for drug overdose due to intra-body transportation of drugs and inadvertent absorption.
- Some recreational drug use in maritime industry though this is decreasing with random drug screening.

## Aircraft/Crew safety issues

- Are they a threat to themselves or others?
- Restraint of passenger
- Physical restraints per airline protocol.  Plastic restraints, duck tape, some airlines have handcuffs, etc.
- Chemical restraints (not available domestically in US)
  - o Diazapam – IM – poorly absorbed
  - o Haldol IM (Cathay or Qantas)
- Ensure circulation and re-evaluation of passenger is done on regular intervals.

CONFIDENTIAL

MA027362

## Urological Conditions

- Urinary tract infections –
  - Not much to do in-flight.
  - This appears to be relatively common call for maritime clients (mostly female crew)
- Urinary retention –
  - NOT ALL AIRCRAFT KITS HAVE CATHETERS.
  - Foley catheters (included in some international kits) – some are self lubricating by using water
  - US kits contain catheters that need lubricant (i.e. viscose lidocaine)
  - Variety of Foley and straight cath arrangements. "MedLink kits" include standard 16fr Foley tray.
  - Increased possibility of urinary retention for older men (BPH) using Transderm-Scop patch for motion sickness in maritime
- Kidney stones
  - Younger, healthy person, previous history of stones, same kind of pain
    - Treat pain with onboard mediations (i.e. ibuprofen, morphine, etc)
  - Older person >60, ASVD risk factors( hypertension, smoker, first time (suspected) kidney stone
    - Blood in urine, acute flank pain
    - Could be an aortic aneurysm (rupturing)- Potential diversion

## Burns

Common onboard burn injuries are:
- Scalds from hot liquids (hot coffee, hot water)
- Pepper spray – no calls
- Treatment – rapid cooling, remove clothing – use the water gel in the kits.
- Occasional eye irritation from de-icing – flush with water (use bottled water or eye irrigation from the kits - as it is impossible to use the sinks and faucets for eye flushing)
- Less common – inhalation burns, eye burns, chemical burns
- All people will get an EMS evaluation.
- Also common in maritime. Thermal, friction, flame, chemical. Severe sunburn. Maritime also has equivalent of "snow blindness" though not as severe

## Cardiac

Cardiac Arrest
- Most airlines do not have intubation or advanced airway equipment
- Medications are very limited.  Some airlines have the kits with basic ACLS medications – i.e. epinephrine, lidocaine, atropine.  However, it is often difficult to determine what arrythmia you are treating

CONFIDENTIAL

MA027363

- The AED is not supposed to be used for monitoring purposes – however, if there is a healthcare provider who can read EKG's and medications are being considered – the AED may be used to evaluate the heart rhythm during drug administration.
- Few, if any, maritime clients are ACLS prepared or carry advanced airway equipment.

**Chest Pain**
- RDT has capability of a 12 lead – physician who knows how to use the bio-log could get close to a 12 lead.
- Defibrillator should not be used as a monitor – not approved by the FDA and wears down the battery. Most airlines do not have an AED that has a workable screen. United is one of the only airlines with a screen – they are not a MA client)
- Discussion regarding the differences in presentation of angina among males/females/diabetics
- If the passengers pain can be relieved with the resources onboard (oxygen, nitrates, morphine, etc) position is stronger for continuing the flight rather than diverting.
- If the chest pain is ongoing for more than 20 minutes and the chest pain and shortness of breath cannot be relieved with onboard resources – this is a strong case for diverting (potential coronary syndrome).
- Involve the family and patient and pilot – discuss the facts regarding the onboard resources, possible risks of continuing, and how effective the onboard resources may or may not be. Cardiac situation are a high category of diversions and course of action is often not clearly defined – try to involve medical personnel who can get more detailed history and firsthand knowledge of physical symptoms. All medical kits contain ASA

**Palpitations**
- Very few arrhythmias are diagnosed in-flight or onboard and even fewer have a definite course of action that can be taken.

**Circulatory**

**DVT**
- ASA has not been shown to prevent DVT – but often the ML physician will administer anyway for pain.
- Some British physicians think it may reduce the risk slightly and may recommend aspirin.
- Some maritime clients have low molecular weight heparin in their medical kit – None of the airlines have lovenox in their kits - so treatment options limited to comfort measures.

CONFIDENTIAL        MA027364

## Death in flight

General rule is that no one is pronounced dead in-flight – except under very unusual circumstances and it is medically appropriate to do so. (Rigor mortis, dependant levity, AED with monitor screen showing asystole) However, there are severe consequences (legal and logistical) that occur if someone is pronounced dead in-flight.  If an onboard physician wants to pronounce a passenger dead – the ML physician must make him aware of the legal implications and serious repercussions that can ensue if he were to do that.

- If a death is pronounced, the FAA may consider it a crime scene.
- If international flight – the body cannot leave the borders of that country
- The plane and passengers can be held
- If an onboard physician wants to declare death – he must accompany the body to the hospital and complete the paper work, questioning, etc.
- The captain is required to report any death or infectious disease to the port authorities prior to landing. (see infectious disease/CDC)

Flight crews are trained to continue CPR until:
- The scene becomes unsafe
- Breathing and circulation resume
- CPR has continued for 30 minutes with no response and landing is not imminent.
- They are too exhausted to continue CPR (would be more common in corporate due to limited crew)
- Until directed to stop by the ML physician
- During long distance flights, if the AED and CPR are not effective, the ML physician may direct the crew to stop CPR – this does not mean that the patient has been pronounced
- The care of the patient has been turned over to the EMS upon landing.

## Crew support
- The crew needs to be commended for a job well done even when the person dies.  They often feel they were lacking in their response and it is important to tell them that in spite of doing everything right, people still die.

## Family support
- Family will need a lot of support from the crew
- ML physician can assist to make sure this is addressed and not overlooked.

## Care of body
- Crews are to stop CPR,
- Make the passenger comfortable,
- Place body bag under the lower part of the body,
- Place a pillow under the head,
- Apply an oxygen mask (with oxygen turned off)
- Cover the body completely to the neck with a blanket.
- Seat family with the body – attempt to isolate from other passengers if possible.

CONFIDENTIAL

MA027365

## Do Not Resuscitate Orders/ DNR - Living Will

Generally – people do not bring their DNR papers on their flight with them.  There is no legal enforcement for DNR in these situations.  In general DNR orders are not valid.

- Are not recognized in flight
- No way to verify the orders
- Resuscitate the passenger

Possible exceptions
- The DNR orders were sent to the airlines legal department for approval prior to the flight and have determined that they will honor the order.  I.e. Cathay Pacific has identified passengers who are DNR and have accepted them onboard with the understanding that they will not divert if anything happens to the passenger – ML puts the flight on a "Trip Watch – No divert" status.
- ML is able to contact the passenger's doctor and discuss the case and resuscitation directives with him.  In this situation – resuscitation efforts may be halted. Or- the situation is hopeless-cachectic patient with massive hemoptysis/Gi Bleed. Be reasonable
- Issues upon landing

## Death on board – Maritime
- Crew support
- International legal issues
- Storage of body
- Can store a body in the freezer onboard if at sea.
- Body bags available on most large vessels
- International laws will be confusing (e.g. death of a South African crewmember on a Cayman-flagged vessel with an American owner chartering for a group of Germans while in Australia). Handle with input from vessel master and arrival port authorities.
- Post-mortem procedures detailed in Ship Captain's Medical Guide

## ENT

## Ear pain
- Decongestants
- Shouldn't fly with congestion/ear infection
- Pain medication
- Chew gum, yawn, val salva maneuver clearing ears
- Sometimes see the use of cups and hot towel over the ears.  As the water cools, it will draw the TM out when you are descending.  ML should encourage the use of decongestant nasal spray as an alternative to this.
- Should follow up with their doctor to check for infection or if the TM bursts.
- Ear squeeze for diving--consult DAN when necessary

---

CONFIDENTIAL

MA027366

**Nose bleeds**
- Expel clots
- Hold pressure with head up
- Nasal decongestant may help to shrink tissues and use with pressure
- Uncontrolled and excessive epistaxis may require diversion.

**Sore throat**
- Symptomatic care

**Foreign Body**
- Common call is passenger thinks they swallowed glass in their drink
- Follow up  with their doctor – nothing to do in-flight

**Gastrointestinal**

Question is what can you treat?

Most airlines do not carry IV fluids or if they do they carry only a small amount that is not sufficient to rehydrate.

**Heart burn**
- Treat with antacids
- Consider cardiac cause

**Abdominal pain/ surgical abdomen**
- Evaluate the patient, resources, time, location etc to determine best course of action.  Some may be diverted while others may continue.
- Abdominal spasms/cramps – can treat with Hyoscine (injectable or oral) which many airlines carry
- Diarrhea :
  - treat with Imodium
  - Codeine/rehydration with ice chips and ginger ale.  The rehydration salts do not taste good.

**Nausea/vomiting**
- Treat with antiemetic (many airlines have both oral and IV forms)
- Most airlines do not have IV fluids onboard
- Corporate clients may have the fluids but they are not taught to start IV's
- rehydration

CONFIDENTIAL

MA027367

**Hemorrhoids – bleeding**
- Advise to pack rectum to stop bleeding
- Divert for excessive bleeding

**Infectious Disease**

Resource: www.cdc.gov and www.who.int
- Universal Precautions
- SARS – certain airlines will prevent anyone with a fever of 38 ° or higher to fly during outbreaks of contagious disease
- Keep track of current information regarding infectious diseases worldwide.
- If someone develops symptoms of infectious respiratory illness in-flight the flight attendants should:
    - Offer a surgical mask to the passenger who is coughing/sneezing to prevent spread of infection.
    - If passenger unable to tolerate the mask – the FA should wear the mask when caring for the passenger.
    - Give passenger tissues, disposal container.  Encourage frequent hand washing and use of hand gels.
    - Use universal precautions (gloves, hand washing)
    - Isolate from other passengers in an area of the plane where their air is less likely to be recirculated.
- Isolation/quarantine issues
    - Respiratory
    - Contact surface
    - Blood borne pathogens
    - Vector borne
        - Aircraft disinsection
- Treatment
- Cleaning aircraft/yacht – see CDC guidelines
- Reportable cases per CDC guidelines

**Neurological**

**Seizures** – see prescreening
- First time seizure – Not advised to fly.  Considerations of drug trafficking (i.e. mule) especially if flight originates in So. America, Caribbean, Mexico, Asia, Africa.
- Always consider an underlying medical cause (i.e. hypoglycemia, drug overdose, hypoxia, cardiac arrhythmia)
- Treat with valium or ativan – valium IM is absorbed very erratically.

CONFIDENTIAL                    MA027368

## Vasovagal – most common complaint in-flight

- Often mistaken for a seizure
- Standard treatment
    - Always place patient in supine position – recovery position
    - Administer oxygen
    - In the event of profound altered mental status (comatose) and condition cannot be reversed - diversion is required
    - Give sweet liquids when fully awake and able to swallow
    - Note age of patient
        - Young healthy patient – usually ok with prolonged period of hypotension and light-headedness
        - Older person with possible cardiac disease – could be cause for diversion if event is prolonged.
        - History of – pregnancy?, antihypertensives?, cardiovascular disease?  Diabetes?

## CVA

May be questioned about the need for immediate diversion for thrombolytics for treatment of stroke (AHA has big public information campaign)  ASA should only be given if sure that CVA is not a hemorrhage – no way to tell unless CT done!

- Involve passenger and family – this is essential
- Explain location, time constraints to divert, reach hospital, and complete evaluation/tests for safe administration of the drug.  The timeframe for thrombolytics may expire before the plane can land, transport to appropriate facility, do CT scan and give the medication IF it is even appropriate.
- Give option of diversion to family, patient – allow them to make the decision with you.

## OB/Gyn

### Preterm Labor

- Regardless of how advanced the pregnancy is – if pre-term labor begins – the rule of thumb is to administer terbutaline 0.25 mg s.c. may repeat q30min up to 1.0 mg (available on some international flights).
- Divert for all preterm labor – 18 weeks or greater

### Childbirth in-flight

- If the pregnancy is <36 weeks and delivery is imminent – consideration to diverting to the nearest hospital with a neonatal ICU for care of the infant.
- Divert for all laboring patients –
- Has not happened on a yacht or commercial ship in several decades. May be different for cruise industry but still extremely rare.
- Documentation
    - Time of birth
    - Note meconium staining

CONFIDENTIAL

MA027369

- o Note quality and strength of cry (APGARS) (see attached APGAR Scoring System)
- o Note overall color
- Birth certificate
  - o Note time of birth
  - o Sex
  - o Birthplace is country of origin of parents (if parents are different nationality – would it be the mother?)
- Medical Care
  - o Instruct crew in delivery process
  - o After delivery care
  - o Delivery of placenta
  - o Uterine massage following delivery
  - o Encourage breast-feeding to stimulate uterine contraction.
  - o Some airlines (international carriers) carry ergotamine, pitocin

## Spontaneous AB
- Potential for severe bleeding
- If bleeding is severe – divert

## Possible tubal pregnancy
- Severe pain
- Evaluate the location, flight time, destination resources
- Diversion will be dependent upon the location, flight time, and destination resources.  Assess each case individually

## Orthopedic

Severe turbulence can result in severe orthopedic, spinal and back injuries and other severe trauma is possible
- Aviation – splint and seek medical assistance
- Maritime – if underway – may require ML physician to assist in relocation, splinting and stabilization for the long term until they can get medical assistance.
- Open fractures – maritime – should give antibiotics (oral and IV available)
- The ML physician may have to talk crew thru an orthopedic reduction if there is a dislocation.
- Maritime clients may have vacuum splints, backboard and HARE traction splint. Crew will likely need some direction for application and on-going assessment

CONFIDENTIAL

MA027370

*

## Pediatrics

- Many airlines do not carry meds that are appropriate or dosed for kids.
- Communications Specialists will request the weight of the child when getting the initial report.
- "The airline has the authority to provide care for unaccompanied minors".
- Some parents travel with pediatric medications.
- Very difficult to adapt adult meds for pediatric use.
- Pediatric kits are available to clients. Refer to individual kit lists.

## Substance Abuse

- Accidental drug overdose cases
    - not an automatic diversion
    - depends on patient condition, age, substance
    - Treatment
        - Naloxone if available by a medical person – can give sublingually, subcutaneous or IM
- Pearls for detecting possible "drug mule"
    - Flight originates from certain high risk locations (south America, Caribbean, Mexico, Africa)
    - Healthy person – first time seizure
    - Seizure is "real" as opposed to a Vasovagal or hypotensive event.
    - Secondary sign – history of not eating or drinking anything during the flight.

## Respiratory

### Asthma

- Treat with Albuterol or other beta agonist for bronchial dilation and oxygen
- All airlines carry the epi pen and an inhaler
- Personal "plug in" nebulizers are not functional in-flight due to the differences in electrical currents – not recommended to use these in-flight.
- There are oxygen concentrators available – battery pack – concentrates oxygen for personal use.

### Hypoxia

- Cabin altitudes are 6,000 – 8,000 ft.
- Normal for the respiratory rate to increase to accommodate for the decreased oxygen – reduced FiO2
- Refer to altitude physiology module

CONFIDENTIAL

MA027371

## Pulmonary Embolism – HIGH PROFILE

- Symptoms can be subtle or severe
- Risk factors (long flights, recent travel, smoker, obese, inactive, recent surgery, birth control pills)
- Tachypnea, tachycardia, chest pain, painful or swollen leg, shortness of breath.
- Divert if suspect PE – high profile legal cases. – error on the side of caution.

## Trapped Gas Disorders – see altitude physiology module

- Air embolism
- Bends
- Decompression Sickness
- Some vessels carry complete recompression facilities on-board

## Diversion

### Considerations for diversion

Diversions are very costly to the airline and should only be done if medically necessary.  Issues that concern airlines when a flight is diverted are (time, expenses, crew rest issues, aircraft maintenance, disruption of flight schedule, passengers who miss connecting flights, passengers/planes are late, may have delays on the ground if crew are out of duty time, etc)

### Authority to divert

- Ultimately the pilot in command – but he may ask ML directly for our recommendation.  If medical situation requires diversion – explain reasons why you recommend diversion (medical condition, deterioration if treatment delayed, lack of resources onboard, complications, what you think might be wrong with the passenger (SOB, tachycardia, calf pain – DVT/PE) communicate clearly your medical rationale for diversion or not to divert.

### Evaluation for Diversion

- **Location –**
  - Where is the aircraft located now? (Middle of the ocean? Hostile/unsecure territory? Just about to leave the mainland and heading toward water?)  How long to the next appropriate destination?  Considerations for appropriate medical care at that location as well as aircraft landing/servicing capabilities.  Security concerns.
  - Maritime may have similar security concerns but not as much activity in hostile areas. Weather is significant diversion factor. Must work with vessel master to determine most expedient port of refuge or diversion.

---

CONFIDENTIAL

MA027372

- **Resources** – in-flight, at potential destination for diversion
  - Medical – are there the medical resources onboard? (medical volunteers, first aid kits, EEMK, oxygen) What medical care does the patient need (CT, stroke team, cardiac team, OB etc) and do the potential diversion sites have those medical resources?
  - Sometimes the medical resources at the destination are not as good as some enroute – passenger's medical condition indicates he will need hospitalization - the medical resources at the destination may not be appropriate – diversion may be necessary then.
  - Security – Is it safe for passengers and aircraft to divert? How is security in the potential diversion sites? What are the security risks in the region? (i.e. Iraq, Middle East)
  - Aviation – are there resources available to handle the size aircraft safely (runway length, landing support, emergency support, refueling, passenger handling etc) May need to dump fuel
- **Emergency situation** –
  - What medically justifies a diversion?
  - What is the medical emergency? Does it require immediate medical intervention – or can it be handled safely in-flight and have medical evaluation upon arrival. What are the complications if you don't divert? Is the medical condition likely to worsen and compromise life or limb? Is it time critical? And is diversion going to meet the time requirement?
- **Family/crew considerations.**
  - Sometimes diversion is done for humane reasons – intractable pain from kidney stone, etc. and no one is onboard who can administer pain medication. Not a medical emergency. May want to involve passenger/family in decisions (time to destination, vs. diversion)
  - Sometimes it might be necessary to divert if the family or crew is insistent and want to divert, even if there is no real need to divert.
  - They need to be informed about what that means to them (they will be in a foreign or unfamiliar city, unknown healthcare, etc)
- **Bottom line for diversion decision** –
  - If there are equal medical resources in several places – decision should be the location, which saves the most time/capable of landing the aircraft (runway size, fueling resources etc).
  - Is patient stable enough to make destination – or is diversion required.

## Airline Specifics

**British Airways**
- Does not like to involve onboard medical personnel
- Will always consult MedLink first
- If MedLink wants a medical professional to evaluate – must ask BA flight attendant to do so.

CONFIDENTIAL         MA027373

## Ongoing Medical Care – Maritime

Maritime presents different set of concerns.  There are two phases of medical care:

1)  Emergency/immediate situation

2)  Ongoing care –

- Maritime emergencies that occur at sea – while underway – have to be managed after the initial first aid.  Unlike other calls, these situations are in the most remote place on earth – often there is no ability to evacuate – so ongoing care is essential.
- The ML physician must consider all the aspects of ongoing patient care that is required over several days.  Emergency care is often the same – but you can't leave someone on a backboard for several days – so the ML physician must recognize the remoteness of the situation and assist the crew in more in-depth patient assessment and management techniques.

### Ongoing Care Resources
- Nursing care (involve nursing for procedures i.e. Foley, insertion of NG, injections, ongoing nursing care for critically ill, etc)
- Physician specialists for ongoing care (i.e. managing a cardiac patient onboard while waiting for evacuation)

### Evacuation Resources
- **Helicopter evacuation**
  - Some vessels have embarked aircraft. Consider possibility of utilizing these airframes to perform evacuation.
  - Motor yachts MAY have ability to land SAR aircraft but this is unlikely. They will probably perform a basket-lift of the patient. Most crews are schooled in this procedure.
  - Sailing vessels will need to put patient in rescue boat or tender to do basket lift away from vessel (due to running and standing rigging supports of mast(s). Need consider potential hazards to patient/crew involved in this scenario.

- **Coast Guard evacuation**
  - May be able to evacuation to CG vessel instead of aircraft. However, if yacht is this close to shore, may be more expedient to continue to destination/diversion.
  - Possibility of mid-ocean evacuation to larger vessel (commercial ship, cruise ship, military ship, oil rig). Very hazardous undertaking but allows for larger platform to eventually land SAR helicopter.
  - Key is to coordinate all SAR evacuations with vessel master
  - Communication Specialists can determine appropriate global SAR region and contact numbers using database.

CONFIDENTIAL

MA027374