Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710
*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

-----------------------------------------------------x

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O. and JESSICA MONAS, M.D.,<br><br>Defendants. | No.: 2:14-CV-00420-SMM<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBIT** |

-----------------------------------------------------x

Pursuant to Rule II. N. 2. of the Electronic Case Filing Administrative Policies and

Procedures Manual of the United States District Court for the District of Arizona, plaintiff

Linda Ann Baillie, by and through her attorneys, respectfully requests the Court to grant leave to permit her to file a compact disc ("CD") containing the audio recordings of the communications between MedLink and the crew on board British Airways Flight 289 on March 23, 2012, as well as MedLink's subsequent communications with British Airways' Operations Control and Phoenix Airport Crash Fire and Rescue regarding Flight 289, in non-electronic form.  The audio recordings have been designated as Exhibit 8 on Plaintiff's Exhibit List for Controverting Statement of Facts and Separate Statement of Facts (Doc. 91), which was filed on November 1, 2016 in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment (Doc. 90) in these proceedings.

  The CD containing the audio recordings needs to be filed in non-electronic form because the audio recordings of the Medlink communications are in "WAV" form audio file format.  It is plaintiff's understanding that the audio files are not convertible to an electronic form that can be accepted by the Court's ECF filing system.

  Plaintiff's counsel has discussed this motion with Mark C. Dangerfield, counsel for defendants, and defendants do not oppose the filing of the CD.

Dated:  November 3, 2016    KREINDLER & KREINDLER LLP

            By: /s/ Francis G. Fleming
              Francis G. Fleming, 004375
              Robert J. Spragg, *pro hac vice*
              750 Third Avenue, 32nd Floor
              New York, NY 10017
              Tel.: (212) 687-8181
              Fax: (212) 972-9432
                -and-
              Steven M. Dichter, 004042

CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Tel.: (602) 792-1700
Fax: (602) 792-1710

*Attorneys for Plaintiff*
*Linda Ann Baillie*

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2016, I electronically transmitted the foregoing document electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

                        */s/ Francis G. Fleming*
                        FRANCIS G. FLEMING