IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

-------------------------------------------------------x

LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, Deceased,

                      Plaintiff,

    v.

MEDAIRE, INC., STEVEN JOE REINHART, D.O., and JESSICA MONAS, M.D.,

                      Defendants.

-------------------------------------------------------x

No.: 2:14-CV-00420-SMM

**ORDER**

    Pending before the Court is plaintiff Linda Ann Baillie's Unopposed Motion for Leave to File Non-Electronic Exhibit (Doc. 92). Accordingly, good cause appearing,

    **IT IS HEREBY ORDERED** that plaintiff Linda Ann Baillie's Unopposed Motion for Leave to File Non-Electronic Exhibit is **GRANTED**. Plaintiff may file the CD containing the audio recordings of the communications between MedLink and the crew on board British Airways Flight 289 on March 23, 2012, as well as MedLink's subsequent communications with British Airways' Operations Control and Phoenix Airport Crash Fire and Rescue regarding Flight 289, with the Clerk of Court in non-electronic form. In doing so, plaintiff shall comply with Rule II. N. 2. of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the District of Arizona in all respects.

    Dated this ___ day of November, 2016

                                              _____
                                              Honorable Stephen M. McNamee
                                              Senior United States District Judge