**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Ann Baillie,<br>  Plaintiff,<br>v.<br>Medaire Incorporated, et al.,<br>  Defendants. | No. CV-14-00420-PHX-SMM<br>**ORDER** |

  Pending before the Court is Plaintiff's unopposed motion for leave to file a non-electronic exhibit. (Doc. 92.) Plaintiff seeks leave to file a physical exhibit, a compact disc, containing the audio recordings of communications between MedLink and the crew on board British Airways flight 289 on March 23, 2012, as well as MedLink's subsequent communications with British Airways' Operations Control and Phoenix Airport Crash

//
//
//
//
//
//
//
//
//

1  Fire and Rescue regarding Flight 289. The audio recordings have been designated as
2  Exhibit 8 on Plaintiff's Exhibit List for Controverting Statement of Facts and Separate
3  Statement of Facts. (Doc. 91.)
4      Pursuant to LRCiv 5.5(c), Section II(N)(2) of the Electronic Case Filing
5  Administrative Policies and Procedures Manual for the District of Arizona, and good
6  cause appearing,
7      **IT IS HEREBY ORDERED** granting Plaintiff's motion for leave to file a non-
8  electronic exhibit. (Doc. 92.) The Clerk of the Court is directed to accept for non-
9  electronic filing Plaintiff's compact disc.
10     Dated this 7th day of November, 2016.

_____
Honorable Stephen M. McNamee
Senior United States District Judge