Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710
*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

-----------------------------------------------------x

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O. and JESSICA MONAS, M.D.,<br><br>        Defendants. | No.: 2:14-CV-00420-SMM<br><br>**NOTICE OF FILING NON-ELECTRONIC EXHIBIT** |

-----------------------------------------------------x

Pursuant to the Court's Order dated November 7, 2016 (Doc. 93), LRCiv. 5.5(c)

and Section II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures

Manual of the United States District Court for the District of Arizona, plaintiff Linda Ann Baillie, by and through her attorneys, respectfully gives notice to the Court and to defendants that a copy of this Notice and two copies of the compact disc ("CD") containing the audio recordings of the communications between MedLink and the crew on board British Airways Flight 289 on March 23, 2012, as well as MedLink's subsequent communications with British Airways' Operations Control and Phoenix Airport Crash Fire and Rescue regarding Flight 289, will be delivered by plaintiff to the Clerk of the Court by overnight delivery.  A copy of the Index of the audio files on the CD and a paper photocopy of the CD which will be filed are attached hereto as Exhibit A.

      The audio recordings have been designated as Exhibit 8 on Plaintiff's Exhibit List for Controverting Statement of Facts and Separate Statement of Facts (Doc. 91).

Dated:  November 8, 2016         KREINDLER & KREINDLER LLP

By: /s/ Francis G. Fleming
Francis G. Fleming, 004375
Robert J. Spragg, *pro hac vice*
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432
    -and-
Steven M. Dichter, 004042
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Tel.: (602) 792-1700
Fax: (602) 792-1710

*Attorneys for Plaintiff*
*Linda Ann Baillie*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2016, I electronically transmitted the foregoing document electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

                                        */s/ Francis G. Fleming*
                                        FRANCIS G. FLEMING

-3-