# EXHIBIT A

Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710
*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

-------------------------------------------------x

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O. and JESSICA MONAS, M.D.,<br><br>Defendants. | No.: 2:14-CV-00420-SMM<br><br>**INDEX FOR CD DESIGNATED AS EXHIBIT NO. 8 ON PLAINTIFF'S EXHIBIT LIST ATTACHED TO PLAINTIFF'S CONTROVERTING STATEMENT OF FACTS AND SEPARATE STATEMENT OF FACTS (DOC. 91)** |

-------------------------------------------------x

Pursuant to the Court's Order dated November 7, 2016 (Doc. 93), LRCiv. 5.5(c)

and Section II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures

Manual of the United States District Court for the District of Arizona, plaintiff Linda Ann Baillie, by and through her attorneys, respectfully submits this Index of the "WAV" audio files on the compact disc ("CD") designated as Exhibit 8 on Plaintiff's Exhibit List for Controverting Statement of Facts and Separate Statement of Facts (Doc. 91).

These files contain the audio recordings of the communications between MedLink and the crew on board British Airways Flight 289 on March 23, 2012, as well as MedLink's subsequent communications with British Airways' Operations Control and Phoenix Airport Crash Fire and Rescue regarding Flight 289.

| Bates-Stamp No. | File No. | File Description |
| --- | --- | --- |
| BA 0579 | 1. | First Call 1845 UTC.wav |
| BA 0580 | 2. | First Call – Medlink Doctor Joins the Call 1850 UTC.wav |
| BA 0581 | 3. | Repatch #1 1912 UTC.wav |
| BA 0582 | 4. | Repatch #1 Medlink Doctor Rejoins the Call 1918 UTC.wav |
| BA 0583 | 5. | Repatch #2 2234 UTC.wav |
| BA 0584 | 6. | Repatch #3 2252 UTC Dr.wav |
| BA 0585 | 7. | Repatch #3 BA Dispatch Joints the Call.wav |
| BA 0586 | 8. | Call to Ops in ORD.wav |
| BA 0587 | 9. | Update to BA Ops 1652.wav |
| BA 0588 | 9.1 | Local BA PHX Operations.wav |
| BA 0589 | 9.2 | Call to PHX Crash Fire Rescue.wav |

| | | |
|---|---|---|
| 1 | Dated:  November 8, 2016 | KREINDLER & KREINDLER LLP |
| 2 | | By: /s/ Francis G. Fleming |
| 3 | | Francis G. Fleming, 004375 |
| | | Robert J. Spragg, *pro hac vice* |
| 4 | | 750 Third Avenue, 32nd Floor |
| 5 | | New York, NY 10017 |
| | | Tel.: (212) 687-8181 |
| 6 | | Fax: (212) 972-9432 |
| 7 | | -and- |
| | | Steven M. Dichter, 004042 |
| 8 | | CHRISTIAN DICHTER & SLUGA, P.C. |
| | | 2700 North Central Avenue, Suite 1200 |
| 9 | | Phoenix, AZ 85004 |
| 10 | | Tel.: (602) 792-1700 |
| | | Fax: (602) 792-1710 |
| 11 | | |
| 12 | | *Attorneys for Plaintiff* |
| | | *Linda Ann Baillie* |

-3-

