# Exhibit A

# Exhibit A

Page 1

```
            UNITED STATES DISTRICT COURT
            CENTRAL DISTRICT OF CALIFORNIA

            CASE NO.: CV13-4681 SVW (RZx)

LINDA ANN BAILLIE, individually   )
as Personal Representative of     )
the Estate of JAMES DONALD        )
BILLIE, II, and on behalf of all  )
heirs and next of kin of JAMES    )
DONALD BAILLIE II, deceased,      )
                                  )
            Plaintiff,             )
                                  )
   vs.                            )
                                  )
BRITISH AIRWAYS PLC,              )
                                  )
            Defendant.             )


                 VIDEO DEPOSITION


DEPONENT:    EWA VAN DEN BERG

DATE:        Thursday, May 29th, 2014

TIME:        9:07 a.m.

LOCATION:    London Heathrow Marriott Hotel,
             Bath Road, Harlington, Hayes
             UB3 5AN England

COURT REPORTER:  Audrey Shirley, MBIVR-407, CAT QRR
```

Deposition of EWA VAN DEN BERG taken May 29, 2014
BAILLE, et.al. v BRITISH AIRWAYS PLC

385

```
 1                CERTIFICATE OF COURT REPORTER.
 2
 3                       I, Audrey Shirley, Accredited Court
 4       Reporter, Member of the British Institute of Verbatim
 5       Reporters, Qualified Real-time Reporter, hereby
 6       certify that the foregoing testimony was recorded by
 7       me stenographically and thereafter transcribed by me;
 8       and that the foregoing transcript is a true and
 9       accurate verbatim record of the said testimony, to the
10       best of my skill and ability.
11                       I further certify that I am not
12       a relative, employee or counsel of any of the parties
13       of the within cause, nor am I an employee or relative
14       of any counsel for the parties, nor am I in any way
15       interested in the outcome of the within cause.
16
17
18       Signed  ..... Audrey Shirley .........
19       Audrey Shirley, CAT, MBIVR, QRR
20       Date    June 1st, 2014
21
22
23
24
```

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

LINDA ANN BAILLIE, Individually,         Case No:
and as personal Representative
of the Estate of JAMES DONALD            2:14-cv-00420-DJH
BAILLIE, II, deceased, and on
behalf of all heirs and next of
kin of JAMES DONALD BAILLIE, II,
deceased,

       Plaintiff,

  vs.

MEDAIRE, INC., STEVEN JOE REINHART,
D.O., JESSICA MONAS, M.D., RATAN K.
VERMA, M.D., and BRITISH AIRWAYS PLC,

       Defendants.

_____/


VIDEO DEPOSITION


DEPONENT:  RATAN K. VERMA, MBBS BSc MRCP FRCR

DATE:      Friday, December 5, 2014

TIME:      9:56 a.m.

LOCATION:  Marriott Leicester Hotel

          Grove Park

          5 Smith Way, Enderby

          Leicester LE19 1SW England

REPORTER:  Michele E. French, CSR-3091, RMR, CRR

Deposition of RATAN VERMA, M.D. taken December 5, 2014 in Leceister, England
BAILLE, et.al. versus MEDAIRE, INC , et.al.

135

```
 1                    CERTIFICATE OF NOTARY
 2
 3     STATE OF MICHIGAN           )
 4                                 ) SS
 5     COUNTY OF INGHAM            )
 6
 7     I, MICHELE E. FRENCH, a Notary Public in and for the
 8     above county and state, do hereby certify that the
 9     above deposition was taken before me at the time and
10     place hereinbefore set forth; that the witness was by
11     me first duly sworn to testify to the truth, and
12     nothing but the truth; that the foregoing questions
13     asked and answers made by the witness were duly
14     recorded by me stenographically and reduced to
15     computer transcription; that this is a true, full and
16     correct transcript of my stenographic notes so taken;
17     and that I am not related to, nor of counsel to either
18     party nor interested in the event of this cause.
19
20     Dated:    December 16, 2014
21                  _____
22                  Michele E. French, CSR-3091, RMR, CRR
23                  Notary Public, Ingham County, Michigan
24                  My Commission Expires:  December 2, 2017
```

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

LINDA ANN BAILLIE, individually, as ) No. 2:14-cv-00420-SMM
Personal Representative of the      )
Estate of JAMES DONALD BAILLIE, II, )
and on behalf of all heirs and next )
of kin of JAMES DONALD BAILLIE, II, )
deceased,                           )
                                    )
                                    )
            Plaintiffs,             )
                                    )
    vs.                             )
                                    )
MEDAIRE, INC.; STEVEN JOE REINHART, )
D.O.; and JESSICA MONAS, M.D.,      )
                                    )
            Defendants.             )
_____)

VIDEOTAPED DEPOSITION OF ROBERT C. CANDIPAN, Ph.D., M.D.

Scottsdale, Arizona

September 22, 2015

9:03 a.m.

Reported by:

Jennifer Honn, RPR

Arizona CR No. 50885

2

```
 1  STATE OF ARIZONA   ) SS.
                       )
 2  COUNTY OF MARICOPA )

 3          BE IT KNOWN that the foregoing proceedings were
    taken before me, JENNIFER HONN, certified Reporter No.
 4  50885, that the witness before testifying was duly sworn
    by me to testify to the whole truth; that the foregoing
 5  pages are a full, true and accurate record of the
    proceedings, all done to the best of my skill and
 6  ability; that the proceedings were taken down by me in
    shorthand and thereafter reduced to print under my
 7  direction.

 8
            [x] Review and signature was requested.
 9          [ ] Review and signature was waived.
            [ ] Review and signature not required.
10

11          I CERTIFY that I am in no way related to any of
    the parties hereto nor am I in any way interested in the
12  outcome hereof.

13          I FURTHER CERTIFY that I have complied with the
    ethical obligations set forth in ACJA 7-206. Dated at
14  Phoenix, Arizona, this 6th day of October, 2015.

15                      [signature: Jennifer Honn]

16                      _____
                        Jennifer Honn, Certified Reporter
17                      Arizona CR No. 50885

18                              *  *  *

19
        I CERTIFY that Morris-Crowe Court Reporting, LLC,
20  has complied with the requirements set forth in ACJA
    7-206.  Dated at Tempe, Arizona, this 6th day of
21  October, 2015.

22
                        [signature: Cyndi M os Crowe]
23

24                      _____
                        Morris-Crowe Court Reporting, LLC
25                      Arizona RRF No. R1001
```

```
   1                    UNITED STATES DISTRICT COURT
                         CENTRAL DISTRICT OF CALIFORNIA

                  CASE NO.: CV13-4681 SVW (RZX)

       LINDA ANN BAILLIE, individually )
       as Personal Representative of   )
       the Estate of JAMES DONALD      )
       BILLIE, II, and on behalf of all)
       heirs and next of kin of JAMES  )
       DONALD BAILLIE II, deceased,    )
                                       )
                 Plaintiff,             )
                                       )
         vs.                            )
                                       )
       BRITISH AIRWAYS PLC,            )
                                       )
                 Defendant.             )


                      VIDEOTAPED DEPOSITION


       DEPONENT:    ALASTAIR GRANT

       DATE:        Thursday, October 22nd, 2015

       TIME:        3:59 p.m.

       LOCATION:    Gatwick Sofitel Hotel,
                    Gatwick Airport North Terminal,
                    Crawley, West Sussex RH6 0PH

       COURT REPORTER:  Audrey Shirley, MBIVR-407, CAT QRR
```

Page 73

1        CERTIFICATE OF COURT REPORTER

2

3           I, Audrey Shirley, Member of the British

4     Institute of Verbatim Reporters, Accredited Court

5     Reporter, Qualified Real-time Reporter, hereby certify

6     that the foregoing testimony was recorded by me; and

7     that the foregoing transcript is a true and accurate

8     verbatim record of the said testimony, to the best of

9     my skill and ability.

10              I further certify that I am not a

11    relative, employee or counsel of any of the parties of

12    the within cause, nor am I an employee or relative of

13    any counsel for the parties, nor am I in any way

14    interested in the outcome of the within cause.

15

16

17           Signed: ..........*Audrey Shirley*..........

18           Audrey Shirley, ACR, MBIVR, QRR

19           Date:  October 24th, 2015

20

21

22

23

24

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

```
LINDA ANN BAILLIE, individually,    )
as Personal Representative of the   ) No.2:14-cv-00420-SMM
Estate of JAMES DONALD BAILLIE,     )
II, and on behalf of all heirs and  )
next of kin of JAMES DONALD         )
BAILLIE, II, deceased,              )
                                    )
        Plaintiff,                  )
                                    )
     vs.                            )
                                    )
MEDAIRE, INC.; STEVEN JOE REINHART, )
D.O.; and JESSICA MONAS, M.D.,      )
                                    )
        Defendants.                 )
_____)
```

VIDEO RECORDED DEPOSITION OF LINDA ANN BAILLIE

Phoenix, Arizona
January 4, 2016
10:36 a.m.

REPORTED BY:
STEPHANIE WINTERS, RPR
Certified Reporter, No. 50067

1  STATE OF ARIZONA     )
                        )ss.
2  COUNTY OF MARICOPA   )

3      BE IT KNOWN that the foregoing proceedings were taken before me, STEPHANIE WINTERS, Certified Reporter No. 50067,
4  that the witness before testifying was duly sworn by me to testify to the whole truth; that the foregoing pages are a
5  full, true and accurate record of the proceedings, all done to the best of my skill and ability; that the proceedings
6  were taken down by me in shorthand and thereafter reduced to print under my direction.

7

8          [X]  Review and signature was requested.
           [ ]  Review and signature was waived.
9          [ ]  Review and signature was not required.

10

       I CERTIFY that I am in no way related to any of the
11 parties hereto, nor am I in any way interested in the outcome thereof.

12
       I FURTHER CERTIFY that I have complied with the
13 requirements set forth in ACJA 7-206.  Dated at Phoenix, Arizona, this 14th day of January, 2016.

14
       *Stephanie Winters* (signature)
15     _____
       Stephanie Winters, RPR
16     Certified Reporter No. 50067

17                    *    *    *

18
       I CERTIFY that Morris-Crowe Court Reporting, LLC, has
19 complied with the requirements set forth in ACJA 7-206. Dated at Tempe, Arizona, this 14th day of January, 2016.

20
       *Cyndi Mos Crowe* (signature)
21     _____
22     Morris-Crowe Court Reporting, LLC
       Arizona RRF No. R1001

23

24

25

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

```
LINDA ANN BAILLIE, individually,    )
as Personal Representative of the   )No.2:14-cv-00420-SMM
Estate of JAMES DONALD BAILLIE,     )
II, and on behalf of all heirs and  )
next of kin of JAMES DONALD         )
BAILLIE, II, deceased,              )
                                    )
          Plaintiff,                )
                                    )
      vs.                           )
                                    )
MEDAIRE, INC.; STEVEN JOE REINHART, )
D.O.; and JESSICA MONAS, M.D.,      )
                                    )
          Defendants.               )
_____)
```

VIDEO RECORDED DEPOSITION OF LAURA BAILLIE

Phoenix, Arizona
January 4, 2016
9:00 a.m.

REPORTED BY:
STEPHANIE WINTERS, RPR
Certified Reporter, No. 50067

```
 1  STATE OF ARIZONA      )
                          )ss.
 2  COUNTY OF MARICOPA    )

 3         BE IT KNOWN that the foregoing proceedings were taken
    before me, STEPHANIE WINTERS, Certified Reporter No. 50067,
 4  that the witness before testifying was duly sworn by me to
    testify to the whole truth; that the foregoing pages are a
 5  full, true and accurate record of the proceedings, all done
    to the best of my skill and ability; that the proceedings
 6  were taken down by me in shorthand and thereafter reduced to
    print under my direction.
 7

 8             [X]  Review and signature was requested.
               [ ]  Review and signature was waived.
 9             [ ]  Review and signature was not required.

10
           I CERTIFY that I am in no way related to any of the
11  parties hereto, nor am I in any way interested in the
    outcome thereof.
12
           I FURTHER CERTIFY that I have complied with the
13  requirements set forth in ACJA 7-206.  Dated at Phoenix,
    Arizona, this 14th day of January, 2016.
14

15         _____
           Stephanie Winters, RPR
16         Certified Reporter No. 50067

17
                        *    *    *
18
           I CERTIFY that Morris-Crowe Court Reporting, LLC, has
19  complied with the requirements set forth in ACJA 7-206.
    Dated at Tempe, Arizona, this 14th day of January, 2016.
20

21         _____
22         Morris-Crowe Court Reporting, LLC
           Arizona RRF No. R1001
23

24

25
```

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

LINDA ANN BAILLIE, individually, as )
Personal Representative of the      )
Estate of JAMES DONALD BAILLIE, II, )No. 2:14-cv-00420-SMM
and on behalf of all heirs and next )
of kin of JAMES DONALD BAILLIE, II, )
deceased,                           )
                                    )
                                    )
          Plaintiffs,               )
                                    )
    vs.                             )
                                    )
MEDAIRE, INC.; STEVEN JOE REINHART, )
D.O.; and JESSICA MONAS, M.D.,      )
                                    )
          Defendants.               )
_____)

VIDEO RECORDED DEPOSITION OF DAVID ROY STREITWIESER, M.D.

Phoenix, Arizona

January 7, 2016

9:04 a.m.

Reported by:

Jennifer Honn, RPR

Arizona CR No. 50885

2

```
 1   STATE OF ARIZONA    ) SS.
                         )
 2   COUNTY OF MARICOPA  )

 3           BE IT KNOWN that the foregoing proceedings were
     taken before me, JENNIFER HONN, certified Reporter No.
 4   50885, that the witness before testifying was duly sworn
     by me to testify to the whole truth; that the foregoing
 5   pages are a full, true and accurate record of the
     proceedings, all done to the best of my skill and
 6   ability; that the proceedings were taken down by me in
     shorthand and thereafter reduced to print under my
 7   direction.

 8
             [X] Review and signature was requested.
 9           [ ] Review and signature was waived.
             [ ] Review and signature not required.
10

11           I CERTIFY that I am in no way related to any of
     the parties hereto nor am I in any way interested in the
12   outcome hereof.

13           I FURTHER CERTIFY that I have complied with the
     ethical obligations set forth in ACJA 7-206. Dated at
14   Phoenix, Arizona, this 14th day of January, 2016.

15                          [signature: Jennifer Honn]

16                          _____
                            Jennifer Honn, Certified Reporter
17                          Arizona CR No. 50885

18                              *  *  *

19
             I CERTIFY that Morris-Crowe Court Reporting, LLC,
20   has complied with the requirements set forth in ACJA
     7-206.  Dated at Tempe, Arizona, this 14th day of
21   January, 2016.

22
                            [signature: Cyndi M Crowe]
23

24                          _____
                            Morris-Crowe Court Reporting, LLC
25                          Arizona RRF No. R1001
```

Morris-Crowe Court Reporting, LLC
602-230-1030

```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF ARIZONA


LINDA ANN BAILLIE, individually,    )
as Personal Representative of the   )No.2:14-cv-00420-SMM
Estate of JAMES DONALD BAILLIE,     )
II, and on behalf of all heirs and  )
next of kin of JAMES DONALD         )
BAILLIE, II, deceased,              )
                                    )
        Plaintiff,                  )
                                    )
    vs.                             )
                                    )
MEDAIRE, INC.; STEVEN JOE REINHART, )
D.O.; and JESSICA MONAS, M.D.,      )
                                    )
        Defendants.                 )
_____)



    VIDEO-RECORDED DEPOSITION OF ROBERT C. CANDIPAN, M.D.


                    Phoenix, Arizona
                     July 27, 2016
                       9:32 a.m.








REPORTED BY:
STEPHANIE WINTERS, RPR
Certified Reporter, No. 50067
```

```
 1  STATE OF ARIZONA     )
                         )ss.
 2  COUNTY OF MARICOPA   )

 3      BE IT KNOWN that the foregoing proceedings were taken
    before me, STEPHANIE WINTERS, Certified Reporter No. 50067,
 4  that the witness before testifying was duly sworn by me to
    testify to the whole truth; that the foregoing pages are a
 5  full, true and accurate record of the proceedings, all done
    to the best of my skill and ability; that the proceedings
 6  were taken down by me in shorthand and thereafter reduced to
    print under my direction.
 7

 8              [X]  Review and signature was requested.
                [ ]  Review and signature was waived.
 9              [ ]  Review and signature was not required.

10
        I CERTIFY that I am in no way related to any of the
11  parties hereto, nor am I in any way interested in the
    outcome thereof.
12
        I FURTHER CERTIFY that I have complied with the
13  requirements set forth in ACJA 7-206.  Dated at Phoenix,
    Arizona, this 8th day of August, 2016.
14
    [signature: Stephanie Winters]
15  _____
    Stephanie Winters, RPR
16  Certified Reporter No. 50067

17                      *    *    *

18
        I CERTIFY that Morris-Crowe Court Reporting, LLC, has
19  complied with the requirements set forth in ACJA 7-206.
    Dated at Tempe, Arizona, this 8th day of August, 2016.
20
    [signature: Cyndi Mos Crowe]
21  _____
22  Morris-Crowe Court Reporting, LLC
    Arizona RRF No. R1001
23

24

25
```

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

LINDA ANN BAILLIE, individually,)
    as Personal Representative of   )
the Estate of JAMES DONALD       )
BAILLIE, II, and on behalf of    )
all heirs and next of kin of     )
JAMES DONALD BAILLIE, II,        )
deceased,                        )
                                 )
        Plaintiff,          )
                                 )
    v.                          ) No. 2:14-CV-00420-SMM
                                 )
MEDAIRE, INC., STEVEN JOE        )
REINHART, D.O. and JESSICA       )
MONAS, M.D.,                     )
                                 )
        Defendants.         )
_____)

VIDEOTAPED DEPOSITION OF MATTHEW J. BUDOFF, M.D.
Friday, August 16, 2016
Torrance, California

Reported by:  Cheryl Sletta, CSR, RPR

Golkow Technologies, Inc.
877.370.3377 ph | 917.591.5672 fax

```
 1                    REPORTER'S CERTIFICATE
 2
 3
 4           I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California, do hereby certify:
 6           That the foregoing proceedings were taken
 7   before me at the time and place herein set forth; that
 8   any witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14           I further certify that I am neither
15   financially interested in the action nor a relative or
16   employee of any attorney of any of the parties.
17           IN WITNESS WHEREOF, I have this date
18   subscribed my name.
19
20   Dated:  8/23/16
21
22
23
24                          _____
                            CHERYL SLETTA
25                          CSR No. 7354
```