# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie,<br><br>    Plaintiff,<br><br>v.<br><br>Medaire Incorporated, et al.,<br><br>    Defendants. | **NO. CV-14-00420-PHX-SMM**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 14, 2017, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Brian D. Karth<br>
District Court Executive/Clerk of Court

September 14, 2017

s/ Katrina Smith<br>
By  Deputy Clerk