| Date | Amount | Description |
|------|--------|-------------|
| 06/15/2015 | 134.20 | Service Of Process; Michael A Covalciuc, M.D. |
| 06/17/2015 | 97.40 | Service Of Process; Brian Hess, M.D. |
| 06/17/2015 | 152.60 | Service Of Process; Robert C Candipan, M.D. |
| **Subtotal** | **384.20** | **Fees for service of summons and subpoena** |

| Date | Amount | Description |
|------|--------|-------------|
| 06/03/2014 | 123.45 | Court Reporter Services; Arizona Litigation Support LLC; Deposition of Steven Joe Reinhart, DO |
| 06/20/2014 | 8,380.83 | Court Reporter Services; EuroAmerican Video Service; Depositions of Nicola Sharrad, Ewa Van Den Berg, Captain Stephen Fowler, First Officer Alastair Grant, Georgina Bolton, Matthew Simmonds |
| 07/15/2014 | 617.60 | Court Reporter Services; Arizona Litigation Support LLC; Deposition of Steven Joe Reinhart, DO - Vol. II |
| 08/06/2014 | 567.00 | Court Reporter Services; Arizona Litigation Support LLC; Deposition of Jessica Monas, M.D. |
| 01/14/2015 | 1,291.35 | Court Reporter Services; EuroAmerican Video Service; Deposition of Verma Ratan, M.D. |
| 01/14/2015 | 49.04 | Court Reporter Services; EuroAmerican Video Service; Reporter Heathrow-Leicester Bus re Deposition of Verma Ratan, M.D. |
| 01/14/2015 | 53.29 | Court Reporter Services; EuroAmerican Video Service; Taxis Leicester-Hotel re Deposition of Verma Ratan, M.D. |
| 01/14/2015 | 65.83 | Court Reporter Services; EuroAmerican Video Service; Meals - Reporter re Deposition of Verma Ratan, M.D. |
| 10/08/2015 | 2,011.00 | Court Reporter Services; Morris-Crowe Court Reporting LLC; Depositions of Michael A. Covalciuc, M.D., Robert C. Candipan, Ph.D., M.D., Matthew Whitley, and Brian H. Hess, M.D., FACEP |
| 11/11/2015 | 1,130.70 | Court Reporter Services; EuroAmerican Video Service; Deposition of First Officer Alastair Grant |
| 11/11/2015 | 69.30 | Court Reporter Services; EuroAmerican Video Service; Reporter Travel Expense London-Gatwick re Deposition of First Officer Alastair Grant |
| 11/11/2015 | 19.31 | Court Reporter Services; EuroAmerican Video Service; Reporter Travel Expense Return London-Gatwick re Deposition of First Officer Alastair Grant |
| 11/13/2015 | 454.00 | Court Reporter Services; Morris-Crowe Court Reporting LLC; Deposition of Octavio E. Pajaro, M.D. |
| 12/15/2015 | 321.00 | Court Reporter Services; Morris-Crowe Court Reporting LLC; Deposition of Daniel Peter Oscislawski, M.D. |
| 12/29/2015 | 2,163.00 | Court Reporter Services; Morris-Crowe Court Reporting LLC; Depositions of Michelle Tyler, Dr. Jessica Monas, Matthew Whitley, and Diann Weaverling |

| Date | Amount | Description |
|---|---:|---|
| 01/18/2016 | 2,208.00 | Court Reporter Services; Morris-Crowe Court Reporting LLC; Depositions of Laura Baillie, Linda Baillie, Dr. Paulo Alves, Dr. Steven Reinhart, and Dr. David Streitwieser |
| 08/11/2016 | 1,833.25 | Court Reporter Services; Morris-Crowe Court Reporting LLC; Depositions of Larry Stokes, Ph.D., Robert C. Candipan, M.D., and Paulo M. Alves, M.D. |
| 08/16/2016 | 1,580.00 | Court Reporter Services; Global Medical Resources LLC; Deposition of Daniel Mesnard (8/03/16) |
| 08/17/2016 | 1,226.35 | Court Reporter Services; Atkinson-Baker, Inc.; Deposition of Daniel J. Mesnard |
| 08/25/2016 | 477.90 | Court Reporter Services; Golkow Inc.; Deposition of Ronald N. Roth, M.D. |
| 08/30/2016 | 402.55 | Court Reporter Services; Golkow Inc.; Deposition of Captain Michael G. Fortune |
| 08/31/2016 | 346.50 | Court Reporter Services; Golkow Inc.; Deposition of Matthew J. Budoff, M.D. |
| **Subtotal** | **25,391.25** | **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** |

| | | |
|---|---:|---|
| 07/21/2016 | 1,000.00 | Witness Fee for plaintiffs' expert Larry D. Stokes, Ph.D., Beta Business Consulting LLC |
| 08/17/2016 | 1,375.00 | Witness Fee for defendants' expert Matthew Budoff, M.D. |
| 08/22/2016 | 1,200.00 | Witness Fee for defendants' expert Ronald N. Roth, M.D., FACEP |
| **Subtotal** | **3,575.00** | **Fees for witnesses** |

| | | |
|---|---:|---|
| 07/09/2015 | 1,055.43 | Evolve Discovery Phoenix, LLC, copies of James Baillie's Mayo Clinic medical records produced by Mayo Clinic |
| **Subtotal** | **1,055.43** | **Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case** |

**Total**      **30,405.88**



**IntelliServe**
*Prompt. Documented. Done.*
*Powered by IntelliQuick*
IntelliServe@IQCanDo.com
1-877-277-3188
Order #: 12496556
Client: 24709-0001

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

LINDA ANN BAILLIE; et al.,
                    Petitioner/Plaintiff(s),                    CASE #: 2:14-CV-00420-DJH

vs.

MEDAIRE, INC; et al.,
                    Respondent/Defendant(s).                    AFFIDAVIT OF SERVICE

___**Melissa Ruiz**___, the undersigned, certifies under penalty of perjury: I am a certified private process server in the COUNTY OF MARICOPA, I am fully qualified pursuant to the regulations governing Service of Process in the State of Arizona, to serve process in this case, and I received for service the following documents in this action:
**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF MICHAEL A COVALCIUC, M.D.**

from ___**MARK DANGERFIELD** with **GALLAGHER & KENNEDY, PA**___ located in Phoenix, AZ on ___6/15/2015___. I personally served copies of the documents listed above on those named below at the place shown, in the manner shown, and on the date and time shown. All services, except where noted, were made in SCOTTSDALE, ARIZONA.

**NAME:     MICHAEL A COVALCIUC, M.D.**

**DATE & TIME\*:**     6/15/2015 @ 16:48
**ADDRESS:**     13400 E Shea Blvd , Scottsdale, Arizona 85259,
**MANNER:**     by serving Michael Brown, Legal Counsel, a person authorized to accept service.

Melissa Ruiz, 8537

**STATEMENT OF COSTS**

| | |
|---|---|
| SERVICE | $ 16.00 |
| MILEAGE | $ 83.20 |
| RUSH FEES | $ 25.00 |
| ADD. MILEAGES | $ |
| LOCATE | $ |
| POSTAL | $ |
| MVD | $ |
| SKIP TRACE | $ |
| SPEC HANDLING | $ |
| STAKEOUT/WAIT | $ |
| COPIES | $ |
| FEE ADVANCE | $ |
| AFFIDAVIT PREP | $ 10.00 |
| **TOTAL** | **$ 134.20** |

State of **ARIZONA**          )
                              ) ss.
County of **MARICOPA**        )

Subscribed and sworn before me on **June 17, 2015**.

_____
NOTARY PUBLIC

My Commission expires:



ALICIA RAMIREZ
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
August 29, 2015

\* Time of service is reflected in Military Time.



**IntelliServe**
*Prompt. Documented. Done.*
Powered by IntelliQuick
IntelliServe@IQCanDo.com
1-877-277-3188
Order #: 12496544
Client: 24709-0001

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

LINDA ANN BAILLIE; et al.,
        Petitioner/Plaintiff(s),
vs.

CASE #: 2:14-CV-00420-DJH

MEDAIRE, INC; et al.,
        Respondent/Defendant(s).

AFFIDAVIT OF SERVICE

___**Melissa Ruiz**___, the undersigned, certifies under penalty of perjury: I am a certified private process server in the COUNTY OF MARICOPA, I am fully qualified pursuant to the regulations governing Service of Process in the State of Arizona, to serve process in this case, and I received for service the following documents in this action:
**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF BRIAN HESS, M.D.**

from ___**MARK DANGERFIELD** with **GALLAGHER & KENNEDY, PA**___ located in **Phoenix, AZ** on __6/15/2015__. I personally served copies of the documents listed above on those named below at the place shown, in the manner shown, and on the date and time shown. All services, except where noted, were made in PHOENIX, ARIZONA.

**NAME:**    BRIAN HESS, M.D.

**DATE & TIME\*:**   6/17/2015 @ 13:22
**ADDRESS:**    2000 W Bethany Home Rd , Phoenix, Arizona 85015,
**MANNER:**    by serving Brian Hess, M.D., in person
**DESCRIPTION:**   Male, Caucasian, 40's, 6'2", 190 lbs.

Melissa Ruiz, 8537

**STATEMENT OF COSTS**

| | |
|---|---|
| SERVICE | $ 16.00 |
| MILEAGE | $ 23.20 |
| RUSH FEES | $ 25.00 |
| ADD. MILEAGES | $ 23.20 |
| LOCATE | $ |
| POSTAL | $ |
| MVD | $ |
| SKIP TRACE | $ |
| SPEC HANDLING | $ |
| STAKEOUT/WAIT | $ |
| COPIES | $ |
| FEE ADVANCE | $ |
| AFFIDAVIT PREP | $ 10.00 |
| **TOTAL** | **$ 97.40** |

State of **ARIZONA**     )
             ) ss.
County of **MARICOPA**    )

Subscribed and sworn before me on **June 22, 2015**.

**NOTARY PUBLIC**

My Commission expires:

ALICIA RAMIREZ
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
August 29, 2015

\* Time of service is reflected in Military Time.



**IntelliServe**
*Prompt. Documented. Done.*
Powered by IntelliQuick
IntelliServe@IQCanDo.com
1-877-277-3188
Order #: 12496518
Client: 24709-0001

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

LINDA ANN BAILLIE; et al.,
      Petitioner/Plaintiff(s),
vs.

    CASE #: 2:14-CV-00420-DJH

MEDAIRE, INC; et al.,
      Respondent/Defendant(s).

**AFFIDAVIT OF SERVICE**

___**Melissa Ruiz**___, the undersigned, certifies under penalty of perjury: I am a certified private process server in the COUNTY OF MARICOPA, I am fully qualified pursuant to the regulations governing Service of Process in the State of Arizona, to serve process in this case, and I received for service the following documents in this action:
**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION; NOTICE OF DEPOSITION OF ROBERT C CANDIPAN, M.D.**

from ___**MARK DANGERFIELD** with **GALLAGHER & KENNEDY, PA**___ located in **Phoenix, AZ** on __6/15/2015__. I personally served copies of the documents listed above on those named below at the place shown, in the manner shown, and on the date and time shown. All services, except where noted, were made in MESA, ARIZONA.

**NAME:**    **ROBERT C CANDIPAN, M.D.**

**DATE & TIME\*:**    6/17/2015 @ 14:17
**ADDRESS:**    10238 E Hampton Ave Ste 301-b, Mesa, Arizona 85208,
**MANNER:**    by serving Nichole Fink, Medical Assistant, a person authorized to accept service.



Melissa Ruiz, 8537

State of **ARIZONA**    )
    ) ss.
County of **MARICOPA**    )

Subscribed and sworn before me on **June 18, 2015**.

_____
**NOTARY PUBLIC**

**STATEMENT OF COSTS**

| | |
|---|---|
| SERVICE | $ 16.00 |
| MILEAGE | $ 85.60 |
| RUSH FEES | $ 25.00 |
| ADD. MILEAGES | $ 16.00 |
| LOCATE | $ |
| POSTAL | $ |
| MVD | $ |
| SKIP TRACE | $ |
| SPEC HANDLING | $ |
| STAKEOUT/WAIT | $ |
| COPIES | $ |
| FEE ADVANCE | $ |
| AFFIDAVIT PREP | $ 10.00 |
| **TOTAL** | **$ 152.60** |

ALICIA RAMIREZ
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires
August 20, 2015

My Commission expires:

\* Time of service is reflected in Military Time.

AZ Litigation Support, LLC

# Invoice

3788 E. Libra Place
Suite 10
Chandler, Arizona 85249
Ph: 480-481-0649
Ann@courtreportersaz.com

| Date | Invoice # |
|------|-----------|
| 6/3/2014 | 19253 |

| Bill To |
|---------|
| Gallagher & Kennedy, PA<br>Mark C. Danderfield, Esq.<br>2575 E. Camelback Road<br>Phoenix, Arizona 85016 |

| Terms | Rep | Ship |
|-------|-----|------|
| Due on receipt | Sue G | 6/3/2014 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Re: Baillie vs British Airways, PLC<br>Deposition of: Steven Joe Reinhard, DO<br>Taken: May 16, 2014 | | |
| 39 | One Copy | One Copy | 2.95 | 115.05 |
| | ASCII | ASCII (Complimentary) | 0.00 | 0.00 |
| | Word Index | Word Index-(Complimentary) | 0.00 | 0.00 |
| | PDF | PDF (Complimentary) | 0.00 | 0.00 |
| 14 | Exhibit -Scanned | Exhibit Reproduction - Scanned only | 0.60 | 8.40 |

Thank you for your business
Tax ID# 72-1592976

| **Total** | $123.45 |
|-----------|---------|

EuroAmerican Video Service
Chez Rocher
89, rue de Charenton
75012 Paris, France
1 866 EU DEPOS
331 44 87 04 56
info@europeanvideodepositions.com

Mark Dangerfield                                                              20-Jun-14
Gallagher & Kennedy
2575 East Camelback Road
Phoenix, Arizona 85016-9225

Invoice 60914GHre

BAILLE, et.al.
v
BRITISH AIRWAYS PLC.

Depositions taken in the United Kingdom May, 27-30, 2014

| 1)TRANSCRIPT CHARGES | | Pages | Rate | Expedite fee | Total |
|---|---|---|---|---|---|
| *May 27, 2014* | | | | | |
| **Nicola Sharrad** | | 223 | $3.50 | | $780.50 |
| Realtime charge | | | $1.75 | | $390.25 |
| *May 29, 2014* | | | | | |
| **Ewa Van Den Berg** | | 387 | $3.50 | | $1,354.50 |
| Realtime charge | | | $1.75 | | $677.25 |
| *Track Two* | | | | | |
| **Captain Stephen Fowler** | | 218 | $3.50 | | $763.00 |
| Rough copy | | | $1.50 | | $327.00 |
| | | | | | |
| **First Officer Alastair Grant** | | 66 | $3.50 | | $231.00 |
| Rough copy | | | $1.50 | | $99.00 |
| | | | | | |
| *May 30, 2014* | | | | | |
| **Georgina Bolton** | | 279 | $3.50 | | $976.50 |
| Realtime charge | | | $1.75 | | $488.25 |
| *Track Two* | | | | | |
| **Matthew Simmonds** | *(150 page minimum per track)* | | $3.50 | | $525.00 |
| Rough copy | | 96 | $1.50 | | $144.00 |
| | | | | | |
| **EXHIBITS** | | | | | |
| Scans | | 675 | $0.35 | | $236.25 |

| | |
|---|---|
| **1) TOTAL REPORTING CHARGES** | **$6,992.50** |
| **2)Total Appearance of $5875** for reporter+videographer divided by 1/3 agreed by parties | **$1,958.33** |
| **1)+2) TOTAL AMOUNT DUE** | **$8,950.83** |

Send wire transfer in dollars to:                          or send check in dollars  to:
CHASUS33                                                    Euroamerican Video Services, LTD.
Chase Manhattan Bank                                       Chez Rocher
ABA # 021000021                                            89, rue de Charenton
For credit to:                                             75012 Paris
National Financial Services Corp LLC                       FRANCE
Acct. 066196-221
For the benefit of:
Euroamerican Video Service LTD.
Acct. # Z43-176591

AZ Litigation Support, LLC

# Invoice

3788 E. Libra Place
Suite 10
Chandler, Arizona 85249
Ph: 480-481-0649
Ann@courtreportersaz.com

| Date | Invoice # |
|------|-----------|
| 7/15/2014 | 19378 |

**Bill To**

Gallagher & Kennedy, PA
Mark C. Danderfield, Esq.
2575 E. Camelback Road
Phoenix, Arizona 85016

| Terms | Rep | Ship |
|-------|-----|------|
| Due on receipt | KR | 7/15/2014 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Re: Baillie vs British Airways | | |
| | | Deposition of: Steven Joe Reinhart, DO Volume II | | |
| | | Taken: July 7, 2014 | | |
| 131 | One Copy | One Copy | 2.95 | 386.45 |
| 131 | Condensed Transcript | Condensed Transcript (Complimentary) | 0.00 | 0.00 |
| 131 | Rough Draft | Rough Draft | 1.25 | 163.75 |
| | ASCII | ASCII (Complimentary) | 0.00 | 0.00 |
| | Word Index | Word Index-(Complimentary) | 0.00 | 0.00 |
| | PDF | PDF (Complimentary) | 0.00 | 0.00 |
| 64 | Exhibit -Scanned | Exhibit Reproduction - Scanned ONLY | 0.60 | 38.40 |
| | Binding & Processi... | Binding & Processing | 14.50 | 14.50 |
| | Delivery-Copy | Delivery-Copy | 14.50 | 14.50 |

Thank you for your business
Tax ID# 72-1592976

**Total**   $617.60

AZ Litigation Support, LLC

# Invoice

3788 E. Libra Place
Suite 10
Chandler, Arizona 85249
Ph: 480-481-0649
Ann@courtreportersaz.com

| Date | Invoice # |
|------|-----------|
| 8/6/2014 | 19413 |

| Bill To |
|---------|
| Gallagher & Kennedy, PA |
| Mark C. Danderfield, Esq. |
| 2575 E. Camelback Road |
| Phoenix, Arizona 85016 |

| Terms | Rep | Ship |
|-------|-----|------|
| Due on receipt | Sue G | 8/6/2014 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Re: Baillie vs British Airways, ET | | |
| | | Deposition of: Jessica Monas, M.D. | | |
| | | Taken: July 22, 2014 | | |
| 135 | One Copy | One Copy | 2.95 | 398.25 |
| 135 | Rough Draft | Rough Draft | 1.25 | 168.75 |
| | ASCII | ASCII (Complimentary) | 0.00 | 0.00 |
| | Word Index | Word Index-(Complimentary) | 0.00 | 0.00 |
| | PDF | PDF (Complimentary) | 0.00 | 0.00 |

Thank you for your business
Tax ID# 72-1592976

| **Total** | $567.00 |
|-----------|---------|

EuroAmerican Video Service
Chez Rocher
89, rue de Charenton
75012 Paris, France
1 866 EU DEPOS
331 44 87 04 56
info@europeanvideodepositions.com

Mark Dangerfield                                                                           14-Jan-15
Gallagher & Kennedy
2575 East Camelback Road
Phoenix, Arizona 85016-9225

Invoice 15015GK

BAILLE, et.al.
v
MEDAIRE, INC. et.al.

Deposition taken in Leicester, England December 5, 2015

| 1)TRANSCRIPT CHARGES | | Pages | Rate | Expedite fee | Total |
|---|---|---|---|---|---|
| **December 5, 2014** | | | | | |
| **Ratan Verma, M.D.** | minimum charge | | | | |
| **APPEARANCE** | | | | | 175 |
| ORIGINAL + 1 | | 200 | $6.75 | | $1,350.00 |
| ***Ordered by Rob  Spragg*** | | | | | |
| | | | | | |
| COPY | minimum charge | 200 | $3.50 | | $700.00 |
| Real Time | | 200 | $1.75 | | $350.00 |
| ***Ordered for Mark Dangerfield*** | | | | | |
| | | | | | |
| **EXHIBITS 33,34,35** | | | | | |
| Scans for Kreindler & Kreindler | | 11 | $0.35 | | $3.85 |
| Scans for Gallagher & Kennedy | | 11 | $0.35 | | $3.85 |
| ***1) TOTAL REPORTING CHARGES*** | | | | | **$2,582.70** |

| 2A)VIDEO CHARGES | Units | Hours | Rate | Total |
|---|---|---|---|---|
| **December 5, 2014** | | | | |
| **Ratan Verma, M.D.** | | | | |
| Daily Appearance | | | | $1,000.00 |
| Videotape | 3.00 | | $15.00 | $45.00 |
| **Copies (2 sets)** | | | | |
| Compression to mpeg to DVD (Kreindler) | | 2.34 | $100.00 | $234.00 |
| Text synchronization | | 2.34 | $65.00 | $152.10 |
| Compression to mpeg to DVD (Gallagher & Kennedy) | | 2.34 | $100.00 | $234.00 |
| Text synchronization | | 2.34 | $65.00 | $152.10 |
| ***2)Total Video Charges*** | | | | **$1,817.20** |

| EXPENSES (No Hotel or International Travel Only London-Leicester return)RECEIPTS ATTACHED | | |
|---|---|---|
| ***Videographer London-Leicester*** | £58.50 | $91.69 |
| ***Reporter Heathrow-Leicester Bus*** (no receipt) | | $49.04 |
| ***Taxis Leicester-Hotel*** | £34 | $53.29 |
| ***Meals Reporter-Videographer*** | £84.02 | 131.66 |
| ***3)Total Expenses*** | | **$325.68** |

| | | |
|---|---|---|
| ***1)+2)+3) TOTAL AMOUNT  SERVICES*** | | **$4,725.58** |
| ***Cost split equally by each party*** | | **$2,362.79** |
| | | |
| ***TOTAL AMOUNT DUE*** | | **$2,362.79** |

EuroAmerican Video Service
Chez Rocher
89, rue de Charenton
75012 Paris, France
1 866 EU DEPOS
331 44 87 04 56
info@europeanvideodepositions.com

Send wire transfer in dollars to:                      or send check in dollars to:
CHASUS33                                               Euroamerican Video Services, LTD.
Chase Manhattan Bank                                   Chez Rocher
ABA # 021000021                                        89, rue de Charenton
For credit to:                                         75012 Paris
National Financial Services Corp LLC                   FRANCE
Acct. 066196-221
For the benefit of:
Euroamerican Video Service LTD.
Acct. # Z43-176591



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/8/2015 | CMC 13849 |

7650 S. McClintock Drive, Suite 103-398
Tempe, AZ 85284 - (602) 230-1030

**PAID 10/29/2015**

| Bill To: | Caption: |
|----------|----------|
| GALLAGHER & KENNEDY, P.A.<br>Mark C. Dangerfield, Esq.<br>2575 East Camelback Road<br>11th Floor<br>Phoenix, AZ 85016-9225 | BAILLIE VS. MEDAIRE, INC.<br>2:14-cv-00420-SMM |

| Date Taken | Reporter | Tax ID 86-1034514 |
|------------|----------|-------------------|
| 9/17/2015 | S. Winters/J. Honn | |

| Description | Amount |
|-------------|--------|
| Videotaped Deposition of Michael A. Covalciuc, M.D. - 83 pages<br>O/1 - E-transcript Only (No additional charge) | 332.00 |
| Reporting Services | 80.00 |
| Videotaped Deposition of Robert C. Candipan, Ph.D., M.D. - Taken 09-22-15<br>O/1 - E-transcript Only (No additional charge) - 178 pages | 712.00 |
| Reporting Services | 210.00 |
| Videotaped Deposition of Matthew Whitley - Taken 09-23-15<br>Copy - E-transcript Only (No additional charge) - 115 pages | 345.00 |
| Videotaped Deposition of Brian H. Hess, M.D., FACEP - Taken 09-25-15<br>O/1 - E-transcript Only (No additional charge) - 63 pages | 252.00 |
| Reporting Services | 60.00 |
| Binding and Delivery of Originals | 20.00 |

Morris-Crowe Court Reporting certifies that all aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206(J)(1)(3) through (6).

**Total** $2,011.00

EuroAmerican Video Service
Chez Rocher
89, rue de Charenton
75012 Paris, France
1 866 EU DEPOS
331 44 87 04 56
info@europeanvideodepositions.com

11-Nov-15

Mark Dangerfield
Gallagher & Kennedy
2575 East Camelback Road
Phoenix, Arizona 85016-9225

Invoice 11115GK

BAILLE, et.al.

v

MEDAIRE, INC. et.al.

Deposition taken in Gatwick Airport, London, England October 22, 2015

| 1)TRANSCRIPT CHARGES | | Pages | Rate | Expedite fee | Total |
|---|---|---|---|---|---|
| **November 22, 2015** | | | | | |
| F/O Alastair Grant | minimum charge | | | | |
| APPEARANCE | | | | | 175 |
| ORIGINAL + 1 | | 200 | $6.75 | | $1,350.00 |
| *Ordered for Mark Dangerfield* | | | | | |
| COPY | minimum charge | 200 | $3.50 | | $700.00 |
| *Ordered by Rob  Spragg* | | | | | |
| EXHIBITS 58,58A,58B,58C,59,60 | | | | | |
| Scans for Kreindler & Kreindler | | 52 | $0.35 | | $18.20 |
| Scans for Gallagher & Kennedy | | 52 | $0.35 | | $18.20 |
| *1) TOTAL REPORTING CHARGES* | | | | | **$2,261.40** |

| 2A)VIDEO CHARGES | Units | Hours | Rate | Total |
|---|---|---|---|---|
| **November 22, 2015** | | | | |
| F/O Alastair Grant | | | | |
| Daily Appearance | | | | $1,000.00 |
| Videotape | 2.00 | | $15.00 | $30.00 |
| Copies (2 sets) | | | | |
| Compression to mpeg to DVD (Kreindler) | | 1.54 | $100.00 | $154.00 |
| Text synchronization | | 1.54 | $65.00 | $100.10 |
| Compression to mpeg to DVD (Gallagher & Kennedy) | | 1.54 | $100.00 | $154.00 |
| Text synchronization | | 1.54 | $65.00 | $100.10 |
| **2)Total Video Charges** | | | | **$1,538.20** |

| EXPENSES (No Hotel or International Travel Only London-Gatwick return)RECEIPTS ATTACHED | | | |
|---|---|---|---|
| *Sofitel Room Rental + Speakerphone* | | £130 | $199.97 |
| *Conference call London*  Leader London 99'@.40 | | | $39.60 |
| *Conference call -C&F*  NY 99'@.40 | | | $39.60 |
| *Conference call -K&K*  NY 97'@.40 | | | 38.80 |
| *Conference call -G&K*  Phoenix 100'@.40 | | | $40.00 |
| *Videographer London-Gatwick* | | £11.17 | $17.20 |
| *Reporter London-Gatwick* | | £45 | $69.30 |
| *Reporter-Videographer Return London-Gatwick* | | | $38.62 |
| **3)Total Expenses** | | | **$483.09** |

| | |
|---|---|
| *1)+2)+3) TOTAL AMOUNT  SERVICES* | $4,282.69 |
| *Cost split equally by each party* | $2,141.35 |
| | |
| *TOTAL AMOUNT DUE* | $2,141.35 |

EuroAmerican Video Service
Chez Rocher
89, rue de Charenton
75012 Paris, France
1 866 EU DEPOS
331 44 87 04 56
info@europeanvideodepositions.com

Send wire transfer in dollars to:
CHASUS33
Chase Manhattan Bank
ABA # 021000021
For credit to:
National Financial Services Corp LLC
Acct. 066196-221
For the benefit of:
Euroamerican Video Service LTD.
Acct. # Z43-176591

or send check in dollars  to:
Euroamerican Video Services, LTD.
Chez Rocher
89, rue de Charenton
75012 Paris
FRANCE



# Invoice

| Date | Invoice # |
|------|-----------|
| 11/13/2015 | CMC 13940 |

**Morris-Crowe** Court Reporting
7650 S. McClintock Drive, Suite 103-398
Tempe, AZ 85284 - (602) 230-1030

PAID 12/23/2015

**Bill To:**
GALLAGHER & KENNEDY, P.A.
Mark C. Dangerfield, Esq.
2575 East Camelback Road
11th Floor
Phoenix, AZ 85016-9225

**Caption:**
BAILLIE VS. MEDAIRE, INC.
2:14-cv-00420-SMM

| Date Taken | Reporter | Tax ID 86-1034514 |
|------------|----------|-------------------|
| 11/2/2015 | Stephanie Winters | |

| Description | Amount |
|-------------|--------|
| Videotaped Deposition of Octavio E. Pajaro, M.D. - 91 pages | 364.00 |
| O/1 - E-transcript Only (No additional charge) | |
| Reporting Services | 80.00 |
| Binding and Delivery of Original | 10.00 |

Morris-Crowe Court Reporting certifies that all aspects of the bill and invoice and other business terms
comply with the ethical obligations set forth in ACJA 7-206(J)(1)(3) through (6).

**Total**  $454.00



# Invoice

| Date | Invoice # |
|------|-----------|
| 12/15/2015 | CMC 14031 |

7650 S. McClintock Drive, Suite 103-398
Tempe, AZ 85284  -  (602) 230-1030

**PAID**
**01/07/2016**

| **Bill To:** | **Caption:** |
|---|---|
| GALLAGHER & KENNEDY, P.A.<br>Mark C. Dangerfield, Esq.<br>2575 East Camelback Road<br>11th Floor<br>Phoenix, AZ 85016-9225 | BAILLIE VS. MEDAIRE, INC.<br>2:14-cv-00420-SMM |

| Date Taken | Reporter | Tax ID 86-1034514 |
|------------|----------|--------------------|
| 12/1/2015 | Stephanie Winters | |

| Description | Amount |
|-------------|--------|
| Video Recorded Deposition of Daniel Peter Oscislawski, M.D. - 107 pages<br>Copy - E-transcript Only (No additional charge) | 321.00 |

| Morris-Crowe Court Reporting certifies that all aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206(J)(1)(3) through (6). | **Total** | **$321.00** |
|---|---|---|



# Invoice

| Date | Invoice # |
|------|-----------|
| 12/29/2015 | CMC 14070 |

**PAID 01/21/2016**

| Bill To: | Caption: |
|----------|----------|
| GALLAGHER & KENNEDY, P.A.<br>Mark C. Dangerfield, Esq.<br>2575 East Camelback Road<br>11th Floor<br>Phoenix, AZ 85016-9225 | BAILLIE VS. MEDAIRE, INC.<br>2:14-cv-00420-SMM |

| Date Taken | Reporter | Tax ID 86-1034514 |
|------------|----------|-------------------|
| 12/15/2015 | Stephanie Winters | |

| Description | Amount |
|-------------|--------|
| Video Recorded Deposition of Michelle Renee Tyler - 280 pages<br>Copy - E-transcript Only (No additional charge) | 840.00 |
| Video Recorded Deposition of Jessica Monas, M.D., Volume II - Taken 12-16-15<br>Copy - E-transcript Only (No additional charge) - 128 pages | 384.00 |
| Video Recorded Deposition of Matthew Tyson Whitley, Volume II - Taken 12-16-15<br>Copy - E-transcript Only (No additional charge) - 147 pages | 441.00 |
| Video Recorded Deposition of Diann Weaverling - Taken 12-17-15<br>Copy - E-transcript Only (No additional charge) - 166 pages | 498.00 |

| Morris-Crowe Court Reporting certifies that all aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206(J)(1)(3) through (6). | **Total** | **$2,163.00** |



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2016 | CMC 14103 |

**7650 S. McClintock Drive, Suite 103-398**
**Tempe, AZ 85284  -  (602) 230-1030**

PAID 02/04/2016

**Bill To:**

GALLAGHER & KENNEDY, P.A.
Mark C. Dangerfield, Esq.
2575 East Camelback Road
11th Floor
Phoenix, AZ 85016-9225

**Caption:**

BAILLIE VS. MEDAIRE, INC.
2:14-cv-00420-SMM

| Date Taken | Reporter | Tax ID 86-1034514 |
|------------|----------|-------------------|
| 1/4/2016 | S. Winters/J. Honn | |

| Description | Amount |
|-------------|--------|
| Video Recorded Deposition of Laura Baillie - 39 pages<br>O/1 - E-transcript Only (No additional charge) | 156.00 |
| Reporting Services | 40.00 |
| Video Recorded Deposition of Linda Ann Baillie - 105 pages<br>O/1 - E-transcript Only (No additional charge) | 420.00 |
| Reporting Services | 100.00 |
| Exhibits Notebook | 10.00 |
| Video Recorded Deposition of Paulo Magalhaes Alves, M.D. - Taken 01-05-16<br>Copy - E-transcript Only (No additional charge) - 174 pages | 522.00 |
| Video Recorded Deposition of Steven Joe Reinhart, M.D., Vol. III - Taken 01-06-16<br>Copy - E-transcript Only (No additional charge) - 113 pages | 339.00 |
| Video Recorded Deposition of David Roy Streitwieser, M.D. - Taken 01-07-16<br>Copy - E-transcript Only (No additional charge) - 202 pages | 606.00 |
| Binding and Delivery of Originals | 15.00 |

Morris-Crowe Court Reporting certifies that all aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206(J)(1)(3) through (6).

**Total**   $2,208.00



# Morris-Crowe
### Court Reporting

*7650 S. McClintock Drive, Suite 103-398*
*Tempe, AZ 85284  -  (602) 230-1030*

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/11/2016 | CMC 14599 |

**PAID**
**10/27/2016**

**Bill To:**

GALLAGHER & KENNEDY, P.A.
Mark C. Dangerfield, Esq.
2575 East Camelback Road
11th Floor
Phoenix, AZ 85016-9225

**Caption:**

BAILLIE VS. MEDAIRE, INC.
2:14-cv-00420-SMM

| Date Taken | Reporter | Tax ID 86-1034514 |
|------------|----------|-------------------|
| 7/26/2016 | J. Honn/S. Winters | |

| Description | Amount |
|-------------|--------|
| Video-Recorded Deposition of Larry Stokes, Ph.D. - 111 pages<br>O/1 - E-transcript Only (No additional charge) | 444.00 |
| Reporting Services | 110.00 |
| Video-Recorded Deposition of Robert C. Candipan, M.D. - Taken 07-27-16<br>O/1 - E-transcript Only (No additional charge) - 124 pages | 496.00 |
| Reporting Services | 140.00 |
| Rough ASCII File | 148.75 |
| Binding and Delivery of Originals | 15.00 |
| Video-Recorded Deposition of Paulo M. Alves, M.D. - Taken 07-29-16<br>Copy - E-transcript Only (No additional charge) - 114 pages | 342.00 |
| Rough ASCII File | 137.50 |

Morris-Crowe Court Reporting certifies that all aspects of the bill and invoice and other business terms
comply with the ethical obligations set forth in ACJA 7-206(J)(1)(3) through (6).

**Total**      **$1,833.25**



**GMR**

C O N S U L T I N G

Date: August 16th, 2016
Invoice No:        105

| Gallagher & Kennedy, P.A. |
| c/o Mr. Robert Spragg |
| Kreindler & Kreindler LLP |
| 750 Third Avenue |
| New York |
| NY 10017 |

### Re. Captain Daniel Mesnard – deposition fee

| Fee for deposition time – 4 hours @ $395 ph | US$1,580.00 |
|---|---|
| Total | US$1,580.00 |

Please make payment to:
GMR Consulting LLC
Account No. 3200397286
Routing Code 266086554
Citibank, F.S.B. BR#74
3660 West Hillsboro Boulevard
Deerfield Beach
FL 33442

### Terms of business: By return

### If paying by check, please forward to our Boca Raton office, address below

GMR Consulting, 245 Park Avenue, 39th Floor, New York, NY 10167
Tel: +1 (212) 792 4029   Fax: +1 (212) 792 4001

GMR Consulting, 2255 Glades Road, Suite 324A, Boca Raton, FL 33431
Tel: +1 (561) 988 8717   Fax: +1 (561) 997 9392

Other office locations: United Kingdom
www.gmrconsulting.com

Page 1 of 2

ATKINSON-BAKER, INC.
500 NORTH BRAND BLVD., THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Candice Cromer
Gallagher & Kennedy, PA
2575 East Camelback Road
Suite 1100
Phoenix, AZ 85016-

| INVOICE NO. | AA07E1CAA |
|---|---|
| FIRM NO. | 1226197 |
| INVOICE DATE | 8/17/2016 |
| | DUE UPON RECEIPT |

All aspects of this invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| ABI'S Federal ID No.: | | 95-4189037 |
|---|---|---|
| Setting Firm: | Gallagher & Kennedy, PA | |
| Taking Attorney: | Wm. Charles Thomson | |
| Case Name: | Linda Baillie et al v MedAire, Inc. et a | |
| Case No.: | 2:14-cv-00420-PHX-SMM | |
| Claim No.: | | |
| Insurance Co.: | | |
| Insured: | | DOL: |
| Clients Ref. #1: | 24709-0001 | |
| Clients Ref. #2: | | |
| Adjuster: | | |
| Description: | Reporter's transcript of the deposition of Daniel J. Mesnard, taken 8/3/2016. | |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Med/Expert/Technical | 180 | $5.55 | $999.00 |
| Videotaped (per page) | 180 | $0.45 | $81.00 |
| Rough Transcript, Per Page | 180 | $1.50 | $270.00 |
| Exhibit Copies (pages) | 52 | $0.55 | $28.60 |
| Exhibit Copies (pages) - Color | 5 | $1.75 | $8.75 |
| CD: Ascii/etrans/PDF/exhibits | 1 | $25.00 | $25.00 |
| Condensed Transcript | 1 | $15.00 | $15.00 |
| Processing & Handling Fee | 1 | $30.00 | $30.00 |
| Regular Delivery | 1 | $20.00 | $20.00 |
| Attendance, Full Day | 1 | $100.00 | $100.00 |

Page 2 of 2

ATKINSON-BAKER, INC.
500 NORTH BRAND BLVD., THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Candice Cromer
Gallagher & Kennedy, PA
2575 East Camelback Road
Suite 1100
Phoenix, AZ 85016-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Malissa Phillips, mphillips@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Gallagher & Kennedy, PA |
| Taking Attorney: | Wm. Charles Thomson |
| Case Name: | Linda Baillie et al v MedAire, Inc. et a |
| Case No.: | 2:14-cv-00420-PHX-SMM |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref. #1: | 24709-0001 |
| Clients Ref. #2: | |
| Adjuster: | |
| Description: | Reporter's transcript of the deposition of Daniel J. Mesnard, taken 8/3/2016. |

| | |
|---|---|
| INVOICE NO. | AA07E1CAA |
| FIRM NO. | 1226197 |
| INVOICE DATE | 8/17/2016 |
| | DUE UPON RECEIPT |

All aspects of this invoice and other business
terms comply with the ethical obligations set
forth in ACJA 7-206 (J)(1)(g)(3) through (6).

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| SERVICE FEES | | | --    $0.00 |
| PAYMENT | | | -- |
| BALANCE DUE | | | $1,577.35 |

A service fee of .75% per month will be added to any invoice over 30 days old.

.............................  Fold and tear at this perforation, then return stub with payment.  ............................

| BALANCE DUE | $1,577.35 |
|---|---|

| INVOICE NO. | AA07E1CAA |
|---|---|
| FIRM NO. | 1226197 |

For:    Reporter's transcript of the deposition of
        Daniel J. Mesnard, taken 8/3/2016.

From:  Candice Cromer
       Gallagher & Kennedy, PA
       2575 East Camelback Road
       Suite 1100
       Phoenix, AZ 85016-

Remit To:   Atkinson-Baker, Inc.
            500 NORTH BRAND BOULEVARD,
            THIRD FLOOR
            GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

# I N V O I C E

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 240364 | 8/25/2016 | 137063 |

| Job Date | Case No. | |
|---|---|---|
| 8/4/2016 | | |

| Case Name | | |
|---|---|---|
| Baillie v. Medaire, Inc., et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Mark C. Dangerfield, Esquire
Gallagher and Kennedy
2575 East Camelback Road
Suite 1100
Phoenix, AZ  85016

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

Ronald N. Roth, M.D.

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 162.00 Pages | @ | | 2.95 | | 477.90 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | | 0.00 |

**TOTAL DUE >>>**      **$477.90**

(V)
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Chrissy Wall to pay your invoice via credit card at (215) 586 4225 or AR@Golkow.com

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **477.90** |

---

**Tax ID: 20-5543414**                                                                 Phone: 602-530-8000   Fax:

*Please detach bottom portion and return with payment.*

Mark C. Dangerfield, Esquire
Gallagher and Kennedy
2575 East Camelback Road
Suite 1100
Phoenix, AZ  85016

| | | | | |
|---|---|---|---|---|
| Job No. | : 137063 | BU ID | : R-Main | |
| Case No. | : | | | |
| Case Name | : Baillie v. Medaire, Inc., et al. | | | |
| | | | | |
| Invoice No. | : 240364 | Invoice Date | : 8/25/2016 | |
| **Total Due** | **: $477.90** | | | |

**PAYMENT WITH CREDIT CARD**                          AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:  **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# I N V O I C E

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 240976 | 8/30/2016 | 138204 |
| **Job Date** | **Case No.** | |
| 8/12/2016 | | |
| **Case Name** | | |
| Baillie v. Medaire, Inc., et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

William Charles Thomson, Esquire
Gallagher and Kennedy
2575 East Camelback Road
Suite 1100
Phoenix, AZ  85016

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Captain Michael G. Fortune (Ret.) | 129.00  Pages | @ | 2.95 | 380.55 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Shipping and Handling of Read and Sign materials | | | 22.00 | 22.00 |
| | **TOTAL DUE  >>>** | | | **$402.55** |

(V)
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Chrissy Wall to pay your invoice via credit card at (215) 586 4225 or AR@Golkow.com

**Tax ID: 20-5543414**                                                                 Phone: 602-530-8000   Fax:

*Please detach bottom portion and return with payment.*

William Charles Thomson, Esquire
Gallagher and Kennedy
2575 East Camelback Road
Suite 1100
Phoenix, AZ  85016

| | | | | |
|---|---|---|---|---|
| Job No. | : 138204 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Baillie v. Medaire, Inc., et al. | | |
| Invoice No. | : 240976 | Invoice Date | : 8/30/2016 |
| **Total Due** | **: $402.55** | | |

**PAYMENT WITH CREDIT CARD**   AMEX / VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To:   **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

# I N V O I C E

Golkow, Inc.
One Liberty Place
1650 Market Street
Suite 5150
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 241078 | 8/31/2016 | 138202 |

| Job Date | Case No. | |
|---|---|---|
| 8/16/2016 | | |

| Case Name | |
|---|---|
| Baillie v. Medaire, Inc., et al. | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Mark C. Dangerfield, Esquire
Gallagher and Kennedy
2575 East Camelback Road
Suite 1100
Phoenix, AZ  85016

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Matthew J. Budoff, M.D. | 110.00 Pages | @ | 2.95 | 324.50 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Shipping and Handling of Read and Sign materials | | | 22.00 | 22.00 |
| | | TOTAL DUE >>> | | $346.50 |

(V)
Thank you. Your business is appreciated.
Please contact Jennifer Evans with any billing questions at (215) 586 4215 or Billing@Golkow.com.
Please contact Chrissy Wall to pay your invoice via credit card at (215) 586 4225 or AR@Golkow.com

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 346.50 |

**Tax ID:** 20-5543414

Phone: 602-530-8000   Fax:

*Please detach bottom portion and return with payment.*

Mark C. Dangerfield, Esquire
Gallagher and Kennedy
2575 East Camelback Road
Suite 1100
Phoenix, AZ  85016

| | | | |
|---|---|---|---|
| Job No. | : 138202 | BU ID | : R-Main |
| Case No. | : | | |
| Case Name | : Baillie v. Medaire, Inc., et al. | | |
| Invoice No. | : 241078 | Invoice Date | : 8/31/2016 |
| **Total Due** | **: $346.50** | | |

Remit To:   **Golkow, Inc.**
**One Liberty Place**
**1650 Market Street**
**Suite 5150**
**Philadelphia, PA  19103**

### PAYMENT WITH CREDIT CARD

AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



β ε τ α

Business Economics Taxes Accounting

July 21, 2016

Mark C. Dangerfield
Gallagher & Kennedy, P.A.
2575 East Camelback Road, Suite 1100
Phoenix, AZ  85016

Larry D. Stokes, Ph.D.
Business & Economic
Analysis

### Fee Schedule

| Service | Rate |
|---|---|
| File review, research, analysis and report preparation activities: | $400 per hour. |
| Deposition, trial or arbitration testimony: | $400 per hour, 2½ hour minimum. Retainer fee must be paid at least 2 working days in advance.  Fee is non-refundable if cancellation of testimony is less than 24 hours prior to the scheduled time of testimony. |
| Travel, more than 50 miles from office: | $400 per hour to maximum of $3,000 per day.  Retainer fee based on amount of time estimated by attorney must be paid at least 2 working days in advance. Fee is non-refundable if cancellation of trip is less than 24 hours prior to scheduled time of travel.  Direct cost of travel and lodging will be paid by attorney. |

Invoices for work performed are due and payable upon receipt.  Past due payments will be assessed interest at the rate of 1.75% per month.

Payments should be made to:      Beta Business Consulting LLC
                                 10575 North 114th Street, Suite 103
                                 Scottsdale, AZ 85259

Tax ID number:                   86-0900932

Sincerely,

Larry D. Stokes, Ph.D.

## Cromer, Candice J.

| | |
|---|---|
| **From:** | Dangerfield, Mark C. |
| **Sent:** | Thursday, July 21, 2016 2:56 PM |
| **To:** | Cromer, Candice J. |
| **Subject:** | FW: Bailley deposition |
| **Attachments:** | Dangerfield Fee Schedule.pdf |

Candice, in light of this, please have a $1,000 check prepared to Larry D. Stokes for deposition expense.

Thanks.

# Gallagher&Kennedy

2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016-9225
602-530-8000 | www.gknet.com

**Mark C. Dangerfield**
Attorney Profile
mark.dangerfield@gknet.com
602-530-8054


Best Lawyers

**From:** Larry Stokes [mailto:ldstokes45@gmail.com]
**Sent:** Thursday, July 21, 2016 10:31 AM
**To:** Dangerfield, Mark C.
**Subject:** Bailley deposition

Mr. Dangerfield

I received the notice of deposition yesterday yesterday.  Attached is a copy of my fee schedule for prepayment for the deposition.

Regards,

Larry D. Stokes, Ph.D.
Beta Business Consulting LLC
10575 North 114th Street, Suite 103
Scottsdale, AZ 85259
Phone:  480-551-9680
Fax:     480-551-2184
Email:   ldstokes45@gmail.com

**UNIVERSITY OF CALIFORNIA, LOS ANGELES**                    **UCLA**



BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO          SANTA BARBARA · SANTA CRUZ

**Matthew Jay Budoff, MD, FACC**                    **Los Angeles Biomedical Research Institute**
**Professor of Medicine**                                      **at Harbor-UCLA**
**UCLA School of Medicine**                          **1124 W. CARSON STREET, RB-2**
**Program Director, Division of Cardiology**        **TORRANCE, CALIFORNIA 90502**
**Harbor-UCLA Medical Center**                          **OFFICE (310) 222-4107**
**Director, Cardiovascular CT Laboratory**                 **FAX (310) 782-9652**
                                                    **Email: budoff@ucla.edu**

August 17, 2016

Francis G. Fleming Jr.
Kreindler and Kreindler
212-687-8181
ffleming@kreindler.com
750 Third Avenue
New York, NY 10017

RE: *LINDA ANN BAILLIE V. MEDAIRE ET AL.*

$400 for record review and $550 for depositions/trial

Deposition                                8/16/16                    2.5 hours

Total  $1375

Please make payable to:        Matthew Budoff, MD
                               1256 10th Street
                               Manhattan Beach, CA 90266

Sincerely,

Matthew Budoff, MD

# INVOICE

**Ronald Roth, MD**

224 S. Homewood Ave
Pittsburgh, PA 15208

rothrn@upmc.edu

INVOICE NO.   1
DATE   August 22, 2016

**TO**

**Francis G. Fleming Jr.**
Kreindler and Kreindler
750 Third Avenue
New York, NY 10017
ffleming@Kreindler.com

**Baillie v. Medaire Inc., Reinhart and Monas**

| Service | SERVICE COST/HR | HOURS | TOTAL |
|---|---|---|---|
| 8/4/16 Deposition Hilton Garden Inn 9am-1pm (4 hour minimum) | $300.00 | 4.00 | $1,200.00 |
| | | SUBTOTAL | $1,200.00 |
| | | PREVIOUS BALANCE | $0.00 |
| | | TOTAL | $1,200.00 |

Ronald N. Roth, MD, FACEP

# Invoice

**Evolve Discovery | 111 W. Monroe St, Ste 1120 Phoenix, AZ 85003**
**Tax ID: 27-3464983**
**Phone: 602.254.2132   Fax: 1.866.488.1032**
**pmphx@evolvediscovery.com**

| DATE | INVOICE # |
|---|---|
| 7/9/2015 | 116873 |

| BILL TO | SHIP TO |
|---|---|
| Gallagher & Kennedy,P.A.<br>2575 E.Camelback Rd.<br>Phoenix AZ 85016<br>Attn: Accounts Payable | Gallagher & Kennedy, P.A.<br>2575 E.Camelback Rd.<br>Phoenix, AZ 85016<br>Attn: Tiffany La Mertha |

| CASE NAME | CLIENT MATTER NUMBER | TERMS | DUE DATE |
|---|---|---|---|
| Bailey v British Airways | 24709-0001 | Net 30 | 8/8/2015 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Case Name: Bailey v British Airways<br>Matter ID: 24709-0001<br>Contact: Tiffany La Mertha | | |
| 12,411 | Blowbacks/Prints B&W | 0.08 | 992.88T |
| | Sales Tax | 6.30% | 62.55 |

Thank you for your business.

**TOTAL** $1,055.43

I have received this order

_____

Signature

NOTICE OF ASSIGNMENT & PAYMENT INSTRUCTIONS

This invoice has been assigned to Gateway Acceptance Co.
ALL PAYMENTS MUST BE SENT DIRECTLY TO:

Gateway Acceptance Co
P.O. Box 4053  Concord, CA 94524

Payment to any other party, including your vendor,
will not discharge your legal obligation to pay Gateway.
If you question or dispute any part of this invoice,
contact Gateway immediately at (925) 405-1513