1  Francis G. Fleming, Jr. 004375
   ffleming@kreindler.com
2  Robert J. Spragg, *pro hac vice*
   rspragg@kreindler.com
3  KREINDLER & KREINDLER LLP
4  750 Third Avenue, 32nd Floor
   New York, NY 10017
5  Tel.: (212) 687-8181
6  Fax: (212) 972-9432

7  Stephen M. Dichter, 004043
8  sdichter@cdslawfirm.com
   CHRISTIAN DICHTER & SLUGA, P.C.
9  2700 North Central Avenue, Suite 1200
   Phoenix, Arizona 85004
10 Tel: (602) 792-1700
11 Fax: (602) 792-1710
   *Attorneys for Plaintiff Linda Ann Baillie*
12

13              UNITED STATES DISTRICT COURT
14                    DISTRICT OF ARIZONA
   ----------------------------------------------------x
15 LINDA ANN BAILLIE, individually, as
   Personal Representative of the Estate of       No.: 2:14-CV-00420-SMM
16 JAMES DONALD BAILLIE, II, and on
   behalf of all heirs and next of kin of
17 JAMES DONALD BAILLIE, II,                      **NOTICE OF APPEAL**
18 deceased,

19                        Plaintiff,
20           v.

21  MEDAIRE, INC., STEVEN JOE
    REINHART, D.O. and JESSICA MONAS,
22  M.D.,
23
24                        Defendants.
    ----------------------------------------------------x
25

26     NOTICE is hereby given that Linda Ann Baillie, plaintiff in the above-named case,
27 hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order
28 granting defendants' motion for summary judgment (Doc. 96) and the final judgment

1 | (Doc. 97) entered in this action on the 14th day of September, 2017.
2 | DATED this 6th day of October, 2017

KREINDLER & KREINDLER LLP

By: /s/ Francis G. Fleming, Jr.
Francis G. Fleming, Jr. 004375
Robert J. Spragg, *pro hac vice*
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432
        -and-
CHRISTIAN DICHTER & SLUGA, P.C.
Steven M. Dichter, 004042
2700 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Tel.: (602) 792-1700
Fax: (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

  I hereby certify that on October 6, 2017, I electronically transmitted the foregoing document via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

              */s/ Francis G. Fleming, Jr.*
              FRANCIS G. FLEMING, JR.