```
Francis G. Fleming, Jr. 004375
ffleming@kreindler.com
Robert J. Spragg, pro hac vice
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710
```
*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

------------------------------------------------------x

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>      Plaintiff,<br><br> v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O. and JESSICA MONAS, M.D.,<br><br>      Defendants. | No.: 2:14-CV-00420-SMM<br><br>**REPRESENTATION STATEMENT OF PLAINTIFF LINDA ANN BAILLIE** |

------------------------------------------------------x

  The undersigned represents Linda Ann Baillie, plaintiff and appellant in this matter, and no other party. The following is a list of all of the parties to the action and the information regarding their counsel. *See* F.R.A.P. 12(b); *see also* Ninth Circuit Rule 3-

2(b).

**1) Plaintiff Linda Ann Baillie**
Francis G. Fleming, Jr. (Bar No. 004375)
Robert J. Spragg, pro hac vice
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432
Emails: ffleming@kreindler.com
         rspragg@kreindler.com
-and-
Stephen M. Dichter (Bar No. 004042)
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Tel.: (602) 792-1700
Fax: (602) 792-1710
Email: sdichter@cdslawfirm.com

**2) Defendant MedAire, Inc.**
**Defendant Steven Joe Reinhart, D.O.**
**Defendant Jessica Mones, M.D.**
Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Tel: (602) 530-8000
Fax: (602) 530-8500
Emails: mark.dangerfield@gknet.com
         wct@gknet.com

Dated: October 6, 2017

        KREINDLER & KREINDLER LLP

        By: /s/ Francis G. Fleming, Jr.
        Francis G. Fleming, 004375
        Robert J. Spragg, *pro hac vice*
        750 Third Avenue, 32nd Floor
        New York, NY 10017
        Tel.: (212) 687-8181

Fax: (212) 972-9432
             -and-
CHRISTIAN DICHTER & SLUGA, P.C.
Steven M. Dichter, 004042
2700 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Tel.: (602) 792-1700
Fax: (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2017, I electronically transmitted the foregoing document via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

                                        */s/ Francis G. Fleming, Jr.*
                                        FRANCIS G. FLEMING, JR