Francis G. Fleming, Jr. 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710
*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

-----------------------------------------------------x

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O. and JESSICA MONAS, M.D.,<br><br>Defendants. | No.: 2:14-CV-00420-SMM<br><br>**DECLARATION OF FRANCIS G. FLEMING, JR. IN SUPPORT OF PLAINTIFF'S OBJECTIONS TO DEFENDANTS' BILL OF COSTS** |

-----------------------------------------------------x

I, Francis G. Fleming, Jr., declare as follows:

1. I am Of Counsel to the firm of Kreindler & Kreindler LLP, attorneys for plaintiff Linda Ann Baillie in this action. I am licensed to practice law in the States of

Arizona, New York, Pennsylvania and New Jersey. I have personal knowledge of the following facts and could and would testify to them if called on to do so.

2. A true and correct copy of Defendants' Statement of Facts Exhibit List (Doc. 86-1) pertaining to defendant's Motion for Summary Judgment is attached hereto as Exhibit 1.

3. A true and correct copy of a 4-page chart created by plaintiff's counsel entitled, "Plaintiff's Position on Allowable Court Reporter and Deposition Costs," is attached hereto as Exhibit 2.

4. A true and correct copy of a letter from plaintiff's counsel Robert J. Spragg to defendants' counsel Mark C. Dangerfield, dated July 8, 2014, enclosing a DVD containing documents pertaining to James Baillie, including his medical records from the Mayo Clinic, is attached as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Signed this 12th day of October, 2017 in New York, New York.

                                               /s/ Francis G. Fleming, Jr.
                                               Francis G. Fleming, Jr., 004375

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2017, I electronically transmitted the foregoing document via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

                                            */s/ Francis G. Fleming, Jr.*
                                            FRANCIS G. FLEMING, JR