Exhibit 1

Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone: (602) 530-8000
Facsimile: (602) 530-8500
E-mails: mark.dangerfield@gknet.com
wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven
Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; and JESSICA MONAS, M.D., <br><br> Defendants. | No. 2:14-cv-00420-PHX-SMM <br><br> **STATEMENT OF FACTS EXHIBIT LIST** |

1. Convention for the Unification of Certain Rules for International Carriage by Air
2. 9/13/2016 Declaration of Ronald Roth, M.D.
3. 5/26/2015 Expert report of Dr. Ronald Roth
4. 6/24/2016 expert rebuttal report of Dr. Ronald Roth
5. 9/15/2016 Declaration of Matthew Budoff, M.D.
6. 5/26/2016 Expert report of Dr. Matthew Budoff
7. 6/20/2016 Rebuttal report of Dr. Matthew Budoff
8. Chart (Ex. 1 to 5/26/2016 expert report of Dr. Budoff)
9. 9/14/2016 Declaration of Paulo Alves, M.D.
10. 5/25/2016 Expert report of Dr. Paulo Alves
11. 9/14/2016 Declaration of Michael Fortune

| | | |
|---|---|---|
| 1 | 12. | 5/25/2016 Expert report of Michael Fortune |
| 2 | 13. | 6/6/2014 Declaration of Robert Candipan, M.D. |
| 3 | 14. | 2/10/2014 Declaration of Linda Baillie |
| 4 | 15. | 2/11/201 Declaration of Francis Fleming |
| 5 | 16. | 1/28/2015 Declaration of Alastair Grant |
| 6 | 17. | 3/23/2012 MedAire Patch Transcript |
| 7 | 18. | British Airways Passenger Details for James Baillie |
| 8 | 19. | British Airways OPNL Legs Report for 3/23/2012 |
| 9 | 20. | Physician Pearls for Remote Medical Care |
| 10 | 21. | Diversion Justification Worksheet |
| 11 | 22. | EMT records produced by St. Luke's |
| 12 | 23. | St. Luke's Emergency Dep't Records (excerpts) |
| 13 | 24. | Dr. Candipan's OP Report regarding Mr. Baillie, and related documents |
| 14 | 25. | St. Luke's Discharge Summary for Mr. Baillie |
| 15 | 26. | Mayo Clinic H&P (History and Physical) for Mr. Baillie |
| 16-17 | 27. | 2004 ACC/AHA Guidelines for the Management of Patients with ST-Elevation Myocardial Infarction, p.e91 (excerpt) |
| 18 | 28. | 5/29/2014 Ewa Van Den Berg deposition (excerpts) |
| 19 | 29. | 12/5/2014 Ratan Verma, M.D. deposition (excerpts) |
| 20 | 30. | 9/22/2015 Robert Candipan, M.D. deposition (excerpts) |
| 21 | 31. | 10/22/2015 Alastair Grant deposition (excerpts) |
| 22 | 32. | 1/4/2016 Linda Baillie deposition (excerpts) |
| 23 | 33. | 1/4/2016 Laura Baillie deposition (excerpts) |
| 24 | 34. | 1/7/2016 David Streitwieser, M.D. deposition (excerpts) |
| 25 | 35. | 7/27/2016 Robert Candipan, M.D. deposition (excerpts) |
| 26 | 36. | 8/16/2016 Matthew Budoff, M.D. deposition (excerpts) |
| 27 | 37. | Arizona Certificate of Death for James Donald Baillie II |
| 28 | 38. | 9/16/2016 Declaration of Mark Dangerfield |