# Exhibit 2

# Plaintiff's Position On Allowable Court Reporter and Deposition Costs

| WITNESS(ES) | DEPOSITION CITED IN DEFENDANTS' SUMMARY JUDGMENT MOTION? | DATE OF DEPOSITIONS-PARTY TAKING DEPOSITIONS | DATE OF INVOICE | DEFENDANTS' CLAIMED COSTS | COSTS THAT SHOULD NOT BE TAXED | PLAINTIFF'S POSITION ON COSTS |
|---|---|---|---|---|---|---|
| Reinhart Vol. I | No | 5/16/2014 – Plaintiff | 6/3/2014 | $123.45 | Exhibit scan fee of $8.40 | $115.05 |
| Sharrad<br>Van Den Berg<br>Fowler<br>Grant Vol. I<br>Bolton<br>Simmonds | No<br>Yes<br>No<br>No<br>No<br>No | 5/27-30/2014 - Plaintiff | 6/20/2014 | $8,380.83 ($8,950.83 total minus rough copy charges of $570.00) | Defendants' Realtime use charges of $1,555.75<br><br>Rough copy charges of $570.00<br><br>½ appearance fee (videographer) of $979.17<br><br>Exhibit scan fee of $236.25 | $5,609.66 |
| Reinhart Vol. II | No | 7/7/2014 - Plaintiff | 7/15/2014 | $617.60 | Rough draft charge of $163.75<br><br>Exhibit scan fee of $38.40<br><br>Binding and processing fee of $14.50<br><br>Delivery fee of $14.50 | $386.45 |
| Monas | No | 7/22/2014 – Plaintiff | 8/6/2014 | $567.00 | Rough draft charge of $168.75 | $398.25 |
| Verma Deposition Costs | Yes | 12/5/2014 - Plaintiff | 1/14/2015 | $1,291.35 (total reporting charge divided by 2) | Defendants' Realtime use charge of $350.00<br><br>Exhibit scan fee of $3.85<br><br>½ appearance fee of $87.50 | $787.50 ($700 for copy of transcript and $87.50 for ½ appearance fee) |

# Plaintiff's Position On Allowable Court Reporter and Deposition Costs

| WITNESS(ES) | DEPOSITION CITED IN DEFENDANTS' SUMMARY JUDGMENT MOTION? | DATE OF DEPOSITIONS-PARTY TAKING DEPOSITIONS | DATE OF INVOICE | DEFENDANTS' CLAIMED COSTS | COSTS THAT SHOULD NOT BE TAXED | PLAINTIFF'S POSITION ON COSTS |
|---|---|---|---|---|---|---|
| Verma Court Reporter Bus Expense | Yes | | 1/14/2015 | $49.04 | ½ of bus expenses of $24.52 | $24.52 |
| Verma Court Reporter Taxi Expense | Yes | | 1/14/2015 | $53.29 | ½ of taxi expense | $26.65 |
| Verma Court Reporter Meal Expense | Yes | | 1/14/2015 | $65.83 | ½ of court reporter's meal expense | $32.92 |
| Covalciuc<br><br>Candipan Vol. I<br><br>Whitley<br><br>Hess | No<br>Yes<br>No<br>No | 9/17/2015 - Defendants<br>9/22/2015 - Defendants<br>9/23/2015- Plaintiff<br>9/25/2015 - Defendants | 10/8/2015 | $2,011.00 | Binding and delivery fee of $20.00 | $1,991.00 |
| Grant Deposition Costs | Yes | 10/22/2015 – Defendants | 11/11/2015 | $1,130.70 (1/2 of total reporter charges of $2,261.40) | ½ appearance fee of $87.50<br><br>Exhibit scan fee of $18.20 | $1,437.50 (original and 1 transcript of $1,350)<br>½ appearance fee of $87.50 |
| Grant Court Reporter London-Gatwick | Yes | | 11/11/2015 | $69.30 | $34.65 (½ of travel charge) | $34.65 |
| Grant Court Reporter | Yes | | 11/11/2015 | $19.31 (1/2 of reporter and videographer return London-Gatwick) | $19.31 (1/2 of travel charge) | $9.66 |
| Pajaro | No | 11/2/2015 - Defendants | 11/13/2015 | $454.00 | Binding and delivery fee of $10.00 | $444.00 |

## Plaintiff's Position On Allowable Court Reporter and Deposition Costs

| WITNESS(ES) | DEPOSITION CITED IN DEFENDANTS' SUMMARY JUDGMENT MOTION? | DATE OF DEPOSITIONS-PARTY TAKING DEPOSITIONS | DATE OF INVOICE | DEFENDANTS' CLAIMED COSTS | COSTS THAT SHOULD NOT BE TAXED | PLAINTIFF'S POSITION ON COSTS |
|---|---|---|---|---|---|---|
| Oscislawski | No | 12/1/2015 – Plaintiff | 12/15/2015 | $321.00 | None | $321.00 |
| Tyler<br>Monas Vol. II<br>Whitley Vol. II<br>Weaverling | No<br>No<br>No<br>No | 12/15-17/2015 - Plaintiff | 12/29/2015 | $2,163.00 | None | $2,163.00 |
| Laura Baillie<br><br>Linda Baillie<br><br>Alves<br><br>Reinhart Vol. III<br><br>Streitwieser | Yes<br><br>Yes<br><br>No<br><br>No<br><br>Yes | 1/4/2016 – Defendants<br>1/4/2016 – Defendants<br>1/5/2016 – Plaintiff<br>1/6/2016 – Plaintiff<br>1/7/2016 – Plaintiff | 1/18/2016 | $2,208.00 | Exhibits notebook fee of $10.00<br><br>Binding and delivery fee of $15.00 | $2,183.00 |
| Stokes<br><br>Candipan Vol. II<br><br>Alves | No<br><br>Yes<br><br>No | 7/26/2016 – Defendants<br>7/27/2016 Defendants<br>7/29/2016 - Plaintiff | 8/11/2016 | $1,833.25 | Rough ASCII file (2) charges of $286.25<br><br>Binding and delivery fee of $15.00 | $1,532.00 |
| Mesnard | No | | 8/16/2016 | $1,580.00 | NOT COURT REPORTING CHARGE – THIS IS AN EXPERT WITNESS FEE | $0.00 |
| Mesnard | No | 8/3/2016 - Defendants | 8/17/2016 | $1,226.35 | Videotape fee of $81.00 | $1,099.00 (transcript pages of $999.00; full day attendance fee of $100) |

**Plaintiff's Position On Allowable Court Reporter and Deposition Costs**

| WITNESS(ES) | DEPOSITION CITED IN DEFENDANTS' SUMMARY JUDGMENT MOTION? | DATE OF DEPOSITIONS-PARTY TAKING DEPOSITIONS | DATE OF INVOICE | DEFENDANTS' CLAIMED COSTS | COSTS THAT SHOULD NOT BE TAXED | PLAINTIFF'S POSITION ON COSTS |
|---|---|---|---|---|---|---|
| | | | | | Rough transcript fee of $270.00<br><br>Exhibit copy fee of $28.60<br><br>Exhibit copy (color) charges of $8.75<br><br>CD/ASCII fee of $25.00<br><br>Condensed transcript fee of $15.00<br><br>Processing and handling fee of $30.00<br><br>Regular delivery fee of $20.00 | |
| Roth | No | 8/4/2016 – Plaintiff | 8/25/2016 | $477.90 | None | $477.90 |
| Fortune | No | 8/12/2016 – Plaintiff | 8/30/2016 | $402.55 | Shipping and handling fee of $22.00 | $380.55 |
| Budoff | Yes | 8/16/2016 - Plaintiff | 8/31/2016 | $346.50 | Shipping and handling fee of $22.00 | $324.50 |
| | | | | | | |
| | | | | $25,391.25 | | $19,778.76 |