# Exhibit 3

◆▶ KREINDLER & KREINDLER LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

July 8, 2014

**VIA UPS**
Mark C. Dangerfield, Esq.
Gallagher & Kennedy
2575 East Camelback Road, Suite 1100
Phoenix, AZ 85016-9225

Re: **Baillie v. British Airways PLC, et al.**

Dear Mark:

As promised, I'm enclosing a copy of a DVD containing the following documents pertaining to the claims we're presenting on behalf of the family of James Donald Baillie, II:

1. Flight Itinerary for March 18, 2012 – March 23, 2012 trip (Bates Stamp Nos. JDB-00138 through JDB-00139);
2. Certificate of Death of James Donald Baillie, II (Bates Stamp No. JDB-00111);
3. Letters of Personal Representative (Bates Stamp No. JDB-00144);
4. Photographs of James Donald Baillie, II, alone and with his wife and family (Bates Stamp Nos. JDB-00406 through JDB-00407);
5. James Donald Baillie, II's Birth Certificate (Bates Stamp No. JDB-00109);
6. Linda Ann Baillie's Birth Certificate (Bates Stamp No. JDB-00110);
7. Marriage Certificate for James Donald Baillie, II, and Linda Ann Baillie (Bates Stamp No. JDB-00145);
8. James Donald Baillie, II's Arizona Driver License (Bates Stamp No. JDB-00105);
9. Linda Ann Baillie's Arizona Driver License (Bates Stamp No. JDB-00106);
10. Linda Ann Baillie's Social Security Card (Bates Stamp No. JDB-00408);
11. James Donald Baillie, II's Westwood H.S. Diploma – 1968 (Bates Stamp No. JDB-00564);
12. James Donald Baillie, II's Mesa Community College – A.A. Degree – 1974 (Bates Stamp No. JDB-00401);
13. James Donald Baillie, II's Arizona State University Diploma – B.S. Engineering Degree – 1977 - Magna Cum Laude (Bates Stamp No. JDB-00107);
14. James Donald Baillie, II's Arizona State University Diploma – Masters of Science in Engineering Degree – 1979 (Bates Stamp No. JDB-00108);
15. James Donald Baillie, II's Obituary (Bates Stamp No. JDB-00405);
16. Invoice for Funeral Expenses (Bates Stamp Nos. JDB-00140 through JDB-00143);

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120

Mark C. Dangerfield, Esq.
July 8, 2014
Page 2

17. Eulogies given at James Donald Baillie, II's funeral (Bates Stamp Nos. JDB-00131 through JDB-00137);
18. United States Individual Income Tax Returns (2007-2011) for James Donald Baillie, II, and Linda Ann Baillie (Bates Stamp Nos. JDB-00447 through JDB-00551);
19. State (Arizona and California) Tax Returns (2007-2011) for James Donald Baillie and Linda Ann Baillie (Bates Stamp Nos. JDB-00414 through JDB-00446);
20. Social Security Itemized Statement of Earnings for James Donald Baillie, II (Bates Stamp Nos. JDB-00409 through JDB-00413);
21. James Donald Baillie, II's 401K Plan (Bates Stamp Nos. JDB-00001 through JDB-00062);
22. James Donald Baillie, II's Motorola Pension Information (Bates Stamp Nos. JDB-00402 through JDB-00404);
23. James Donald Baillie, II's and Linda Ann Baillie's Wells Fargo Checking/Savings Account Information (Bates Stamp Nos. JDB-00552 through JDB-00563);
24. James Donald Baillie, II's and Linda Ann Baillie's E Trade Financial Account Information (Bates Stamp Nos. JDB-00112 through JDB-00130);
25. Allstate Letter re: Insurance Claim Paid (Bates Stamp No. JDB-00104);
26. Mayo Clinic Annual Physical Exam report for James Donald Baillie, II dated March 4, 2011 (Bates Stamp Nos. JDB-00146 through JDB-00166);
27. Aetna Health Plans Summary of Medical Expenses paid on behalf of James Donald Baillie, II (Bates Stamp Nos. JDB-00063 through JDB-00103);
28. Mayo Clinic Itemized Statement of Charges 3/30/12 - 7/1/12 (Bates Stamp Nos. JDB-00167 through JDB-00400);
29. James Donald Baillie, II's Mayo Clinic Medical Records (Bates Stamp Nos. JDB-00565 through JDB-12241); and
30. James Donald Baillie, II's St. Luke's Medical Center Records (Bates Stamp Nos. JDB-12242 through JDB-12975).

Please call me if you have any questions. Best regards.

Sincerely,

KREINDLER & KREINDLER LLP

By: Robert J. Spragg
Of Counsel

RJS/lr
Encls.