Mark C. Dangerfield (Bar No. 010832)
Wm. Charles Thomson (Bar No. 004269)
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
Telephone:   (602) 530-8000
Facsimile:   (602) 530-8500
E-mails: mark.dangerfield@gknet.com
         wct@gknet.com
Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>MEDAIRE, INC.; STEVEN JOE REINHART, D.O.; and JESSICA MONAS, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-PHX-SMM<br><br>**DECLARATION OF MARK C. DANGERFIELD REGARDING DEFENDANTS' REPLY IN SUPPORT OF BILL OF COSTS** |

1.     I am a member of Gallagher & Kennedy, P.A., counsel for Defendants in this action.  I make this Declaration to the best of my belief based on my personal knowledge and my access to and review of documents in this case.

2.     While the 05/25/16 expert report of Dr. Ronald Roth was attached as Exhibit 3 to the Defendants' Statement of Facts in the summary judgment briefing (Dkt. 86-1, p. 23), Dr. Roth's list of "Materials Considered," Addendum B to his report, was not attached.  A true and correct copy of Dr. Roth's list of "Materials Considered" is therefore attached as **Exhibit 1** to this Declaration.

3.     While the 03/21/16 expert report of Captain Daniel Mesnard was attached as Exhibit 46 to Plaintiff's Controverting Statement of Facts and Separate Statement of Facts (Dkt. 91-11, p. 8), Captain Mesnard's "List of documents disclosed," Appendix 2 to his

1  report, was not attached. A true and correct copy of Captain Mesnard's Appendix 2, "List
2  of documents disclosed," is therefore attached as **Exhibit 2** to this Declaration. In
3  paragraph 3.1 of Capt. Mesnard's report, he states that this Appendix 2 "contains a complete
4  list of all the documents disclosed and reviewed." Dkt. 91-11 at p. 11.

5      4.      I declare under penalty of perjury that the foregoing is true and correct to the
6  best of my knowledge and belief.

7      Executed this 19th day of October, 2017.

*[signature]*

Mark C. Dangerfield

# Exhibit 1

# Exhibit 1

# MATERIALS CONSIDERED

1. 3/23/12 BA 289 MedLink patch transcript
2. 3/23/12 BA 289 MedLink audio patches
3. 3/23/12 BA 289 MedLink Intake Form
4. MedLink patch summary to British Airways re 3/23/12 BA 289
5. 10/31/13 MedLink Client Patch Summary for British Airways re 3/23/12 BA 289
6. MedAire DataLink 2000 computer data for 3/23/12 BA 289
7. St. Luke's Medical Center OP Report and related materials
8. 3/23/12 EMT records, with attached record from St. Luke's Medical Center
9. 3/23/12 St. Luke's Medical Center Nursing Documentation; Triage, and related ED material
10. 3/30/12 Mayo Clinic Hospital H&P
11. MedLink Diversion Justification Worksheet
12. MedLink Current Blank Intake Form
13. British Airways ML Protocol
14. 8/23/11 MedLink Doctor Training Power Point
15. MedLink Physician Orientation Program Reference Material: MedLink Physician Pearls for Remote Medical Care
16. 2/11/14 Declaration of Francis G. Fleming
17. 1/28/14 Declaration of Alastair Grant
18. 1/15/14 Declaration of Ewa van den Berg
19. 2/15/14 Supplemental Declaration of Ewa van den Berg
20. 6/6/14 Declaration of Robert C. Candipan, M.D.
21. 5/16/14, 7/7/14, and 1/6/16 Dr. Steven Reinhart depositions and exhibits
22. 7/22/14 and 12/16/15 Dr. Jessica Monas depositions and exhibits
23. 12/15/15 Michelle Tyler deposition and exhibits
24. 9/23/15 and 12/16/15 Matthew Whitley depositions and exhibits
25. 12/17/15 Diann Weaverling deposition and exhibits
26. 1/7/16 Dr. David Streitwieser deposition and exhibits
27. 1/5/16 Dr. Paulo Alves deposition and exhibits
28. 5/29/14 Captain Stephen Fowler deposition and exhibits
29. 5/29/14 and 10/22/15 First Officer Alastair Grant deposition and exhibits
30. 5/30/14 First Officer Matthew Simmonds deposition and exhibits
31. 5/29/14 Ewa Van den Berg deposition and exhibits
32. 5/30/14 Georgina Bolton deposition and exhibits
33. 12/5/14 Dr. Ratan Verma deposition and exhibits
34. 9/25/15 of Dr. Brian Hess deposition and exhibits
35. 9/22/15 Dr. Robert Candipan deposition and exhibits
36. 2/11/14 Plaintiff's Memorandum of Law in Opposition to Defendant British Airways PLC's Motion for Summary Judgment (Plaintiff's California case)

37. M. Ferencik, et al., *Comparison of Traditional Cardiovascular Risk Models and Coronary Atherosclerotic Plaque as Detected by Computed Tomography for Prediction of Acute Coronary Syndrome in Patients with Acute Chest Pain*, Academic Emergency Medicine, August 2012, Vol. 19. No. 8.
38. C. Pollack Jr., et al., *Application of the TIMI Risk Score for Unstable Angina and Non-ST Elevation Acute Coronary Syndrome to an Unselected Emergency Department Chest Pain Population,* Academic Emergency Medicine, January 2006, Vol. 13, No. 1.
39. J.H. Pope, et al., *Missed Diagnoses of Acute Cardiac Ischemia in the Emergency Department,* New England Journal of Medicine, April 20, 2000, Vol. 342, No. 16.
40. E. Hess, et al., *Prospective Validation of a Modified Thrombolysis in Myocardial Infarction Risk Score in Emergency Department Patients with Chest Pain and Possible Acute Coronary Syndrome,* Academic Emergency Medicine, April 2010, Vol. 17, No. 4.
41. D. Peterson, et al., *Outcomes of Medical Emergencies on Commercial Airline Flights,* New England Journal of Medicine, May 30, 2013, Vol. 368, No. 22.
42. J. Graf, U. Stuben, S. Pump, *In-Flight Medical Emergencies*, Deutsches Arzteblatt International, Sep 2012, 109(37): 591-602.
43. M. Gendreau, *Responding to Medical Events During Commercial Airline Flights,* New England Journal of Medicine, April 4, 2002, Vol. 346, No. 14.
44. J. Tourtier, et al., *In flight auscultation: comparison of electronic and conventional stethoscopes,* American Journal of Emergency Medicine (2011), 29, 932-935.
45. J. Tourtier, et al., *A simulator-based study of in-flight auscultation,* Simulation in Healthcare, April 2014, Vol. 9, No.2.
46. *Aviation Auscultation,* JAMA, January 29, 1990, Vo. 263, No. 2.
47. R. Hunt, *Inability to assess breath sounds during air medical transport by helicopter,* JAMA, April 17, 1991, Vol. 265, No. 15.
48. S. Patel, *An adaptive noise reduction stethoscope for auscultation in high noise environments* Journal of the Acoustic Society of America, May 1998, Vol. 103 No. 5, Pt 1.
49. E. Fontaine, *In-Flight auscultation during medical air evacuation: comparison between traditional and amplified stethoscopes,* Air Med J., Nov-Dec 2014.
50. S. Mukherjee, *The Laws of Medicine: Field Notes from an Uncertain Science,* (2015).

# Exhibit 2

# Exhibit 2



**Appendix 2**
**Case No. 14-cv-0420-SMM (D. Az.)**
**Baillie v MedAire, Inc., Steven Joe Reinhart, D.O. and Jessica Monas, M.D.**

1.  Flight Itinerary for Mr Baillie's March 18, 2012 – March 23 2012 trip (Bates Stamp Nos. JDB-00138 through JDB-00139);
2.  Certificate of Death of James Donald Baillie, II (Bates Stamp Nos. JDB-00111);
3.  Letters of Personal Representative (Bates Stamp No. JDB-00144);
4.  Photographs of James Donald Baillie, II, alone and with his wife and family (Bates Stamp Nos. JDB-00406 through JDB-00407);
5.  James Donald Baillie, II's Birth Certificate (Bates Stamp No. JDB-00109);
6.  Linda Ann Baillie's Birth Certificate (Bates Stamp No. JDB-00110);
7.  Marriage Certificate for James Donald Baillie, II and Linda Ann Baillie (Bates Stamp No. JDB-00145);
8.  James Donald Baillie, II's Arizona Driver License (Bates Stamp No. JDB-00105);
9.  Linda Ann Baillie's Arizona Driver License (Bates Stamp No. JDB-00106);
10. Linda Ann Baillie's Social Security Card (Bates Stamp No. JDB-00408);
11. James Donald Baillie, II's Westwood H.S. Diploma – 1968 (Bates Stamp No. JDB-00564);
12. James Donald Baillie, II's Mesa Community College – A.A. Degree – 1974 (Bates Stamp No. JDB-00401);
13. James Donald Baillie, II's Arizona State University Diploma - B.S. Engineering Degree – 1977 – Magna Cum Laude (Bates Stamp No. JDB-00107);
14. James Donald Baillie, II's Arizona State University Diploma - Masters of Science in Engineering Degree – 1979 (Bates Stamp No. JDB-00108);
15. James Donald Baillie, II's Obituary (Bates Stamp No. JDB-00405);
16. Invoice for Funeral Expenses (Bates Stamp Nos. JDB-00140 through JDB-00143);
17. Eulogies given at James Donald Baillie, II's funeral (Bates Stamp Nos. JDB-00131 through JDB-00137);
18. United States Individual Income Tax Returns (2007-2011) for James Donald Baillie, II and Linda Ann Baillie (Bates Stamp Nos. JDB-00447 through JDB-00551);
19. State (Arizona and California) Tax Returns (2007-2011) for James Donald Baillie and Linda Ann Baillie (Bates Stamp Nos. JDB-00414 through JDB-00446);
20. Social Security Itemized Statement of Earnings for James Donald Baillie, II (Bates Stamp Nos. JDB-00409 through JDB-00413);
21. James Donald Baillie, II's 401K Plan (Bates Stamp Nos. JDB-00001 through JDB-00062);
22. James Donald Baillie, II's Motorola Pension Information (Bates Stamp Nos. JDB-00402 through JDB-00404);

23. James Donald Baillie, II's and Linda Ann Baillie's Wells Fargo Checking/Savings Account Information (Bates Stamp Nos. JDB-00552 through JDB-00563);
24. James Donald Baillie, II's and Linda Ann Baillie's E Trade Financial Account Information (Bates Stamp Nos. JDB-00112 through JDB-00130);
25. Allstate Letter re: Insurance Claim Paid (Bates Stamp No. JDB-00104);
26. Mayo Clinic Annual Physical Exam Report for James Donald Baillie, II dated March 4, 2011 (Bates Stamp Nos. JDB-00146 through JDB-00166);
27. Aetna Health Plans Summary of Medical Expenses paid on behalf of James Donald Baillie, II (Bates Stamp Nos. JDB-00063 through JDB-000103);
28. Mayo Clinic Itemized Statement of Charges 3/30/12 - 7/1/12 (Bates Stamp Nos. JDB-00167 through JDB-00400);
29. James Donald Baillie, II's Mayo Clinic Medical Records (Bates Stamp Nos. JDB-00565 through JDB-12241);
30. James Donald Baillie, II's St Luke's Medical Center Records (Bates Stamp Nos. JDB-12242 through JDB-12975);
31. James Donald Baillie, II's and Linda Ann Baillie's Wells Fargo Checking/Savings Account Statements for January 1, 2011 – December 31, 2013 (Bates Stamp Nos. JDB-12976 through JDB-13305);
32. Offers of Employment to James Donald Baillie, II from Freescale Semiconductor Inc. and Intersil Corporation and Freescale Employment Contracts (Bates Stamp Nos. JDB-13306 through JDB-13313);
33. Birth Certificates of the Baillie children - James Donald Baillie, III, Jacob Edward Baillie, Jonathan David Baillie and Laura Marie Baillie (Bates Stamp Nos. JDB 13314 through JDB 13317);
34. Affidavits of the Custodians of Hospital Records of St. Luke's Medical Center/Mayo Clinic regarding genuineness of Mr Baillie's medical records (Bates Stamp Nos. JDB 13318 through JDB 13319);
35. Freescale 2012 Summary Plan Description (Bates Stamp Nos. JDB 13320 through JDB 13611);
36. Last Will and Testament of James Donald Baillie, II (Bates Stamp Nos. JDB 13612 through JDB 13616);
37. Redacted Copies of Agreement Regarding Distribution of Claims Proceeds between Linda Ann Baillie, Aetna Life Insurance Company and the Rawlings Company/General Release and Settlement Agreement between Linda Ann Baillie and British Airways plc and Ratan K. Verma, M.D. (Bates Stamp Nos. JDB 13617 through JDB 13682);
38. Resume of James Donald Baillie, II (Bates Stamp Nos. JDB 13683 through JDB 13685);
39. British Airways Cabin Crew Recurrent AV Med Course (Bates Stamp Nos. BA0001 to BA0096);
40. British Airways 747 List of Safety Equipment and Location (Bates Stamp Nos. BA0097 – BA0098);
41. British Airways Cabin Crew Initial Aviation Medical Course A (Bates Stamp Nos. BA0099 – BA0370);
42. British Airways Aviation Medical Training Manual, Chapter 10 (Bates Stamp Nos. BA0371 – BA0380);
43. British Airways Cabin Crew Aviation Medical Manual, Chapter 2 (Bates Stamp Nos. BA0381 – BA0425);

44. British Airways SEP & Aviation Medical Training Notice Nos. 08-12, 43/11, 51/11 and 61/11 (Bates Stamp Nos. BA0426 – BA0432);
45. British Airways Customer Service Manual section pertaining to Injury, Illness or Death of Passengers (Bates Stamp Nos. BA0433 – BA0440);
46. British Airways Joint Procedures Manual, Section 6.15 (Bates Stamp Nos. BA0441 – BA0445);
47. List of British Airways Cabin Crew on BA289 on March 23, 2012 (Bates Stamp No. BA0446);
48. List of British Airways Flight Crew on BA289 on March 23, 2012 (Bates Stamp No. BA0447);
49. British Airways information pertaining to Ratan R. Verma, M.D., the physician who provided assistance to Mr Baillie (Bates Stamp Nos. BA0448 – BA 0450);
50. British Airways Occupational Safety Report regarding Mr Baillie's in-flight medical emergency (Bates Stamp Nos. BA0451 – BA0455);
51. British Airways Ticket Booking Information for Mr Baillie and Dr Verma and his family (Bates Stamp Nos. BA0456 – BA0463);
52. British Airways Incident Form regarding Mr Baillie's in-flight medical emergency (Bates Stamp Nos. BA0464 – BA0465);
53. British Airways Passenger Details Form pertaining to Mr Baillie (Bates Stamp No. BA0466);
54. British Airways Cabin Technical Report regarding use of medical kit and oxygen bottle on the subject flight (Bates Stamp No. BA0467);
55. British Airways Passenger Ticket Archive for Mr Baillie (Bates Stamp No. BA0468);
56. British Airways Booking Browser for Mr Baillie (Bates Stamp Nos. BA0469 – BA0474);
57. MedAire, Inc./Medlink Patch Summary regarding Mr Baillie's in-flight medical emergency (Bates Stamp Nos. BA0475 – BA0476);
58. Training history for the British Airways cabin crewmembers on the subject flight (Bates Stamp Nos. BA0477 – BA0488);
59. MedAire transcript of communications with the subject flight pertaining to Mr Baillie (Bates Stamp Nos. BA0489 – BA0494);
60. British Airways Flight Plan for the subject flight (Bates Stamp Nos. BA0495 – BA0505);
61. British Airways Track Message Identifier for eastbound flights at flight level 320 and above (Bates Stamp Nos. BA0506 – BA0507);
62. British Airways Track Message Identifier – track and distance summary (Bates Stamp No. BA0508);
63. British Airways FANS update V7 regarding 747 aircraft (Bates Stamp No. BA0509);
64. British Airways Route Information Manual for Denver International (Bates Stamp Nos. BA0510 – BA0513);
65. British Airways ground information for San Diego International (Bates Stamp No. BA0514);
66. British Airways weather/winds aloft chart for the subject flight (Bates Stamp No. BA0515);
67. British Airways Joint Procedures Manual Appendix 3.10 (Chest pain – angina) and 3.11 (Chest pain – heart attack) (Bates Stamp Nos. BA0516 – BA0517);
68. Mr Baillie's passenger ticket/British Airways Aviation Medical Training Cabin Crew Recurrent Course (Bates Stamp Nos. BA0518 – BA0578);

69. Bates Stamp Nos. BA0579 – BA0595;
70. Mr Baillie's file from Freescale Semiconductor, Inc (Bates Stamp Nos. BA0596 – BA0688), including Freescale Semiconductor Employee Air-Rail Data (Bates Stamp No. BA0688);
71. British Airways Joint Procedures Manual Part A(2), Appendix 3 First Aid Handbook (Bates Stamp Nos. BA0689 – BA 0762);
72. Aircraft Communications Addressing and Reporting System (ACARS) messages received or transmitted by BA Flight 289 on March 23, 2012 (Bates Stamp Nos. BA0763 – BA0768);
73. British Airways Joint Procedures Manual Part A(2), Flight and Cabin Crew Advice on Passenger Fitness to Fly (Bates Stamp Nos. BA0769 – BA0771);
74. 2010-2014 Annual Statistical reports prepared by MedAire for British Airways (Bates Stamp Nos. MA000001 – MA000099, MA027910 - MA027934);
75. 2010 Monthly Statistical Reports (including Patch Summaries) prepared by MedAire for British Airways (Bates Stamp Nos. MA000100 – MA004981);
76. 2011 Monthly Statistical Reports (including Patch Summaries) prepared by MedAire for British Airways (Bates Stamp Nos. MA004982 – MA010389);
77. 2012 Monthly Statistical Reports (including Patch Summaries) prepared by MedAire for British Airways (Bates Stamp Nos. MA010390 – MA016078);
78. 2013 Monthly Statistical Reports (including Patch Summaries) prepared by MedAire for British Airways (Bates Stamp Nos. MA016079 – MA021492);
79. 2014 Monthly Statistical Reports (including Patch Summaries) prepared by MedAire for British Airways (Bates Stamp Nos. MA021493 – MA026456);
80. 2010-2014 Quarterly Statistical Reports prepared by MedAire for British Airways (Bates Stamp Nos. MA026457 – MA026898);
81. AEA International Holdings Insurance Policy (Bates Stamp Nos. MA026899 – MA026948);
82. 08/01/01 Service Agreement between British Airways and MedAire (Bates Stamp Nos. MA026949 – MA026974);
83. Change Orders to 08/01/01 Service Agreement between British Airways and MedAire, through March 2012 (Bates Stamp Nos. MA026975 – MA027007);
84. 06/01/00 Professional Services Agreement between Emergency Professional Services, P.C. and MedAire (Bates Stamp Nos. MA027008 – MA0227016);
85. Addenda to 06/01/00 Professional Services Agreement between Emergency Professional Services, P.C. and MedAire (Bates Stamp Nos. MA027017 – MA027019);
86. MedAire Communications Specialist Executive ("CSE") training materials for commercial airlines (Bates Stamp Nos. MA027020 – MA027077), including;
    a. MedLink general Client Patch Process (01/20/12 Rev) (MA027020 – MA027021);
    b. MedLink Corporate versus Commercial cases (01/20/12 Rev) (MA027022 – MA027025);
    c. MedLink Medical Arrangements (01/12/12 Rev) (MA027026 – MA027028);
    d. Work Instruction: Radio Communications with MedLink (05/10/10 Rev) (MA027029 – MA027034);
    e. Work Instruction: Accessing MedLink Physicians (07/22/11 Rev) (MA027035 – MA027041);
    f. MedLink Commercial In Flight – EMS Required with Diversion (01/20/12 Rev) (MA027042 – MA027046);

      g. Work Instruction: MedLink Diversion Justification Worksheet Process (07/23/08 Rev) (MA027047 – MA027053);
      h. MedLink Diversion Justification Worksheet (07/22/08 Rev) (MA027054 – MA027055);
      i. Work Instruction:Commercial Aviation In-Flight Process (05/17/10 Rev) (MA027056 – MA027066);
      j. MedLink Commercial Patch Process - Overview (01/20/12 Rev) (MA027067 – MA027072);
      k. MedLink Commercial In Flight – No EMS Required (01/20/12 Rev) (MA027073);
      l. MedLink Commercial In Flight – EMS Required (01/20/12 Rev) (MA027074 – MA027077);

87. Physician and Nurse Reference Manual – MedAire Medical Guidelines for Air Travel (06/20/14 Rev) (Bates Stamp Nos. MA027078 – MA027102);
88. Redacted Contracts between MedAire and various unidentified airlines with routes over the North Atlantic Ocean (Bates Stamp Nos. MA027104 – MA027174);
89. Computer data entered by the MedAire CSE's regarding the March 23, 2012 calls involving British Airways Flight 289 (Bates Stamp Nos. MA027175 – MA027183);
90. FlightAware data and certification relating to British Airways Flight 289 on March 23, 2012 (Bates Stamp Nos. MA027184 – MA027203);
91. October 31, 2013 "patch summary" pertaining to March 23, 2012 patch with BA Flight 289 (Bates Stamp Nos. MA027204 – MA027205);
92. March 23, 2012 Intake form pertaining to BA Flight 289 on March 23, 2012 (Bates Stamp Nos. MA027206 – MA027207);
93. British Airways MedLink protocol (Bates Stamp Nos. MA027208 – MA027209);
94. MedLink Doctor Training PowerPoint dated August 23, 2011 (Bates Stamp Nos. MA027210 – MA027338);
95. MedLink Physician Orientation Program Agenda dated August 11, 2011 (Bates Stamp No. MA027339);
96. MedAire E-Learning report for Jessica Monas, M.D. for 2011 (Bates Stamp No. MA027340);
97. Tempus IC Work Instruction dated November 14, 2008 (Bates Stamp Nos. MA027341 – MA027348);
98. MedAire MedLink Physician Training, The Role of the MedLink Physician (Bates Stamp Nos. MA027349 – MA027354);
99. MedLink Physician Orientation Program Reference Material entitled "MedLink Physician Pearls for Remote Medical Care" dated September 12, 2008 (Bates Stamp Nos. MA027355 – MA027374);
100. Tempus IC Work Instruction dated November 14, 2008 (Bates Stamp Nos. MA027341 – MA027348);
101. MedLink Intake Form, Document No. OPS 04-02 (Bates Stamp Nos. MA 027383 – MA027384);
102. MedLink Cardiac Arrest Worksheet, Document No. OPS 04-04 (Bates Stamp Nos. MA027385 – MA027386);
103. MedLink Call Triage Work Instruction, Document No. OPS 32-01 (Bates Stamp Nos. MA027387 – MA027389);

104. Emails between Kay Talbot and Elizabeth Wilkinson of British Airways and Asa Byland of MedAire dated December 12, 2013, October 31, 2013, and December 10, 2013 (Bates Stamp Nos. MA027390 – MA027396);
105. The MedAire computer data (entered by MedAire CSE's) and Intake Forms regarding 22 incidents identified as "Cardiac" that MedAire handled for British Airways during the first Quarter of 2012 (Bates Stamp Nos. MA027397 – MA027757);
106. Audio recordings of the patches related to the 31 incidents identified as "Cardiac" in MedAire's statistical reports to British Airways for the first Quarter of 2012 (Bates Stamp Nos. MA027758 – MA027817);
107. 16 MedAire Intake Forms relating to British Airways "Cardiac" incidents between 2011 – 2014 involving Dr Reinhart (12 of them) and Dr Monas (4 of them) (Bates Stamp Nos. MA027818 – MA027850);
108. Plaintiff's First Amended Complaint for Wrongful Death and Personal Injuries;
109. Defendants' Answers to Plaintiff's First Amended Complaint;
110. Defendants' Initial Disclosures Under Federal Rule of Procedure 26;
111. Plaintiff's Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure;
112. Joint Case Management Report;
113. Plaintiff's First Request for Production of Documents and Things;
114. Defendant MedAire's Response to Plaintiff's First Request for Production of Documents and Things;
115. Defendant Reinhart's and Defendant Monas's Response to Plaintiff's First Request for Production of Documents and Things;
116. Defendant MedAire's Requests for Admissions and Interrogatories to Plaintiff;
117. Plaintiff's Response to Defendant MedAire's Requests for Admissions and Interrogatories to Plaintiff;
118. Deposition of BA Captain Stephen Fowler, taken on May 29, 2014;
119. Deposition of BA First Officer Alastair Grant, taken on May 29, 2014 and October 22, 2015;
120. Deposition of BA First Officer Matthew Simmonds, taken on May 30, 2014;
121. Deposition of BA Customer Service Manager Georgina Bolton, taken on May 30, 2014;
122. Deposition of BA Flight Attendant Ewa Van Den Berg, taken on May 29, 2014;
123. Deposition of BA Flight Attendant Nicola Sherrod, taken on May 27, 2014;
124. Deposition of MedAire/EPS Physician Steven Joe Reinhart, D.O., taken on May 16, 2014 and July 7, 2014;
125. Deposition of MedAire/EPS Physician Jessica Monas M.D., taken on July 22, 2014;
126. Deposition of MedAire CSE Matthew Whitley, taken on September 23, 2015;
127. Deposition of Rattan K Verma M.D., taken on December 5, 2014 (on board physician);
128. Deposition of Robert Candipan M.D., Ph.D, taken on September 22, 2015 (interventional cardiologist who treated Mr Baillie when he was brought from the aircraft to St Luke's Medical Center in Phoenix);
129. Deposition of Brian H Hess, M.D., taken on September 25, 2015 (treating physician at St Luke's Medical Center);
130. Deposition of Michael Covalciuc, M.D., taken on September 18, 2015 (signed results of Mr Baillie's 2010 executive physical given at Mayo Clinic in Phoenix);

131. Deposition of Octavio E Pajaro, M.D., taken on November 2, 2015 (physician who signed Mr Baillie's death certificate);
132. Deposition of Daniel P. Oscislawski, M.D., (MedAire Chief Medical Officer) taken on December 1, 2015 (Exhs.82 104);
133. Deposition of Michelle R. Tyler (MedAire Communication Specialist), taken on December 15, 2015 (Exhs.105, 107 - 108) (Exh 106 was previously provided at BA0579- BA0595);
134. Deposition of Jessica Monas, M.D. (Medlink/EPS physician), Part 2, taken on December 16, 2015 (Exhs. 109 - 115);
135. Deposition of Matthew T. Whitley (MedAire Communication Specialist), Part 2, taken on December 16, 2015 (Exh. 116);
136. Deposition of Diann Weaverling (MedAire Operations Manager), taken on December 17, 2015 (Exh. 117);
137. Deposition of Laura M. Baillie (plaintiff's daughter), taken on January 4, 2016 (Exh. 135);
138. Deposition of Linda Ann Baillie (plaintiff), taken on January 4, 2016 (Exhs. 118 – 134, 136 - 139);
139. Deposition of Paulo M. Alves, M.D.(MedAire Global Medical Director of Aviation Health), taken on January 5, 2016 (Exh. 140);
140. Deposition of Steven J. Reinhart, D.O. (Medlink/EPS physician), Part 3, taken on January 6, 2016 (Exhs 141 -162);
141. Deposition of David R. Streitwieser, M.D. (Medlink Medical Director/President and CEO of EPS), taken on January 7, 2016 (Exhs. 163 - 166);
142. British Airways OPNL Legs Report for BA Flight 289 on March 23, 2012, dated October 29, 2015 (Bates Stamp Nos. BA0772 through BA0773);
143. Audio recordings of patches relating to British Airways "Cardiac" incidents between 2011 - 2014 involving Dr. Reinhart and Dr. Monas (Bates Stamp Nos. MA027851 through MA027900);
144. Medlink Physician Orientation Handout dated October 2010 (Bates Stamp Nos. MA027901 through MA027907);
145. Blank Medlink Intake Form, 8/26/14 Revision (Bates Stamp Nos. MA027908 through MA027909);
146. Documents Bates Stamp Nos. JDB-00001 through JDB-13685;
147. British Airways Production of Documents BA-0001 through BA-00773;
148. MedAire Production of Documents MA-000001 through MA-027934;
149. Pleadings and Discovery Documents;
150. Deposition Exhibits/Deposition Transcripts;
151. British Airways Fit To Fly Guidelines Flight and Cabin Crew files.