IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie,<br><br>  Plaintiff<br><br>v.<br><br><br>Medaire Incorporated, et al.,<br><br>  Defendant | No.  CV-14-0420-PHX-SMM<br><br>JUDGMENT ON TAXATION OF COSTS |

Final judgment having been entered, defendant filed a Bill of Costs on September 28, 2017, seeking the taxation of $30,405.88.  An objection was filed on October 12, 2017.  A reply in support of Bill of Costs was filed on October 19, 2017.  The matter has been reviewed and costs have been awarded as follows.

1. **Service Fees** - Pursuant to LRCiv 54.1(e)(1), the **$384.20** claimed is allowed.

2. **Transcript Fees** - Pursuant to LRCiv 54.1(e)(2)(3), the revised amount of **$19,778.76** is allowed.   Defendants revised the original costs sought for court reporters and depositions transcripts downward from $25,391.25 to $19,778.76.

3. **Witness Fees** - Pursuant to LRCiv 54.1(e)(4), of the $3,575.00 claimed, only **$80.00** is allowed. The statutory attendance fees for Dr. Stokes and Capt. Mesnard are allowed in the total amount of **$80.00** ($40.00 per day for each witness). Fees for expert witnesses are not taxable in an amount greater than that statutorily

allowable for ordinary witnesses.  Due to lack of documentation of expenses paid by the defendant, the following expert witness attendance fees of Drs Roth and Budoff billed to Kreindler and Kreindler are not allowed.

-Letter dated 8/17/16 to Francis G. Fleming Jr., for Dr. Matthew Budoff, MD

-Invoice 1 dated 8/22/16, to Francis G. Fleming Jr., for Ronald N. Roth, MD

4. **Exemplification/Copy Fees** - Pursuant to LRCiv 54.1(e)(5), the **$1,055.43** claimed is allowed.

The costs are hereby taxed for the defendant and against the plaintiff in the amount of **$21,298.39.**

DATED this 20th day of October, 2017

BRIAN D. KARTH, CLERK

By: _Michael O'Brien_
Michael O'Brien
Chief Deputy Clerk