AO 435
AZ Form (Rev. 1/2015)

Administrative Office of the United States Courts | FOR COURT USE ONLY

DUE DATE:

## TRANSCRIPT ORDER

| 1. NAME Francis G. Fleming, Jr. | 2. PHONE NUMBER (212) 687-8181 | 3. DATE 10/26/2017 |
|---|---|---|

| 4. FIRM NAME Kreindler & Kreindler LLP |
|---|

| 5. MAILING ADDRESS 750 Third Avenue, 32nd Floor | 6. CITY New York | 7. STATE NY | 8. ZIP CODE 10017 |
|---|---|---|---|

| 9. CASE NUMBER 2:14-CV-00420-SMM | 10. JUDGE McNamee | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. Not applicable | 12. Not applicable |

| 13. CASE NAME Linda Baillie v. MedAire, Inc., et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Not applicable | 15. STATE Not applicable |

### 16. ORDER FOR

- [x] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

### 17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | Parties agree that there are |
| [ ] SENTENCING | | | no transcripts to be ordered |
| [ ] BAIL HEARING | | | and no hearings to transcribe |

### 18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | [ ] PAPER COPY | |
| 14 DAYS | [ ] | [ ] | | [ ] PDF (e-mail) | |
| 7 DAYS | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS
ffleming@kreindler.com

| 19. SIGNATURE /s/ Francis G. Fleming, Jr. |
|---|

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE 10/26/2017

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY