1  Francis G. Fleming, Jr. 004375
2  ffleming@kreindler.com
   Robert J. Spragg, *pro hac vice*
3  rspragg@kreindler.com
   KREINDLER & KREINDLER LLP
4  750 Third Avenue, 32nd Floor
5  New York, NY 10017
   Tel.: (212) 687-8181
6  Fax: (212) 972-9432

7
   Stephen M. Dichter, 004043
8  sdichter@cdslawfirm.com
   CHRISTIAN DICHTER & SLUGA, P.C.
9  2700 North Central Avenue, Suite 1200
   Phoenix, Arizona 85004
10 Tel: (602) 792-1700
11 Fax: (602) 792-1710
   *Attorneys for Plaintiff Linda Ann Baillie*
12

13              UNITED STATES DISTRICT COURT
                    DISTRICT OF ARIZONA
14 ----------------------------------------------------x
15 LINDA ANN BAILLIE, individually, as
   Personal Representative of the Estate of       No.: 2:14-CV-00420-SMM
16 JAMES DONALD BAILLIE, II, and on
   behalf of all heirs and next of kin of
17 JAMES DONALD BAILLIE, II,                      **CERTIFICATE OF SERVICE**
18 deceased,

19                    Plaintiff,
20        v.

21  MEDAIRE, INC., STEVEN JOE
    REINHART, D.O. and JESSICA MONAS,
22  M.D.,

23
                      Defendants.
24 ----------------------------------------------------x
25

26      I hereby certify that on October 26, 2017, I electronically transmitted the foregoing
27 document via the Court's CM/ECF system and Notice of Electronic Filing served on all
28

1  parties by operation of the Court's CM/ECF system.

2

3                                               */s/ Francis G. Fleming, Jr.*
                                                FRANCIS G. FLEMING, JR

-2-