Francis G. Fleming, Jr. 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710
*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

---------------------------------------------------x

LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,

Plaintiff,

v.

MEDAIRE, INC., STEVEN JOE REINHART, D.O. and JESSICA MONAS, M.D.,

Defendants.

---------------------------------------------------x

No.: 2:14-CV-00420-SMM

**STIPULATED MOTION TO PERMIT PLAINTIFF TO DEPOSIT A CASH COSTS BOND WITH THE CLERK OF THE COURT**

Plaintiff Linda Baillie is presently appealing the Court's September 14, 2017 Order granting Defendants' Motion for Summary Judgment (Doc. 96) and the Clerk's Judgment entered on the same date (Doc. 97).

On October 20, 2017, after briefing by the parties, the Clerk of the Court entered a taxation of costs judgment against plaintiff Linda Baillie in the amount of $21,298.39 (Doc. 106).

Plaintiff Linda Baillie desires to supersede this taxation of costs judgment and stay the execution thereof during the pendency of her appeal of the Court's summary judgment Order.

In light of these circumstances, the parties have agreed that the costs bond required in this matter should be in the amount of $25,000.00 (117% of the costs judgment) and that a bond in that amount is sufficient to stay the execution of the Clerk's cost judgment against plaintiff Linda Baillie.

The parties have also agreed that plaintiff Linda Baillie may post this costs bond by depositing $25,000 in cash with the Clerk of the Court for the United States District Court for the District of Arizona by way of a Cashier's Check made payable to the Clerk of the Court.

Therefore, the parties jointly move the Court to issue an Order permitting plaintiff Linda Ballie to post a cash costs bond in this matter by depositing $25,000 with the Clerk of the Court for the United States District Court for the District of Arizona by way of a Cashier's Check made payable to the Clerk of the Court.

DATED this 12th day of December, 2017

KREINDLER & KREINDLER LLP

By: */s/ Francis G. Fleming, Jr.*
Francis G. Fleming, Jr., 004375
Robert J. Spragg
750 Third Avenue, 32nd Floor
New York, NY 10017

CHRISTIAN DICHTER & SLUGA, P.C.

By: */s/ Stephen M. Dichter*
Stephen M. Dichter, 004043
2700 North Central Avenue, Suite 1200
Phoenix, AZ 85004

*Attorneys for Plaintiff Linda Ann Baillie*

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark C. Dangerfield*
Mark C. Dangerfield
Wm. Charles Thompson
2575 East Camelback Road
Phoenix, Arizona 85016-9225
*Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2017, I electronically transmitted the foregoing document via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

*/s/ Francis G. Fleming, Jr.*
FRANCIS G. FLEMING, JR