IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

-----------------------------------------------------x

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, Deceased,<br>　　　　　　Plaintiff,<br>　　v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O., and JESSICA MONAS, M.D.,<br>　　　　　　Defendants. | No.: 2:14-CV-00420-SMM<br><br>**ORDER** |

-----------------------------------------------------x

Pending before the Court is the parties' Stipulated Motion to Permit Plaintiff to Deposit a Cash Costs Bond with the Clerk of the Court (Doc. 108). Accordingly, good cause appearing,

**IT IS HEREBY ORDERED** that the parties' Stipulated Motion to Permit Plaintiff to Deposit a Cash Costs Bond with the Clerk of the Court is **GRANTED**. Plaintiff Linda Baillie is permitted to post a cash costs bond in this case by depositing $25,000 with the Clerk of the Court for the United States District Court for the District of Arizona by way of a Cashier's Check may payable to the Clerk of the Court.

Dated this ___ day of December, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Stephen M. McNamee
　　　　　　　　　　　　　　　　Senior United States District Judge