## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, | No. CV-14-00420-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Medaire Incorporated, et al., | |
| Defendants. | |

Pending before the Court is the parties' stipulated motion to permit Plaintiff to deposit a cash costs bond with the Clerk of Court. (Doc. 108.) Plaintiff desires to supersede the taxation of costs judgment and stay the execution thereof during the pendency of her appeal. The parties have agreed to a cash costs bond in the amount of $25,000 to stay the execution of the taxation of costs judgment. The Court will grant the stipulated motion.

Accordingly,

**IT IS HEREBY ORDERED** granting the parties' stipulated motion to permit Plaintiff to deposit a cash costs bond with the Clerk of Court. (Doc. 108.)

**IT IS FURTHER ORDERED** that Plaintiff shall deposit $25,000 in cash with the Clerk of the Court for the United States District Court, District of Arizona, by way of

//
//
//

1   cashier's check made payable to the Clerk of the Court, by **Friday, December 29, 2017**.

2   Dated this 18th day of December, 2017.

_____
Honorable Stephen M. McNamee
Senior United States District Judge