Francis G. Fleming, 004375
Robert J. Spragg (*pro hac vice*)
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
Email: ffleming@kreindler.com
Email: rspragg@kreindler.com

Stephen M. Dichter, 004043
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710
Email: sdichter@cdslawfirm.com

Attorneys for Plaintiff Linda Ann Baillie

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, Individually, and as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>    Plaintiff,<br> v.<br><br>MedAire, Inc.; Steven Joe Reinhart, D.O.; Jessica Monas, M.D.,<br><br>    Defendants | Case No.: 2:14-CV-00420-SMM<br><br><br><br>**NOTICE OF POSTING BOND FOR COSTS ON APPEAL** |

   NOTICE IS HEREBY GIVEN that Plaintiff Linda Ann Baillie hereby posts bond for costs on appeal in the amount of $25,000 (attached) with the Clerk of Court per the Court's December 18, 2017 Order (doc 109).

1  RESPECTFULLY SUBMITTED this 22nd day of December 2017.

2                                    KREINDLER & KREINDLER L.L.P.

3                                    By/s/ Francis G. Fleming, Jr.

4                                         Francis G. Fleming
                                          Robert J. Spragg
5
                                     CHRISTIAN DICHTER & SLUGA, P.C.
6
7                                    By/s/ Stephen M. Dichter
                                          Stephen M. Dichter
8
9                                    Attorneys for Plaintiffs

10                          **CERTIFICATE OF SERVICE**

11        I hereby certify that on December 22, 2017 I electronically transmitted the
12 attached document to the Clerk's Office using the CM/ECF system for filing and for
   transmittal of Notice of Electronic Filing to the following CM/ECF registrants:
13
14 Mark C. Dangerfield
   Wm. Charles Thomason
15 Gallagher & Kennedy
   2575 E. Camelback Road, Suite 1100
16 Phoenix, Arizona 85016-9225
   Attorneys for Defendants MedAire, Inc.,
17 Steven Joe Reinhart, D.O. and Jessica Monas, M.D.

18

19

20 /s/ Yvonne Cañez

21

22

23

24

25

26

27

28