UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 11 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LINDA ANN BAILLIE, individually, and as Personal Representative of the Estate of the Deceased/ and on behalf of all heirs and next of kin of the deceased, Estate of James Donald Baillie, II,

   Plaintiff - Appellant,

 v.

MEDAIRE, INC.; et al.,

   Defendants - Appellees.

No. 17-17022

D.C. No. 2:14-cv-00420-SMM
U.S. District Court for Arizona, Phoenix

**MANDATE**

The judgment of this Court, entered March 20, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $265.10.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7