Francis G. Fleming, 004375
Robert J. Spragg (*pro hac vice*)
KREINDLER & KREINDLER LLP
750 Third Avenue
New York, New York 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432
Email: ffleming@kreindler.com
Email: rspragg@kreindler.com

Stephen M. Dichter, 004043
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602) 792-1700
Facsimile: (602) 792-1710
Email: sdichter@cdslawfirm.com

Attorneys for Plaintiff Linda Ann Baillie

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Linda Ann Baillie, Individually, and as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MedAire, Inc.; Steven Joe Reinhart, D.O.; Jessica Monas, M.D.,<br><br>　　　　　　Defendants | Case No.:  2:14-CV-00420-SMM<br><br>**STIPULATION TO EXONERATE COST BOND ON APPEAL** |

Based upon the Ninth Circuit's reversal and remand of this Court's dismissal of Plaintiff's case, the Parties stipulate that the Court should exonerate the $25,000 cost bond on appeal plus any accrued interest provided by Plaintiff Linda Ann Baillie to the Clerk of Court on December 22, 2017 (Docs. 110 and 110-1).

RESPECTFULLY SUBMITTED this 16th day of April 2019.

        KREINDLER & KREINDLER L.L.P.

        By: /s/ Francis G. Fleming, Jr.
           Francis G. Fleming
           Robert J. Spragg

        CHRISTIAN DICHTER & SLUGA, P.C.

        By: /s/ Stephen M. Dichter
           Stephen M. Dichter

        Attorneys for Plaintiffs

        GALLAGHER & KENNEDY, P.A.

        By: /s/ Mark C. Dangerfield
           Mark C. Dangerfield
           Wm. Charles Thomason
           2575 E. Camelback Road, Suite 1100
           Phoenix, Arizona 85016
           Attorneys for Defendants MedAire, Inc.,
           Steven Joe Reinhart, D.O. and Jessica Monas, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2019 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Mark C. Dangerfield
Wm. Charles Thomason
Gallagher & Kennedy, P.A.
2575 E. Camelback Road, Suite 1100
Phoenix, Arizona 85016
Attorneys for Defendants MedAire, Inc.,
Steven Joe Reinhart, D.O. and Jessica Monas, M.D.

/s/ Yvonne Cañez