# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, Individually, and as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>    Plaintiff,<br>v.<br><br>MedAire, Inc.; Steven Joe Reinhart, D.O.; Jessica Monas, M.D.,<br><br>    Defendants | Case No.: 2:14-CV-00420-SMM<br><br>**ORDER** |

Pursuant to the parties Stipulation to Exonerate Cost Bond on Appeal, and good cause appearing therefore;

**IT IS HEREBY ORDERED** granting the Stipulation to Exonerate Cost Bond on Appeal in the amount of $25,000 from the Clerk of the Court.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to issue a check in favor of Linda Ann Baillie in the amount of $25,000 plus any accumulated interest thereon and that the Clerk mail the check to Ms. Baillie through her counsel of record, Stephen M. Dichter at Christian Dichter & Sluga, P.C., 2700 North Central Avenue, Suite 1200, Phoenix, Arizona 85004.

1 | Entered in open Court this _____day of April, 2019.

_____
Stephen M. McNamee
Senior United States District Court Judge