# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, | No. CV-14-00420-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Medaire Incorporated, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to Exonerate Cost Bond on Appeal. (Doc. 113.) Based on the Ninth Circuit's reversal and remand of this Court's decision, the parties "stipulate that the Court should exonerate the $25,000 cost bond on appeal plus any accrued interest provided by Plaintiff Linda Ann Baillie to the Clerk of Court." Id. at 1. After review and consideration, the Court will grant the parties' Stipulation.

In addition, the Court finds that a Status Conference will be helpful to determine the status of this case in light of the Ninth Circuit's decision to reverse and remand this matter.

**IT IS HEREBY ORDERED** approving the parties' Stipulation to Exonerate Cost Bond on Appeal. (Doc. 113.)

**IT IS FURTHER ORDERED** directing the Clerk of Court to issue a check to Plaintiff Linda Ann Baillie in the amount of $25,000 plus any accrued interest and to mail the check to Plaintiff's counsel of record, Stephen M. Dichter at Christian Dichter & Sluga, P.C., 2700 North Central Avenue, Suite 1200, Phoenix, Arizona 85004.

**IT IS FURTHER ORDERED** setting a Status Conference on **Monday, May 6,**

**2019 at 2:30 p.m.** in Courtroom 401, on the fourth floor of the Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003 before Senior Judge Stephen M. McNamee. Counsel for Plaintiff are permitted to appear telephonically and are directed to conference on one single, clear telephone line prior to calling Judge McNamee's chambers at 602-322-7555 five (5) minutes before the start of the proceeding. Counsel for Defendant must appear in person.

Dated this 17th day of April, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge