Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710
*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

-------------------------------------------------------x

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MEDAIRE, INC., STEVEN JOE REINHART, D.O. and JESSICA MONAS, M.D.,<br><br>Defendants. | No.: 2:14-CV-00420-SMM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER FOR THE LIMITED PURPOSE OF DESIGNATING AN ADDITIONAL EXPERT WITNESS** |

-------------------------------------------------------x

The Court having reviewed Plaintiff's Motion to Modify the Scheduling Order for the Limited Purpose of Designating an Additional Expert Witness, and good cause appearing:

**IT IS ORDERED** that Plaintiff's Motion to Modify the Scheduling Order for the Limited Purpose of Designating an Additional Expert Witness is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. Plaintiff shall designate her additional expert witness within 30 days of this Order;

2. Plaintiff shall produce the report of her expert to the defendants within 60 days of this Order; and

3. Defendants shall take the deposition of plaintiff's expert within 30 days of receiving the report of plaintiff's expert.

DATED this _____ day of _____, 2019

_____
Honorable Stephen M. McNamee
Senior United States District Judge