Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, individually, as Personal Representative of the Estate of James Donald Baillie, and on behalf of all heirs and next of kin of James Donald Bailee, II, deceased,<br><br>            Plaintiff,<br>    v.<br><br>MedAire, Inc., Steven Joe Reinhart, D.O., Jessica Monas, M.D., Ratan K. Verma, M.D. and British Airways, PLC,<br><br>            Defendants. | Case No. 2:14-cv-00420-SMM<br><br>**JOINT CASE STATUS REPORT** |

Section 10 of the Court's Scheduling Order, Doc. 51 (04/16/2014) provided that

> 10. Deadline for Notice of Readiness for Pretrial Conference. The Plaintiff(s) shall notify the Court that the parties are ready for scheduling of a Final Pretrial Conference pursuant to Rule 16(d) of the Federal Rules of Civil Procedure. The Plaintiff(s) shall file and serve this notice within ten days after the dispositive motion deadline if no dispositive motions are pending on that date. If dispositive motions are pending, Plaintiff(s) shall file and

serve such notice within ten days after the resolution of dispositive motions. The Court will then issue an Order Setting Final Pretrial Conference that (a) sets deadlines for briefing motions in limine, (b) includes a form for the completion of the parties' joint proposed Final Pretrial Order, and (c) otherwise instructs the parties concerning their duties in preparing for the Final Pretrial Conference. A firm trial date will be set at the Final Pretrial Conference.

We assume that the Court, having received the mandate from the Circuit, will now seek to move forward with the procedures outlined in Section 10. With that in mind, the Parties thought it would be of assistance to the orderly process of the May 6, 2019 hearing for the Parties to outline their positions on the scheduling issues. Counsel met and conferred concerning this proposed set of dates on Friday, May 3, 2019.

As a prefatory matter, Plaintiff filed a limited Motion to Reopen Discovery for the single purpose of expanding the roster of experts to include an Emergency Room physician. A draft of the Motion was forwarded to Defendants counsel on May 2, 2019 and was discussed during the May 3, 2019 meet and confer. Plaintiff's reason for seeking the single-issue reopening of discovery are stated in the Motion. Defendants believe Plaintiff cannot show good cause for the Motion, and that, if the Motion were granted, it would create the need for additional discovery of many kinds. If the Court wants briefing on the Motion, the Parties propose that Defendants respond by May 13, 2019 and the Plaintiff reply by May 20, 2019.

1. **PARTIES WHO ATTENDED MEETING AND ASSISTED IN DEVELOPMENT OF THIS CASE MANAGEMENT REPORT**

On May 3, 2019, the counsel listed below met and conferred, telephonically, pursuant to Fed. R. Civ. P. 26(f). All counsel assisted in the development of this Joint Case Management Report.

>Stephen M. Dichter, Esq.
>CHRISTIAN DICHTER & SLUGA, P.C.
>2700 North Central Avenue, Suite 1200
>Phoenix, Arizona 85004
>*Attorneys for Plaintiff Linda Ann Baillie*

>Francis G. Fleming, Esq.

```
Robert J. Spragg, Esq.
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
```
*Attorneys for Plaintiff Linda Ann Baillie*

```
Mark C. Dangerfield, Esq.
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
```
*Attorneys for Defendants MedAire, Inc.;*
*Steven Joe Reinhart, D.O.; and Jessica Monas, M.D.*

**2.  LIST OF ALL PARTIES IN THE CASE, INCLUDING ANY PARENT CORPORATIONS OR ENTITIES**

Plaintiff:  Linda Ann Baillie, Individually, and as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, deceased, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased, including James Donald Baillie, III, Jacob Edward Baillie, Jonathan David Baillie and Laura Marie Baillie

Defendant:  MedAire, Inc.

Defendant:  Steven Joe Reinhart, D.O.

Defendant:  Jessica Monas, M.D.

**3.     PROPOSED DEADLINES**

A.     Deadline for Plaintiff to Send First Draft of the Proposed Joint Pretrial Statement to Defense:  Plaintiff proposes **Friday, September 6, 2019 and Defendants propose Friday, August 23rd,**

B.     Deadline for Defendants to Send Response to Plaintiff's First Draft of the Proposed Joint Pretrial Statement to Plaintiff: Plaintiff proposes **Friday, September 20, 2019 and Defendants propose Friday, September 13th (**assuming Defendants receive the First Draft on August 23rd.)

C.   Deadline for Parties to Submit to the Court Their Final Proposed Joint Pretrial Statement:   Plaintiff proposes **Friday, October 4, 2019 and the Defendants propose Friday, September 27th.**

D.   Motions in Limine: Plaintiff proposes **Friday, October 4, 2019 with responses Friday, October 11th and Defendants propose Friday, September 13 and Friday, September 20th.** Motions and Responses shall be limited to 3 pages not counting exhibits.  No Replies are authorized and there will be no oral argument unless ordered by the Court.

**4.   SETTLEMENT**

Prior to the Court's ruling on the Defendants' summary judgment motions, the Parties engaged, unsuccessfully, in settlement discussions.  Plaintiff and Defendants are willing to try again and will consult as to an appropriate time to resume them.

**5.   JURY TRIAL**

Plaintiff properly and timely demanded a jury trial on the claims alleged in her complaint.

**6.   TIME OF TRIAL**

Several witnesses in the case will be traveling to Phoenix from the United Kingdom and the majority of the witnesses are experts or physicians. Given summer schedules and the matters left to be concluded, the parties do not anticipate being able to try the case until November 2019.

The parties believe that the trial will take up to **10** trial days and also believe that, if the case is to be tried in November, every effort should be made to schedule the trial so that

4

it can be completed reasonably before the Thanksgiving Holiday.

7. **OTHER MATTERS**

None at this time.

Dated: May 6, 2019                    Respectfully submitted,

KREINDLER & KREINDLER LLP

By: */s/ Francis G. Fleming*
       Francis G. Fleming, 004375

CHRISTIAN DICHTER & SLUGA, P.C.

By: */s/ Stephen M. Dichter*
       Stephen M. Dichter, 004043
       *Attorneys for Plaintiff Linda Ann Baillie*

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark C. Dangerfield*
       Mark C. Dangerfield
       Wm. Charles Thomson
       2575 East Camelback Road
       Phoenix, Arizona 85016-9225
       mark.dangerfield@gknet.com
       wct@gknet.com
       *Attorneys for Defendants MedAire, Inc.;*
       *Steven Joe Reinhart, D.O.; and Jessica*
       *Monas, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2019, I electronically transmitted the attached document and exhibit to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark C. Dangerfield
Wm. Charles Thomson
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
mark.dangerfield@gknet.com
wct@gknet.com
*Attorneys for Defendants MedAire, Inc.;*
*Steven Joe Reinhart, D.O.; and Jessica Monas, M.D.*

/s/ Roseanne Tomlinson