# EXHIBIT 1

Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Tel: (602) 792-1700
Fax: (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

----------------------------------------------------x

LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,

                Plaintiff,

v.

MEDAIRE, INC., STEVEN JOE REINHART, D.O., JESSICA MONAS, M.D., RATAN K. VERMA, M.D. and BRITISH AIRWAYS, PLC,

                Defendants.

----------------------------------------------------x

Case No.: 2:14-CV-00420-DGC

**JOINT CASE**
**MANAGEMENT REPORT**

airline finding no accident when passenger died of a seizure during in-flight snack service); *Hipolito v. Northwest Airlines, Inc.*, 15 Fed. Appx. 109 (4th Cir. 2001) (summary judgment in favor of airline upheld on grounds that passenger's in-flight asthma attack and failure to have full bottle of oxygen on-board not Article 17 accidents); *Abramson v. Japan Airlines, Co.*, 739 F. 2d 130, 131 (3d Cir. 1984) (aggravation of existing injury during routine flight not an accident).

### C. **Defenses of Defendants MedAire, Inc., Steven Joe Reinhart, D.O. and Jessica Monas, M.D.:**

The MedAire Defendants do not adopt plaintiff's statement of the case, but do not believe this is the proper forum to argue the facts.

MedAire provides remote medical advice to airlines with sick or injured passengers on board. MedAire contracts with emergency room doctors to provide this advice. During the course of BA Flight 289's flight from London to Phoenix on March 23, 2012, the pilot or cabin crew spoke to two different doctors engaged by MedAire. The conversation with Dr. Reinhart began about three hours into the flight, and the conversation with Dr. Monas began about seven hours into the flight. The pilot and cabin crew gave these doctors some information about Mr. Baillie, but they never had the chance to see or speak with Mr. Baillie, nor were they able to speak with the on-board doctors who directly observed and evaluated Mr. Baillie.

Based on the information provided Dr. Reinhart, he recommended that Mr. Baillie be kept lying down and on supplemental oxygen, and that, if his condition appeared to deteriorate, a diversion would have to be considered. Dr. Monas later recommended that diversion locations and options be considered. The pilot, who makes the final decision on

**19. OTHER MATTERS**

None at this time.

Dated: April 16, 2014

Respectfully submitted,

KREINDLER & KREINDLER LLP

By: */s/ Francis G. Fleming*
　　Francis G. Fleming, 004375

CHRISTIAN DICHTER & SLUGA, P.C.

By*/s/ Stephen M. Dichter*
　　Stephen M. Dichter, 004043

*Attorneys for Plaintiff Linda Ann Baillie*

CONDON & FORSYTH LLP

By:*/s/ Scott D. Cunningham*
Scott D. Cunningham, Esq.
Ivy L. Nowinski, Esq.
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067

Anthony U. Battista, Esq.
Condon & Forsyth LLP
7 Times Square
New York, NY 10036

J. Gary Linder, Esq.
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, AZ 85012

*Attorneys for Defendant British Airways PLC*

GALLAGHER & KENNEDY, P.A.

By:*/s/ Mark C. Dangerfield*
Mark C. Dangerfield
Wm. Charles Thomson

18