# EXHIBIT 2

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, deceased, | ) ) ) ) ) ) ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) No. 2:13-cv-04681-SVW-RZX |
| | ) |
| BRITISH AIRWAYS PLC, | ) |
| | ) |
| Defendant. | ) ) ) |

VIDEOTAPED DEPOSITION OF STEVEN JOE REINHART, D.O.

Phoenix, Arizona
May 16, 2014
1:13 p.m.

PREPARED FOR:                    PREPARED BY:

                                 AZ Litigation Support
                                 Susan A. Grenz, CCR, RPR
                                 Certified Court Reporter
                                 AZ Certificate No. 50720

AZ LITIGATION SUPPORT   480.481.0649

1        THE VIDEOTAPED DEPOSITION OF STEVEN JOE REINHART, D.O.,

2    taken at 1:13 p.m. on May 16, 2014, at the Law Offices of

3    Gallagher & Kennedy, P.A., 2575 East Camelback Road, Suite

4    1100, Phoenix, Arizona 85016, before Susan A. Grenz,

5    Certified Court Reporter.

6

7    PRESENT:

8    For the Plaintiff Linda Ann Baillie:

9            KREINDLER & KRIENDLER, LLP
             BY:  Francis G. Fleming, Esq.
10           750 Third Avenue
             32nd Floor
11           New York, New York  10017

12   For the Defendant British Airways PLC:

13           CONDON & FORSYTH, LLP
             BY: Ivy L. Nowinski, Esq.
14           1901 Avenue of the Stars
             Los Angeles, California 90067
15
     For the Defendants MedAire, Inc.,; Steven Joe Reinhart,
16   D.O.; and Jessica Monas, M.D.:

17           GALLAGHER & KENNEDY, P.A.
             BY:  Mark C. Dangerfield, Esq.
18           2575 East Camelback Road
             Suite 1100
19           Phoenix, Arizona 85016

20   Also Present:

21           Jonathan Williams, CLVS

22

23

24

25

```
                                                         Page 3

 1                    I  N  D  E  X

 2

 3   EXAMINATION                           PAGE NUMBER

 4   STEVEN JOE REINHART, D.O.

 5       By Mr. Fleming  ...................     5

 6

 7   EXHIBITS                 DESCRIPTION            MARKED

 8   No. 1     Curriculum Vitae of Steven J.
               Reinhart, DO, FACEP, FACOEP          4
 9
     No. 2     MedLink Client Patch Summary         4
10
     No. 3     Intake Form - MedLink               4
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1           (Deposition Exhibit Numbers 1, 2, and 3 were

2    marked for identification.)

3           THE VIDEOGRAPHER:  Good afternoon.  My name is

4    Jonathan William, certified legal video specialist with

5    K-Video Productions.

6           Our court reporter is Sue Grenz representing

7    Arizona Litigation Support.  Their address is One East

8    Washington Street, Phoenix, Arizona.

9           We are at the law offices of Gallagher & Kennedy,

10   2575 East Camelback Road, Phoenix, Arizona, to take the

11   deposition of Dr. Steven Reinhart on behalf of the

12   plaintiffs in the United States District Court of Central

13   California, case of Baillie versus British Airways, PLC,

14   Case Number 2:13-cv-04681-SVW-RZx.

15          The date is May 16th, 2014, and the time is 1:13

16   p.m.

17          The attorneys will now introduce themselves,

18   plaintiffs first, please.

19          MR. FLEMING:  Yes.  This is Frank Fleming,

20   Kreindler & Kreindler in New York for plaintiff, the Baillie

21   family.

22          THE COURT:  Mark Dangerfield here on behalf of

23   MedAire, Dr. Reinhart, and Dr. Monas.

24          THE COURT:  Ivy Nowinski for British Airways.

25          THE VIDEOGRAPHER:  Thank you.

1           Will the court reporter please swear in the

2    witness.

3                STEVEN J. REINHART, D.O.,

4    called as a witness herein, having been first duly sworn,

5    was examined and testified as follows:

6                     E X A M I N A T I O N

7    BY MR. FLEMING:

8        Q.    Good afternoon, Doctor.  My name is Frank

9    Fleming.  We've met briefly off the record.  I'm very

10   pleased to meet you.

11           Have you ever had your deposition taken before?

12       A.    I have.

13       Q.    Approximately how many times?

14       A.    Once.

15       Q.    Okay.  Very good.  Then I'm not going to go

16   through a lengthy description of my expectations for this

17   deposition.

18           I want to make one point clear, however.

19   Actually, two.

20           The first is that this is an adversarial

21   proceeding.  On behalf of the Baillie family I have brought

22   an action against you personally.  You know that?  Do you

23   know that, sir?

24       A.    I was not aware of that.

25       Q.    Okay.  All right.  The other thing is that I will

1   be asking you questions on behalf of the Baillie family, and

2   I will do my best to give you a clear question that you can

3   understand, but I don't always succeed at that.  So we have

4   to have an understanding that if I give you a question that

5   you don't understand, if you will tell me that, I will

6   withdraw the question and try to restate it in a way that

7   you do understand it.  Okay?

8        A.    Okay.

9        Q.    If I give you a question and you respond to it,

10  I'm going to assume you understood it and the response is

11  your best effort to give me the information that I've

12  requested.

13            Good enough?

14       A.    Good enough.

15       Q.    All right.  Thank you, sir.

16            Could me give me your -- I see you've given us a

17  CV, which consists of, what, about nine pages, and I think

18  we've marked it as Exhibit 1.

19            MR. FLEMING:  Is that correct, Susan?

20            THE COURT REPORTER:  Yes.

21            MR. FLEMING:  Exhibit 1.

22  BY MR. FLEMING

23       Q.    And I'm not going to go through the whole thing

24  right now, but just could you give me a brief description of

25  your medical education?

1      A.     I attended the Oklahoma State University College

2   of Osteopathic Medicine & Surgery in Tulsa from 1975 to

3   1978.  I did a rotating internship at Phoenix General from

4   1978 to '79.  I was then in family practice for a brief time

5   in the year 1979 and '80.  I started working in emergency

6   departments moonlighting in 1980.  I did that until 1982 and

7   realized that I wanted to pursue a career in emergency

8   medicine.  It had just become a specialty, and they were

9   just beginning to have residency positions available.

10             So I went back to the University of Oklahoma in

11  1982 and did a residency in emergency medicine and finished

12  that in 1984.  I moved back to Phoenix and have been in

13  full-time practice of emergency medicine since.

14      Q.     Are you employed by one or more hospitals as an

15  emergency physician?

16      A.     I am not.

17      Q.     Okay.

18      A.     I'm an independent contractor.

19      Q.     And that's the way you've been doing it since

20  1984?

21      A.     Yes, sir.

22      Q.     Do you stand -- for want of a better term I'll

23  call them shifts at various hospitals as an independent

24  contractor?

25      A.     Yes, we do shift work.