# EXHIBIT 3

## CURRICULUM VITAE
### of
### STEVEN J. REINHART, DO, FACEP, FACOEP

**ADDRESS:**

    **Office:**

        Banner Good Samaritan Regional Medical Center
        Emergency/Trauma Center
        1111 East McDowell Road
        Phoenix, Arizona  85006
        (602) 839-6968

    **Home:**

        330 West Kaler Drive
        Phoenix, Arizona 85021
        (602) 861-1083

**BIRTH:**

        Enid, Oklahoma 9/1/53

**EDUCATION:**

    **Undergraduate:**

        B.A. Biology
        Phillips University
        Enid, Oklahoma
        1971-1975

    **Honors:**

        Student Body Officer
        Phillips University
        Enid, Oklahoma
        1974-1975

        President's, Dean's Honor Rolls Phillips University
        En id, Oklahoma
        1971-1975

        Who's Who Among Students in American
        Colleges and Universities, 1 975

    **Postgraduate:**

        D.O. Degree
        Oklahoma State University,
        College of Osteopathic Medicine and Surgery
        Tulsa, Oklahoma
        1975-1978

    **Honors:**

        Intermedics Scholastic Scholarship. 1977

Reinhart

EXHIBIT NO. 1
5 -16 -14
Susan A. Grenz CCR 50720

**EDUCATION:**
Continued

Intern Rotating
Phoenix General Hospital
Phoenix, Arizona
07/78-6/79

Resident, Emergency Medicine
University of Oklahoma Medical Center
Oklahoma City, Oklahoma
7/82-6/84

**Honors:**

Most Valuable Resident Paper
University of Oklahoma Medical Center, 1984

**PROFESSIONAL APPOINTMENTS:**
**PRESENT:**

Staff Physician, Teaching Faculty
Emergency/Trauma Center
Banner Good Samaritan Regional Medical Center
Phoenix, Arizona
12/85-Present

Base Station Medical Director
Banner Good Samaritan Regional Medical Center
Phoenix, Arizona
9/86-Present

Teaching Faculty, Toxicology Program
Banner Good Samaritan Regional Medical Center
Phoenix, Arizona
1/99-Present

Staff Physician/ Banner Estrella/Emergency Department
Phoenix, Arizona
1/05-Present

Staff Physician, Phoenix Fire Department
Phoenix, Arizona
7/1/89-Present

Medical Control Physician Medaire/Medlink
Phoenix, Arizona
1986-Present

Centralized Medical Control Physician
Phoenix Fire Department
1/06-Present

ALS Base Station Medical Director
Turf Paradise Racing Downs, Paramedic Staff
Phoenix, Arizona
1/90-Present

Medical Team Manager
Arizona FEMA Urban Search and Rescue Team

**PROFESSIONAL APPOINTMENTS:**
**PAST:**

5/93-Present

Base Station Medical Director
Banner Estrella Medical Center
Phoenix, Arizona
11/05-12/10

Medical Director
Medaire Crisis Management Team
Phoenix, Arizona
1999-2005

Base Station Medical Director
Sports Medics Incorporated
Phoenix, Arizona
9/01-09/04

Team Physician
Phoenix Thunder Football Team
2000-2004

Staff Physician
Phoenix Children's Hospital
12/85-12/04

Air Ambulance Transport
Physician AirEvac Services, Inc.
Phoenix, Arizona
12/94--12/2000

Assistant Medical Director
Phoenix College
EMT - Basic Program
1996-12/2006

Arizona Emergency Medical Systems, Inc.
South Central Area Coordinator
Phoenix, Arizona
7/87-5/99

Base Station Medical Director
Paramedics Unlimited
Phoenix, Arizona
1/94-12/98

Team Physician for Arizona Police and Fire
International Police and Fire Olympics
Calgary, Alberta Canada
6/97-7/97

Team Physician for Arizona Police and Fire
International Police and Fire Olympics
Melbourne, Australia
2/95-3/95

## PROFESSIONAL APPOINTMENTS:
**PAST:** Continued

Team Physician
Phoenix Rangers Football Team
1992-1994

ALS Base Station Medical Director
Heber Overgaard Fire Department
10/88-4/95

Staff Physician, Emergency Room
Phoenix Baptist Hospital
Phoenix, Arizona
7/84-12/85

Staff Physician, Emergency Room
Base Station Medical Director
Valley View Community Hospital
Youngtown, Arizona
7/84-12/85

Staff Physician, Emergency Services
Spectrum Medical Corporation
1982--1984

General Practice/Emergency Room
Phoenix General Hospital
Phoenix, Arizona
7/79-6/84

Staff Physician
General Practice/Emergency Room
Community Hospital of Phoenix
Phoenix, Arizona
7/79-6/82

## HONORS:

Voted Top Doctor in Emergency Medicine Magazine
Phoenix, Arizona
2011, 2014

Most valuable Preceptor Award
Banner Good Samaritan, Family Practice Residency
2013

Alan V. Brunacini Service Excellence Award
Phoenix Fire Department
2006

Who's Who Among Rising Young Americans
1990-1995

Who's Who In the West
1990-1998

4

## COMMITTEES:

Banner Health Committee on Bioterrorism
Banner Health System
Phoenix, Arizona
12/00-Present

Emergency Services Committee
Banner Good Samaritan Regional Medical Center
Phoenix, Arizona
7/87-Present

Prehospital Care Committee Chairman
Banner Good Samaritan Medical Center
1986-Present

Door to Device Committee
Banner Good Samaritan Medical Center
1/07-Present

Federal Emergency Medical Agency
Urban Search and Rescue Response System
Medical Review Group
Washington, D.C.
1994-Present

Arizona Emergency Medical Services
Central Coordinating Committee
7/87-5/99 Chairman, 1/91-12/94

Arizona Chapter American College
of Emergency Physicians
Emergency Medical Services Committee Chairman
6/95-6/96

Arizona Chapter American College
of Emergency Physicians
Representative to State Emergency
Medical Services Education Council Subcommittee
2/89

Executive Board Member
Arizona Emergency Medical Systems
Phoenix, Arizona
9/88-1/90; 9/91-1/93

Prehospital Care Committee
Phoenix Baptist Hospital
Phoenix, Arizona
7/86-12/85

**COMMITTEES:**
Continued

Prehospital Care Committee
Valley View Community Hospital
Youngtown, Arizona
7/84-12/85

Department of Emergency Medicine Committee
Secretary, Phoenix General Hospital
Phoenix, Arizona
7/79-6/82

**LICENSURE:**

Arizona # 1650 – 7/15/79-Present
Oklahoma #2111 - 6/22/81-Present

**BOARD CERTIFICATION:**

Emergency Medicine - Certification #107
Diplomate, American College of Osteopathic
Emergency Physicians, FACOEP
7/10/86-Present

Emergency Medicine - Certification #840851
Diplomate, American College of
Emergency Physicians, FACEP
9/13/89-Present
Recertified 12/99, 12/09

**PROFESSIONAL CERTIFICATIONS:**

Advanced Cardiac Life Support, Instructor
1982-2010

Pediatric Advanced Life Support Instructor
12/88-12/99

**COURSE MEDICAL DIRECTOR:**

Paramedic Training Course for
Buckeye, Tolleson, Peoria, Goodyear, Sun Lakes
Phoenix, College
Phoenix, Arizona
1/05-7/05

Paramedic Training Course for
Goodyear, Daisy Mountain, El Mirage, Sun City,
Tempe, Buckeye, Sun City West, Gilbert Fire Departments
Phoenix College
Phoenix, Arizona
10/04-3/05

Paramedic Training Course for
Sun City West, Sun City, Tempe, Goodyear, Avondale,
Buckeye and Goodyear Fire Departments
Phoenix College
Phoenix, Arizona
10/03-3/04

**COURSE MEDICAL DIRECTOR:**
Continued

Paramedic Training Course for
Avondale, Buckeye, Gilbert,
Sun City West Fire Department
Phoenix College
Phoenix, Arizona
10/02-3/03

Paramedic Training Course for
Avondale, Buckeye, Gilbert, Goodyear,
Sun City and Sun City West Fire Departments
Phoenix College
Phoenix, Arizona
3/02-9/02

Paramedic Training Course for
Laveen, Gilbert and Chandler Fire Departments
Phoenix College
Phoenix, Arizona
5/01-11/01

Paramedic Training Course for
Chandler, Laveen, Sun City, Sun City West,
Tempe and Peoria Fire Departments
Phoenix College
Phoenix, Arizona
4/00-10/00

Advanced Cardiac Life Support Phoenix College
Phoenix, Arizona
1/89, 3/89, 4/89, l0/89 12/89, 3/90, 4/90, 5/90, 10/90,
11/90, 2/91, 4/91, 10/91, 12/91, 3/92, 5/92,10/92, 12/92,
3/93, 5/93,10/93, 3/94, 5/94, 10/94, 11/94, 2/95, 5/95,
10/95, 11/95, 3/96, 4/96, 10/96, 12/96, 3/97, 5/97, 10/97,
3/98, 4/98, 10/98, 12/98, 3/99, 4/99, 10/99, 11/99, 5/00,
10/00, 11/00, 5/01, 10/01, 11/01, 4/02

Pediatric Advanced Life Support
Phoenix Fire Department
Phoenix, Arizona
3/92, 9/95, 10/96, 3/97

Intermediate Emergency Medical Technician Course,
Chandler Fire Department
Phoenix College
Phoenix, Arizona 1991

Advanced Cardiac Life Support
Good Samaritan Regional Medical Center
Phoenix, Arizona 10/87

Advanced Cardiac Life Support
Phoenix Indian Hospital
Phoenix, Arizona 7/88, 9/88

**RESEARCH ACTIVITIES:**

Cancer Research - L1210 Tumor Virus in BDF1 Mice
using Various Modes of Chemotherapy and Immunotherapy
Oklahoma Medical Research Foundation
Oklahoma City, Oklahoma
1973-1975

**OTHER PAST MEDICAL EXPERIENCE:**

Medical Team Manager
Arizona FEMA Search and Rescue Team
Hurricane Katrina
New Orleans, Louisiana, 9/05

Medical Team Manager
Arizona FEMA Search and Rescue Team
2002 Winter Olympics
Salt Lake City, Utah, 2/02

Medical Team Manager
Arizona FEMA Search and Rescue Team
World Trade Center Disaster
New York City, New York, 9/01

Medical Team Manager
Arizona FEMA Search and Rescue Team
1996 Summer Olympics
Atlanta, Georgia, 8/96

Medical Team Manager
Arizona FEMA Search and Rescue Team
Murrah Federal Building Bombing
Oklahoma City, Oklahoma, 4/95

Medical Team Manager
Arizona FEMA Search and Rescue Team
Northridge California Earthquake
Northridge, California, 1/94

Medical Volunteer Work
Rajshahi Mission Hospital
Rajshahi, Bangladesh 4/1978-5/1978

Emergency Medical Technician
Ambulance Attendant
Emergency Medical Services
Enid, Oklahoma 1974-1978

**PUBLICATIONS:**

Fleming, J., England, T., Wernick, H., Reinhart, S., et al
Case Control Study of Fire Fighters with  Documented
Positive Tuberculin Skin Test results using Quantiferon TB
testing  in comparison  with  firefighters with  negative
tuberculin  skin result
Journal of Occupational Medicine and Toxicology,2006,1:28

**PUBLICATIONS:**
Continued

Reinhart, S., Barrett, S.M., An Acute Hypertensive Response After Use of a New Pentazocine Formulation. Annuals of Emergency Medicine, June 1985

Reinhart, S. J., The Psychosocial Aspects of Cardiac Pacing, Osteopathic Medicine, Vol. 4, No. 5:64-67, 1979. 14:591-593.

**GUEST SPEAKER:**

Conference:
Nursing Trauma Day 2002
FEMA Responses to Disasters
Sponsored by Good Samaritan
Regional Medical Center Trauma Service
Phoenix, Arizona 9/10/02

Conference:
Critical Incident Stress Management – War Stories and the Lessons Learned: "Medical Perspective of the Oklahoma City Bombing"
Sponsored by St. Luke's Behavioral Health Center, 3/8/96, Phoenix, Arizona

Conference:
"Management of Pain in the Emergency Department", Sponsored by Roche Laboratories, 5/15/90, Scottsdale, Arizona

Conference:
"The Evaluation and Management of the Infant Experiencing a Life Threatening Event", Sponsored by Phoenix Children's Hospital, 10/23/87, Scottsdale, Arizona

Meeting:
"Summer Emergencies", ITT Business Communications, 7/1 5/87, Tempe, Arizona

Conference:
Elder Abuse, A Growing Problem for Emergency Medical Services,
Good Samaritan Medical Center, 5/4/87
Phoenix, Arizona

Conference:
Elder Abuse in the Community
A Training Program for Police Officers
Phoenix Police Academy, 6/26/86
Phoenix, Arizona

Meeting:
Oklahoma Chapter of America College of Emergency Physicians
Toxicology Update, Paper Presentation
11/84

**SPECIAL EVENT PHYSICIAN:**

Super bowl XLII
Glendale, Arizona
2/3/08

Fiesta Bowl
Phoenix, Arizona
1/2/08

World Series
Phoenix, Arizona
10/01

International Police and Fire Olympics
Calgary, Alberta Canada
6/28/97-7/4/97

Super Bowl XXX
Phoenix, Arizona
1/28/96

International Police and Fire Olympics
Melbourne, Australia
2/26/95-3/4/95

Iceberg Grand Prix
Phoenix, Arizona
3/8/91-3/10/91

Iceberg Grand Prix
Phoenix, Arizona
3/9/90-3/11/90

Iceberg Grand Prix
Phoenix, Arizona
6/2/89-6/4/89

Papal Visit/Mass
Phoenix, Arizona
9/14/1987

CV: S. Reinhart
Updated 5/2014