# EXHIBIT 1

# CURRICULUM VITAE

## ROBERT C. CANDIPAN, Ph.D., M.D.

*Office Address:*  Honor Health Heart Institute
9250 N.3rd Street, Suite 3010
Phoenix, AZ 85020
(602) 861-1168

*Home Address:*  12060 N. 108th Place
Scottsdale, AZ 85259

*Cell:*  (480) 253-7233
*e-mail:*  candipanmd@yahoo.com

*Birthdate:*  December 5, 1957
*Place of Birth:*  Los Angeles, California
*Citizenship:*  USA

## Education

| | |
|---|---|
| 6/85-6/87 | The University of Miami School of Medicine<br>Miami, Florida<br>M.D. Degree |
| 9/79-9/84 | The University of California, Los Angeles<br>Los Angeles, CA<br>Ph.D. Biology |
| 9/75-6/79 | The University of California, Los Angeles<br>Los Angeles, CA<br>B.S. Biochemistry |

## Postdoctoral Training

| | |
|---|---|
| 7/95-6/96 | Fellowship in Interventional Cardiology<br>Sequoia Hospital<br>Redwood City, California |
| 7/93-6/95 | Postdoctoral Research Fellowship in Cardiovascular Medicine<br>Stanford University School of Medicine<br>Stanford, California |
| 7/90-6/93 | Fellowship in Cardiovascular Medicine<br>Stanford University School of Medicine<br>Stanford, California |



| | |
|---|---|
| 7/88-6/90 | Residency in Internal Medicine<br>University of Southern California School of Medicine<br>Los Angeles, California |
| 6/87-6/88 | Internship in Internal Medicine<br>University of Southern California<br>Los Angeles, CA |
| 9/84-6/85 | Postdoctoral Fellow<br>University of California at Los Angeles<br>Department of Biology |

## Licensure and Certification

American Board of Internal Medicine, Cardiovascular Disease
American Board of Internal Medicine, Interventional Cardiology
Diplomate, National Board of Medical Examiners

| Medical Licensure: | Arizona | 40722 |
|---|---|---|
| Inactive | California | G66460 |
| | Illinois | 036-093816 |
| | Utah | 97-336498-1205 |
| | Kansas | 0430427 |
| | Missouri | 2004013298 |

## Academic Appointments

| | |
|---|---|
| 7/09-4/10 | Associate Professor of Medicine<br>University of Kansas School of Medicine<br>Kansas, City, KS |
| 2/04-6/09 | Clinical Assistant Professor of Medicine<br>University of Kansas School of Medicine<br>Kansas City, Kansas |
| 1/98-2/04 | Assistant Professor of Medicine<br>Section of Cardiology<br>University of Illinois at Chicago College of Medicine |
| 2/97-12/97 | Assistant Professor of Medicine<br>Department of Medicine, Division of Cardiology<br>University of Utah Health Sciences Center<br>Salt Lake City, Utah |

2

| 2/97-12/97 | Attending Staff Physician |
| | Department of Medicine, Division of Cardiology |
| | Salt Lake City VA Medical Center |
| | Salt Lake City, Utah |

| 7/92-6/93 | Instructor, Preclinical Medicine |
| | Department of Medicine |
| | Stanford University School of Medicine |

| 9/83-9/84 | Research Assistant |
| | University of California at Los Angeles |
| | Department of Biology |

| 9/80-6/83 | Teaching Fellow |
| | Department of Biology |
| | University of California at Los Angeles |

**Non-Academic Clinical Appointments**

| 7/15-present | Cardiologist |
| | Honor Health John C Lincoln Medical Center |
| | Phoenix, Arizona |

| 3/11-present | Cardiologist |
| | St. Luke's Medical Center |
| | Phoenix, Arizona |
| | |
| | Tempe St. Luke's Medical Center |
| | Tempe, Arizona |

| 11/10-present | Cardiologist |
| | Mountain Vista Medical Center |
| | Mesa, Arizona |

| 4/10-6/11 | Cardiologist |
| | Arizona Regional Medical Center |
| | Mesa, Arizona |

| 2/04-4/10 | Cardiologist |
| | Newman Regional Medical Center |
| | Emporia, Kansas |

| 6/04-6/09 | Cardiologist |
| | Liberty Hospital |
| | Liberty, Missouri |

| | |
|---|---|
| 10/90-11/97 | Staff Physician<br>San Mateo County General Hospital<br>San Mateo, California |
| 5/93-12/95 | Staff Physician<br>Ukiah Valley Medical Center<br>Ukiah, California |
| 8/90-3/92 | Affiliated Staff Physician<br>Department of Internal Medicine<br>Kaiser Redwood City Medical Center<br>Redwood City, California |
| 3/90-6/90 | Affiliated Staff Physician<br>Department of Emergency Medicine<br>Kaiser Bellflower Medical Center<br>Bellflower, California |
| 10/89-6/90 | Attending Staff<br>Los Angeles County Medical Center<br>Los Angeles, California |

## Hospital Appointments

Founding Director Interventional Cardiology Fellowship 2005-2010
Co-Director Chest Pain Center 2004 -2007
University of Kansas Hospital

Director, Cardiac Intensive Care Unit  1998-2004
Director Cardiac Catheterization Laboratories 1999-2004
Chair Emergency Cardiac Care Committee 2000-2004
Founding Director, Interventional Cardiology Fellowship 2001-2004
University of Illinois at Chicago

## Memberships

Fellow, American College of Cardiology
Fellow, Society for Cardiac Angiography and Interventions

## Clinical Research

**Principal Investigator**

Nitric Oxide in Myocardial Infarction
INO Therapeutics 2007-2008

4

A Multicenter, Randomized, Controlled, Double-Blind Trial to Investigate the Clinical Efficacy and Tolerability of Early Treatment with Simvistatin 40mg Daily for 30 Days, Followed by Simvistatin 80 mg Daily Thereafter in Tirofiban-Treated Acute Coronary Syndrome Patients Who Have Been Randomized to Receive Enoxaparin or Unfractionated Heparin in Conjunction with Aspirin. (A to Z Trial)
Merck and Co. 2000-2003

A Three-Arm Double-Blind, Randomized Comparator Study Comparing the Renal Effects of Visipaque 320 (iodixanol) with Placebo vs. Visipaque 320 (iodixanol) with Acetylcysteine vs. Optiray 320 (ioversol) with Acetylcysteine in Chronic Stable Renal Failure Subjects Undergoing Coronary Angiography/Interventions
Amersham Health (VIS-P4-007) 2002-2003

A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Dose-Ranging, Safety and Efficacy Trial of Recombinant P-Selectin Glycoprotein Ligand-lg for Use With Thrombolytic Therapy in Patients With Acute Myocardial Infarction
(Wyeth- Ayerst Research Protocol: 3088A1-200-US) 2000-2001

Enoxaparin and Tnk-tPA with or without GPIIb/IIIa Inhibitor as Reperfusion strategy in ST elevation MI)
Aventis Protocol RP54563-267 2000-2001

An Open Label, Randomized, Parallel, Multicenter Trial Comparing the Safety and Efficacy of Subcutaneous Enoxaparin to Intravenous Unfractionated Heparin as an Adjunct to Thrombolytic Therapy in Patients Presenting with Acute Myocardial Infarction (HART II) 1999-2000

A Randomized, Double-Blind, Placebo-Controlled, Multicenter Trial to Evaluate the Efficacy anf Safety of Adenosine (Pallacor, Adenosine Injection) as an Adjunct to Reperfusion Therapy (Thrombolysis or Mechanical Reperfusion) in the Treatment of Acute Anterolateral Myocardial Infarction (AMISTAD II)
Medco Research 1999-2000

**Sub-Investigator**

CHOICE Registry
Abbott Vascular          2009-2010

DURABILITY
EV3                      2009-2010

SAPPHIRE Registry
Cordis                   2008-2010

PROTECT II               2008-2010
Abiomed

5

SPIRIT IV
Abbott Vascular      2007

SPIDER
EV3                  2006

ZOMAXX               2006
Abbott Vascular

GUARDIAN
University of Utah    1997

## Research Grants

NIH/National Research Service Award          1992-1995

Stanford University Deans Research Fellowship   1991

## Professional Activities

Hospital

University of Illinois at Chicago
Chairman, Emergency Cardiac Care Committee
Member, Clinical Quality Improvement Committee for Acute Myocardial Infarction and
Heart Failure
Member, Department of Medicine Quality Assurance Committee
Member, Matrix Team for Continuous Quality Improvement

University of Kansas
Co-Director, Chest Pain Center 2004-2007
Member, Human Subjects Committee 2005-2010

National
Steering Committee on Percutaneous Transluminal Coronary Angioplasty
University HealthSystems Consortium

## Teaching

Founding Director, Interventional Cardiology Fellowship
ACGME Approved, without citation
University of Illinois at Chicago

Founding Director, Interventional Cardiology Fellowship
ACGME Approved, without citation
University of Kansas

6



## Publications

**Candipan, R.C.,** and Sjöstrand F.S. An analysis of the contribution of the preparatory technique to the appearance of condensed and orthodox conformations of liver mitochondria. J Ultrastructure Research 1984;89: 281-94.

**Candipan, R.C.,** and Sjöstrand, F.S. Freeze-fracture analysis of isolated liver mitochondria in different metabolic states. J. Ultrastructure Research 1984;89: 274-80.

**Candipan, R.C.,** and Sjöstrand, F.S. Water movement from intracristal spaces in isolated liver mitochondria. J. Ultrastructure Research 1984;89: 249-60.

**Candipan, R.C.,** and Sjöstrand, F.S. Permeability changes in isolated liver mitochondria during different metabolic states. J. Ultrastructure Research 1984;89: 212-22.

Sjöstrand, F.S., and **Candipan, R.C.** Immobilized enzymes at the surface of rat heart muscle mitochondria. J. Ultrastructure Research 1985;91: 51-6.

Sjöstrand, F.S., and **Candipan, R.C.** Connections between the cristae and the surface of rat heart muscle mitochondria. J. Ultrastructure Research 1985;91: 38-50.

Sjöstrand, F.S., **Candipan, R.C.,** and Durstenfeld, A. The surface structure of photoreceptor outer segment disks. J. Ultrastructure and Molecular Structure Research 1988;101: 40-50.

Sjöstrand, F.S., and **Candipan, R.C.** Freeze-Fracture Double Replica Analysis of Mitochondrial Inner Membranes 1992. submitted for publication.

**Candipan, R.C.,** Hsiun, P.T.C., Pratt, R.E., and Cooke, J.P. Vascular injury augments adrenergic neurotransmission. Circulation 1994;89: 777-784

Cooke, J.P., and **Candipan, R.C.** Vascular Biology of Restenosis: Insights into Therapeutic Strategies. 1994. J. Invasive Cardiology. 1994;6: 25-35.

**Candipan, R.C.,** Wang, B.Y, Buitrago, R. Tsao, P.S., and Cooke, J.P. Regression or progression: dependancy on vascular nitric oxide. Arteriosclerosis, Thrombisis, and Vascular Biology. 1996; 16:44-50.

Wang, B.-Y., **Candipan, R.C.,** Hsiun, P.T.C., Arjomandi, M., Tsao, P.S., and Cooke, J.P. Arginine restores NO activity and inhibits monocyte accumulation after vascular injury in hypercholesterolemic rabbits. Journal of the American College of Cardiology. 1996; 28:1573-9

J. Bagai and **R. Candipan.** Invited commentary on ". Soluble selectins in the pulmonary and systemic circulation in acute cardiogenic and non-cardiogenic pulmonary failure."

7

European Critical Care Journal Club, Critical Care Assembly of American Thoracic Society. Available at http://www.thoracic.org/assemblies/cc/ccjcframe.html: March, 2001

Sevrukov A, Aker N, Sullivan C, Jelnin V, and **Candipan RC**. Identifying the course of an anomalous left coronary artery using contrast-enhanced electron beam tomography and three-dimensional reconstruction. Catheterization and Cardiovascular Interventions. 2002 Dec;57(4):532-6

Gandhi S, and **Candipan, R.C.** A refined angioplasty and stenting technique may offer an alternative to carotid endarterectomy. J Cardiovasc Nurs. 2003 Nov-Dec;18(5):343-6.

**Candipan, R.C.** Risk stratification of heart failure patients: Return to basics. (editorial) Cardiology Review. 2003 20(13): 28

Maksoud, A, **Candipan, R.C**., Wilson, D.B., and Vacek, J.L. Aspirin and Clopidogrel: Efficacy, Treatment, and Resistance in Coronary Artery Disease. Int J Angiology 2005 14: 1-6.

Pillarisetti J, Patel P, Duthuluru S, Roberts J, Chen W, Genton R, Wiley M, **Candipan R,** Tadros P, Gupta K.  Cardiac catheterization in patients with end-stage liver disease: Safety and outcomes. Catheter Cardiovasc Interv. 2011 77:45-48

### Abstracts

**Candipan, R.C.**, Hsiun, P.T.C., and Cooke, J.P. Vascular injury augments adrenergic neurotransmission. American Heart Association Scientific Sessions Atlanta, GA, November, 1993

**Candipan, R.C.**, Hsiun, P.T.C., and Cooke, J.P. Adrenergic neurotransmission is augmented after balloon injury. Western meeting, American Federation for Clinical Research, Carmel, CA, February 9-12, 1994.

Cooke, J.P., Wang, B, **Candipan, R.C.**, Theilmeier, G., Zalpour, C., and Tsao, P.S. Regression and Progression: Dependency Upon NO.  International Symposium on Endothelium Derived Factors and Vascular Protection. San Francisco, CA, January, 1995, Endothelium, 2: S4; 1995.

Wang, B., Tsao, P.S., Theilmeier, G., Zalpour, C., **Candipan, R.C.**, and Cooke, J.P. Modulation of NO release during atherogenesis. International Symposium on Endothelium Derived Factors and Vascular Protection. San Francisco, CA, January, 1995, Endothelium, 2: S23; 1995.

8

**Candipan, R.C.**, Wang, B.,Hsiun, P.T.C., Arjomandi, M., Tsao, P.S., and Cooke, J.P. Dietary L-Arginine attenuates macrophage infiltration and intimal hyperplasia after balloon injury. 44th Scientific Sessions American College of Cardiology, March, 1995.

Theilmeier, G., Wang, B. , Zalpour, C., Ma, A., Anderson, B., Wolf, A., **Candipan, R.C.**, Tsao, P.S., and Cooke, J.P. Adhesiveness of Mononuclear Cells Is Increased in Hypercholesterolemic Humans, and Reduced by the NO Precursor.   44th Scientific Sessions, American College of Cardiology, March, 1995.

Cooke, J.P., Wang, B, **Candipan, R.C.**, Theilmeier, G., Zalpour, C., and Tsao, P.S. Regression and Progression: Dependency Upon NO.  American Federation for Clinical Research. San Diego CA, May 1995.

Wang, B., Tsao, P.S., Theilmeier, G., Zalpour, C., **Candipan, R.C.**, and Cooke, J.P. Modulation of NO release during atherogenesis. American Federation for Clinical Research. San Diego CA, May 1995.

Niebauer, J., **Candipan, R.C.**, Wang, B., Buitrago, R., Chan, J.R., Tsao, P.S., and Cooke, J.P. Endothelium-Derived Nitric Oxide Attenuates Monocyte-Endothelial Interaction in Chronic Hypercholesterolemia. 68th Scientific Sessions, American Heart Association, Anahein, CA, November 1995.

Raxwal V, Tadros P, Vacek J, Porter C, Wilson D and **Candipan R**: Do Omega-3 Fatty Acids/Fish Oil reduce mortality in patients without Coronary Artery Disease?: 55th Annual Scientific Session of the American College of Cardiology, 2006.

Is Hyperdynamic Left Ventricular Ejection Fraction a Poor Prognostic Factor?—Vinod Raxwal, Lalit Verma, Dhanunjaya Lakkireddy, Thomas Rosamond, James Vacek, David Wilson, **Robert Candipan**, Peter Tadros. 57th Annual Scientific Session of the American College of Cardiology , 2008

