# EXHIBIT 3

Gretchen M. Nelson (112566)
gnelson@kreindler.com
Nicole C. Andersen (281218)
nandersen@kreindler.com
KREINDLER & KREINDLER LLP
707 Wilshire Blvd., Suite 3600
Los Angeles, CA 90017
Tel.: (213) 622-6469
Fax: (213) 622-6019

Francis G. Fleming, *pro hac vice*
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Attorneys for Plaintiff Linda Ann Baillie

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

-----------------------------------------------x

| | |
|---|---|
| LINDA ANN BAILLIE, individually, as Personal Representative of the Estate of JAMES DONALD BAILLIE, II, and on behalf of all heirs and next of kin of JAMES DONALD BAILLIE, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC,<br><br>Defendant. | Case No. 2:13-cv-04681-SVW- RZx<br><br>**DECLARATION OF ROBERT C. CANDIPAN, M.D.** |

-----------------------------------------------x

DECLARATION OF ROBERT C. CANDIPAN, M.D.

I, Robert C. Candipan, M.D., declare as follows:

1. I am a licensed physician in the State of Arizona. I am an interventional cardiologist and am presently employed by the Physician Group of Arizona, Inc.

2. I have personal knowledge of the facts attested to in this Declaration and could competently testify to these facts if called as a witness.

3. On March 23, 2012, I was the on-call interventional cardiologist at St. Luke's Medical Center in Phoenix, Arizona. At approximately 7:30 p.m., Mr. James Donald Baillie was brought to the St. Luke's Medical Center Emergency Department from an aircraft that had landed at Phoenix Sky Harbor Airport.

4. Mr. Baillie was initially evaluated by Emergency Department physician Brian Hess, M.D. and was found to have ST segment elevations in the anterior leads of his heart, meaning that he was in the process of suffering a myocardial infarction (heart attack). He was noted to have significant pulmonary edema and was intubated. A series of blood tests were performed on Mr. Baillie, including a Point-of-Care Cardiac Panel with BNP.

5. I was contacted and asked to report to St. Luke's Medical Center so that I could treat Mr. Baillie.

6. Mr. Baillie was admitted to St. Luke's Medical Center through the Emergency Department and brought to the cardiac catheterization laboratory where I performed a left heart cardiac catheterization which demonstrated a total blockage of the proximal left anterior descending coronary artery ("LAD") with significant thrombus burden. I thereafter performed a balloon angioplasty, thrombectomy and placed 3 drug-eluting stents in his LAD. I also placed an intra-aortic balloon pump in his LAD.

7. After the surgery, Mr. Baillie was admitted to the Intensive Care Unit at St. Luke's Medical Center for continued care.

8. I was Mr. Baillie's admitting and treating physician while he was at St. Luke's Medical Center from March 23, 2012 until he was transferred to The Mayo Clinic in Phoenix for further treatment on March 30, 2012.

9. After his surgery, I spoke with Mr. Baillie and he told me that he was traveling on a flight from London to Phoenix on March 23, 2012 and that he began to experience chest pain while running in the London airport to catch his plane. He told me that he continued to have chest pain throughout the flight, which lasted for about 11 hours. I made a record of this conversation in my Operative Report, a copy of which is attached as Exhibit 1.

10. The panel of cardiac blood tests performed on Mr. Baillie at St. Luke's indicated that Mr. Baillie had high levels of creatine kinase MB isoenzyme (CKMB), troponin I (TnI), myoglobin and B-type natriuretic peptide (BNP) in his blood when it was drawn at approximately 8:00 p.m. on March 23, 2012. A copy of the results from Mr. Baillie's Point-of-Care Cardiac Panel with BNP is attached as Exhibit 2. Based upon the levels of these cardiac enzymes in Mr. Baillie's blood, which are only released after the heart has suffered muscle damage, Mr. Baillie's heart attack had to have started at least six to eight hours before the 8:00 p.m. blood test, which would be 12:00 noon - 2:00 p.m. local (Phoenix) time or 19:00 – 21:00 GMT (London time). There is no question that Mr. Baillie was having an active heart attack during his flight from London to Phoenix.

11. I have reviewed the transcript of the communications between the airplane's crewmembers and the Medlink physicians they contacted to assist them with Mr. Baillie's treatment on the flight. On page 2 of the transcript, at 19:12 UTC, the crewmembers tell the Medlink physician that one of the on-board physicians can hear "crackles" in Mr. Baillie's left chest. Crackles, by themselves, are an indication that the patient could be suffering from pulmonary edema or fluid in the lungs. However, crackles, along with chest pain, can indicate that a patient is

-3-
DECLARATION OF ROBERT C. CANDIPAN, M.D.

having a complicated heart attack and that they are very sick. Clearly, Mr. Baillie is already having a complicated heart attack by 19:12 UTC, when the crewmembers report to Medlink that "crackles" were heard by the on-board physician while Mr. Baillie was experiencing chest pain.

12. It is very important for heart attack victims to receive treatment as soon as possible, preferably within the first hour after symptoms appear. Medical organizations have established a goal to restore the blood flow to the heart muscle within 60 minutes of the patient presenting at the emergency room. This was not done for Mr. Baillie, who received treatment only after he landed in Phoenix, more than six to eight hours after the onset of his heart attack. Had Mr. Baillie received treatment within an hour or two after the onset of his chest pain, the extensive damage to his heart caused by his heart attack would likely have been avoided.

13. In my medical opinion, Mr. Baillie should have been taken to an emergency medical facility as soon as he complained of chest pain but certainly no later than when the on-board physician determined that he had crackles and was experiencing chest pain at the same time.

I declare under the penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct. Executed this 6th day of June, 2014 in Mesa, Arizona.

Robert C. Candipan, M.D.

-4-
DECLARATION OF ROBERT C. CANDIPAN, M.D.