Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.:  (212) 687-8181
Fax:  (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Tel:  (602) 792-1700
Fax:  (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, individually, as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.,<br><br>　　　　　　Defendants. | No. 2:14-cv-00420-SMM<br><br>**NOTICE OF TENTATIVE CASE RESOLUTION** |

　　　　Plaintiff Linda Ann Baillie and defendants MedAire, Inc., Steven Joe Reinhart, D.O. and Jessica Monas, M.D., by and through their attorneys of record, hereby respectfully advise the Court that the parties have reached a tentative agreement to resolve all claims asserted in this matter.

　　　　The parties expect to finalize the details relating to the resolution of the case in the very near future, at which time appropriate documents will be filed with the Court.

DATED this 20th day of June, 2019

| KREINDLER & KREINDLER LLP | GALLAGHER & KENNEDY, P.A. |
|---|---|
| By: */s/ Francis G. Fleming* <br>     Francis G. Fleming, 004375 <br>     Robert J. Spragg, *pro hac vice* <br>     750 Third Avenue, 32nd Floor <br>     New York, NY  10017 | By: */s/ Mark C. Dangerfield* <br>     Mark C. Dangerfield <br>     Wm. Charles Thompson <br>     2575 East Camelback Road <br>     Phoenix, Arizona  85016-9225 <br> *Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.* |

CHRISTIAN DICHTER & SLUGA, P.C.

By: */s/ Stephen M. Dichter*
    Stephen M. Dichter, 004043
    2700 North Central Avenue, Suite 1200
    Phoenix, AZ  85004

*Attorneys for Plaintiff Linda Ann Baillie*

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2019, I transmitted the foregoing document electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

                               */s/ Francis G. Fleming*