# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, | No. CV-14-00420-PHX-SMM |
| Plaintiff, | **NOTICE / ORDER** |
| v. | |
| Medaire Incorporated, et al., | |
| Defendants. | |

Before the Court is the parties' Notice of Tentative Case Resolution (Doc. 123) and Plaintiff's Motion for Discovery (Doc. 115). While the Court is encouraged by the parties' Notice, the Notice is not synonymous with a Notice of Settlement under LRCiv 40.2(d).

**THEREFORE,** because the parties have not reached a definitive settlement agreement, the Court will continue to resolve Plaintiff's pending motion until the Court receives a Notice of Settlement pursuant to LRCiv 40.2(d).

Dated this 21st day of June, 2019.

Honorable Stephen M. McNamee
Senior United States District Judge