Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY  10017
Tel.:   (212) 687-8181
Fax:   (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ  85004
Tel:   (602) 792-1700
Fax:   (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, individually, as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-SMM<br><br>**STIPULATION FOR ENTRY OF JUDGMENT IN FAVOR OF DEFENDANTS STEVEN JOE REINHART, D.O., AND JESSICA MONAS, M.D.** |

Plaintiff Linda Ann Baillie and Defendants Steven Joe Reinhart, D.O. and Jessica Monas, M.D. stipulate and agree that judgment on the merits be entered in favor of these defendants and against plaintiff on all claims, with plaintiff to take nothing and neither plaintiff nor these defendants being responsible to pay the other parties' attorneys' fees or costs.

Plaintiff Linda Ann Baillie and Defendants Steven Joe Reinhart, D.O. and Jessica Monas, M.D. therefore stipulate and agree that the Court enter the attached form of judgment.

DATED this 9th day of July, 2019

KREINDLER & KREINDLER LLP

By: */s/ Francis G. Fleming*
    Francis G. Fleming, 004375
    Robert J. Spragg, *pro hac vice*
    750 Third Avenue, 32nd Floor
    New York, NY  10017

CHRISTIAN DICHTER & SLUGA, P.C.

By: */s/ Stephen M. Dichter*
    Stephen M. Dichter, 004043
    2700 North Central Avenue, Suite 1200
    Phoenix, AZ  85004

*Attorneys for Plaintiff Linda Ann Baillie*

GALLAGHER & KENNEDY, P.A.

By: */s/ Mark C. Dangerfield*
    Mark C. Dangerfield
    Wm. Charles Thompson
    2575 East Camelback Road
    Phoenix, Arizona  85016-9225
    *Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I electronically transmitted the foregoing document electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

*/s/ Francis G. Fleming*