UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, individually, as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MedAire, Inc.; Steven Joe Reinhart, D.O.; Jessica Monas, M.D.,<br><br>　　　　　　Defendants. | No. 2:14-cv-00420-PHX-SMM<br><br>**[PROPOSED] ORDER GRANTING JUDGMENT IN FAVOR OF DEFENDANTS STEVEN JOE REINHART, D.O. AND JESSICA MONAS, M.D.** |

The Court having reviewed and considered the parties' Stipulation for Entry of Judgment in Favor of Defendants Steven Joe Reinhart, D.O. and Jessica Monas, M.D., and good cause appearing:

**IT IS ORDERED AND ADJUDGED** granting Judgment on the merits in favor of Defendants Steven Joe Reinhart, D.O. and Jessica Monas, M.D. and against plaintiff on all of plaintiff's claims, with plaintiff to take nothing and neither plaintiff nor these defendants being responsible to pay the other parties' attorneys' fees and costs. The complaint and action are therefore dismissed as against these defendants only.

DATED this _____ day of _____, 2019.

_____
Hon. Stephen M. McNamee