IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie,<br><br>    Plaintiff,<br><br>v.<br><br>Medaire Incorporated, et al.,<br><br>    Defendants. | No. CV-14-00420-PHX-SMM<br><br>**ORDER** |

    Before the Court is Plaintiff Linda Baillie and Defendants Steven Joe Reinhart, D.O., and Jessica Monas, M.D.'s Stipulation for Entry of Judgment in Favor of Defendants Steven Joe Reinhart, D.O., and Jessica Monas, M.D. (Doc. 125.) The parties stipulate that judgment on the merits be entered in favor of Defendants Steven Joe Reinhart, D.O., and Jessica Monas, M.D. and against Plaintiff on all claims, Plaintiff will take nothing, and each party will bear their own attorneys' fees and costs. (Id. at 1.)

    Pursuant to the stipulation and good cause appearing, the Court will approve the stipulation. Accordingly,

    **IT IS HEREBY ORDERED approving** Plaintiff Linda Baillie and Defendants Steven Joe Reinhart, D.O., and Jessica Monas, M.D.'s Stipulation for Entry of Judgment in Favor of Defendants Steven Joe Reinhart, D.O., and Jessica Monas, M.D. (Doc. 125.)

    **IT IS FURTHER ORDERED granting** judgment on the merits in favor of Defendants Steven Joe Reinhart, D.O., and Jessica Monas, M.D. **only**, and against Plaintiff Linda Baillie on all of Plaintiff's claims, with Plaintiff to take nothing and neither Plaintiff

nor these Defendants being responsible to pay the other parties' attorneys' fees and costs. The complaint and action are therefore dismissed as against these Defendants only.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment accordingly.

Dated this 11th day of July, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge