# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie,<br><br>    Plaintiff,<br><br>v.<br><br>Medaire Incorporated, et al.,<br><br>    Defendants. | NO. CV-14-00420-PHX-SMM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed July 11, 2019, judgment on the merits is entered in favor of Defendants Steven Joe Reinhart, D.O., and Jessica Monas, M.D only and against Plaintiff Linda Baillie on all of Plaintiff's claims. Plaintiff to take nothing and each party will bear their own attorneys' fees and costs.

                                                Brian D. Karth
                                                District Court Executive/Clerk of Court

July 11, 2019

                                                s/ E. Aragon
                                      By   Deputy Clerk