Francis G. Fleming, 004375
ffleming@kreindler.com
Robert J. Spragg, *pro hac vice*
rspragg@kreindler.com
KREINDLER & KREINDLER LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
Tel.: (212) 687-8181
Fax: (212) 972-9432

Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2700 North Central Avenue, Suite 1200
Phoenix, AZ 85004
Tel: (602) 792-1700
Fax: (602) 792-1710

*Attorneys for Plaintiff Linda Ann Baillie*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, individually, as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.,<br><br>Defendants. | No. 2:14-cv-00420-PHX-SMM<br><br>**STIPULATION TO DISMISS ALL CLAIMS AGAINST MEDAIRE, INC.** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that Plaintiff Linda Ann Baillie and Defendant MedAire, Inc. have settled all their claims against one another, and that all claims asserted, or which could have been asserted, against MedAire, Inc. in this action are hereby dismissed, with prejudice, with all parties to bear their own attorneys' fees and costs.

The parties have attached a proposed form of order to effectuate the stipulation.

DATED this 22nd day of July, 2019

| KREINDLER & KREINDLER LLP | GALLAGHER & KENNEDY, P.A. |
|---|---|
| By: */s/ Francis G. Fleming*<br>    Francis G. Fleming, 004375<br>    Robert J. Spragg, *pro hac vice*<br>    750 Third Avenue, 32nd Floor<br>    New York, NY  10017 | By: */s/ Mark C. Dangerfield*<br>    Mark C. Dangerfield<br>    Wm. Charles Thompson<br>    2575 East Camelback Road<br>    Phoenix, Arizona  85016-9225<br>    *Attorneys for Defendants MedAire, Inc., Steven Joe Reinhart, D.O., and Jessica Monas, M.D.* |

CHRISTIAN DICHTER & SLUGA, P.C.

By: */s/ Stephen M. Dichter*
    Stephen M. Dichter, 004043
    2700 North Central Avenue, Suite 1200
    Phoenix, AZ  85004

*Attorneys for Plaintiff Linda Ann Baillie*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019, I electronically transmitted the foregoing document electronically via the Court's CM/ECF system and Notice of Electronic Filing served on all parties by operation of the Court's CM/ECF system.

                                           */s/ Francis G. Fleming*