UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, individually, as Personal Representative of the Estate of James Donald Baillie, II, and on behalf of all heirs and next of kin of James Donald Baillie, II, deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>MedAire, Inc.; Steven Joe Reinhart, D.O.; Jessica Monas, M.D.,<br><br>    Defendants. | No. 2:14-cv-00420-PHX-SMM<br><br>**[PROPOSED] ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT MEDAIRE, INC.** |

    The Court having reviewed and considered the parties' Stipulation to Dismiss All Claims Against Defendant MedAire, Inc., and good cause appearing:

    **IT IS ORDERED AND ADJUDGED** that all of Plaintiff's claims against MedAire, Inc. in this action are dismissed, including those claims which were asserted or which could have been asserted, with prejudice, all parties to bear their own attorneys' fees and costs.

    DATED this _____ day of _____, 2019.

                                                      _____

                                                      Hon. Stephen M. McNamee