IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie,<br><br>    Plaintiff,<br><br>v.<br><br>MedAire Incorporated, et al.,<br><br>    Defendants. | No. CV-14-00420-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff Linda Ann Baillie and Defendant MedAire, Inc.'s Stipulation to Dismiss All Claims Against MedAire, Inc. (Doc. 128.) In the stipulation, the parties state that they have "settled all their claims against one another, and that all claims asserted, or which could have been asserted, against MedAire, Inc. in this action are hereby dismissed, with prejudice, with all parties to bear their own attorneys' fees and costs." (Id. at 1.) The Court having reviewed the parties' stipulation, and good cause appearing,

**IT IS HEREBY ORDERED approving** the parties' Stipulation to Dismiss All Claims Against MedAire, Inc. (Doc. 128), and **dismissing with prejudice** this action in its entirety with each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED denying as moot** Plaintiff Linda Ann Baillie's Motion to Modify the Scheduling Order for the Limited Purpose of Designating an Additional Expert Witness. (Doc. 115.)

///

///

**IT IS FURTHER ORDERED directing** the Clerk of Court to **terminate** this action in its entirety.

Dated this 26th day of July, 2019.

_____
Honorable Stephen M. McNamee
Senior United States District Judge