# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Ann Baillie, | No. CV-14-00420-PHX-SMM |
| Plaintiffs, | **NOTICE** |
| v. | |
| Medaire Incorporated, et al., | |
| Defendants. | |

The Court is in possession of the following non-electronic exhibits:

Exhibit A in Support of Plaintiff's Controverting Statement of Facts and Separate Statement of Facts in Support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Pursuant to LRCiv 79.1, notice is hereby given that the Clerk will destroy or dispose of this exhibit 30 days from the date of this Order. If the filing party fails to retrieve this exhibit within 30 days, it will be destroyed.

Dated this 1st day of July, 2020.

DEBRA D. LUCAS,
Acting District Court Executive/Clerk of Court

By: s/Elaine Garcia
Deputy Clerk